Case 4:23-cv-04441   Document 24   Filed on 07/23/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 25, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LANDON PERRY | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-23-4441 |
| | § | |
| HALLIBURTON ENERGY SERVICES, INC. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding is Defendant's Motion to Remand (Doc. No. 5); Response in Opposition (Doc. No. 7); Reply to Response (Doc. No. 10); Judge Bennett's Memorandum and Recommendation (Doc. No. 19) that the Court grant in party and deny in party the motion to remand. Plaintiff filed Partial Objections (Doc. No. 22) to the Memorandum and Recommendation.

The Court has carefully reviewed, *de novo*, the filings, the applicable law, the Magistrate Judge's Memorandum and Recommendation, and the objections thereto, and agrees with the Magistrate Judge's conclusions. Accordingly, it is hereby

**ORDERED** that Plaintiff Objections (Doc. No. 36) are **OVERRULED**; the Memorandum and Recommendation (Doc. No. 33) is **ADOPTED**; and Defendant's Motion to Remand (Doc. No. 5) is **GRANTED in part** and **DENIED in part**. It is

**ORDERED** that Plaintiff's Motion to Remand is granted in part and his Jones Act claim is hereby severed from this case and remanded back to the 127th Judicial District Court for Harris County, Texas. Plaintiff's Motion to Remand is denied in part as to his maritime claims for maintenance and cure.

SIGNED this 23rd day of July 2024.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE