# Exhibit 3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LANDON PERRY,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:23-CV-04441** |
| | § | |
| **HALLIBURTON ENERGY SERVICES,** | § | |
| **INC.,** | § | |
| | § | |
| | § | |
| *Defendant.* | § | |

**NOTICE OF DEPOSITION OF CORPORATE REPRESENTATIVE OF**
**ELITE MEDICAL WELLNESS, LLC**

TO:    Elite Medical Wellness, 2802 Hodges Street, Lake Charles, Louisiana, 70601

TO:    Plaintiff, Landon Perry, by and through his attorneys of record, Kurt B. Arnold, J. Kyle Findley, John G. Grinnan, and Brian M. Christensen Arnold & Itkin LLP, 6009 Memorial Drive, Houston, Texas 77007.

PLEASE TAKE NOTICE that Defendant Halliburton Energy Services, Inc. by and through its attorneys of record, will take the oral deposition of the Corporate Representative of Elite Medical Wellness, LLC, to provide testimony in this matter on the topics set forth in the attached Exhibit A on Friday, January 31, 2025, beginning at 10:00 a.m., at the offices of Southern Prime Reporting, 2927 Hodges Street, Suite G, Lake Charles, Louisiana 70601. The deponent shall remain in attendance from day to day until such deposition is completed, unless otherwise agreed.

The deposition will be taken before a Notary Public or some other officer authorized by law to administer oaths for use at the trial therein. The deposition will be videotaped and stenographically recorded.

Dated: January 27, 2025                    Respectfully submitted,

                                           **AHMAD, ZAVITSANOS & MENSING, PLLC**

                                           */s/ Rey Flores*
                                           Joseph Y. Ahmad
                                           Attorney-in-Charge
                                           Texas State Bar No. 00941100
                                           Federal I.D. No. 11604
                                           joeahmad@azalaw.com
                                           Rey Flores
                                           Texas State Bar No. 24068777
                                           Federal I.D. No. 3351160
                                           rflores@azalaw.com
                                           Sammy Ford
                                           Texas State Bar No. 24061331
                                           Federal I.D. No. 950682
                                           sford@azalaw.com
                                           1221 McKinney, Suite 2500
                                           Houston, Texas 77010
                                           Telephone: 713-665-1101
                                           Facsimile: 713-655-0062

                                           ***ATTORNEYS FOR DEFENDANT***
                                           ***HALLIBURTON ENERGY SERVICES, INC.***

## CERTIFICATE OF SERVICE

I certify that on January 27, 2025, a true and correct copy of the above and foregoing was served via email on all counsel of record.

                                           */s/ Rey Flores*
                                           Rey Flores

**EXHIBIT A**

"Plaintiff" refers to Landon Perry, plaintiff in the lawsuit styled *Landon Perry v. Halliburton Energy Services, Inc.*, in the United States District Court for the Southern District of Texas, Houston Division, Case No. 4:23-cv-04441.

DOB: August 25, 1998

"Communications," whether capitalized or not, includes, but is not limited to, emails, faxes, correspondence, text messages, and voicemails.

1. The terms of the Lien and Receivables Purchase and Assignment Agreement between Access Healthcare Management, LLC, and Elite Medical Wellness, LLC/Dr. Patrick Hayes, dated September 27, 2018, and any exhibits, enclosures, and amendments thereto.

2. The terms of any other agreements or understandings that relate to the Plaintiff in any way, whether written or oral, between Elite Medical Wellness, LLC and any other person or entity. This includes, but is not limited to, agreements and understandings with Access Healthcare Management, LLC and/or Arnold & Itkin, LLP.

3. The terms of any medical funding, factoring, and/or financing agreements, whether written or oral, relevant to Plaintiff's medical treatment or payment therefor.

4. The amount charged by Elite Medical Wellness, LLC, for medical services rendered to Plaintiff.

5. The amount paid to Elite Medical Wellness, LLC, for medical services rendered to Plaintiff.

6. The name, address, and phone number of any person or entity who has made, or has agreed to make, payments to Elite Medical Wellness, LLC, for, or on behalf of, Plaintiff.

7. The number of patients treated by a provider at Elite Medical Wellness, LLC, who were represented by the law firm of Arnold & Itkin, LLP, at the time of said treatment between April 22, 2020 and the present date.

8. The total amount of payments received by Elite Medical Wellness, LLC, between April 22, 2020 and the present date, for medical services rendered to patients who were represented by the law firm of Arnold & Itkin, LLP.

9. The name, address, and phone number of the payors who made any payments for, or on behalf of, any patient who was being represented by the law firm of Arnold & Itkin, LLP, between April 22, 2020 and the present date.

10. The historical amounts accepted by Elite Medical Wellness, LLC for services rendered to patients represented by the law firm of Arnold & Itkin, LLP.

11. The number of patients referred as follows between April 22, 2020, and the present date:

     a.   To Elite Medical Wellness, LLC, by Access Healthcare Management, LLC, or any staff member, agent, or representative thereof.

     b.   To Patrick Hayes, M.D. by Access Healthcare Management, LLC, or any staff member, agent, or representative thereof.

     c.   To Elite Medical Wellness, LLC, by Arnold & Itkin, LLP, or any attorney, staff member, agent, or representative thereof.

12. The total amounts paid as follows between April 22, 2020, and the present date:

     a.   To Elite Medical Wellness, LLC, by Access Healthcare Management, LLC, or on its behalf.

     b.   To Patrick Hayes, M.D, by Access Healthcare Management, LLC, or on its behalf.

13. Communications that relate to Plaintiff in any way between Elite Medical Wellness, LLC on the one hand and Access Healthcare Management, LLC and/or Arnold & Itkin, LLP, or anyone acting on these entities' behalf, on the other.