# Exhibit 6

FILED

2024 SEP 27 PM 4:09

ALEX ARCHULETA
DISTRICT CLERK
MIDLAND COUNTY, TEXAS

BY_____DEPUTY

CAUSE NO. CV59261

| | | |
|---|---|---|
| JAMES STEVERDING, | § | IN THE DISTRICT COURT |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | MIDLAND COUNTY, TEXAS |
| | § | |
| GEO DRILLING FLUIDS, INC. | § | |
| AND ERNEST SERENA, | § | |
| | § | |
| *Defendants*. | § | 142ND JUDICIAL DISTRICT |

**ORDER DENYING DEFENDANT'S MOTION
TO COMPEL DISCOVERY FROM PLAINTIFF**

On September 20, 2024, came on for consideration Defendant's Motion to Compel Discovery from Plaintiff ("Motion"), filed on May 8, 2024. Having considered the Motion, Plaintiff's response, Defendant's reply, and argument of counsel, the Court is of the opinion that the Motion should be denied.

IT IS, THEREFORE, ORDERED that Defendant's Motion to Compel Discovery from Plaintiff is DENIED.

SIGNED: September 27, 2024.

_____
DAVID G. ROGERS
JUDGE PRESIDING

Page 1 of 1