# Exhibit 8

CV59562
Filed 12/19/2024 8:46 AM
Alex Archuleta
District Clerk
Midland County, Texas
/s/ Roxanna Galindo

CAUSE NO. CV59562

| | | |
|---|---|---|
| DANIEL SUNDE, *Plaintiff* | § § § | IN THE DISTRICT COURT |
| DIUBER REYES PEREZ, *Intervenor Plaintiff* | § § § § | |
| RAYMOND SMITH *Intervenor Plaintiff* | § § § § | MIDLAND COUNTY, TEXAS |
| v. | § § | |
| MBC ENERGY SERVICES, INC., AND ROBERT DOUGLAS WOODS JR., *Defendants.* | § § § § | 385th JUDICIAL DISTRICT |

## ORDER DENYING DEFENDANTS' JOINT MOTION TO COMPEL DISCOVERY

On December 12, 2024, came on for consideration Defendants' Joint Motion to Compel Discovery ("Motion"), filed on November 15, 2024. The Court is of the opinion that the Motion should be denied.

IT IS THEREFORE ORDERED that Defendants' Joint Motion to Compel Discovery is DENIED.

SIGNED December 18, 2024.

_____
LEAH G. ROBERTSON
JUDGE PRESIDING

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 95488419
Filing Code Description: No Fee Documents
Filing Description: Order Granting Motion to Compel
Status as of 12/19/2024 10:59 AM CST

Associated Case Party: DANIEL SUNDE

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Kurt Arnold | | e-service@arnolditkin.com | 12/19/2024 8:46:57 AM | SENT |
| Claire Schindler | | cschindler@arnolditkin.com | 12/19/2024 8:46:57 AM | SENT |
| Desiree Flores | | dflores@arnolditkin.com | 12/19/2024 8:46:57 AM | SENT |
| Roland Christensen | 24101222 | rchristensen@arnolditkin.com | 12/19/2024 8:46:57 AM | SENT |

Associated Case Party: M B C ENERGY SERVICES INC

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Jarmonique Smith | | jsmith@azalaw.com | 12/19/2024 8:46:57 AM | SENT |
| Vanessa Navarrete | | vnavarrete@azalaw.com | 12/19/2024 8:46:57 AM | SENT |
| Rey Flores | | rflores@azalaw.com | 12/19/2024 8:46:57 AM | SENT |
| Todd W. Mensing | | tmensing@azalaw.com | 12/19/2024 8:46:57 AM | SENT |
| Carl Gustafson | | cgustafson@azalaw.com | 12/19/2024 8:46:57 AM | SENT |
| Robin Ainsworth | | rainsworth@azalaw.com | 12/19/2024 8:46:57 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Monea Barnes | | mbarnes@shaferfirm.com | 12/19/2024 8:46:57 AM | SENT |
| Kurt Arnold | | karnold@arnolditkin.com | 12/19/2024 8:46:57 AM | SENT |
| Caj Boatright | | cboatright@arnolditkin.com | 12/19/2024 8:46:57 AM | SENT |
| Brian Carney | | brian@carneylawfirm.net | 12/19/2024 8:46:57 AM | SENT |
| Anita Malone | | e-service@arnolditkin.com | 12/19/2024 8:46:57 AM | SENT |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 95488419
Filing Code Description: No Fee Documents
Filing Description: Order Granting Motion to Compel
Status as of 12/19/2024 10:59 AM CST

Case Contacts

| Name | | Email | Timestamp | Status |
|---|---|---|---|---|
| Anita Malone | | e-service@arnolditkin.com | 12/19/2024 8:46:57 AM | SENT |
| Anita Malone | | records@lexitaslegal.com | 12/19/2024 8:46:57 AM | SENT |
| Eric Rich | | erich@shaferfirm.com | 12/19/2024 8:46:57 AM | SENT |

Associated Case Party: DIUBERREYESPEREZ

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Austin Mathis | 24072224 | austinmathis@themathislawfirm.com | 12/19/2024 8:46:57 AM | SENT |
| Rosa Perez | | rosa@themathislawfirm.com | 12/19/2024 8:46:57 AM | SENT |
| Mayra Gonzales | | mayra@themathislawfirm.com | 12/19/2024 8:46:57 AM | SENT |

Associated Case Party: RAYMOND SMITH

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Ashley Rios | | arios@zehllaw.com | 12/19/2024 8:46:57 AM | SENT |
| Matthew O. Greenberg | | mgreenberg@zehllaw.com | 12/19/2024 8:46:57 AM | SENT |
| Ryan H. Zehl | | eservice@zehllaw.com | 12/19/2024 8:46:57 AM | SENT |
| Justin Warner | | warner@zehllaw.com | 12/19/2024 8:46:57 AM | SENT |
| Vanessa Garcia | | vgarcia@zehllaw.com | 12/19/2024 8:46:57 AM | SENT |

Associated Case Party: Elite Medical Care, PLLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Bob Wynne | | service@justwynnelaw.com | 12/19/2024 8:46:57 AM | SENT |

Associated Case Party: Nadia Ramsey

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 95488419
Filing Code Description: No Fee Documents
Filing Description: Order Granting Motion to Compel
Status as of 12/19/2024 10:59 AM CST

Associated Case Party: Nadia Ramsey

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Bob Wynne | | service@justwynnelaw.com | 12/19/2024 8:46:57 AM | SENT |

Associated Case Party: Mayra Zuniga

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Bob Wynne | | service@justwynnelaw.com | 12/19/2024 8:46:57 AM | SENT |

Associated Case Party: CareCapital, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Bob Wynne | | service@justwynnelaw.com | 12/19/2024 8:46:57 AM | SENT |