## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| LANDON PERRY, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. 4:23-cv-04441 |
| HALLIBURTON ENERGY SERVICES, INC., | § § § § | |
| Defendant. | § § | |

## ORDER

This Court, having considered Plaintiff's Motion to Quash and for Protection from Defendant's Subpoena to Testify at a Deposition Served on Elite Medical Wellness, LLC, all responsive briefing, and the arguments of counsel, is of the opinion that Plaintiff's motion should be GRANTED.

It is therefore ORDERED, ADJUDGED, and DECREED that Plaintiffs' Motion to Quash Defendant's Subpoena to Testify at a Deposition Served on Elite Medical Wellness, LLC, is in all things GRANTED.

It is further ORDERED that Plaintiff's Motion for Protection is GRANTED, and that Elite Medical Wellness, LLC, is not required to produce any of the requested discovery sought in the quashed subpoena.

SIGNED this, the ____ day of _____, 2025.

_____
PRESIDING JUDGE