Exhibit

3

exhibitsticker.com



Guardian Precision Services

**GUIDING TO YOUR BEST**

**OPERATIONS & PROJECT MANAGEMENT * HEALTH & SAFETY * QUALITY**

June 28th, 2024

REPORT OF Joe Thompson, CSP

REGARDING:

Landon Perry v. Halliburton Energy Services, Inc.

Joe.Thompson@gpsllcservices.com
guardianprecisionservice@gmail.com

Guardian Precision Services, LLC

GUIDING TO YOUR BEST

OPERATIONS & PROJECT MANAGEMENT * HEALTH & SAFETY * QUALITY

# Table of Contents


1. Introduction ..... 3
2. Qualifications ..... 6
3. Basis of Report ..... 7
4. Extreme Degree of Risk and Potential for Serious Injury or Death from Exposure to Harmful Substances ..... 8
5. JSA / Risk Assessment ..... 11
6. Hazard Communication (HAZCOM) ..... 16
7. Summary of Opinions ..... 21
8. Reservations & Signature ..... 24
9. Materials Reviewed ..... 25

## 1. Introduction

I have been asked to review and provide an opinion on the workplace health and safety aspects of an incident that occurred on April 22, 2023, approximately 7:00pm at the HES Port Fourchon Yard 3. The incident involved two Halliburton Energy Services Inc. (Halliburton) employees, Landon Perry and Desman Brown. Mr. Perry and Mr. Brown were working on top of a 5,400-gallon chemical tank transferring chemicals when unexpectedly a violent chemical reaction occurred inside of a tank resulting in a sudden eruption of acid spray onto Mr. Perry and Mr. Brown. Both men were transport to the local ER for medical treatment.[1]

An examination of the events prior to the incident observed the start of the work shifts at 7:00am reviewing a JSA. The JSA reviewed did not list mixing chemicals. The only statement concerning chemical safety involved the wearing of rubber gloves as needed to operate valves.[2]

Two 5,400-gallon tanks were removed from the MV Stim Star III (SSIII) and placed on the loading dock.[3] The Halliburton Service Supervisor (Benjamin Harris) received a loadout sheet that listed the chemical mixtures to be used on the job. Mr. Perry and Mr. Brown were assigned to stand on top of the two 5,400-gallon tanks while a crane operator positioned tote tanks for adding chemicals into the 5,400-gallon tanks. The two chemicals involved in mixing were Fe-IA[4] and Fe-10[5]. After adding 124 gallons of Fe-1A into both 5,400 tanks, Mr. Perry as instructed added 14 gallons of Fe-10 to the first 5,400-gallon tank. Immediately and without warning, Mr. Perry was sprayed by an eruption of acid from the first 5,400-gallon tank.

[1] Halliburton Exhibit: HESI_00001104, Halliburton Investigation
[2] Halliburton Exhibit: HESI_00000088, JSA from 4/22/22
[3] Halliburton Exhibit: HESI_00000529, SnapChart (2of5)
[4] Halliburton Exhibit: HESI_00000105, Fe-1A, SDS
[5] Halliburton Exhibit: HESI_00000375, Fe-10, SDS (<30% HCI)



[6] Photo of a Halliburton 5,400-Gallon Tank




[7] Arial Photo of the Loading Dock

[6] Halliburton Exhibit: HESI_00000527
[7] Halliburton Exhibit: HESI_00000527

This was a serious and potentially fatal incident. The incident and Mr. Perry's injuries were entirely preventable and never would have happened had Halliburton simply complied with OSHA[8], industry standards, and Halliburton's own policies and procedures.[9]

- Halliburton failed to ensure the daily work plan was risk assessed by means of revising the JSA to account for potential hazards related to mixing chemicals.[10]
- Halliburton failed to ensure the employees assigned to the MV SSIII were properly trained to understand the recognized risks associated with the chemicals they would be mixing.[11] [12]
- Halliburton failed to ensure the employees engaged chemical mixing had the correct PPE in the unplanned event of exposure to chemicals.[13]
- Halliburton failed to conduct an eye wash station assessment of all their chemical mixing areas at the HES Port Fourchon Yard 3.[14] [15]
- Halliburton failed to provide Service Supervisor with a loadout sheet that lists the order in which chemicals were to be mixed to avoid unplanned chemical reactivity of Fe-1A and Fe-10.[16]

---

8 https://www.osha.gov/laws-regs/regulations/standardnumber/1910/1910.120, (1910.1200(h)(1))

9 Halliburton Exhibit: HESI_00000388, Part 5.2.1.(B) Whenever a new or more severe chemical hazard is introduced into the work area for which the employees have not previously received training.

10 Halliburton Exhibit: HESI_00000088, JSA from 4/22/22

11 Halliburton Exhibit: HESI_00000401 Mr. Perry Training Records

12 https://www.osha.gov/laws-regs/oshact/section5-duties (OSHA General Duty Clause) Each employer shall furnish to each of his employees' employment and a place of employment which are free from recognized hazards that are causing or are likely to cause death or serious physical harm to his employees.

13 Halliburton Exhibit: HESI_00000416, OSHA Citation 2, 29 CFR 1910.132(d)(1)(i): The employer did not select and have each affected employee use the types of personal protective equipment that would protect the affected employee(s) from the hazards identified in the hazard assessment.

14 Halliburton Exhibit: HESI_00000415, OSHA Citation 1, 29 CFR 1910.151(c): Where employees were exposed to injurious corrosive materials, suitable facilities for quick drenching or flushing of the eyes and body were not provided within the work area for immediate emergency use.

15 Halliburton Exhibit: HESI_00000394, Eye Wash Station Safety Bulletin

16 Halliburton Exhibit: HESI_00000529, SnapChart (2of5), Loadout sheet does not provide sequence to add additives or to add water based fluid before acid.

## 2. Qualifications

I am a CSP Certified HSE Professional with over 40 years of proven leadership in Health, Safety, and Environmental (HSE) management. I hold a Master of Science in Occupational Safety, Health, and Environmental Management (2022), as well as a Bachelor of Science in Occupational Safety and Health (2009). I am certified by the Board of Certified Safety Professionals as a CSP (2005). I am certified by Exemplar Global as a Lead Auditor in the ISO 14001 and 45001 management systems.

My experience spans all aspects of the petroleum industry including upstream, midstream, and downstream HSE project management. This encompasses the drilling and completions operations on land and offshore operation in domestic an international locations, construction, commissioning, and start-up of offshore production platforms, pipelines, land-based refineries, and LNG facilities. Additionally, I have overseen similar activities for land-based petroleum production, pipeline, and refinery operations.

I have a strong background in developing and implementing contractor management systems inclusive of auditing contractor performance and ensuring regulatory compliance. My expertise includes auditing of contractor's equipment manufacturing, warehousing, transportation and general industry. I have conducted thorough audits based on regulatory standards and internal policies of organizations.

My training experience is comprehensive, having developed and delivered courses such as OSHA 510, OSHA 511, 40-hour HAZWOPPER, hydrogen sulfide, firefighting, first aid, water survival, emergency response and leadership training.

I have led or participated in over 2,000 incident investigations and have a proven track record in developing, implementing, and auditing HSE&Q management systems based on ISO 9001 (quality control), ISO 14001 (environmental management), and ISO 45001 (safety management). Additionally, I have developed and implemented emergency response plans for major oil and gas companies. I have coordinated emergency response efforts from the position of first responder to the corporate incident management teams.

My roles in regulatory compliance and government affairs liaison spans US land-based operation, the Gulf of Mexico, and numerous international locations.

I offer a unique perspective, knowledge base, and skillset having progressed from an entry-level oil and gas worker at the age of 18 to working through the industry roles of management with a career culminating in serving as the Vice President of HSE for a major independent oil and gas company, as well as earning a Bachelor of Science and a Master of Science in my field. This journey has provided me with a comprehensive understanding of both the operational challenges faced by workers and as well as those inherent in management roles.

## 3. Basis of Report

My evaluation of the issues relevant and pertinent to this incident are founded and based in a reasonable degree of certainty as a safety professional. Any of the opinions, conclusions, or summaries contained within this report are supported, whenever possible, by the information, materials, and testimony that have been reviewed and considered. The opinions and conclusions which are expressed herein are based upon industry standards and generally accepted practices in the industry and also from regulatory authorities, recognized texts, specifications, recommended practices, and including my own education, training, knowledge, and experience as an industry professional.

I have reviewed the testimony and the materials produced by the parties in this matter which relate to the technical and factual issues. However, I understand discovery is ongoing and should additional information come to light or is discovered and produced by the parties after this report is completed, I reserve the right to expand upon, add to, or modify the opinions and conclusions expressed herein based upon the evaluation of additional materials and information received, or questions or issues raised regarding this matter as my review and engagement continues.

## 4. Extreme Degree of Risk and Potential for Serious Injury or Death from Exposure to Harmful Substances.

The injuries suffered by Mr. Perry when unexpectedly a violent chemical reaction occurred inside of a tank resulting in a sudden eruption of acid spray onto Mr. Perry was preventable. The type of injury is referred to by OSHA as an exposure to harmful substances incident.

Exposure to harmful substances and their resulting injuries present one of the most serious hazards in the workplace, as they can often result in very severe injuries or death…. In fact, according to OSHA, exposure to harmful substances is among the most common causes of serious work-related injuries and deaths[17]. The number of workplace fatalities due to exposure to harmful substances varies from year to year and is dependent on factors such as industry, safety regulations and preventative measures taken by employers. According to the U.S. Bureau of Labor Statistics (BLS), exposure to harmful substances is consistently one of the leading causes of workplace fatalities. For example, in the United States, there were 839 fatalities due to exposure to harmful substances in 2022, accounting for 10% of all workplace fatalities that year, consistently coming in third only to the transportation / driving incidents that experience 2,066 fatalities and falls that experienced 865 fatalities in 2022. Due to the high degree of risk associated to exposure to harmful substances, and the associated increase for serious injury or death to occur from a workplace exposure to harmful substances, companies must take the necessary precautions, and follow all relevant health and safety regulations, as well as industry standards and practices to ensure that they protect workers on their sites from exposure to harmful substances in the workplace.

[17] https://www.bls.gov/charts/census-of-fatal-occupational-injuries/fatal-occupational-injuries-by-event-drilldown.htm




*Figure 1, OSHA Fatal Occupational Injuries by event or exposure, 2022*[18]

18 https://www.bls.gov/charts/census-of-fatal-occupational-injuries/fatal-occupational-injuries-by-event-drilldown.htm - BLS Labor Statistics December 19, 2023

Table 2: Fatal occupational injuries for selected events or exposures, 2018-22

| Characteristic | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|
| Total[1] | 5,250 | 5,333 | 4,764 | 5,190 | 5,486 |
| **Event or exposure[2]** | | | | | |
| **Violence and other injuries by persons or animals** | 828 | 841 | 705 | 761 | 849 |
| Intentional injury by person | 757 | 761 | 651 | 718 | 791 |
| Homicides | 453 | 454 | 392 | 481 | 524 |
| Shooting by other person—intentional | 351 | 363 | 304 | 387 | 435 |
| Stabbing, cutting, slashing, piercing | 44 | 42 | 50 | 45 | 44 |
| Suicides | 304 | 307 | 259 | 236 | 267 |
| **Transportation incidents** | 2,080 | 2,122 | 1,778 | 1,982 | 2,066 |
| Aircraft incidents | 133 | 152 | 80 | 100 | 101 |
| Rail vehicle incidents | 48 | 47 | 32 | 33 | 43 |
| Pedestrian vehicular incident | 325 | 341 | 330 | 337 | 325 |
| Pedestrian struck by vehicle in work zone | 58 | 56 | 57 | 49 | 30 |
| Water vehicle incident | 58 | 63 | 74 | 39 | 31 |
| Roadway incident involving motorized land vehicle | 1,276 | 1,270 | 1,038 | 1,253 | 1,369 |
| Roadway collision with other vehicle | 677 | 729 | 537 | 649 | 763 |
| Roadway collision moving in same direction | 183 | 194 | 142 | 184 | 207 |
| Roadway collision moving in opposite directions, oncoming | 243 | 258 | 198 | 218 | 252 |
| Roadway collision moving perpendicularly | 141 | 153 | 106 | 129 | 164 |
| Roadway collision with object other than vehicle | 373 | 325 | 302 | 319 | 352 |
| Vehicle struck object or animal on side of roadway | 345 | 301 | 275 | 283 | 314 |
| Roadway noncollision incident | 222 | 212 | 196 | 279 | 249 |
| Jack-knifed or overturned, roadway | 170 | 164 | 155 | 207 | 181 |
| Nonroadway incident involving motorized land vehicle | 225 | 236 | 206 | 201 | 185 |
| Nonroadway noncollision incident | 164 | 193 | 167 | 153 | 128 |
| Jack-knifed or overturned, nonroadway | 105 | 128 | 101 | 100 | 77 |
| **Fire or explosion** | 115 | 99 | 71 | 76 | 107 |
| **Fall, slip, trip** | 791 | 880 | 805 | 850 | 865 |
| Fall on same level | 154 | 146 | 136 | 145 | 144 |
| Fall to lower level | 615 | 711 | 645 | 680 | 700 |
| Fall from collapsing structure or equipment | 50 | 37 | 36 | 51 | 33 |
| Fall through surface or existing opening | 83 | 95 | 63 | 77 | 90 |
| **Exposure to harmful substances or environments** | 621 | 642 | 672 | 798 | 839 |
| Exposure to electricity | 160 | 166 | 126 | 152 | 145 |
| Exposure to temperature extremes | 60 | 53 | 62 | 43 | 51 |
| Exposure to other harmful substances | 355 | 379 | 448 | 551 | 586 |
| Inhalation of harmful substance | 42 | 59 | 50 | 72 | 49 |
| **Contact with objects and equipment** | 786 | 732 | 716 | 705 | 738 |
| Struck by object or equipment | 566 | 518 | 468 | 473 | 484 |
| Struck by powered vehicle nontransport | 215 | 205 | 174 | 169 | 181 |
| Struck by falling object or equipment | 278 | 241 | 217 | 227 | 238 |
| Struck by discharged or flying object | 32 | 26 | 37 | 24 | 19 |
| Caught in or compressed by equipment or objects | 137 | 120 | 142 | 143 | 142 |
| Caught in running equipment or machinery | 106 | 93 | 89 | 93 | 102 |
| Struck, caught, or crushed in collapsing structure, equipment, or material | 73 | 83 | 93 | 79 | 95 |

[1] The Census of Fatal Occupational Injuries (CFOI) has published data on fatal occupational injuries for the United States since 1992. During this time, the classification systems and definitions of many data elements have changed. See the CFOI Definitions page (www.bls.gov/iif/definitions/census-of-fatal-occupational-injuries-definitions.htm) for a more detailed description of each data element.

[2] Based on the BLS Occupational Injury and Illness Classification System (OIICS) 2.01 implemented for 2011 data forward.

Note: Data for all years are revised and final. Totals for major categories may include subcategories not shown separately. Dashes indicate no data reported or data that do not meet publication criteria. N.e.c. means "not elsewhere classified." CFOI fatal injury counts exclude illness-related deaths unless precipitated by an injury event.

Source: U.S. Department of Labor, Bureau of Labor Statistics, in cooperation with state, New York City, District of Columbia, and federal agencies, Census of Fatal Occupational Injuries

*Figure 3, OSHA Fatal Work-Related Exposure to Harmful Substances, 2018 - 2022*[19]

[19] https://www.bls.gov/news.release/pdf/cfoi.pdf - BLS Labor Statistics December 19, 2023

Incidents involving exposure to hazardous substances are 100% preventable, but this requires companies to follow industry standards, internal policies and procedures and adhere to the prescribed regulations so as to protect workers' safety.

Halliburton failed to ensure the employees being exposed to hazardous chemicals were informed of the reactivity risk. Halliburton's internal policy HESI_00000388, Part 5.2.1.(B) states that refresher training shall occur as follows: Whenever a new or more severe chemical hazard is introduced into the work area for which the employees have not previously received training.[20]

Halliburton failed to assess the risk of chemical burns in their localized emergency response planning. The OSHA citation for not having readily available chemical eye wash stations and showers within 50 feet or a 10 second walk from the points of potential chemical exposure at the Halliburton HES Port Fourchon Yard 3. Additionally, Halliburton failed to conduct a survey of local medical facilities to identify the nearest medical facility equipped to treat chemical burns. This lack of emergency response planning added time before critical first responder and medical treatment was provided for Mr. Perry.[21]

## 5. JSA / Risk Assessment

The Halliburton crew working and residing on the MV SSIII began their work shift by reviewing a JSA. The JSA reviewed had not been revised since 12/20/2018. The JSA did not list mixing chemicals or their associated hazard. The only statement concerning chemical safety involved the wearing of rubber gloves as needed to operator valves.[22]

A JSA is a systematic process used to identify, assess, and mitigate potential hazards associated with each step of a job. It allows workers and supervisors to anticipate dangers and take proactive measures to mitigate them before they result in incident or injuries. Additionally, workers involved in JSA reviews have an increased awareness of potential hazards identified and control measures being used.

---

[20] Halliburton Exhibit: HESI_00000388, Part 5.2.1.(B)

[21] Halliburton Exhibit: HESI_00000415, OSHA Citation 1, 29 CFR 1910.151(c): Where employees were exposed to injurious corrosive materials, suitable facilities for quick drenching or flushing of the eyes and body were not provided within the work area for immediate emergency use.

[22] Halliburton Exhibit: HESI_00000088, JSA from 4/22/22

A hazard is a potential for an incident. The importance of a hazard is related to the incident that may result from it. An incident is an unintended event or sequence of events that causes death, injury, environmental or material damage. Risk is the combination of the frequency or probability of a specified hazard / hazardous event, and its consequences. Risk can also be defined as being the product of the existence of a hazard, and exposure to the hazard, as is stated by OSHA in its Recommended Practices for Safety and Health Programs shown below.

> ***Note:*** "Risk" is the product of hazard and exposure. Thus, risk can be reduced by controlling or eliminating the hazard or by reducing workers' exposure to hazards. An assessment of risk helps employers understand hazards in the context of their own workplace and prioritize hazards for permanent control.
>
> www.osha.gov/safetymanagement **RECOMMENDED PRACTICES FOR SAFETY AND HEALTH PROGRAMS**

**U.S. Department of Labor**
Occupational Safety and Health Administration

**Inspection Number:** 1665393
**Inspection Date(s):** 04/24/2023 - 04/24/2023
**Issuance Date:** 07/19/2023

**Citation and Notification of Penalty**

**Company Name: Halliburton Energy Services**
**Inspection Site:** 54 Doucet Rd., Golden Meadow, LA 70357

---

Citation 1 Item 1 Type of Violation: **Serious**

29 CFR 1910.151(c): Where employees were exposed to injurious corrosive materials, suitable facilities for quick drenching or flushing of the eyes and body were not provided within the work area for immediate emergency use.

a) On or about April 21, 2023, south of the acid plant near the shipyard, employees were not provided with equipment capable of delivering quick drenching fluids to eyes and body while blending corrosive chemicals in a 5,400-gallon tank.

**ABATEMENT DOCUMENTATION REQUIRED FOR THIS ITEM**

Date By Which Violation Must be Abated: August 03, 2023
Proposed Penalty: $9,376.00

23

[23] Halliburton Exhibit: HESI_00000415, OSHA Citation 1, 29 CFR 1910.151(c):

| Gulf of Mexico Hazard Hunt | Eye Wash / Emergency Shower Stations |
|---|---|

**Reference: ST-GL-HAL-HSE-0502, ANSI Z358.1**

Where employee's eyes and body can be exposed to corrosive and other hazardous chemicals which may cause injury, a suitable eyewash and/or shower must be provided to minimize the injury.

**ACTION:** Conduct a Hazard Hunt at all GOM facilities to verify eye wash/shower stations are in provided and in good working order.

**What to look for?**

- Identify areas where tasks include handling unsealed corrosive or other injurious chemicals.
- Assure that eyewash and/or shower station is nearby (55ft/10sec walk) on the same level. If not, contact HSE for guidance.
- If eyewash/showers are provided, verify that regular inspections are documented.
- Verify eyewash/showers have unobstructed access.
- Verify eyewash/showers operate as intended with sufficient water pressure.





[24]

If the JSA process had been used to properly assess the physical risks of contact with acid then an aspect of emergency response would have assessed the availability and location of eye wash and emergency shower. Halliburton failed to assess this risk, thus when Mr. Perry was splashed with acid, critical time was spent attempting to locate the eye wash and emergency showers. If Halliburton employees had reviewed the Fe-1A SDS, they would have read first add instructions that called for minimum of 30 minutes of flushing instead of the reported 15 minutes. This additional flushing time could have reduced the severity of Mr. Perry's chemical burns.

---

[24] Halliburton Exhibit: HESI_00000394, Eye Wash Station Safety Bulletin

## 4. First Aid Measures

**4.1. Description of first aid measures**

| | |
|---|---|
| **Inhalation** | If inhaled, move victim to fresh air and seek medical attention. |
| **Eyes** | Immediately flush eyes with large amounts of water for at least 30 minutes. Seek prompt medical attention. |
| **Skin** | In case of contact, immediately flush skin with plenty of soap and water for at least 30 minutes and remove contaminated clothing, shoes and leather goods immediately. Get medical attention immediately. |

[25]

**U.S. Department of Labor**
Occupational Safety and Health Administration

**Inspection Number:** 1665393
**Inspection Date(s):** 04/24/2023 - 04/24/2023
**Issuance Date:** 07/19/2023

**Citation and Notification of Penalty**

**Company Name: Halliburton Energy Services**
**Inspection Site:** 54 Doucet Rd., Golden Meadow, LA 70357

Citation 1 Item 2 Type of Violation: **Serious**

29 CFR 1910.132(d)(1)(i): The employer did not select and have each affected employee use, the types of personal protective equipment that would protect the affected employee(s) from the hazards identified in the hazard assessment:

a) On or about April 21, 2023, south of the acid plant near the shipyard, employees were not provided with adequate PPE while blending corrosive chemicals in a 5,400-gallon tank.

**ABATEMENT DOCUMENTATION REQUIRED FOR THIS ITEM**

| | |
|---|---|
| Date By Which Violation Must be Abated: | August 07, 2023 |
| Proposed Penalty: | $6,250.00 |

Roderic M. Chube
Area Director

[26]

[25] Halliburton Exhibit: HESI_00000375, Fe-10, SDS

[26] HESI_00000416, OSHA Citation 2, 29 CFR 1910.132(d)(1)(i):

**Title: Gulf of Mexico JSA Form, SEMS Compliant (Word Version)**

HALLIBURTON MANAGEMENT SYSTEM
DOCUMENT NUMBER:
FO-GOM-HAL-HSE-103A

| | | | | |
|---|---|---|---|---|
| Region: Gulf of Mexico | | FUNCTION\PSL: HSE | | |
| Owner: Jack Gilbert | Approved By: Robert Richard | Revised By: Jack Gilbert | Revision Date: 12/20/18 | Revision: 2 |

| | | |
|---|---|---|
| DATE: 4/22/23<br>PLANT/LOCATION: Stim Star III and yard | JOB ACTIVITY / TASK: Loading 5400's<br>SUPERVISOR CONDUCTING ANALYSIS: (Print and Sign) Ben Harris<br>PSL / DEPARTMENT: Production Enhancement/Sand Control | REVIEWED BY: (All involved with Job Activity must sign. Use back of form or attach roster.) |
| PPE REQUIRED: (In addition to Halliburton Minimum) Harness, Chemical gloves, face shield, apron, steel toe boots, and safety glasses | | APPROVED BY: (Person in Charge of Facility) DATE: 4/22/23 |

| Job / Task Steps | Hazardous Energy Key Word & Specific Sources | Hazard Exposure and Effect | RPC | Barriers/Controls to Prevent Incident | RPC | Person(s) Responsible for Implementing Controls: |
|---|---|---|---|---|---|---|
| 1 Pre-Job Safety Meeting with all involved in task | | 1a Unfamiliar with task<br>1b Poor communication<br>1c Hazards not identified, discussed, or documented<br>1d JSA not reviewed | 2 | 1a Discuss the tasks involved to ensure what it to be accomplished.<br>1b Ensure all persons involved with the task understands his/her role in completing the task safely and efficiently.<br>1c Identify any hazards involved with the task to be performed and ways to mitigate the hazards through the JSA process.<br>1d Review JSA prior to performing the task and document | 3 | Ben Harris |
| 2 Stage tanks/additives | Gravity<br>Motion<br>Mechanical<br>Temperature<br>Chemical | 2a Equipment failure<br>2b pinch points | 2 | 2a Check forklift for readiness<br>2b Check surrounding when moving totes | 3 | Ben Harris |
| 3 Open valves to fluid tanks Working at heights | Gravity<br>Motion<br>Mechanical | 3a Pinch points operating valves on tanks and pumps<br>3b Strains to back and abdomen while operating valves<br>3c Slips, trips, falls due to hoses and lines on top of tank<br>3d Slipping while ascending and descending equipment<br>3e Tripping over fall harness lanyards, | 2 | 3a Use chemical gloves where needed to operate valves to avoid chemical exposer<br>3b Use proper body placement, bending at knees, while operating valves. Open valves slowly to avoid sudden body movements.<br>3c Walk slowly while crossing over hoses and lines to avoid slips, trips and falls. Be aware of walking surfaces Always know your surroundings while on top the tanks. Plan you movements while stepping down to the man cover to operate valves. While moving around on the tanks always be aware of you lanyards. Keep the extra lanyard tied off to harness when not needed. 100% tied off is one lanyard tied off at all times. Always be aware of your surroundings | 3 | D. Brown |
| 4. lift 5400 | Gravity<br>Motion | 1a Equipment failure<br>1b pinch points | 2 | 1a inspect crane and rigging equipment prior to use<br>1b be aware of over head lifts. Always have an out | 3 | Ben Harris |
| | Mechanical | 1c dropped object | | 1c inspect tanks for any objects | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

USE STOP WORK AUTHORITY AND NOTIFY YOUR SUPERVISOR WHEN YOU BELIEVE AN IMMINENT DANGER OR RISK HAS NOT BEEN IDENTIFIED OR MAY NOT BE ADEQUATELY CONTROLLED.

27

[27] Halliburton Exhibit: HESI_00000088, JSA from 4/22/23

As can be seen in the above JSA that was last revised on 12/20/2018, there is no listing of mixing chemicals. The only chemical reference states use chemical gloves when operating valves to avoid chemical exposure.

Halliburton failed to utilize the JSA process to properly risk assess the mixing of chemicals. If the Halliburton crews had utilized the JSA process to evaluate work steps based upon hazards, risks, and mitigations crew team members would have been better prepared to manage the risks of directly mixing reactive chemicals. If the JSA process had been followed it is more likely than not that Mr. Perry would not have been injured.

## 6. Hazard Communication (HAZCOM)

Halliburton failed to implement the required Hazard Communication (Hazcom) program, as well as failing to implement the required training for employees who would be handling and exposed to hazardous chemicals in their work. This type of program is intended to implement the necessary safety functions into workplaces which contain hazardous chemicals and provide training to employees in these workplaces, so they are aware of the hazards, and know the measures by which to protect against these hazards (i.e. reactivity). Hazcom, short for Hazard Communications or Hazard Communication Program, is about informing employees about the chemicals used in the workplace. Hazcom ensures that those who are exposed to or use the chemicals are fully aware of the dangers involved and trained to use the products as safely as possible. In this incident, Halliburton failed to comply with these standards, and this incident occurred as a result of its failures to comply with the relevant Hazcom standards. An example of failure to comply with OSHA's intended purpose of Hazcom can be seen in the SnapChart page 3 of 4 statement from Halliburton's Service Supervisor (Ben Harris) when he was quoted as saying, "he did not stop the job because he did not think to stop work because he did not understand the danger of mixing acids without water/base fluid"[28]. Based upon Halliburton production documents, the employees involved in mixing chemicals were unaware of the hazards of combining Fe-1A and Fe-10. Information regarding the hazards of directly mixing Fe-1A and Fe-10 was available in the Fe-1A

[28] Halliburton Exhibit: HESI_00000529, SnapChart (3 of 5)

Safety Bulletin[29] and Fe-1A SDS[30]. Halliburton's failure to fully implement Hazcom at its work site is a management systems' failure. The Halliburton HSE Port Fourchon Yard 3 operations falls under the compliance structure of Halliburton's safety and environmental management system referred to as HSE MS.

OSHA standard 1910.1200(e) requires that employers develop and implement and written hazard communication program. These programs are to address the training of employees, as well as the method the company will use to inform employees of the hazards associated with the chemicals.

***1910.1200(e)***

***Written hazard communication program.***

***1910.1200(e)(1)***

*Employers shall develop, implement, and maintain at each workplace, a written hazard communication program which at least describes how the criteria specified in paragraphs (f), (g), and (h) of this section for labels and other forms of warning, safety data sheets, and employee information and training will be met, and which also includes the following:*

***1910.1200(e)(1)(i)***

*A list of the hazardous chemicals known to be present using a product identifier that is referenced on the appropriate safety data sheet (the list may be compiled for the workplace as a whole or for individual work areas); and,*

***1910.1200(e)(1)(ii)***

*The methods the employer will use to inform employees of the hazards of non-routine tasks (for example, the cleaning of reactor vessels), and the hazards associated with chemicals contained in unlabeled pipes in their work areas.*

The Hazcom standard also prescribes requirements to address multi-employer workplaces, where employers who use or store hazardous chemicals in such a way that employees of other employees could be exposed shall be addressed also, so that the relevant information on the chemicals and

---

[29] Halliburton Exhibit: HESI_00000057, Safety Bulletin Fe-1A
[30] Halliburton Exhibit: HESI_00000105 (SDS Fe-IA)

the precautionary measures that will be used to protect employees in these workplaces are in effect. It is highly important that companies like Halliburton who use and store hazardous chemicals comply with these standards and train their personnel in accordance with industry standards.

***1910.1200(e)(2)***

*Multi-employer workplaces. Employers who produce, use, or store hazardous chemicals at a workplace in such a way that the employees of other employer(s) may be exposed shall additionally ensure that the hazard communication programs developed and implemented under this paragraph (e) include the following:*

***1910.1200(e)(2)(i)***

*The methods the employer will use to provide the other employer(s) on-site access to safety data sheets for each hazardous chemical the other employer(s)' employees may be exposed to while working.*

***1910.1200(e)(2)(ii)***

*The methods the employer will use to inform the other employer(s) of any precautionary measures that need to be taken to protect employees during the workplace's normal operating conditions and in foreseeable emergencies; and,*

***1910.1200(e)(2)(iii)***

*The methods the employer will use to inform the other employer(s) of the labeling system used in the workplace*

**Failed to Implement Training**

The OSHA standards mandate training for employees under the hazard communication standard, yet we know from Halliburton's training records that Mr. Perry last Hazcom training took place on 01/01/2020, additional Mr. Brown's last Hazcom training took place on 08/20/2017. The OSHA standards require that companies such as Halliburton provide this training on the hazardous chemicals in their work area, and that the training will cover information about the safety data sheets, the methods to detect the presence or release of hazardous chemicals, the measures employees can take to protect themselves from the hazards, including any specific procedures the

employer has implemented to protect employees from exposure to hazardous chemicals, such as appropriate work practices, among other things relevant to ensuring safe operations.

Excerpts from the OSHA standard on this required training are shown below.

***1910.1200(h)***

***Employee information and training.***

***1910.1200(h)(1)***

*Employers shall provide employees with effective information and training on hazardous chemicals in their work area at the time of their initial assignment, and whenever a new chemical hazard the employees have not previously been trained about is introduced into their work area. Information and training may be designed to cover categories of hazards (e.g., flammability, carcinogenicity) or specific chemicals. Chemical-specific information must always be available through labels and safety data sheets.*

***1910.1200(h)(2)***

*Information. Employees shall be informed of:*

***1910.1200(h)(2)(i)***

*The requirements of this section;*

***1910.1200(h)(2)(ii)***

*Any operations in their work area where hazardous chemicals are present; and,*

***1910.1200(h)(2)(iii)***

*The location and availability of the written hazard communication program, including the required list(s) of hazardous chemicals, and safety data sheets required by this section.*

***1910.1200(h)(3)***

*Training. Employee training shall include at least:*

***1910.1200(h)(3)(i)***

*Methods and observations that may be used to detect the presence or release of a hazardous chemical in the work area (such as monitoring conducted by the employer, continuous monitoring devices, visual appearance or odor of hazardous chemicals when being released, etc.).*

***1910.1200(h)(3)(ii)***

*The physical, health, simple asphyxiation, combustible dust, and pyrophoric gas hazards, as well as hazards not otherwise classified, of the chemicals in the work area;*

***1910.1200(h)(3)(iii)***

*The measures employees can take to protect themselves from these hazards, including specific procedures the employer has implemented to protect employees from exposure to hazardous chemicals, such as appropriate work practices, emergency procedures, and personal protective equipment to be used; and,*

***1910.1200(h)(3)(iv)***

*The details of the hazard communication program developed by the employer, including an explanation of the labels received on shipped containers and the workplace labeling system used by their employer; the safety data sheet, including the order of information and how employees can obtain and use the appropriate hazard information.*

## 7. Summary of Opinions

Based upon the review of the materials, testimony, and evidence in this matter, I have formed opinions regarding the incident, its causal factors, the circumstances in which it occurred, as well as the roles of the parties involved. These opinions are summarized in the section below.

- This was a preventable incident that should not have occurred.
- Exposure to hazardous substances is the third leading cause of workplace fatalities according to the BLS.[31]
- Halliburton failed to ensure the daily work plan was risk assessed by means of revising the JSA to account for potential hazards related to mixing chemicals.[32]
- Halliburton failed to ensure the employees assigned to the MV SSIII were properly trained to understand the recognized risks associated with the chemicals they would be mixing.[33] [34]
- Halliburton failed to ensure the employees engaged in chemical mixing had the correct PPE in the unplanned event of exposure to chemicals.[35]
- Halliburton failed to conduct an eye wash station assessment of all their chemical mixing areas at the HES Port Fourchon Yard 3.[36] [37]

---

[31] https://www.bls.gov/charts/census-of-fatal-occupational-injuries/fatal-occupational-injuries-by-event-drilldown.htm - BLS Labor Statistics December 19, 2023

[32] Halliburton Exhibit: HESI_00000088, JSA from 4/22/22

[33] Halliburton Exhibit: HESI_00000401 Mr. Perry Training Records

[34] https://www.osha.gov/laws-regs/oshact/section5-duties (OSHA General Duty Clause) Each employer shall furnish to each of his employees' employment and a place of employment which are free from recognized hazards that are causing or are likely to cause death or serious physical harm to his employees.

[35] Halliburton Exhibit: HESI_00000416, OSHA Citation 2, 29 CFR 1910.132(d)(1)(i): The employer did not select and have each affected employee use the types of personal protective equipment that would protect the affected employee(s) from the hazards identified in the hazard assessment.

[36] Halliburton Exhibit: HESI_00000415, OSHA Citation 1, 29 CFR 1910.151(c): Where employees were exposed to injurious corrosive materials, suitable facilities for quick drenching or flushing of the eyes and body were not provided within the work area for immediate emergency use.

[37] Halliburton Exhibit: HESI_00000394, Eye Wash Station Safety Bulletin

- Halliburton failed to provide Service Supervisor with a loadout sheet that lists the order in which chemicals were to be mixed to avoid unplanned chemical reactivity of Fe-1A and Fe-10.[38]

- Halliburton failed to ensure the employees being exposed to hazardous chemicals were informed of the reactivity risk. Halliburton's internal policy HESI_00000388, Part 5.2.1.(B) states that refresher training shall occur as follows: Whenever a new or more severe chemical hazard is introduced into the work area for which the employees have not previously received training.[39]
- Halliburton failed to assess the risk of chemical burns in their localized emergency response planning. The OSHA citation for not having readily available chemical eye wash stations and showers within 50 feet or a 10 second walk from the points of potential chemical exposure at the Halliburton HES Port Fourchon Yard 3. Additionally, Halliburton failed to conduct a survey of local medical facilities to identify the nearest medical facility equipped to treat chemical burns. This lack of emergency response planning added time before critical first responder and medical treatment was provided for Mr. Perry.[40]
- Halliburton failed to utilize the JSA process to properly risk assess the mixing of chemicals. If the Halliburton crews had utilized the JSA process to evaluate work steps based upon hazards, risks, and mitigations crew team members would have been better prepared to manage the risks of directly mixing reactive chemicals. If the JSA process had been followed it is more likely than not that Mr. Perry would not have been injured.
- If the JSA process had been used to properly assess the physical risks of contact with acid then an aspect of emergency response would have assessed the availability and location of eye wash and emergency shower. Halliburton failed to assess this risk, thus when Mr. Perry was splashed with acid, critical time was spent attempting to locate the eye wash and emergency showers. If Halliburton employees had reviewed the Fe-1A SDS, they would

[38] Halliburton Exhibit: HESI_00000529, SnapChart (2of5), Loadout sheet does not provide sequence to add additives or to add water based fluid before acid.
[39] Halliburton Exhibit: HESI_00000388, Part 5.2.1.(B)
[40] Halliburton Exhibit: HESI_00000415, OSHA Citation 1, 29 CFR 1910.151(c): Where employees were exposed to injurious corrosive materials, suitable facilities for quick drenching or flushing of the eyes and body were not provided within the work area for immediate emergency use.

have read first add instructions that called for minimum of 30 minutes of flushing instead of the reported 15 minutes. This additional flushing time could have reduced the severity of Mr. Perry's chemical burns.

## 8. Reservations & Signature

This report outlines the general substance of my opinions and findings related to my engagement. As the discovery progresses, or additional questions are raised on these topics, I may have further opinions, and I reserve the right to amend this report if further information becomes available and my review of this matter continues.

Respectfully Submitted,

Joe Thompson

______________________________

Joseph Thompson, CSP

## 9. Materials Reviewed

**Witness Statements:**

HESI_00000406 Witness Statements Steven Colson (OAII)

HESI_00000489 Witness Statement Lucien Thomas (Crane Op.)

HESI_00000499 Landon Perry Printed Statement

HESI_00001121 Witness Statements Kendrick Mayo

HESI_00001160 Brandon Boudreaux Witness Statement

HESI_00001166 Ben Harris Witness Statement

HESI_00000386 Mr. Perry Audio Statement

**Exhibits and Submissions:**

Halliburton Exhibit: HESI_00000415,

> OSHA Citation 1, 29 CFR 1910.151(c): Where employees were exposed to injurious corrosive materials, suitable facilities for quick drenching or flushing of the eyes and body were not provided within the work area for immediate emergency use.

Halliburton Exhibit: HESI_00000416,

> OSHA Citation 2, 29 CFR 1910.132(d)(1)(i): The employer did not select and have each affected employee use the types of personal protective equipment that would protect the affected employee(s) from the hazards identified in the hazard assessment.

Halliburton Exhibit: HESI_00001104, Halliburton Investigation Event ID: 1037. HS. 042323.00302325

Halliburton Exhibit: HESI_00000088, JSA from 4/22/23

Halliburton Exhibit: HESI_00000529, SnapChart (2 of 5) Loadout sheet does not provide sequence to add additives or to add water-based fluid before acid.

Halliburton Exhibit: HESI_00000105, Fe-1A, SDS

Halliburton Exhibit: HESI_00000375, Fe-10, SDS

Halliburton Exhibit: HESI_00000388, Part 5.2.1.(B),

> 5.2.1 Refresher training shall occur as follows: (B) Whenever a new or more severe chemical hazard is introduced into the work area for which the employees have not previously received training.

Halliburton Exhibit: HESI_00000394, Eye Wash Station Safety Bulletin

Halliburton Exhibit: HESI_00000401, Mr. Perry Training Records

Halliburton Exhibit: HESI_00000529,

> SnapChart (3 of 5) (Service Supervisors (Ben Harris) stated he did not stop the job because he did not think to stop work because he did not understand the danger of mixing acids without water/base fluid.

Halliburton Exhibit: HESI_00000115, Chem Blend SOP

Halliburton Exhibit: HESI_00000120, Hal Hazcom

Halliburton Exhibit: HESI_00000135, Mixing Ratios

Halliburton Exhibit: HESI_00000408, OSHA Citation

Halliburton Exhibit: HESI_00000420, Hazcom handling and storage

Halliburton Exhibit: HESI_00000481, Risk Assessment 4-23-23

Halliburton Exhibit: HESI_00000487, Hal Lessons Learnt

Halliburton Exhibit: HESI_00000505, OSHA reply with C.A.

Halliburton Exhibit: HESI_00000525, Hal Investigation PPT

Halliburton Exhibit: HESI_00000545, Mr. Brown Training Records

Halliburton Exhibit: HESI_00001077, Photo of Chem Spill

Halliburton Exhibit: HESI_00001147, Fe 10 Bulletin

Halliburton Exhibit: HESI_00001159, Mixing Order

Halliburton Exhibit: HESI_00001174, Fe 1A SDS

Halliburton Exhibit: HESI_00001195, Hal Res Pro

Halliburton Exhibit: HESI_00001208, Silica

Halliburton Exhibit: HESI_00001213, Photo Spill

Halliburton Exhibit: HESI_00000057, Safety Bulletin Fe-1A

Halliburton Exhibit: HESI_00000105 (SDS Fe-IA)

Halliburton Exhibit: HESI_00000001 - 00001249

**Standards and Agencies:**

**https://www.bls.gov/news.release/pdf/cfoi.pdf**

BLS Labor Statistics December 19, 2023

https://www.bls.gov/charts/census-of-fatal-occupational-injuries/fatal-occupational-injuries-by-event-drilldown.htm

BLS Fatal Occupational Injuries by Event or Exposure

https://www.osha.gov/laws-regs/regulations/standardnumber/1910/1910.1200

1910.1200(h)(1)

Employers shall provide employees with effective information and training on hazardous chemicals in their work area at the time of their initial assignment, and whenever a new chemical hazard the employees have not previously been trained about is introduced into their work area. Information and training may be designed to cover categories of hazards (e.g., flammability, carcinogenicity) or specific chemicals. Chemical-specific information must always be available through labels and safety data sheets

https://www.osha.gov/laws-regs/oshact/section5-duties

OSHA General Duty Clause: Each employer shall furnish to each of his employees' employment and a place of employment which are free from recognized hazards that are causing or are likely to cause death or serious physical harm to his employees.