Exhibit 1

| Row Labels | Count of Client Name | Min of Date | Max of Date2 |
|---|---|---|---|
| Arnold & Itkin | 54 | 2016 | 2024 |
| Sullivan Stolier Schulze, LLC | 16 | 2020 | 2021 |
| The Townsley Law firm | 9 | 2016 | 2024 |
| Hoffoss Devall | 9 | 2018 | 2023 |
| Jones & Hill | 5 | 2018 | 2020 |
| Morris & Dewett, LLC | 5 | 2020 | 2023 |
| Damon D. Kervin | 3 | 2019 | 2022 |
| Townsley Law Firm | 2 | 2022 | 2023 |
| The Ferguson Law Firm | 2 | 2019 | 2023 |
| Laborde Earles | 2 | 2020 | 2021 |
| Wanek Kirsch Davies LLC | 2 | 2019 | 2019 |
| Edwards, Stefanski &Zaunbrecher, LLP | 2 | 2020 | 2022 |
| The Voorhies Law Firm | 2 | 2019 | 2022 |
| Frederick & Beckers, LLC | 2 | 2019 | 2022 |
| Baggett Mccall, LLC | 2 | 2023 | 2023 |
| Michael P. Schillage | 2 | 2019 | 2020 |
| (blank) | 1 | 2016 | 2016 |
| Denton Law Firm | 1 | 2022 | 2022 |
| Chehardy, Sherman,Williams, Murray, Recile, Stakelum, & Hayes | 1 | 2021 | 2021 |
| Hill Law Firm | 1 | 2023 | 2023 |
| Voorhies Law | 1 | 2021 | 2021 |
| Derrick G. Earles | 1 | 2023 | 2023 |
| Vernon, Bice, & Palermo & Wilson, LLC | 1 | 2019 | 2019 |
| Irpino, Avin, &Hawkins Law Firm | 1 | 2022 | 2022 |
| The Toce Firm | 1 | 2023 | 2023 |
| Jacob Karam | 1 | 2022 | 2022 |
| Unglesby Law | 1 | 2023 | 2023 |
| John Mark Fezio | 1 | 2023 | 2023 |
| Wanek Kirsch Davis, LLC | 1 | 2021 | 2021 |
| Brashear Law Firm | 1 | 2021 | 2021 |
| Wanek Krisch Davies LLC | 1 | 2018 | 2018 |
| Jones Hill Law | 1 | 2023 | 2023 |
| Stutes Law Firm | 1 | 2020 | 2020 |
| Cox Cox Filo Camel &Wilson, LLC | 1 | 2020 | 2020 |
| Evelyn Chaung | 1 | 2021 | 2021 |
| Law Offices ofGregory P. Dileo, APLC | 1 | 2023 | 2023 |
| Clay Dugas & Associates | 1 | 2021 | 2021 |
| Lee Schwalben | 1 | 2021 | 2021 |
| Gabe A. Duhon, LLC | 1 | 2021 | 2021 |
| Loftin & LeBlanc, LLC | 1 | 2023 | 2023 |
| Veron, Bice, &Palermo & Wilson, LLC | 1 | 2024 | 2024 |
| Penny & Hardy | 1 | 2019 | 2019 |
| Wanek Kirsch Davies | 1 | 2020 | 2020 |
| Elliot & Ritch, L.L.P &Hoffoss Devall | 1 | 2020 | 2020 |
| Welborn & Hargett | 1 | 2022 | 2022 |
| Gaar Law Firm | 1 | 2019 | 2019 |
| Sacha S. Tessier | 1 | 2017 | 2017 |
| Kurt Offner | 1 | 2019 | 2019 |
| Jay Bice | 1 | 2018 | 2018 |
| Wiliam B. Schwartz | 1 | 2019 | 2019 |
| Hale Law Firm | 1 | 2023 | 2023 |
| Ryan Gatti | 1 | 2022 | 2022 |
| Broussard & David, LLC. | 1 | 2019 | 2019 |
| Lundy, Lundy, Soileau, & South LLP | 1 | 2019 | 2019 |
| The Townsley Law Firm | 1 | 2019 | 2019 |
| Broussard & Williamson | 1 | 2023 | 2023 |
| Pierce Skrabanek Law Firm | 1 | 2019 | 2019 |
| Nicholas Rockforte | 1 | 2022 | 2022 |
| Cosse' Law Firm, LLC | 1 | 2024 | 2024 |
| O'Pry Law Firm | 1 | 2024 | 2024 |
| Morris, Dewett, &Savoie, LLC | 1 | 2020 | 2020 |
| **Grand Total** | **164** | **2016** | **2024** |

| Date | Client Name | Case Name/ Docket Number | Firm | Jurisdiction | Action | Requestor |
|---|---|---|---|---|---|---|
| 2020 | EBR City/Parish | Zavala V. City of baton Rouge/Parish East Baton Rouge, et al. | Michael P. Schillage | United State District Court | Report/Deposition | Defense |
| 2020 | Ellison, K. | Karisha Ellison V: Cottingham & Butler Claims Service No: 2:18-CV-00660 Western District Court of Louisiana | Stutes Law Firm | 14th Judicial District Court | Report/Deposition | Plaintiff |
| 2020 | Neel, N. | Norma Neel Vs. Ace American Insurance Company, et al. | Cox Cox Filo Camel & Wilson, LLC | 14th Judicial District Court | Report/Deposition | Plaintiff |
| 2020 | Vidrine, N. | Nikki Vidrine Vs. Rapides Regional Medical Center, Docket No.19-01242 | Jones & Hill | 2nd Judicial District Court | Report/Deposition | Plaintiff |
| 2020 | Thomas, J. | Jackie Thomas Vs. Harley Maine Gulf, LLC et al., No. 4:19-vc-01487 | Arnold & Itkin | United States District Court | Report/Deposition | Plaintiff |
| 2020 | Murphy, J. | Justin Murphy VS. Chase Oldon Morgan, et al., No. 103560 | Edwards, Stefanski & Zaunbrecher, LLP | 15th Judicial District Court | Report/Deposition | Plaintiff |
| 2020 | Calderon, C. | Christopher Calderon VS. Ace American Insurance, No. 2018-2913 | Hoffoss Devall | 14th Judicial District Court | Report/Deposition | Plaintiff |
| 2020 | Riche, C. | Cory Riche VS. Matthew Armand, et al., No. 2018-5867 | Laborde Earles | 12th Judicial District Court | Report/Deposition | Plaintiff |
| 2020 | Rice, B. | Blake Rice Vs. Federated Mutual Insurance Company | Morris, Dewett, & Savoie, LLC | 9th Judicial District Court | Report/Deposition | Plaintiff |
| 2020 | Poole, M. | Mitchell Poole Vs. Thor Industries, Inc. et al., No.595-11524 | Elliot & Ritch, L.L.P & Hoffoss Devall | 18th Judicial District Court | Report/Deposition | Plaintiff |
| 2020 | Leblanc, S. | Shawnequa Leblanc V. Edwin Nganga, et al.; No. 2019-CV-00392 | Hoffoss Devall | Federal Court | Report/Deposition | Plaintiff |
| 2020 | Petroski, H. | Hannah Petroski Vs. All State Insurance Company, et al.; No. C-074819 | Hoffoss Devall | 31st Judicial District Court | Report/Deposition | Plaintiff |
| 2020 | Coburn, H. | Michael Coburn Vs. Metropolitan Property and Casualty Insurance Company, et al. No. 609602-A | Morris & Dewett, LLC | 1st Judicial District Court | Report/Deposition | Plaintiff |
| 2020 | Vige, J. | Lindsey Simon, et al.,Plaintiffs, v. Lyondell Chemical Company, et al.; No.2019-12351 | Arnold & Itkin | 295th Judicial District Court | Report/Deposition | Plaintiff |
| 2020 | Vaughn, B. | Vaughn V. Hobby Lobby Civil Action No.:6:19-CV-00293 | Wanek Kirsch Davies | Western District Court of LA- Federal Court | Report/Deposition | Defense |
| 2020 | Cook, R. | Oceans Behavioral Hospital of Kentwood v. Novitas Solutions | Sullivan Stolier Schulze, LLC | Office of Medicare Hearings and Appeals – Atlanta. ALJ Dancy. | Telephonic judge-only hearing testimony | Plaintiff |
| 2020 | Davis, A. | Oceans Behavioral Hospital of Kentwood v. Novitas Solutions | Sullivan Stolier Schulze, LLC | Office of Medicare Hearings and Appeals – Atlanta. ALJ Dancy. | Telephonic judge-only hearing testimony | Plaintiff |
| 2020 | Cheffney, J. | Oceans Behavioral Hospital of Kentwood v. Novitas Solutions | Sullivan Stolier Schulze, LLC | Office of Medicare Hearings and Appeals – Atlanta. ALJ Dancy. | Telephonic judge-only hearing testimony | Plaintiff |
| 2020 | Morgan, L. | Oceans Behavioral Hospital of Kentwood v. Novitas Solutions | Sullivan Stolier Schulze, LLC | Office of Medicare Hearings and Appeals – Atlanta. ALJ Dancy. | Telephonic judge-only hearing testimony | Plaintiff |
| 2021 | John, B. | State of La Vs. Brittni John, 2020-002090 | Evelyn Chaung | 14th Judicial District Court | Interdiction Assessment | Judicial |
| 2021 | Simon, L. | Lindsey Simon, et al.,Plaintiffs, v. Lyondell Chemical Company, et al.; No.2019-12351 | Arnold & Itkin | 295th Judicial District Court | Report/Deposition | Plaintiff |
| 2021 | Roberts, S. | Lindsey Simon, et al.,Plaintiffs, v. Lyondell Chemical Company, et al.; No.2019-12351 | Arnold & Itkin | 295th Judicial District Court | Report/Deposition | Plaintiff |
| 2021 | Jackson, B. | Bret Jackson VS. Naviatas Midstream Partners, LLC., et al.; No. 2018-81164 | Arnold & Itkin | 129th Judicial District Court | Report/Deposition | Plaintiff |
| 2021 | Yuen, P. | Pui Kwan Yuen v. State National Insurance Company, Inc., et al. | Chehardy, Sherman, Williams, Murray, Recile, Stakelum, & Hayes | 19th Judicial District Court | Report/Deposition | Plaintiff |

| Year | Name | Case | Firm | Court | Testimony Type | Party |
|---|---|---|---|---|---|---|
| 2021 | Murray, A. | *Arnold Murray and Romana Murray V. Rodan Transport USA, LTD et al.; No. 10040-12* | Morris & Dewett, LLC | Western District court of LA- Federal Court | Report/Deposition | Plaintiff |
| 2021 | Rose, S. | *Summer Rose Vs. Hanover American Insurance Company, National World War II Museum Inc, Mickal A Baldinger* | Morris & Dewett, LLC | 24th Judicial District Court | Report/Deposition | Plaintiff |
| 2021 | Babineaux, L. | *Lisa Babineaux Vs. Roderick Sias and State Farm Mutual Insurance Company* | Gabe A. Duhon, LLC | 27th Judicial District Court | Report/Deposition | Plaintiff |
| 2021 | Miccioto, S. | *Susan Miciotto vs. Hobby Lobby Stores, Inc.* | Wanek Kirsch Davis, LLC | Western District court of LA- Federal Court | Report/Jury Trial Testimony | Defense |
| 2021 | Vaultz, R. | *Oceans Behavioral Hospital of Kentwood v. Novitas Solutions* | Sullivan Stolier Schulze, LLC | Office of Medicare Hearings and Appeals – Atlanta. ALJ Dancy. | Telephonic judge-only hearing testimony | Plaintiff |
| 2021 | Boyd, V. | *Oceans Behavioral Hospital of Kentwood v. Novitas Solutions* | Sullivan Stolier Schulze, LLC | Office of Medicare Hearings and Appeals – Atlanta. ALJ Dancy. | Telephonic judge-only hearing testimony | Plaintiff |
| 2021 | Lewis, G. | *Oceans Behavioral Hospital of Kentwood v. Novitas Solutions* | Sullivan Stolier Schulze, LLC | Office of Medicare Hearings and Appeals – Atlanta. ALJ Dancy. | Telephonic judge-only hearing testimony | Plaintiff |
| 2021 | Traylor, M. | *Oceans Behavioral Hospital of Kentwood v. Novitas Solutions* | Sullivan Stolier Schulze, LLC | Office of Medicare Hearings and Appeals – Atlanta. ALJ Dancy. | Telephonic judge-only hearing testimony | Plaintiff |
| 2021 | Shephard, W. | *Oceans Behavioral Hospital of Kentwood v. Novitas Solutions* | Sullivan Stolier Schulze, LLC | Office of Medicare Hearings and Appeals – Atlanta. ALJ Dancy. | Telephonic judge-only hearing testimony | Plaintiff |
| 2021 | Monk, S. | *Oceans Behavioral Hospital of Kentwood v. Novitas Solutions* | Sullivan Stolier Schulze, LLC | Office of Medicare Hearings and Appeals – Atlanta. ALJ Dancy. | Telephonic judge-only hearing testimony | Plaintiff |
| 2021 | Nevills, C. | *Nevills, Cynthia Vs Allstate Property and Casualty Insurance Company and Ina Brisendine, et al.* | Hoffoss Devall | 14th Judicial District Court | Report/Deposition | Plaintiff |
| 2021 | Hardy, C. | *Calaia Hardy Vs. State Farm Mutual Insurance Company, NO. 2020-002089* | Brashear Law Firm | 14th Judicial District Court | Report/Deposition | Plaintiff |
| 2021 | Gallegos, D. | *David Gallegos Vs. Ineos LLC* | Arnold & Itkin | 405th Judicial District Court | Report/Deposition | Plaintiff |
| 2021 | Davis, P. | *Phillip Davis Vs. Kimberly Sistrunk, NO.B-204,574* | Clay Dugas & Associates | 60th Judicial District Court | Report/Deposition | Plaintiff |
| 2021 | Thibodeaux, D. | *Denise Thibodeaux Vs. Maria Doucet, NO. 2016-0619-K* | Lee Schwalben | 15th Judicial District Court | Report/Deposition | Plaintiff |
| 2021 | Riche, C. | *Cory Riche VS. Matthew Armand, et al.; No. 2018-5867* | Laborde Earles | 12th Judicial District Court | Video Trial Testimony | Plaintiff |
| 2021 & 2022 | Day, T. | *Tracey Day Vs. Elvis Thompson, Terry Graham Trucking, Inc., No. 2817-4574* | Jones & Hill | 14th Judicial District Court | Report/Deposition/ Trial Testimony | Plaintiff |
| 2021 | Delay, J. | *Jaden Delay Vs. U.S. Fire Insurance Company & Boys & Girls Club of Southeast LA, NO. 2019-6182* | Voorhies Law | Civil District Court for the parish of Orleans State of LA | Report/Deposition | Plaintiff |
| 2022 | Garcia, H. | *Hugo Garcia Vs. Westlake Chemical Corporation, No. 18-CV-00764* | Arnold & Itkin | United States District Court | Report/Deposition | Plaintiff |
| 2021 | Ward, B. | *Oceans Behavioral Hospital of Kentwood v. Novitas Solutions* | Sullivan Stolier Schulze, LLC | Office of Medicare Hearings and Appeals – Cleveland, Ohio. ALJ Dancy. | Telephonic judge-only hearing testimony | Plaintiff |
| 2021 | Woods, R. | *Oceans Behavioral Hospital of Kentwood v. Novitas Solutions* | Sullivan Stolier Schulze, LLC | Office of Medicare Hearings and Appeals – Cleveland, Ohio. ALJ Dancy. | Telephonic judge-only hearing testimony | Plaintiff |
| 2021 | Sonnier, S. | *Oceans Behavioral Hospital of Kentwood v. Novitas Solutions* | Sullivan Stolier Schulze, LLC | Office of Medicare Hearings and Appeals – Cleveland, Ohio. ALJ Dancy. | Telephonic judge-only hearing testimony | Plaintiff |
| 2021 | Guilbeaux, R. | *Oceans Behavioral Hospital of Kentwood v. Novitas Solutions* | Sullivan Stolier Schulze, LLC | Office of Medicare Hearings and Appeals – Cleveland, Ohio. ALJ Dancy. | Telephonic judge-only hearing testimony | Plaintiff |

| Year | Name | Case | Firm | Court | Type | Side |
|---|---|---|---|---|---|---|
| 2021 | Anthony, C. | *Oceans Behavioral Hospital of Kentwood v. Novitas Solutions* | Sullivan Stolier Schulze, LLC | Office of Medicare Hearings and Appeals – Cleveland, Ohio. ALJ Dancy. | Telephonic judge-only hearing testimony | Plaintiff |
| 2021 | Hearring, B. | *Oceans Behavioral Hospital of Kentwood v. Novitas Solutions* | Sullivan Stolier Schulze, LLC | Office of Medicare Hearings and Appeals – Cleveland, Ohio. ALJ Dancy. | Telephonic judge-only hearing testimony | Plaintiff |
| 2022 | Ball, J. | *Joseph Ball Vs. Sugar N' Spice, Carenecro's Preschool, Inc. No. 2016-4839-C* | Townsley Law Firm | 15th Judicial District Court | Report/Deposition | Plaintiff |
| 2022 | Richards, J. | *Jamie Richards Vs. Shawn Layton, MIMG LXI Oak Tree Sub, LLC, NO. CV35715* | Arnold & Itkin | 266th Judicial District Court | Report/Jury Trial Testimony | Plaintiff |
| 2022 | Waymack, C. | *Cody Waymack Vs. Nictor Electric, INC. and Michael Sanchez* | Arnold & Itkin | 19th Judicial District Court | Report/Deposition | Plaintiff |
| 2022 | Washington, J. | *Jerome Washington Vs. UV Logistics, LLC Travelers Property Casualty Insurance Company and John Salter* | Morris & Dewett, LLC | 1st Judicial District Court | Report/Deposition | Plaintiff |
| 2022 | Serrano, D. | *Daniel Serrano v. Exxon Mobil Corporation, Cause No. 2019-52989* | Arnold & Itkin | 333rd Judicial District Court | Report/Jury Trial Testimony | Plaintiff |
| 2022 | Wright, C. | *Christopher Wright v. Exxon Mobil Corporation, Cause No. 2019-52990* | Arnold & Itkin | 333rd Judicial District Court | Report/Jury Trial Testimony | Plaintiff |
| 2022 | Reyes, N. | *Noe Reyes v. Exxon Mobil Corporation, Cause No. 2019-52991* | Arnold & Itkin | 333rd Judicial District Court | Report/Jury Trial Testimony | Plaintiff |
| 2022 | Garza, S. | *Samantha Garza v. Exxon Mobil Corporation, Cause No. 2019-52992* | Arnold & Itkin | 333rd Judicial District Court | Report/Jury Trial Testimony | Plaintiff |
| 2022 | Garza, D. | *David Garza v. Exxon Mobil Corporation, Cause No. 2019-52993* | Arnold & Itkin | 333rd Judicial District Court | Report/Jury Trial Testimony | Plaintiff |
| 2022 | Benavides, D. | *Daniel Benavides v. Exxon Mobil Corporation, Cause No. 2019-52994* | Arnold & Itkin | 333rd Judicial District Court | Report/Jury Trial Testimony | Plaintiff |
| 2022 | Hernandez, R. | *Ricardo Hernandez v. Exxon Mobil Corporation, Cause No. 2019-52995* | Arnold & Itkin | 333rd Judicial District Court | Report/Jury Trial Testimony | Plaintiff |
| 2022 | Gomez, P. | *Pedro Gomez v. Exxon Mobil Corporation, Cause No. 2019-52996* | Arnold & Itkin | 333rd Judicial District Court | Report/Jury Trial Testimony | Plaintiff |
| 2022 | Gonzalez, J. | *Joel Gonzalez v. Exxon Mobil Corporation, Cause No. 2019-52997* | Arnold & Itkin | 333rd Judicial District Court | Report/Jury Trial Testimony | Plaintiff |
| 2022 | Lerette, T. | *Robert Dunham, Timothy Lerette, and Lonnie Roberts V. American Bureau of Shipping; ABS Group of Companies, INC.* | Arnold & Itkin | 127th Judicial District Court | Report/Deposition | Plaintiff |
| 2022 | Roberts, L. | *Robert Dunham, Timothy Lerette, and Lonnie Roberts V. American Bureau of Shipping, Case: No. 2019-85459* | Arnold & Itkin | 127th Judicial District Court | Report/Deposition | Plaintiff |
| 2022 | Bell, C. | *Clement Bell Vs. American Petroleum Tanekrs, LLC., Case No. 2019-5915* | Arnold & Itkin | 43rd Judicial District Court | Report/Jury Trial Testimony | Plaintiff |
| 2022 | Santos, J. | *Junior Santos Vs. Chemical South Transport, Inc., Case No.697797* | The Voorhies Law Firm | 19th Judicial District Court | Report/Deposition | Plaintiff |
| 2022 | Cordova, A. | *Arturo Cordova, Vs. Kodiak Compression, INC. and Kodiak Gas Services., Case No. 2020-34130* | Arnold & Itkin | 113th Judicial District Court | Report/Deposition | Plaintiff |
| 2022 | Chanette, N. | *Nicole Chanette Vs. Schexnayder Rentals, Case No. 00135985* | Irpino, Avin, & Hawkins Law Firm | 16th Judicial District Court | Report/Deposition | Plaintiff |
| 2022 | Dominguez, A. | *Abraham Dominguez Vs. Remedial Construction Services., Case No. 2018-81206* | Arnold & Itkin | 127th Judicial District Court | Report/Deposition | Plaintiff |

| Year | Name | Case | Firm | Court | Work | Side |
|---|---|---|---|---|---|---|
| 2022 | Levine, C. | *Michael Couvillion, Vs. Nationwide Agbribusiness Insurance Company, et al.; Case: No.107785* | Welborn & Hargett | 15th Judicial District Court | Report/Deposition/ Jury Trial Testimony | Plaintiff |
| 2022 | Wyatt, K. | *Kelley Wyatt and Jeffrey Wyatt Vs. Brodie Leroy, et al.; Case No. 151,512* | Ryan Gatti | 26th Judicial District Court | Report/Deposition | Plaintiff |
| 2022 | Harris, R. | *Randall Harris Vs. Flying A Pumping Service, LLC, Case No. 2020-025* | Arnold & Itkin | 259th Judicial District Court | Report/Deposition/Jury Trial Testimony | Plaintiff |
| 2022 | Garlington, E. | *Elizabeth Garlington Vs. Deodis Jones, Jr and ASF Intermodal, LLC, Case No. 6:21-cv-03135* | Denton Law Firm | Western District of Missouri Southern Division | Report/Deposition | Plaintiff |
| 2022 | Malone, H. | *Howard Malone, et al. Vs. Leo Spence, et al.; 02047* | Damon D. Kervin | United States District Court | Report/Deposition | Plaintiff |
| 2022 | Malone, S. | *Susan Malone, et al. Vs. Leo Spence, et al.; 02047* | Damon D. Kervin | United States District Court | Report/Deposition | Plaintiff |
| 2022 | Higginbotham, M. | *Mitchell Higginbotham Vs. City of Dequincy, Mcneilus Truck and Manufacturing, et al.; Case No. 2:20-cv-01157* | Edwards, Stefanski & Zaunbrecher, LLP | United States District Court | Report/Deposition | Plaintiff |
| 2022 | Raggio, B. | *Baylor Raggio Vs. American News Company, LLC, Travelers Property Casualty of America* | Jacob Karam | 31st Judicial District Court | Report/Deposition | Plaintiff |
| 2022 | Alexander, K. | *Keiondra Alexander Vs. Traveleres Property Casualty Company of America* | Frederick & Beckers, LLC | 21st Judicial District Court | Report/Deposition | Plaintiff |
| 2022 | Castillo, F. | *Master Docket No. 2019-77820 In Re KMCO Litigation § in the District Court of Harris County, Texas* | Arnold & Itkin | 11th Judicial District Court | Report/Deposition | Plaintiff |
| 2022 | De Leon, P. | *Master Docket No. 2019-77820 In Re KMCO Litigation § in the District Court of Harris County, Texas* | Arnold & Itkin | 11th Judicial District Court | Report/Deposition | Plaintiff |
| 2022 | Martinez, D. | *Master Docket No. 2019-77820 In Re KMCO Litigation § in the District Court of Harris County, Texas* | Arnold & Itkin | 11th Judicial District Court | Report/Deposition | Plaintiff |
| 2022 | Peralez, J. | *Master Docket No. 2019-77820 In Re KMCO Litigation § in the District Court of Harris County, Texas* | Arnold & Itkin | 11th Judicial District Court | Report/Deposition | Plaintiff |
| 2022 | Sparrow, J. | *Master Docket No. 2019-77820 In Re KMCO Litigation § in the District Court of Harris County, Texas* | Arnold & Itkin | 11th Judicial District Court | Report/Deposition | Plaintiff |
| 2022 | Mcfee, A. | *Ashley Mcfee Vs. Rondall Sisco, Warrior Sales and Service INC., Case No. 162-301-C* | Nicholas Rockforte | 26th Judicial District Court | Report/Deposition | Plaintiff |
| 2023 | King, Donald | *Donald King Vs. Mike Hooks, LLC, Case No. 2020-2765-H* | Hale Law Firm | 14th Judicial District Court | Report/Deposition | Plaintiff |
| 2023 | Lafluer, K. | *Kayla Lafleur V. Richard Wiseman, et al.; Case No. 3:18-CV-1105* | Hill Law Firm | United States District Court | Report/Trial Testimony | Plaintiff |
| 2023 | Delco, J. | *Joshua Delco Vs. Wood Group USA, Inc., et al.; Case No. 2021-74568* | Arnold & Itkin | 157th Judicial District Court | Report/Deposition | Plaintiff |
| 2023 | Thomas, D. | *Dana Thomas Vs. USAA General Indemnity Company, Et al.; No. 2:21-CV-4143* | Baggett Mccall, LLC | United States District Court | Report/Deposition | Plaintiff |
| 2023 | Descant, K. | *Karen Descant Vs. Eagle Express, No. 2019 L 6088* | Arnold & Itkin | Cook County, State of Illinois County Department | Report/Deposition | Plaintiff |
| 2023 | Ellis, L | *Lilyan Ellis Vs. Jeremiah Thomas, Desperado Tranposrt L.L.C., No.3:21-CV-00575* | Loftin & LeBlanc, LLC | United States District Court | Report/Deposition | Plaintiff |
| 2023 | Grantham, M. | *Morgan Grantham Vs. Stuart Petroleum Testers Inc, et al.; No. C-154777* | Morris & Dewett, LLC | 26th Judicial District Court | Report/Jury Trial Testimony | Plaintiff |
| 2023 | Norris, A. | *Allen Norris, Et al V. United Parcel Service* | The Ferguson Law Firm | 127th Judicial District Court | Report/Deposition | Plaintiff |
| 2023 | Navarre, M. | *Mickey Navarre Vs. Texas Department of Transportation, Cause No. A-0207214* | Broussard & Williamson | 58th Judicial District Court | Report/Jury Trial Testimony | Plaintiff |
| 2023 | Fossett, Daniel | *Daniel Fossett V. Owens Corning, Cause No. 104660* | Arnold & Itkin | 40th Judicial District Court | Report/Deposition | Plaintiff |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2023 | Babineaux, H. | *Haywood Babineaux Vs. Hudson Insurance Company Transmaquila, INC.No. 2:21-CV00410* | The Townsley Law Firm | United States District Court | Report/Deposition | Plaintiff |
| 2023 | Hoffpauir, B. | *Blake Hoffpauir V. Insurance Company of PA, et al.; No. 46015* | Hoffoss Devall | 18th Judicial District Court | Report/Deposition | Plaintiff |
| 2023 | Aucoin, C. | *Claude Aucoin Vs. Diaz, LLC Suit No. 809-603; Sec N.* | Unglesby Law | 24th Judicial District Court | Report/Deposition | Plaintiff |
| 2023 | Wilkerson, J. | *Jacob Wilkerson Vs. Christopher Samuel Green, 2023-002161* | Arnold & Itkin | 98th Judicial District Court | Report/Deposition | Plaintiff |
| 2023 | Toups, B. | *Barney Toups Vs. Federal Express Corporation, Docket No. 138714, DIV. A* | Derrick G. Earles | 16th Judicial District Court | Report/Deposition | Plaintiff |
| 2023 | Distefano, M. | *Michael Distefano V. Sears OWC, Docket No. 19-04070* | Law Offices of Gregory P. Dileo, APLC | 19th Judicial District Court | Report/Deposition | Plaintiff |
| 2023 | Toce, G. | *Gianni Toce V. Usaa Casualty Insurance Company, et al.* | The Toce Firm | 22nd Judicial District Court | Report/Deposition | Plaintiff |
| 2023 | Bates, C. | *Charles Bates Vs. Progressive Tractor and Implement Company, LLC, No. 672829* | John Mark Fezio | 19th Judicial District Court | Report/Deposition | Plaintiff |
| 2023 | Mancia, L. | *Leonard Mancia V. Energy Transfer LP and Houston Inspection Field Services, LC, Cuase No. 2021-70907* | Arnold & Itkin | 333rd Judicial District Court | Report/Deposition | Plaintiff |
| 2023 | Cottongin, K. | *Wilson, Ashley, Et al V. Paxson, Travis, et al.; Docket No, 2022040* | Jones Hill Law | 33rd Judicial District Court | Report/Deposition | Plaintiff |
| 2021 & 2023 | Addison, C. | *Cheryl Addison Vs. Baylor College of Medicine, NO. 2017-05760* | Hoffoss Devall | 34th Judicial District Court | Report/Deposition/ Trial Testimony | Plaintiff |
| 2023 | Hobbs, K. | *Kevin Hobbs V. American Commerical Barge Line, LLC, No. 4:22-CV-63* | Arnold & Itkin | United States District Court | Report/Deposition | Plaintiff |
| 2023 | Seaman, G. | *Jane Doe V. Banyan Tree Management, LLC et al.; Case No. 19-C-04673-S7* | Arnold & Itkin | Gwinnett County, State of Georgia | Report/Deposition | Plaintiff |
| 2023 | Norris, R. | *Raymon Norris V. Amguard Insurance Co., et al.* | Townsley Law Firm | 14th Judicial District Court | Report/Deposition | Plaintiff |
| 2023 | Pleasant, C. | *Christopher Pleasant Vs. Transocean Drilling (U.S.A.), Inc., et al.; Case No. 2020-79221* | Arnold & Itkin | 334th Judicial District Court | Report/Deposition | Plaintiff |
| 2023 | Devillier, M. | *Michelle Devillier, individually and on behalf of her minor children V. Old Republic Insurance Company, T.G. Mercer Consulting Services, Inc., and Keith Knight* | Baggett Mccall, LLC | 31st Judicial District Court | Report/Deposition | Plaintiff |
| 2024 | Taylor, M. | *Madison Taylor V. NBIS Construction & Transport Insurance Services Inc., et al.; No. 2:22-CV-0767* | The Townsley Law Firm | United States District Court | Report/Deposition | Plaintiff |
| 2024 | Guillory, Walter | *Walter Guillory, et al.; Vs. No. 2022-3766 Zurich Insurance Company, Prarie Contractors, LLC, and Kade J. Castillo* | Veron, Bice, & Palermo & Wilson, LLC | 14th Judicial District Court | Report/Deposition | Plaintiff |
| 2024 | Seaman, G. | *Jane Doe V. Banyan Tree Management, LLC et al.; Case No. 19-C-04673-S7* | Arnold & Itkin | Gwinnett County, State of Georgia | Report/Deposition | Plaintiff |
| 2024 | Alanis, J., et al. | *July 27 Chemical Release Litigation; No. 2022-09420* | Arnold & Itkin | 190th Judicial District Court | Report/Deposition | Plaintiff |
| 2024 | Martinez, I. | *Ismael Martinez Vs. Honeywell International, Inc.; Honeywell Safety Products USA, Inc.; Honeywell Building Solutions SES Corp.; Wanzek Construction, Inc.; Enel North America, Inc.; and Enel North America X, Inc.* | Arnold & Itkin | United States District Court | Report/Deposition | Plaintiff |
| 2024 | Comeaux, R. | *Randy Comeaux Vs. Liberty Mutual Insurance Company, Tanner Litwiler, International Snubbing Services, LLC; No. C-2300271-C* | O'Pry Law Firm | 27th Judicial District Court | Report/Deposition | Plaintiff |
| 2024 | Wilson, J. | *Jimmi Lauren Wilson Versus Protective Insurance Company, FedEx Ground Package System, Inc., Cordell Ross, and Bolden Enterprises, Inc.* | Cosse' Law Firm, LLC | Civil District Court for the Parish of Orleans | Report/Deposition | Plaintiff |

EDIT 13 AUG 2024

| Date | Client Name | Case Name/ Docket Number | Firm | Jurisdiction | Action | Requestor |
|---|---|---|---|---|---|---|
| 2016 | Mcneely, M. | Maria McNeely V. Allstate Ins. Co/1487 | The Townsley Law firm | 14th Judicial District | Report/ Deposition | Plaintiff |
| 2016 | Eduardo, E. | Thompson vs. Williams Olefins' & Bailey ( EE) | Arnold & Itkin | 18th Judicial District | Report/ Deposition/Trial Testimony | Plaintiff |
| 2016 | Cotton, B. | Thompson vs. Williams Olefins' & Bailey (BC) | Arnold & Itkin | 18th Judicial District | Report/ Deposition | Plaintiff |
| 2016 | Blanchard, R. | Thompson vs. Williams Olefins' & Bailey ( RB) | Arnold & Itkin | 18th Judicial District | Report/ Deposition | Plaintiff |
| 2016 | Kelley, D. | Thompson vs. Williams Olefins' & Bailey (DK) | Arnold & Itkin | 18th Judicial District | Report/Deposition | Plaintiff |
| 2016 | Dantone, M. | Thompson vs. Wiliams Olefins' & Bailey ( MD) | Arnold & Itkin | 18th Judicial District | Report/Deposition/ Trial Testimony | Plaintiff |
| 2016 | Thomas, S. | Thompson vs. Wiliams Olefins' & Bailey (ST) | Arnold & Itkin | 18th Judicial District | Report/Deposition/ Trial Testimony | Plaintiff |
| 2016 | Devall, C. | Thompson vs. Wiliams Olefins' & Bailey (CD) | Arnold & Itkin | 18th Judicial District | Report/Deposition/ Trial Testimony | Plaintiff |
| 2016 | Sowell, V. | Thompson vs. Wiliams Olefins' & Bailey (VS) | Arnold & Itkin | 18th Judicial District | Report/ Deposition | Plaintiff |
| 2016 | Morris, M. | Maketia Morris vs. Paul Brian Wheeler | | | Report/ Deposition | Plaintiff |
| 2017 | Sanchez, J. | Thompson vs. Williams Olefins' & Bailey (JS) | Arnold & Itkin | 18th Judicial District | Report/ Deposition | Plaintiff |
| 2018 | Fontenot, J. | Jeremi Fontenot vs. Hudson Insurance Group & William Rodolfo Gonzalez | Hoffoss Devall | Federal Court in the Western District | Report/MSJ/ Deposition | Plaintiff |
| 2018 | Breaux, D. | Danielle Breaux V. Greenwich INS. Co., et al /3168 | The Townsley Law firm | 21st Judicial District | Report/ Deposition | Plaintiff |
| 2018 | Jackson, H. | Hazel Jackson vs. State of LA, et al 21st JDC, Parish of St. Helena, No. 21829 Sec. D | Wanek Krisch Davies LLC | 14th Judicial District | Report/Deposition | Plaintiff |
| 2018 | Damond, C. | Courtney Damond V. State Farm Mutual Automobile Ins. Co., et al | The Townsley Law firm | 33rd Judicial District | Report/ Deposition | Plaintiff |
| 2018 | Pitre, J. | James Paul Pitre and Marion Pitre vs. Allstate Property and Casualty Insurance Company, Union National Insurance Company, Travelers Property Casualty Company of America and Gregg Rouch/2016-289 | Jones & Hill | 14th Judicial District | Report/ Deposition | Plaintiff |
| 2018 | Williams, M. | Patrice Henry, Individually & on behalf of her minor child, Mariana Williams VS. State Farm Mutual Automobile Insurance Company, John Doe & Lilly Young / NO. 2017-1866 | Hoffoss Devall | 14th Judicial District | Report/ Deposition | Plaintiff |
| 2018 | Jackson, R. | Rebecca Jackson VS. Steven Matte/ 2017-000743 | Jones & Hill | 14th Judicial District | Report/Deposition | Plaintiff |
| 2018 | Serrano, J. | Jose Serrano vs. ExxonMobil Corporation and JV Industrial Companies, Inc/2016-81003 | Arnold & Itkin | 125th Judicial District | Report/ Deposition | Plaintiff |
| 2018 | Brock, D. | Damien Brock vs. Kriby Inland Marine, Inc. Of Texas et al/1-16CV218 | Jay Bice | 172nd Judicial District | Report/ Deposition/ Video Testimony | Plaintiff |
| 2018 | Morse, C. | Cindy Morse v. Great West Casualty Company, et al/ 2460 | The Townsley Law firm | United States District Court | Report/ Deposition/Video Testimony | Plaintiff |
| 2018 | Norton, C. | Candi Norton and Teddy Norton, Ind. And obo Jace Norton v. scottsdale Ins. Co., et al/114 | The Townsley Law firm | 36th Judicial District | Report/ Deposition | Plaintiff |
| 2018 | Norton, J. | Candi Norton and Teddy Norton, Ind. And obo Jace Norton v. scottsdale Ins. Co., et al/114 | The Townsley Law firm | 36th Judicial District | Report/ Deposition | Plaintiff |
| 2017 | TL | Termination of the parental Rights of LRT******/10520 | Sacha S. Tessier | 19th Judicial District | Report/ Telephonic Trial Testominy | Defense |
| 2018 | Sullivan,V. | Victor Sullivan Vs. Great Lakes Dredge & Dock Company C.A. No. 654070 | Arnold & Itkin | 15th Judicial District | Report/ Deposition | Plaintiff |
| 2019 | Bernard, C. | Craig Bernard Vs. Carlo crifasi, III, ET AL 2017- 6159, DIV> F | The Voorhies Law firm | 14th Judicial District | Report/ Deposition | Plaintiff |
| 2019 | Alston, L. | Lana Alston Vs. NO. 2017-3249 | Vernon, Bice, & Palermo & Wilson,  LLC | 15th Judicial District | Report/Trial Testimony | Plaintiff |
| 2019 | Leblanc, C. | Clint Leblanc Vs. Allstate indemnity company and Gilbert M. Hedge | Penny & Hardy | 136th Judicial District | Report/Deposition | Plaintiff |
| 2019 | Ceasar, D. | Darren Ceasar VS. 904 Hotel Operating, LLC and Schindler Elevator Corporation | Arnold & Itkin | 19th Judicial District | Report/Trial Testimony | Plaintiff |
| 2019 | Brown, F. | Frederick Brown Vs. United Specialty Ins Company Pathology Group of LA NO. 657073 | Frederick & Beckers, LLC | 58th Judicial District | Report/Deposition/Trial Testimony | Plaintiff |
| 2019 | Norris, A. | Gregorio Flores, et al v. United Parcel Service, Inc., et al/ No. A-0201842 | The Ferguson Law Firm | 15th Judicial District | Report/Deposition | Plaintiff |
| 2019 | Joo, S. | Song Ee Joo, et al VS. United States of American Docket Number.:2:16-cv-01362 | Hoffoss Devall | 19th Judicial District | Report/Deposition | Plaintiff |
| 2019 | Gautreaux | Adrienne Lewis Vs. Sheriff Gautreux, et al | Michael P. Schillage | 334th Judicial District | Report/ Deposition | Defense |
| 2019 | Ainsworth, J. | James Ainsworth V. Noble Energy, INC., et al | Arnold & Itkin | Federal Court | Report/ Deposition | Plaintiff |
| 2019 | Benoit, M. | Maegan Benoit et al. V. Landstar Inway, Inc., et al. | Wanek Kirsch Davies LLC | Federal Court | Report/ Deposition | Defense |
| 2019 | Benoit, R. | Rosemary Benoit et al. V. Landstar Inway, Inc., et al. | Wanek Kirsch Davies LLC | Federal Court | Report/ Deposition | Defense |
| 2019 | Bergeron, T. | Tex Bergeron V. Great Lakes Dredge and Dock Company | Broussard & David, LLC. | 19th Judicial District | Report/ Deposition/Trial Testimony | Plaintiff |
| 2019 | Brown, D. | Deanna Brown Vs. Justin Martin, Harper Truck Line, INC., and Arch Insurance Co. | Jones & Hill | Federal Court | Report/ Trial Testimony | Plaintiff |
| 2019 | Hall, J. | James Michael Hall Vs. Landstar Ranger, INC., Old Republic Insurance Company, and Jacques J. Manassee | Gaar Law Firm | United States District Court | Report/ Deposition | Plaintiff |
| 2019 | Jeffries, T. | Teresa Jeffries VS. No. 2017-1310 Prime Insurance Company, Terry Graham Trucking Inc., and Elvis Thompson | The Townsley Law Firm | 14th Judicial District | Report/ Deposition | Plaintiff |
| 2019 | Wilson, K. | Kelvin Wilson & Shantel Wilson Vs. Mountain Lake Risk Retention Group, Et Al | Kurt Offner | United States District Court | Report/ Deposition | Plaintiff |
| 2019 | Jones, V. | Vicki Jones Vs. Brock Enterprises, LLC of Texas, Starr Indemnity & Liability Company and Aberaldo Lasalle, Docket No. 19-68 | Damon D. Kervin | 6th Judicial District | Report/ Trial Testimony | Plaintiff |
| 2019 | Palmer, D. | Derrick Palmer Vs. H & E Equipment Services | Pierce Skrabanek Law Firm | United States District Court | Report/ Deposition | Plaintiff |
| 2019 | Eaglin, M. | Michael Eaglin Vs. Nobile Drilling Services / No. 2016-07976 | Arnold & Itkin | 164th Judicial District | Report/ Deposition | Plaintiff |
| 2019 | Sherick, M. | Michael Sherick V. Guice Offshore NO. 10-20118 | Wiliam B. Schwartz | 38th Judicial District Court | Report/ Deposition | Plaintiff |
| 2019 | Verret, D. | Donald Verrett V. Inland Dredging Group, LLC; Hunter Marine Group, LLC; and David Bonin/ No. 2017-4958 | Lundy, Lundy, Soileau, & South LLP | 14th Judicial District | Report/ Deposition | Plaintiff |
| 2019 | Doucet, A. | Audrey Rose Doucet Benoit Vs. James Fulmer, et al NO. 2017-2564 | The Townsley Law Firm | 14th Judicial District | Report/ Deposition | Plaintiff |
| 2020 | Zavala, V. | Zavala V. City of baton Rouge/Parish East Baton Rouge, et al. | Michael P. Schillage | United State District Court | Report/ Deposition | Defense |
| 2020 | Ellison, K. | Karisha Ellison V: Cottingham & Butler Claims Service No:2:18-CV-00660 Western District Court of Louisiana | Stutes Law Firm | 14th Judicial District | Report/ Deposition | Plaintiff |
| 2020 | Neel, N. | Norma Neel Vs. Ace American Insurance Company, et al | Cox Cox Filo Camel & Wilson, LLC | 14th Judicial District | Report/ Deposition | Plaintiff |
| 2020 | Vidrine, N. | Nikki Vidrine Vs. Rapides Regional Medical Center, Docket No.19-01242 | Jones & Hill | 2nd Judicial District | Report/ Deposition | Plaintiff |
| 2020 | Thomas, J. | Jackie Thomas Vs. Harley Maine Gulf, LLC ET AL, No. 4:19-vc-01487 | Arnold & Itkin | United States District Court | Report/ Deposition | Plaintiff |
| 2020 | Murphy, J. | Justin Murphy VS. Chase Oldon Morgan, ET AL, No. 103560 | Edwards, Stefanski & Zaunbrecher, LLP | 15th Judicial District | Report/ Deposition | Plaintiff |
| 2020 | Calderon, C. | Christopher Calderon VS. Ace American Insurance, No. 2018-2913 | Hoffoss Devall | 14th Judicial District | Report/ Deposition | Plaintiff |
| 2020 | Riche, C. | Cory Riche VS. Matthew Armand, ET AL, No. 2018-5867 | Laborde Earles | 12th Judicial District | Report/ Deposition | Plaintiff |
| 2020 | Rice, B. | Blake Rice Vs. Federated Mutual Insurance Company | Morris, Dewett, & Savoie, LLC | 9th Judicial District | Report/ Deposition | Plaintiff |
| 2020 | Poole, M. | Mitchell Poole Vs. Thor Industries, Inc. et al, No.595-11524 | Elliot & Ritch, L.L.P & Hoffoss Devall | 18th Judicial District | Report/ Deposition | Plaintiff |
| 2020 | Leblanc, S. | Shawnequa Leblanc V. Edwin Nganga, et al. No. 2019-CV-00392 | Hoffoss Devall | Federal Court | Report/ Deposition | Plaintiff |
| 2020 | Petroski, H. | Hannah Petroski Vs. All State Insurance Company, et al. No. C-074819 | Hoffoss Devall | 31st Judicial District | Report/ Deposition | Plaintiff |
| 2020 | Coburn, H. | Michael Coburn Vs. Metropolitan Property and Casualty Insurance Company, et al. No. 609602-A | Morris & Dewett, LLC | 1st Judicial District | Report/ Deposition | Plaintiff |
| 2020 | Vige, J. | Lindsey Simon, et al.,Plaintiffs, v. Lyondell Chemical Company, et al., No.2019-12351 | Arnold & Itkin | 295th Judicial District | Report/ Deposition | Plaintiff |
| 2020 | Vaughn, B. | Vaughn V. Hobby Lobby Civil Action No.:6:19-CV-00293 | Wanek Kirsch Davies | Western District court of LA- Federal Court | Report/ Deposition | Defense |
| 2020 | Cook, R. | Oceans Behavioral Hospital of Kentwood v. Novitas Solutions | Sullivan Stolier Schulze, LLC | Office of Medicare Hearings and Appeals – Atlanta. ALJ Dancy. | Telephonic judge-only hearing testimony | Plaintiff |
| 2020 | Davis, A. | Oceans Behavioral Hospital of Kentwood v. Novitas Solutions | Sullivan Stolier Schulze, LLC | Office of Medicare Hearings and Appeals – Atlanta. ALJ Dancy. | Telephonic judge-only hearing testimony | Plaintiff |
| 2020 | Cheffney, J. | Oceans Behavioral Hospital of Kentwood v. Novitas Solutions | Sullivan Stolier Schulze, LLC | Office of Medicare Hearings and Appeals – Atlanta. ALJ Dancy. | Telephonic judge-only hearing testimony | Plaintiff |
| 2020 | Morgan, L. | Oceans Behavioral Hospital of Kentwood v. Novitas Solutions | Sullivan Stolier Schulze, LLC | Office of Medicare Hearings and Appeals – Atlanta. ALJ Dancy. | Telephonic judge-only hearing testimony | Plaintiff |
| 2021 | Simon, L. | Lindsey Simon, et al.,Plaintiffs, v. Lyondell Chemical Company, et al., No.2019-12351 | Arnold & Itkin | 295th Judicial District | Report/ Deposition | Plaintiff |
| 2021 | Roberts, S. | Lindsey Simon, et al.,Plaintiffs, v. Lyondell Chemical Company, et al., No.2019-12351 | Arnold & Itkin | 295th Judicial District | Report/ Deposition | Plaintiff |
| 2021 | Jackson, B. | Bret Jackson VS. Naviatas Midstream Partners, LLC., et al., No. 2018-81164 | Arnold & Itkin | 129th Judicial District | Report/ Deposition | Plaintiff |
| 2021 | Yuen, P. | Pui Kwan Yuen v. State National Insurance Company, Inc., et al | Chehardy, Sherman, Williams, Murray, Recile, Stakelum, & Hayes, LLP | 19th Judicial District | Report/ Deposition | Plaintiff |