**Exhibit**

**2**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

LANDON PERRY,                    |
                                 |
                    Plaintiff,   |
                                 |  Civil Action No.
v.                               |  4:23-CV-04441
                                 |
HALLIBURTON ENERGY               |
SERVICES, INC.,                  |
                                 |
                    Defendant.   |

------------------------------------------

VIDEOTAPED ORAL DEPOSITION OF

PATRICK HAYES, MD

JANUARY 9, 2025

------------------------------------------

(REPORTED REMOTELY)

PATRICK HAYES, MD - 1/9/2025

 1              VIDEOTAPED ORAL DEPOSITION OF PATRICK

 2    HAYES, MD, produced as a witness at the instance

 3    of the DEFENDANT, and duly sworn, was taken in the

 4    above-styled and numbered cause on the 9th day of

 5    January, 2025, from 9:04 a.m. Central Time to

 6    1:02 p.m. Central Time, before Christopher D. Reho,

 7    CSR, RPR, in and for the State of Texas, reported

 8    by a Texas certified machine shorthand reporter,

 9    via Zoom video conference, pursuant to the Federal

10    Rules of Civil Procedure and the provisions stated

11    on the record herein.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PATRICK HAYES, MD - 1/9/2025

```
 1                      APPEARANCES

 2           (All Appearing Via Videoconference)

 3   FOR THE PLAINTIFF:

 4           JOHN GRINNAN, ESQUIRE
             ARNOLD & ITKIN, LLP
 5           6009 Memorial Drive
             Houston, Texas 77007
 6           888-493-1629
             jgrinnan@arnolditkin.com
 7

 8   FOR THE DEFENDANT:

 9           REY FLORES, ESQUIRE
             KEVIN LEYENDECKER, ESQUIRE
10           AHMAD, ZAVITSANOS, & MENSING, PLLC
             1221 McKinney Street, Suite 2500
11           Houston, Texas 77010
             713-655-1101
12           rflores@azalaw.com
             kleyendecker@azalaw.com
13

14   ALSO PRESENT:

15           TREY SOLIS, VIDEOGRAPHER

16

17

18

19

20

21

22

23

24

25
```

PATRICK HAYES, MD - 1/9/2025

Page 4

```
 1                         INDEX

 2                                              Page

 3   Appearances                                   3

 4   PATRICK HAYES, MD

 5        BY MR. FLORES                            5

 6   Reporter's Certification                    159

 7

 8                     EXHIBIT INDEX

 9   No.                                        Page
       Exhibit 1 Chain of Emails (NO BATES NUMBER)  31
10
       Exhibit 2 Email (from Access Healthcare    36
11               Management to Elite Medical Wellness
                Lake Charles) (NO BATES NUMBER)
12
       Exhibit 3 Invoice (NO BATES NUMBERS)       38
13
       Exhibit 4 Lien and Receivables Purchase and  125
14               Assignment Agreement (NO BATES
                NUMBERS)
15
       Exhibit 5 Spreadsheets (NO BATES NUMBERS)  143
16
       Exhibit 6 Excel Spreadsheets (NO BATES     147
17               NUMBERS)

18     Exhibit 7 Chain of Emails dated June 26, 2024  152
                (NO BATES NUMBERS)
19

20

21               PREVIOUSLY MARKED EXHIBITS

22                     (None.)

23

24

25
```

PATRICK HAYES, MD - 1/9/2025

Page 5

```
 1              P R O C E E D I N G S
 2           THE VIDEOGRAPHER:  Today's date is January
 3    9th, 2025.  The time is approximately 9:04 a.m.  We
 4    are on the record.
 5                    PATRICK HAYES, MD,
 6    having been first duly sworn, testified as follows:
 7                       EXAMINATION
 8    BY MR. FLORES:
 9       Q.    Good morning, Dr. Hayes.
10       A.    Good morning, Mr. Flores.
11       Q.    So as I mentioned a minute ago, my name is
12    Rey Flores, and I represent Halliburton in this
13    case.  Do you understand who I am and who I
14    represent?
15       A.    Yes, sir.
16       Q.    Would you please state your name for the
17    record?
18       A.    It's Patrick Charles Hayes.
19       Q.    You're a medical doctor?
20       A.    I am an allopathic physician, or an MD, a
21    medical doctor.
22       Q.    Okay.  A psychiatrist?
23       A.    I'm a board certified psychiatrist by the
24    American Board of Psychiatry and Neurology and a
25    subspecialty board certified addictions medicine by
```

PATRICK HAYES, MD - 1/9/2025

```
 1  the American Board of Preventive Medicine.
 2       Q.    Where are you currently located?
 3       A.    Physically today or where do I practice?
 4       Q.    Where are you physically today?
 5       A.    I'm physically located at Elite Medical
 6  Wellness, 2802 Hodges Street, Lake Charles,
 7  Louisiana.
 8       Q.    Is that also where you practice?
 9       A.    It's one of my practice locations.  Yes,
10  sir.
11       Q.    What are your other practice locations?
12       A.    Through Elite, I have a Elite Medical
13  Wellness West, which is in Houston, in the northwest
14  portion of Houston Heights on TC Jester.  I have an
15  affiliate off site in Leesville who provides therapy
16  services.
17            I also work for the state of Louisiana.
18  I'm the medical director for Imperial Calcasieu
19  Human Services Authority, essentially the public
20  district for mental health, substance abuse, illness
21  and -- and intellectual disability in the five
22  parishes that are the heel of the boot.  I cover the
23  Calcasieu Correctional Center, the Calcasieu
24  Sheriff's Prison, the juvenile detention center.
25            Through Imperial Calcasieu, a nurse
```

PATRICK HAYES, MD - 1/9/2025

```
 1   practitioner and I cover the Cameron Parish Jail

 2   through a professional services contract with, I

 3   believe, three sections of the agency.  Another

 4   psychiatrist and nurse practitioner and I cover most

 5   of the intellectual disability group homes for CALA

 6   Normal Life (ph), BrightSpring, ResCare in southern

 7   Louisiana from the Texas border over to Hammond at

 8   this point.  Recently expanded that contract.

 9           And then through contracts with -- with

10   the industry, I work for, I believe, five

11   pharmaceutical companies, and I travel all over the

12   country presenting on novel medications.

13      Q.    Okay.  You gave us the address for Elite

14   Medical Wellness in Lake Charles, correct?

15      A.    That's correct.  Yes, sir.

16      Q.    Okay.  What is the address for your -- you

17   called it Elite Medical Wellness West; is that

18   right?

19      A.    That's correct.  Yes, sir.

20      Q.    And that's in Houston?

21      A.    That's correct.

22      Q.    And what is the address?

23      A.    It's 2500 East TC Jester, Suite 165.  I

24   believe the ZIP is 77003.

25      Q.    Do you have any -- any staff members or
```

```
 1    associates who work there?
 2         A.    I do.
 3         Q.    And who are they?
 4         A.    I have Claire Gilchrist; she's a social
 5    worker.  I have a Katie Cerar; she's a licensed
 6    professional counselor.  I have two technical
 7    writers who assist with generating reports.  I have
 8    a clerical staff member.  And then -- one, two --
 9    two of my therapists in the agency are also licensed
10    in Texas, so they provide services to Texas
11    patients, will occasionally rotate through Elite
12    Medical Wellness West.  And -- I'm sorry.  Three of
13    them.  And then all of my nurse practitioners are
14    licensed in multiple states and will also provide
15    services through patients in Texas.  Those guys have
16    not yet rotated through West physically, but we're
17    about to expand that operation.
18         Q.    Okay.  So Claire Gilchrist was the social
19    worker, correct?
20         A.    That's correct.  Yes, sir.
21         Q.    What was the name of the second person you
22    mentioned?  Cerar or Cerar, something like that?
23         A.    Katie Cerar, C-E-R-A-R.
24         Q.    And what does she do again?
25         A.    She's a licensed professional counselor.
```

PATRICK HAYES, MD - 1/9/2025

Page 9

```
 1    She's also certified in eye movement desensitization
 2    reprocessing therapy.
 3          Q.    Okay.  You mentioned a couple -- excuse
 4    me.  You mentioned a couple of technical writers,
 5    correct?
 6          A.    Correct.
 7          Q.    And what kind of reports do they assist
 8    with generating?
 9          A.    For example, I'm sure we'll talk about
10    Mr. Perry's initial master report today.  That is
11    going to come from my manually recorded handwritten
12    records from the -- the date of his assessment.
13    It's going to come from the testing.
14               So what happens after -- for example, I
15    did some initial assessments yesterday, I will sit
16    with the patient.  I will generate the handwritten
17    report.  And then that goes to one of the technical
18    writers to transcribe my writing.  At which time, it
19    comes back to me to proof that they transcribed my
20    terrible writing accurately, and then they will take
21    the -- the testing results.  They don't interpret
22    the tests.  I interpret the tests, but they will
23    take the results and transcribe them onto the
24    report.
25          Q.    And what are those technical writers'
```

PATRICK HAYES, MD - 1/9/2025

1    names?

2        A.    There's Kaelyn Roche, R-O-C-H-E, and Chase

3    Martin, M-A-R-T-I-N.

4        Q.    Okay.  You mentioned some therapists who

5    rotate through; is that right?

6        A.    That's correct.  Yes, sir.

7        Q.    What are their names?

8        A.    That's Dene' Culton, C-U-L-T-O-N.  She's

9    an LPC.  I also --

10        Q.    Any others?

11        A.    Davis Woodward, W-O-O-D-W-A-R-D.  Dene'

12    does marital therapy as well.  Mr. Woodward sees

13    children, does marital therapy.  He's certified in

14    cognitive assessment, cognitive remediation.  I

15    believe he's certified in EMDR as well.

16            And then I have James Johnson, spelled as

17    you'd expect.  He focuses -- he's LPC as well.  He

18    tends to focus more on adults but also on cognition,

19    so he does a lot of cognitive assessment, cognitive

20    remediation.  He's certified as a CRT through the

21    ACRM, and then he's pursuing his brain injury

22    specialist certification as well.

23        Q.    Okay.  Any other therapists who rotate

24    through?

25        A.    Not covering the Texas group, no, sir.

PATRICK HAYES, MD - 1/9/2025

```
 1       Q.    Okay.  You mentioned clinical staff member
 2  or members; is that right?
 3       A.    That's correct.  Yes, sir.
 4       Q.    And who are they?
 5       A.    So I have Andrea Barrera, B-A-R-R-E-R-A.
 6  She is the Elite Medical Wellness West clinic
 7  manager.  She's currently pursuing certification in
 8  professional medical translation.
 9            And then I have Caitlin McGroarty,
10  M-C-G-R-O-A-R-T-Y.  She is an LPC.  She's also the
11  Elite Medical Wellness overarching practice manager.
12  She rotates through the Texas clinic as well,
13  largely administratively, but she is also an LPC.
14  She's also certified in cognitive assessments and
15  cognitive remediation therapy.
16       Q.    Okay.  Anyone else who either works at or
17  rotates through Elite Medical Wellness West?
18       A.     No.  The nurse practitioners ultimately
19  will.  One of my -- I think he's my first nurse
20  practitioner, my longest contracted one, Henry
21  Johnson.  He's expressed interest in rotating
22  through there.  So at some point, he will.  He just
23  has not yet.
24       Q.    Okay.  How often do you see patients at
25  Elite Medical Wellness West in Houston?
```

PATRICK HAYES, MD - 1/9/2025

```
 1        A.    Schedules are malleable.  My schedule is
 2   chaos.  In addition to the work we discussed, we
 3   didn't talk about the criminal forensic work, which
 4   has me in jails, courtrooms, prisons throughout the
 5   state on a -- on a regular basis.  And then the --
 6   the speaking presentations have me all over the
 7   country on an intermittent and a regular basis.  But
 8   in general, the current schedule is that 10 days out
 9   of the middle of every month are at Elite Medical
10   Wellness West.  So it's set to be the second Monday
11   through the third Wednesday of every month.
12        Q.    So about 10 days a month you're at Elite
13   Medical Wellness West?
14        A.    Yes, sir.  That's current schedule.
15        Q.    And that was -- say that again -- the
16   second Wednesday through when?
17        A.    Second Monday through third Wednesday.
18        Q.    Second Monday through third Wednesday in
19   Houston, correct?
20        A.    That's correct.
21        Q.    Okay.  How often do you see patients at
22   Elite Medical Wellness in Lake Charles?
23        A.    Oh, essentially every day.
24        Q.    Whenever you're not in Houston or
25   traveling?
```

PATRICK HAYES, MD - 1/9/2025

 1      A.    Correct.

 2      Q.    When did you set up Elite Medical Wellness

 3  in Lake Charles?

 4      A.    I believe 2013.

 5      Q.    Okay.  You mentioned an affiliate.  What

 6  did you mean by your affiliate?

 7      A.    I was in the Army for 12 years, and I was

 8  stationed at Fort Polk, which is now Fort Johnson,

 9  in the center of Louisiana.  It's about 75 miles

10  north of Lake Charles.  And one of the providers who

11  worked for me was Kimberly Simms.  She's a marital

12  family therapist and an LPC.

13          And after I got out of the Army in 2012, I

14  started working in the civilian sector, and I've

15  stayed in touch with Kim over the years.  And about

16  five, eight years ago, she -- she was looking for

17  some additional work, and I had the opportunity for

18  some coverage in that part of the country.  It's a

19  little bit more difficult to get in-person visits in

20  -- in 90 miles north of here.  It's not near any big

21  cities.  So she has her own clinic, but she sees

22  patients for Elite Medical Wellness through her

23  clinic, so she's an affiliate.

24      Q.    Do you know the name of her clinic?

25      A.    I would have to look.  It's something like

PATRICK HAYES, MD - 1/9/2025

```
 1   West Central Louisiana Counseling Solutions.
 2        Q.    Okay.  You mentioned work for
 3   pharmaceutical companies; is that right?
 4        A.    Yes, sir.
 5        Q.    Can you describe that work please?
 6        A.    Yes, sir.  So as recently -- the most
 7   recent one I added was Bristol Myers Squibb.
 8   There's the first novel schizophrenia-reducing
 9   medication in nearly a century has just come out, so
10   I am on the speaker bureau.  I explain that
11   medication and indications to other providers.  I
12   speak for Neurocrine Pharmaceuticals on a movement
13   disorder medication, Ingrezza, which can antidote a
14   type of brain damage called tardive dyskinesia that
15   can come from long-term management with
16   antipsychotic medications.
17            I work for Alkermes.  That's the first one
18   and the one I've longest worked for.  I believe
19   that's been about 10 years.  Alkermes, while it was
20   still promoting Aristada.  It's a long-acting
21   injection antipsychotic.  I would do so clinically.
22   And then I was initially one of two, and then, I
23   believe, at the end, I was the only guy nationally
24   presenting on that compound in corrections.  So I
25   presented at the National Correctional Health Care
```

PATRICK HAYES, MD - 1/9/2025

Page 15

```
 1   Association, the National Sheriffs' Association,
 2   just explaining to correctional leadership how basal
 3   fire suppression with a long-acting antipsychotic
 4   can help keep individuals from being reincarcerated
 5   or being aggressive while they're incarcerated.
 6              I speak for Teva Pharmaceuticals on a long
 7   -- ultra long-acting antipsychotic injection Uzedy.
 8              I speak for AXIM Pharmaceuticals on the
 9   newest antidepressant that's come out, Auvelity.
10       Q.    Okay.  Any other pharmaceutical companies?
11       A.    I don't think so.  If you were to -- I
12   think we caused the CV to be sent to you earlier.
13   If you were to find another one on there, it
14   wouldn't surprise me.  But offhand, not that I can
15   think of right now.
16       Q.    All right.  Well, let's go through those
17   because I was trying to take notes as you were
18   describing them.
19              Bristol Myers was the first one?
20       A.    Bristol Myers Squibb, yes, sir.
21       Q.    And what medication do you speak on with
22   -- with regard to them?
23       A.    That's Cobenfy.
24       Q.    How do you spell that?
25       A.    C-O-B-E-N-F-Y.
```

PATRICK HAYES, MD - 1/9/2025

```
 1        Q.    Cobenfy?

 2        A.    Correct.

 3        Q.    And --

 4        A.    Xanomeline -- xanomeline/trospium, but I

 5   figured that would be more of a mouthful.

 6        Q.    Okay.  You said it's the first novel

 7   schizophrenic medication in a while?

 8        A.    Yeah.  In pretty close to 100 years.  So

 9   the -- the first antipsychotic that came out was in

10   the early 1900s.  It was actually a neuroleptic for

11   anesthesia, and nobody has changed the dopamine

12   modulation until Cobenfy came out.  Actually sat

13   with the inventor of it at the -- the training a

14   couple of months ago.  It's a muscarinic receptor

15   modulator, so it avoids some of those other problems

16   like we discussed, the tardive dyskinesia.  It will

17   not cause tardive dyskinesia because it doesn't

18   operate through that mechanism.

19        Q.    Any other medications you discussed that

20   relate to Bristol Myers?

21        A.    No.  That's the only one for them.

22        Q.    Okay.  American Pharmaceuticals, was that

23   the second company you mentioned?

24        A.    Neurocrine, N-E -- N-E-U-R-O-C-R-I-N-E.

25        Q.    Sorry.  That's the name of the
```

PATRICK HAYES, MD - 1/9/2025

 1   pharmaceutical company?

 2        A.    That's the company, yes, sir.

 3        Q.    Can you -- can you spell that again?

 4        A.    Neuro, like neurology, crine like in

 5   endocrine.  Neurocrine.

 6        Q.    Okay.  That's the full name, Neurocrine?

 7        A.    Neurocrine.  Neurocrine Biosciences.

 8   They're out of San Diego.

 9        Q.    Okay.  And what medication do you speak on

10   with regards to Neurocrine?

11        A.    Ingrezza.

12        Q.    How do you spell that?

13        A.    I-N-G-R-E-Z-Z-A.  And -- and if it helps,

14   these are listed on the CV.  I just pulled it up.

15   It's going to be on -- towards the bottom.  It's not

16   paginated, but it's going to be on page 11 and 12,

17   it looks like.

18        Q.    Okay.  Well, that -- that may make it

19   easier.

20        A.    Yeah.  That way, we don't have to spend 40

21   minutes spelling drug names.

22        Q.    Yeah.  So on the last two pages of your

23   CV, you've got an industry affiliation section,

24   correct?

25        A.    That's correct.  Yes, sir.

PATRICK HAYES, MD - 1/9/2025

1   Q.    Does that list all of the pharmaceutical

2   companies you have -- you are or have been

3   affiliated with?

4   A.    Correct.  And the reason I characterized

5   it thus is I've done not only speaker promotions,

6   but I've also done the correctional product theaters

7   and advisory boards.  When new medications come out,

8   sometimes I'll be asked to come in and opine on the

9   mechanism.  For Intra-Cellular was interesting.  I

10  got to be part of the -- the nomenclature.  So that

11  -- that encapsulates all of that.

12  Q.    Okay.  So Teva Pharmaceuticals, you're on

13  the Uzedy speaker bureau?

14  A.    Correct.  Yes, sir.

15  Q.    Okay.  And what does it mean to be on the

16  speaker bureau?

17  A.    So, for example, I just had a text this

18  morning pop up.  There's -- that particular

19  medication, it's not been out very long.  It's --

20  it's an ultra long-acting version of injection

21  risperidone, which is an anti-aggression,

22  anti-sexual, antipsychotic mood-stabilizing agent.

23  This is a unique preparation and a unique delivery

24  system.  So when individuals either asked to be

25  detailed on it or somebody identifies that there is

PATRICK HAYES, MD - 1/9/2025

```
 1   an unmet need or utilization, I'll be tasked to come
 2   in and speak to their providers and explain the
 3   medication.  And there are good speaker decks by the
 4   FDA.  We present those, and then, afterward, we're
 5   allowed to narrowly answer questions by the
 6   audience.
 7        Q.    Okay.  So it looks like you're on the
 8   speaker bureaus of all of these pharmaceutical
 9   companies.  Would that include Neurocrine
10   Biosciences as well?
11        A.    Yes, sir.
12        Q.    Okay.
13        A.    They -- they use different terms for their
14   speaker bureaus, so I try to encapsulate that there.
15   But what -- what that means, ultimately, is I'm
16   considered a national expert on movement disorder
17   medications, antipsychotic medications,
18   mood-stabilizing medications, sleep medications,
19   antidepressant medications.
20        Q.    Okay.  And how often do you give
21   presentations or do you speak with respect to any of
22   these medications?
23        A.    It -- it varies wildly.  I probably across
24   the board spoke 200 times last year.
25        Q.    Okay.  Who are the staff members at Elite
```

PATRICK HAYES, MD - 1/9/2025

Page 20

```
 1   Medical Wellness in Lake Charles?
 2        A.    The professional contractors or the
 3   employed staff?
 4        Q.    Well, let me just ask it a different way.
 5   Who all works or rotates through Elite Medical
 6   Wellness in Lake Charles?
 7        A.    You're asking about medical service
 8   providers, like licensed individuals?  Or you're
 9   asking about support staff?
10        Q.    Both, please.
11        A.    Okay.  So we have Davis Woodward.  We've
12   already discussed him.  We have Caitlin McGroarty.
13   Davis is an LPC.  Caitlin McGroarty is an LPC.  We
14   have Mr. Henry Johnson.  He's a board certified,
15   full age range psychiatric nurse practitioner.  We
16   have Iva Conde, C-O-N-D-E.  She is both a licensed
17   marital family therapist and a -- a board certified
18   psychiatric nurse practitioner.  We have Dene'
19   Culton, C-U-L-T-O-N.  She's an LPC.  We have James
20   Johnson.  We've already discussed him.  Then we have
21   Laken Patin, P-A-T-I-N.  She's another board
22   certified, full age range nurse practitioner.
23        Q.    Is that it?
24        A.    That's it for professional providers
25   currently.
```

1      Q.    Okay.  Do you have any location outside of

2  Louisiana or Texas with Elite Medical Wellness?

3      A.    No.  I'm licensed in (inaudible), Texas

4  and Louisiana, and I have several providers that are

5  licensed in different states.  I've got one with a

6  license in Florida.  I've got one that's licensed, I

7  believe, in Florida, Mississippi.  I believe Alabama

8  is on a permit.  We've got somebody that may have

9  Georgia.  So I have providers that are licensed in

10  multiple locations where we're allowed to see

11  individuals, but physical locations are in Louisiana

12  and Texas.

13      Q.    Okay.  Are there any other medical doctors

14  in Elite Medical Wellness besides yourself?

15      A.    No.  Across the operations, I have other

16  physicians employed or contracted.  But at -- at

17  Elite at the present time, I had an addictions doc,

18  but she set out on a private practice, so she still

19  works for me for the state of Louisiana, but she's

20  not at Elite anymore.

21      Q.    You said, through the operations, you have

22  medical doctors contracted; is that right?

23      A.    That's correct.  Yes, sir.

24      Q.    And which operations are you referring to?

25      A.    Hayes Consultation & Therapeutics is a --

PATRICK HAYES, MD - 1/9/2025

```
 1    another company of mine that I have a staffing
 2    agency through, and also if that -- if the action
 3    that's requested from somebody involves going to
 4    their location and using their material, their
 5    services, their charts, their nursing, that's
 6    usually an HC&T operation versus if it comes to my
 7    clinic and uses my staff, my material, my -- my
 8    operation.  That's usually Elite.
 9              So through Hayes Consultation &
10    Therapeutics, I have (inaudible) O'Leary contracted.
11    She's a triple board, which means she's board
12    certified in pediatrics, in child psychiatry and
13    adult psychiatry.  She provides coverage to
14    intellectually disabled individuals in the Eastern
15    part of Louisiana.
16              And then I have Christina Jones
17    contracted.  She's a internal medicine by training
18    but addictions by practice and certification.  She
19    and I are among the select group of Opioid Response
20    Network technical advisors for the state of
21    Louisiana.
22        Q.   What was the name of the first doctor you
23    mentioned, the triple board certified person?
24        A.   Andrea O'Leary?
25        Q.   Andrea O'Leary and Christine Jones are
```

PATRICK HAYES, MD - 1/9/2025

```
 1   contracted doctors through Hayes Consultation &
 2   Therapeutics?
 3        A.    Correct.  Yes, sir.
 4        Q.    And that's essentially a staffing company?
 5        A.    It -- it has a staffing component to it as
 6   well.  In the case of Dr. Jones, she is contracted
 7   through the staffing company and assigned to
 8   patients for the state.  And then in the context of
 9   Dr. O'Leary, HC&T has a contract with -- for hers.
10   It is, I believe, Normal Life and BrightSpring.  And
11   I have her assigned duty station at the Normal Life
12   and BrightSpring group homes.
13        Q.    Okay.  All right.  So turning to this
14   case, Mr. Perry, Landon Perry, is one of your
15   patients; is that right?
16        A.    Yes, sir.
17        Q.    How did Mr. Perry come to be one of your
18   patients?
19              MR. GRINNAN:  Form.
20        A.    Sometimes I know that; sometimes I don't.
21   Sometimes it's knowable; sometimes it's not.  So
22   what I'm looking at now is my hard chart.  The very
23   first page after the left side of the -- the hard
24   chart exterior, it's a consult form from Access
25   Healthcare Management.
```

PATRICK HAYES, MD - 1/9/2025

```
 1      Q.    (BY MR. FLORES) Okay.  Before we get into
 2    that, what -- what documents do you have there with
 3    you?
 4      A.    In general?
 5      Q.    I mean, in total, what -- what documents
 6    do you have there in front of you?
 7      A.    Okay.  So I have Mr. Perry's hard chart.
 8    I have three articles on the effect of genital
 9    injury in males.  I have -- on my computer, as we
10    just discussed, I have my CV pulled up.  And then I
11    have a file with -- I didn't tally it, but it's
12    about 35 different files of medical records of
13    Mr. Perry.
14      Q.    And what does a hard chart consist of?
15      A.    Hard chart is Mr. Perry's physical
16    document that encapsulates his care.  So there will
17    be an administrative section.  There will be a
18    medication and prior authorization administration
19    section.  There will be a records section, records
20    either we produced, such as psychological testing,
21    or that are received from other individuals via fax
22    in hard copy.  Although we have changed that; now
23    we're holding those electronically so that these
24    don't get -- because, for example, in Mr. Perry's
25    case, I think it's about 700 pages of records, 800
```

PATRICK HAYES, MD - 1/9/2025

```
 1   pages of records I went through.  His chart would
 2   become unwieldy and unusable.  And then it
 3   encapsulates or includes his clinical medical notes,
 4   the psychiatric notes and his clinical therapy
 5   notes.
 6        Q.    Okay.  What is in the admin section?
 7        A.    I'm not quite sure what you want me to
 8   answer on that one.
 9        Q.    Well, how many pages are there in the
10   admin section of the hard chart?
11        A.    No -- no idea.  You want me to count it?
12        Q.    Sure.
13        A.    It appears to be 39.
14        Q.    And just generally speaking, what sort of
15   documents are in the admin section?
16        A.    So on the top on the left, there's
17   informed consent for assessment and treatment.  The
18   second page is a notice of privacy practices, which
19   is a two-page document.  Behind that, there's a copy
20   of Mr. Perry's driver's license.  Behind that,
21   there's the triggering referral from Access
22   Healthcare Management.  On the right side, there's a
23   series of administrative visit updates.  Behind
24   those or in the middle of those, there is my initial
25   master report of 16 pages, which is dated November
```

PATRICK HAYES, MD - 1/9/2025

```
 1    28th of 2023.  And in Mr. Perry's case, that's the
 2    extent of it.
 3         Q.   Okay.  You mentioned a -- I'm trying to
 4    read my notes here.  You mentioned a prior admin
 5    section or something like that?
 6         A.   I think what you're asking me about is the
 7    medication administrative section.  So that's going
 8    to be like prior authorizations, prescription refill
 9    requests.  That's just from the patient.  Here's
10    another prescription refill request.  Here's a --
11    this is a PA, an insurance issue.  They don't want
12    to cover his medications, even though that's
13    inexpensive.  So they force us to justify why we
14    wanted him on an inexpensive medication which is
15    ideally tailored to what he has.
16              And then there's what we call ROI
17    requests, releases of information, which is where
18    we've sent off medi- -- or requests for clinical
19    notes, medication lists, problem lists, those sorts
20    of things to the providers that we knew about.  And
21    then I'm seeing also an Express Scripts, another
22    insurance book on an inexpensive med.  I'm seeing
23    another PA through CoverMyMeds.  I'm seeing another
24    PA through CoverMyMeds and some messages from the
25    patient about medication side effects.
```

PATRICK HAYES, MD - 1/9/2025

1      Q.    Okay.  And how many pages is that section?

2      A.    I shall count it.  So it's 14 pages of

3   that support behind medications, and then it is --

4   and then it's 10 pages of what's called a MAR.  It's

5   a medication list.  And then the copies of

6   prescriptions as well as looks like pharmacy

7   printouts.  Yeah.

8      Q.    The total of 24 pages?

9      A.    Correct.

10      Q.    Okay.  What are the names of the three

11   articles you mentioned and the authors please?

12      A.    Yes, sir.  So interestingly, 2013, there's

13   two British articles on male genital injury, both of

14   them published by the Royal Defence Force.  They're

15   both British.  The first one is -- is sort of a

16   scout.  And if you think about what's going on in

17   2013, I mean, we were a couple years into their

18   involvement in Afghanistan, so that is The

19   Psychological Challenge of Genital Injury by

20   W. Frappell-Cooke.

21      Q.    Could you spell the author's name please,

22   at least the -- the first name?

23      A.    It has his first initial.  It's just W.

24   But the last name is Frappell-hyphen-Cooke,

25   F-R-A-P-P-E-L-L-hyphen-C-O-O-K-E.  It's published in

PATRICK HAYES, MD - 1/9/2025

```
 1    the Journal of the Royal Army Medical Corps.
 2         Q.    And it's titled Psychological Challenge of
 3    Genital Injury?
 4         A.    Correct.
 5         Q.    Okay.  What -- what's the next article?
 6         A.    The second one is published by P.A. Lucas,
 7    and there's all secondary and, you know, et al.
 8    authors on these, but I'm just going to give you the
 9    lead author.  Lucas spelled as you would expect,
10    L-U-C-A-S.  This is The Impact of Genital Trauma on
11    Wounded Serviceman, colon, Qualitative Study.  It's
12    published in the journal Injury.
13         Q.    Journal of Injury?
14         A.    The journal is just titled Injury.
15         Q.    Is that a British publication?
16         A.    Injury, I think, is an American journal.
17    I would have to go in and -- and look.  It's
18    Elsevier Press.  I think it's an American journal.
19    It's a British group that did the -- the analysis,
20    but I believe it's published in an American journal.
21              And then there's a large meta-analysis
22    published last year on several thousand Americans
23    with genital burns in particular, so it's Genital
24    Burns are Associated with Worse Psychosocial and
25    Physical Outcomes.  The lead author is Suhaib Shah.
```

PATRICK HAYES, MD - 1/9/2025

```
 1    First name is S-U-H-A-I-B.  Last name is Shah,
 2    S-H-A-H.
 3         Q.    Suhaib with B as in boy at the end?
 4         A.    B as in bravo, yes.
 5         Q.    And what's the name of the article again?
 6         A.    Genital Burns are Associated with Worse
 7    Psychosocial and Physical Outcomes.  And that's in
 8    Oxford University Press.  It's an American Burn
 9    Association annual meeting article.
10         Q.    And when did you locate these articles?
11         A.    Oh, I've had these for a while.  I don't
12    know that I can tell you that.
13         Q.    Were they part of Mr. Perry's case file in
14    the ordinary course of business?
15         A.    In his case, I believe I had pulled them
16    in the context of writing his report.  Or I had done
17    a life care plan meeting with Dr. Savant.  It may
18    have been around that time.  Just sort of assembling
19    prognostic factors and shaping the -- the discussion
20    around that.  I will typically place literature in
21    the file.  I don't see it in his.  That may have
22    been an oversight.  Or it may be -- again, as we
23    migrated the -- the handling of the files to include
24    more electronic stuff, it might be in his electronic
25    file.
```

PATRICK HAYES, MD - 1/9/2025

Page 30

```
 1        Q.    For purposes of this deposition, when did
 2   you print those out?
 3        A.    For this deposition, I printed them last
 4   night.
 5        Q.    Okay.  And they weren't in the hard copy
 6   file prior to that?
 7        A.    No, I don't see them there.
 8        Q.    Okay.  And as far as you know, were they
 9   or were they not in the electronic or digital file?
10        A.    I just glanced at it.  I don't see them
11   there.  And then the -- the 2024 article, I don't
12   see a date on that one, but when in 2024 -- I don't
13   see a (inaudible) on it.  Let me see if I can give
14   you that one.
15        Q.    Okay.  You said the first article was from
16   2013, correct?
17        A.    Correct.  The first two are both from
18   2013.
19        Q.    Okay.  And the last one by Shah is from
20   2024?
21        A.    That's from last year.  Yes, sir.  And I
22   may have pulled that one later.
23        Q.    Okay.
24        A.    Landon had a -- had an exacerbation of
25   symptoms about six months ago, so we did some casual
```

PATRICK HAYES, MD - 1/9/2025

```
 1    multi-D work on him.  Ms. Conde, Ms. Culton and I,
 2    that's sort of the -- the primary clinical team
 3    working with him.  It may have been around
 4    (inaudible) time that I pulled it as well.
 5         Q.    Sorry.  I was getting a little feedback
 6    there.  Could you -- you mentioned some names, I
 7    think?
 8         A.    Yeah.  Landon sees Ms. Conde and me for
 9    medication.  He sees Ms. Culton for psychotherapy.
10    And there was a -- an exacerbation of his symptoms
11    some months ago, six, four months ago.  And you can
12    see in his visit frequency goes up at that time.  So
13    it may have been around them -- then that I pulled
14    the article, that -- that 2024 article.  I'm not
15    quite sure.
16         Q.    Okay.  All right.  So Mr. Perry was
17    referred to you looks like in August of 2023; is
18    that right?
19         A.    Go back there and look.  Yes, sir.  It
20    looks like August 28th, 2023.
21         Q.    Okay.  And you mentioned referral
22    document.  Let me make sure I'm looking at the same
23    thing here.  So this will be Exhibit 1 to your
24    deposition.
25              (Exhibit 1 was marked for identification.)
```

PATRICK HAYES, MD - 1/9/2025

```
 1        Q.    All right.  So I've got an email here.  Do
 2   you see that on your screen?
 3        A.    It's wee.  I can't make --
 4        Q.    Sorry?
 5        A.    I said it's wee.  It's teeny-tiny.  I
 6   can't make it out.
 7        Q.    Really?  Okay.  It's pretty huge on my
 8   screen, so let me see.  Is that any better?
 9        A.    Can you maximize your screen?  It looks
10   like you're on partial minimization.
11        Q.    I am maxed out on my end.
12             MR. GRINNAN:  Rey, I think it might be
13   because of, like, the way you have the settings on
14   Zoom.
15             MR. FLORES:  Uh-huh.  Okay.
16             MR. GRINNAN:  But I'm not sure.
17             MR. FLORES:  Well, let me see here.
18             THE REPORTER:  Do we want to briefly go
19   off the record?
20             MR. FLORES:  No.  Let me give this a shot.
21   Hold on.  Is that any better?
22             THE WITNESS:  No.  It's the same.
23             MR. FLORES:  Okay.
24             THE REPORTER:  For me, it's full screen.
25   Do you need to change your view, Doctor, in the top
```

PATRICK HAYES, MD - 1/9/2025

```
 1    right?
 2              MR. FLORES:  Hold on.  Yeah.  Let's just
 3    go off the record.
 4              THE REPORTER:  Okay.
 5              THE VIDEOGRAPHER:  We're off the record.
 6    The time is 9:44 a.m.
 7              (Short recess.)
 8              THE VIDEOGRAPHER:  We're back on record.
 9    Time is 9:52 a.m.
10        Q.    (BY MR. FLORES) All right, Dr. Hayes.  We
11    were talking about Mr. Perry's referral to you in
12    August of 2013, correct?
13        A.    Correct.  Yes, sir.
14        Q.    All right.  And this will be Exhibit 1 to
15    your deposition.  Can you see this document on the
16    screen now?
17        A.    Yeah.  As we discussed on the break, it is
18    more legible.  It's larger.  I can see what appears
19    to be about two-thirds of the page, now about half
20    of the page.  If you scroll up and down, I can see
21    the whole thing.
22        Q.    Okay.  So you see an email here, correct?
23        A.    That's correct.
24        Q.    And the originating email at the bottom of
25    the page came from Morgan Gill.  Do you see that?
```

PATRICK HAYES, MD - 1/9/2025

Page 34

```
 1        A.    I do.
 2        Q.    On August 28th, 2023, at 10:22 a.m.,
 3   correct?
 4        A.    That's correct.
 5        Q.    And is that the referral document you were
 6   referring to in your -- in your hard chart?
 7        A.    No, sir.
 8        Q.    I'm sorry?
 9        A.    No, sir.
10        Q.    Okay.  So we'll get to what that might --
11   that other document might -- might be.
12        A.    That's probably the email that the
13   referral document was attached to.
14        Q.    Right, right.  Okay.
15              And so it says here, Hayes in person.
16   Henry via telepsych and Davis via telepsych.  Do you
17   see that?
18        A.    I do.
19        Q.    Okay.  I guess Henry and Davis are some of
20   your staff members?
21              MR. GRINNAN:  Form.
22        A.    That's correct.
23        Q.    (BY MR. FLORES) Okay.  Do you know who
24   Morgan Gill is?
25        A.    I know her name.  I don't believe I've
```

PATRICK HAYES, MD - 1/9/2025

```
 1   ever met her.
 2        Q.    Okay.  And she -- her title here is
 3   Behavioral Health Scheduling Coordinator, Access
 4   Healthcare Management, LLC; is that right?
 5             MR. GRINNAN:  Form.
 6        A.    Yes, sir.  That's what I can see on the
 7   email.
 8        Q.    (BY MR. FLORES) Okay.  And this was sent
 9   to Kourtney Sittig at your clinic, it appears; is
10   that right?
11        A.    Kourtney Tommasi was her -- or is her
12   married name.  Kourtney Sittig was her maiden name.
13   Yeah, that's the -- who it was sent to.
14        Q.    Okay.  And she responded to Ms. Gill with,
15   11-27-2023 at 1:30 Hayes, right?
16        A.    That's what I see on there.  Yes, sir.
17        Q.    Okay.  So was that going to be Mr. Perry's
18   first appointment with you?
19             MR. GRINNAN:  Form.
20        A.    I mean, I don't know.  That's what I can
21   intuit from that, but, again, as I mentioned
22   earlier, I don't do scheduling.  I have staff
23   trained to do so.  They tell me where to be and what
24   to bring.
25        Q.    (BY MR. FLORES) Okay.  I don't think you
```

PATRICK HAYES, MD - 1/9/2025

Page 36

```
 1    mentioned Kourtney Tommasi earlier as a staff
 2    member.  Is she still with Elite Medical Wellness?
 3         A.    No, no.  She actually is an administrative
 4    assistant at a car dealership now.
 5         Q.    Okay.  All right.  So there was an
 6    attachment to this email.  Let's go to that next.
 7              Okay.  Can you see this new document on
 8    your screen?
 9         A.    Yes, sir.
10         Q.    This will be Exhibit 2 to your deposition.
11              (Exhibit 2 was marked for identification.)
12         Q.    Is this the referral document you were
13    referring to in your hard chart?
14         A.    That's correct.
15         Q.    Okay.  It says, from Access Healthcare
16    Management; Elite Medical Wellness, Lake Charles,
17    right?
18         A.    Correct.
19         Q.    Okay.  It says, provider, Access
20    Healthcare Management, down at the bottom; is that
21    right?
22         A.    That's what it says.  Yes, sir.
23         Q.    Okay.  What is Access Healthcare
24    Management?
25         A.    They're a case management service that we
```

PATRICK HAYES, MD - 1/9/2025

Page 37

1  work with who refers us patients that need

2  behavioral health treatment.

3      Q.    Okay.  And when you say case management

4  company, what do you mean by that?

5      A.    Probably the easiest way to encapsulate

6  it, I used to work for comp or work with comp.  And

7  then, over the years, I had accepted single case

8  agreements with workers' comp.  It very much --

9  Access very much behaves like a private workers'

10  comp where, if an individual has behavioral health

11  condition, they will find behavioral health

12  provider.  We are one of those that Access works

13  with.  And then, when I need to place medication

14  orders, when I need to place consult orders, when I

15  need to schedule visits, those go through Access

16  Healthcare Management for the scheduling.  They will

17  do all of that.

18      Q.    Okay.  And so you said they -- they

19  basically act like an insurer, a workers' comp

20  insurer or carrier?

21          MR. GRINNAN:  Object to the form,

22  foundation.

23      A.    Yeah, more like the -- the comp clinical

24  case managers.  Very much like that.

25      Q.    (BY MR. FLORES) Okay.  And how long have

PATRICK HAYES, MD - 1/9/2025

Page 38

```
 1    you worked with Access Healthcare Management?
 2         A.    Probably about 10 years at this point.
 3         Q.    Okay.  So they sent Mr. Perry to you in
 4    August of 2023, correct?
 5         A.    That's correct.
 6         Q.    All right.  Now, I'm going to pull up a
 7    bill because I want to see if this is a
 8    comprehensive summary or listing of -- of every
 9    visit with Mr. Perry.  So this will be Exhibit 3 to
10    your deposition.
11              (Exhibit 3 was marked for identification.)
12         Q.    All right.  Do you see this document on
13    your screen now?
14         A.    Yeah.  I can see probably half of it in
15    that current zoom, and I can read most of what's on
16    there.
17         Q.    Yeah.  It appears to be a five-page PDF
18    file or five-page document.  Do you see that?
19         A.    I'm just going to have to trust that
20    you're representing it's five pages accurately.
21         Q.    Okay.  Do you recognize this document?
22         A.    Yeah.  It appears to be one of our billing
23    documents.
24         Q.    Okay.  And there's an entry on September
25    8th, 2023, by somebody named Caitlin Witherwax or
```

PATRICK HAYES, MD - 1/9/2025

```
 1    associated with Caitlin Witherwax.  Do you see that?
 2         A.    I do.
 3         Q.    Who is Caitlin Witherwax?
 4         A.    She was a clerk who was working with us at
 5    the time.
 6         Q.    Okay.  No longer with Elite Medical
 7    Wellness?
 8         A.    No, sir.  Clerical staff is very difficult
 9    to -- to maintain and hold in 2023 and 2024.
10         Q.    Who is Madison Ellzey?
11         A.    She's another clerical staff who was
12    working at the time who's no longer with us.
13         Q.    What about Kaileigh Lantz?
14         A.    Ditto.
15         Q.    Okay.  What about Stacey Rougeau or
16    Rougeau?
17         A.    Rougeau, correct.  She's a clerical staff.
18    She's actually the custodian of medical records in
19    the criminal forensic court administrator.  She has
20    been with me now for seven years, I believe.  She's
21    still here.
22         Q.    Okay.  And you mentioned Iva Conde and
23    Dene' Culton previously, correct?
24         A.    Correct.  Yes, sir.
25         Q.    Okay.  I see your name is listed here on
```

PATRICK HAYES, MD - 1/9/2025

Page 40

```
 1    the bottom of page two, Patrick Hayes, MD.  Do you
 2    see that?
 3         A.    I do.
 4         Q.    And the entry associated with your name is
 5    April 5th, 2024.  Do you see that?
 6         A.    Yes, at the top.  Uh-huh.
 7         Q.    It says, non-deposition meeting, one hour.
 8    Do you see that?
 9         A.    Correct.
10         Q.    And there's a -- there's a code there,
11    EH034.  Do you see that?
12         A.    Correct.
13         Q.    What does EH034 represent?
14         A.    That's going to be the -- the line item to
15    encapsulate how we bill a non-deposition one-hour
16    meeting.
17         Q.    Okay.  That's internal to -- to your
18    clinic?
19         A.    Correct.  This clinic does not accept any
20    manner of health insurance.  We do not use CPT
21    codes.  We do not use E&M codes.  So for billing
22    purposes, our module is built around proprietary
23    codes which describe what the services are in the
24    single fee schedule.
25         Q.    Okay.  And this non-deposition meeting for
```

PATRICK HAYES, MD - 1/9/2025

Page 41

```
 1    one hour, was that with Mr. Perry?
 2        A.    No.   That was a life care plan meeting
 3    with Dr. Savant.
 4        Q.    Okay.   Was that in person or over the
 5    phone or teleconference?   How did that take place?
 6        A.    I have met with Shelly in person before.
 7    I've known Shelly for a long time.   But I believe
 8    that one most likely -- based on the time of year
 9    that was, I was probably on the road.   That was
10    probably (inaudible).   Excuse me.
11        Q.    I'm sorry.   You broke up there.   Could you
12    repeat what you said?
13        A.    Yeah.   No worries.   I just said that was
14    probably telephonic.
15        Q.    Okay.   All right.   I'm continuing to go
16    through this -- is this an invoice?   Is that what
17    you would call this or a billing summary?
18        A.    Yeah.   I think you could use either of
19    those terms for it.
20        Q.    Okay.   And then there's, you know,
21    deposition, video deposition.   That's the fee for
22    today's deposition, correct?
23        A.    Yes, sir.
24        Q.    All right.   What is I-V-A?
25        A.    That's my provider, the nurse
```

PATRICK HAYES, MD - 1/9/2025

Page 42

```
 1    practitioner, Iva Conde.
 2         Q.    Okay.  So the -- the -- the initials there
 3    or Dene' here would -- would show who met with or
 4    who spoke with Mr. Perry on that day?
 5              MR. GRINNAN:  Form.
 6         A.    You'll probably notice that there's a
 7    change in convention across that period of time.  So
 8    when -- about a year ago, January of 2024, when
 9    Caitlin McGroarty took over as practice manager,
10    just going through and doing process improvement,
11    practice development, what she found is that the --
12    the prior style of billing was assigning that line
13    to the person that submitted the billing, the
14    clerical asset.  That's why you see Kaileigh Lantz,
15    Madison Ellzey versus assigning the -- the line
16    billing to the provider that delivered the service,
17    which makes more sense, and it's easier to follow.
18    So that's what you're seeing on there.  The -- the
19    ones with a provider's name, that's the provider who
20    did it.
21         Q.    (BY MR. FLORES) Okay.  And prior to that,
22    I guess, practice change there, the provider who --
23    who saw or spoke with Mr. Perry is listed, I
24    suppose, to the right of the date of each
25    interaction; is that correct?
```

PATRICK HAYES, MD - 1/9/2025

Page 43

```
 1      A.    That's correct.  So the -- the electronic
 2  portion of the system was charging it or assigning
 3  it to the person entering it, and then that person
 4  was having to go back and manually point it to the
 5  provider versus the improved way of doing it.
 6      Q.    Okay.  So, for example, on September 8th,
 7  2023, Iva Conde met or spoke with Mr. Perry,
 8  correct?
 9      A.    Can you zoom in on that?  I can't really
10  read the dates.
11            Yeah.  So you're saying September -- or
12  September 8th?  Yeah.  So Caitlin Witherwax would
13  have been the clerical asset who entered that
14  charge, but the visit was with Iva Conde.
15      Q.    Okay.  And then, just to compare, on
16  October 23rd of 2023, the visit or the interaction
17  was with Dene' Culton, correct?
18      A.    Correct.
19            MR. GRINNAN:  Form.
20      Q.    (BY MR. FLORES) Okay.  And so when was the
21  first time you personally met or spoke with
22  Mr. Perry?
23      A.    On November 27 of 2023.
24      Q.    And why is there no charge on this billing
25  summary for that -- that interaction?
```

PATRICK HAYES, MD - 1/9/2025

Page 44

```
 1              MR. GRINNAN:  Form.
 2       A.    I think you're above November 27.  I think
 3  you'd have to scroll down.
 4       Q.    (BY MR. FLORES) You mean 2020 -- well,
 5  this is November -- okay.  I see.  So this date down
 6  here, is that the date of payment?
 7       A.    That's how I appreciate that.  Again, I
 8  don't do billing, but that looks like -- the -- the
 9  line you just highlighted, that looks like a
10  September 8, 2023, visit with Iva entered by
11  Ms. Witherwax with payment fulfilled on November 17
12  of 2023.  So the bottom of the sheet you're showing
13  me is 11-1-2023.  So to capture my 11-27 visit,
14  you're going to have to scroll down.  There it is.
15       Q.    Okay.  So 11-27, entered by Madison
16  Ellzey.  The work is titled, Hayes full report,
17  correct?
18       A.    Correct.  Yes, sir.
19       Q.    And you met with Mr. Perry on November
20  27th?
21       A.    Yes, sir.
22       Q.    Was that in person or through some other
23  means?
24       A.    That was in person.
25       Q.    Okay.  Was that the first time you'd met
```

PATRICK HAYES, MD - 1/9/2025

 1   with Mr. Perry?

 2        A.    Correct.

 3        Q.    Okay.  And how long was that meeting?

 4        A.    Let me look.  So his assessment was 102

 5   minutes that day.

 6        Q.    And there's a 5,000 dollar charge for a

 7   report, correct?

 8        A.    Correct.  Yes, sir.

 9        Q.    Okay.  And what was the purpose to that

10   report?  Somebody -- who asked you to produce a

11   report, first of all?

12        A.    My staff asked me to produce the report to

13   do -- what you see there is a full report.  There

14   are different administrative actions that I do.

15   There's different paperwork that I can do.

16   Somewhere upstream of me, my administrative staff

17   was made aware or understood that this would be a

18   treating case and then that somebody wanted a civil

19   forensic full report, which is a differential

20   diagnosis.  The foundation for that differential

21   diagnosis, prognosis, commentary on causation and

22   commentary on treatment moving forward.

23        Q.    Okay.  So if I'm understanding correctly,

24   essentially, your staff, I suppose, understood or

25   received a request that Mr. Perry's lawyers would

PATRICK HAYES, MD - 1/9/2025

Page 46

```
 1   want and need a report from you, and that's --
 2              MR. GRINNAN:  Object to the form.
 3      Q.    (BY MR. FLORES) And that's what's
 4   reflected here?  Is that --
 5              MR. GRINNAN:  Form and --
 6      Q.    (BY MR. FLORES) Is that fair?
 7              MR. GRINNAN:  Form and foundation.
 8      A.    Yeah.  It -- it is really a logical
 9   extension in that that I can't completely affirm.
10   In this case, Access Healthcare Management requested
11   that, so we often don't know what is the
12   administrative action outside of Access Healthcare
13   Management.  We don't know if it's a lawsuit.  We
14   don't know if it's a mediation.  We don't know
15   what's going on with that.  So somebody at Access is
16   working with somebody.  And Access told us that they
17   wanted a full report with treatment on this guy, so
18   that's what we provided.
19      Q.    (BY MR. FLORES) Do you know Access
20   Healthcare Management told you or your staff that
21   they wanted a full report?
22              MR. GRINNAN:  Object to the form,
23   foundation.
24      A.    Did you ask me how I know that?
25      Q.    (BY MR. FLORES) Yes.  Yes, sir.
```

```
 1       A.    I don't, really.  I mean, I can see it
 2   there on the invoice.  So somebody who's involved in
 3   inputting charges knew it.  I can see the -- the
 4   referral form in my chart, and that's how it was
 5   presented to me that day.  But, Mr. Flores, I'm very
 6   busy, so I don't tap dance around in taking phone
 7   calls, setting up schedules, doing the billing.  My
 8   staff gives me the appropriate work at the
 9   appropriate time, and they tell me what to do.  I
10   mean, I'm the medical director.  I'm the owner.  I'm
11   in charge of it.  But I have trained them to handle
12   that.
13            So in terms of, like, when somebody calls
14   for a refill, for example, I don't take the call for
15   a refill.  I don't do the initial check to see if
16   they should have refills.  I don't do the initial
17   two, three salvos with the pharmacy.  I don't check
18   with the patient to make sure the -- the refill
19   numbers.  My staff does all of that.  Still my
20   medication refill, but this is similar.  My staff
21   told me to do an intake on Mr. Perry with a full
22   report, so that's what I did.
23       Q.    Okay.  And, I mean, somebody would have
24   had to request a report for you to do it; is that
25   correct?
```

```
 1          MR. GRINNAN:  Object to the form and
 2    foundation.  It's been asked and answered.
 3       A.    Yeah.  That's what -- that's what I
 4    understand from these forms that we're looking at
 5    now.  But that's the nature of the practice.  If
 6    somebody requests something, it's within the
 7    skill set, it's within the field of what we do, yes,
 8    sir, my staff can hand me that.
 9       Q.    (BY MR. FLORES) Okay.  All right.  So
10    continuing to move through this billing summary, it
11    looks like Iva Conde and Dene' Culton would meet
12    with Mr. Perry, it looks like, about once a month.
13    Is that about right?
14       A.    Yeah.  He's actually kept essentially 94
15    percent of his booked visits.  He's got a fantastic
16    compliance rate.  He's been our patient for 16
17    months at this point.  He's kept 30 visits in 16
18    months.  So he's averaged almost two visits a month.
19    It's 1.9 visits per month.
20       Q.    Okay.  And looks like your next meeting
21    with Mr. Perry was on April -- well, no.  That was
22    the -- the meeting with Dr. Savant, you said, right,
23    April 5th, 2024?
24       A.    Correct.
25       Q.    Okay.  So according to this billing
```

PATRICK HAYES, MD - 1/9/2025

Page 49

```
 1   summary, you met with Mr. Perry once; is that right?
 2        A.    That's correct.  Yes, sir.
 3        Q.    For, I think you said, 102 minutes?
 4        A.    Correct.  That's the duration of his
 5   assessment.
 6        Q.    Okay.  Have you spoken over the phone or
 7   over Team -- Teams or Zoom with Mr. Perry at any
 8   time other than in November of 2023?
 9        A.    No.  I've engaged in disciplinary meetings
10   with the team about him.  I've helped coordinate the
11   care of Mr. Perry, but he is improving.  The -- the
12   regimen is tailored to what he has.  So in general,
13   I would expect to see him again this coming year
14   within the next couple of months, but I have not
15   yet.
16        Q.    Okay.  And so just to be clear, you've
17   only met or spoken with Mr. Perry once, and that was
18   in November of 2023, correct?
19        A.    Yeah.  To date, that's -- that's the
20   number of times I've seen him, but I anticipate
21   seeing him again.
22        Q.    And you mentioned -- well, let's -- let's
23   hold off on that for now.  Let's talk about the --
24   the payments here.  Do you know who's making these
25   payments that are reflected on this billing summary?
```

```
 1       A.    Inasmuch as has been asked about before in

 2  other depositions and in other trial moments, that

 3  -- that characterization of patient check payment

 4  and a number, it's my understanding that that is

 5  actually -- that's one of the lines that was

 6  selected in the billing module to characterize it.

 7  I don't know that there's a more appropriate line.

 8  But given that Mr. Perry is case managed by Access

 9  Healthcare, they are paying his -- his invoices.

10       Q.    Okay.  So just to make sure I understand

11  then, although this says patient check, it's not

12  your understanding that Mr. Perry is cutting a check

13  or making a payment personally, correct?

14       A.    No.  As I understand the universe, he's

15  ultimately responsible for all charges, but those

16  check numbers, I believe, are the monthly payments

17  from Access.

18       Q.    Okay.  So Mr. Perry hasn't, you know,

19  pulled out his checkbook and written out a check to

20  Elite Medical Wellness, correct?

21            MR. GRINNAN:  Object to the form,

22  foundation.

23       A.    I don't do billing.  I'm not aware of

24  that.  But as you're showing me, 10-6-2023,

25  10-23-2023, both showing posted on 12-27-2023 with
```

PATRICK HAYES, MD - 1/9/2025

```
 1    the same check number, it's my understanding that
 2    that 11182 would have been the 12-27-2023 payment
 3    from Access Healthcare Management.
 4        Q.    (BY MR. FLORES) Okay.  And do you believe
 5    that Access Healthcare Management has made all these
 6    payments reflected on these -- this billing invoice
 7    or billing summary?
 8              MR. GRINNAN:  Form.
 9        A.    Again, I -- I don't do billing.  I don't
10    have any reason to dispute that.  But, yeah, I don't
11    really know.
12        Q.    (BY MR. FLORES) And the one caveat I would
13    -- I would insert there would be that, you know, our
14    firm made the payment for your video deposition,
15    correct?
16        A.    If you (inaudible) that's accurate, yeah,
17    sure.  Again, I -- really, Mr. Flores, I don't do
18    billing.
19        Q.    Yeah.  Who does do billing for you?
20        A.    That would be Caitlin McGroarty, and I'm
21    not sure who she delegates out additional billing
22    actions.  You -- you'd have to ask her.
23        Q.    And she's primarily in Lake Charles?
24        A.    She's the overarching practice manager, so
25    most of her physical time is in Lake Charles, but
```

PATRICK HAYES, MD - 1/9/2025

Page 52

1  she does go to the Houston office as well.

2      Q.    Okay.  And Elite Medical Wellness would

3  have the copies of the checks themselves, right, in

4  its -- in its billing file?

5      A.    I have no idea.

6      Q.    Okay.  Would Caitlin be the person to ask

7  that question to?

8      A.    Correct.  Yes, sir.

9      Q.    Okay.  All right.  Since we're on this

10  document, let's talk about charges.  It looks like

11  Iva Conde on September 8th, 2023, was billing at 400

12  dollars per visit; is that right?

13      A.    Yes, sir.

14      Q.    Okay.  And Dene' Culton at 300 dollars per

15  visit, correct?

16      A.    That's correct.

17      Q.    Okay.  Let's see.  It looks like their

18  rate has remained the same into 2024; is that right?

19      A.    Yes, sir.

20      Q.    Okay.  So Iva Conde, can you remind me of

21  her credentials please?

22      A.    She's a board certified psychiatric mental

23  health nurse practitioner.

24      Q.    And can you remind me of --

25      A.    I'm sorry.  My apologies.  She's also a

PATRICK HAYES, MD - 1/9/2025

Page 53

```
 1   licensed marital family therapist, but for -- for
 2   purposes of this case, she is serving as a nurse
 3   practitioner.
 4        Q.    And would you remind me of Dene' Culton's
 5   credentials?
 6        A.    She's a licensed professional counselor.
 7        Q.    And so just based on their billing rate,
 8   it seems that a nurse practitioner is considered a
 9   -- a step up, if you will, from a licensed
10   professional counselor; is that correct?
11        A.    Well, nurse practitioners and physician's
12   assistants are what are considered mid-level medical
13   providers, so a medication visit involves more risk.
14   It involves more risk in the conditions treated.
15   The conditions treated are -- are more broad.
16   There's more complicated medical decision-making.
17   The intervention requires additional support.  We
18   discussed earlier medication prescriptions, refills.
19   So, yes, across the board, medication and medical
20   visits are going to be more complicated and thus
21   more expensive than psychoeducational visits, health
22   visits, therapy, those sorts of things.
23        Q.    Okay.  Do you have an hour -- a fee that
24   you would charge for an office visit with a patient
25   like Mr. Perry?
```

 1      A.    Yes, sir.

 2      Q.    And what is that?

 3      A.    So the single fee schedule, if you haven't

 4 requested that, that can certainly be provided to

 5 you.  But the -- the follow-up visit so that -- what

 6 you have on there as EA023, an adult psychiatric

 7 visit plus administrative update, that will be the

 8 same for a follow-up.

 9      Q.    So would you bill 400 dollars for -- for

10 an EA23 visit with Mr. Perry?

11      A.    Correct, for a follow-up.  Yes, sir.

12      Q.    And what about for an initial visit?

13      A.    The fee schedule guides what the cost is.

14 In the case of Mr. Perry, there was a request for a

15 full report and the additional charge that you

16 discussed earlier on -- or from November 27th is for

17 that 15-, 16-page report and the extended time with

18 him and the additional testing with him.  If

19 somebody had requested a different style of report

20 or a different action, that's going to be on the fee

21 schedule, and the charge might be different.

22      Q.    Okay.  And I think you mentioned earlier

23 that Elite Medical Wellness in Lake Charles does not

24 accept insurance; is that correct?

25      A.    That's correct.  I don't accept any manner

PATRICK HAYES, MD - 1/9/2025

Page 55

```
 1   of insurance.
 2        Q.    Okay.  And I assume you also don't accept
 3   Medicare?
 4        A.    It's federal, but it's still insurance.
 5   So the -- the answer holds.
 6        Q.    Okay.  And same for workers' comp
 7   insurance, correct?
 8        A.    Correct.
 9        Q.    So in other words, both private and
10   governmental type of insurance patients are not seen
11   in Lake Charles, correct?
12        A.    They may be, but we are fee for service,
13   cash only or cash equivalent.  So if an individual
14   wants to come here and they have insurance, we can
15   provide them our -- our superbill or their superbill
16   for the visit.  And they're welcome to go back and
17   request reimbursement, but we do not directly work
18   with any insurers.  We are not contracted, Elite
19   Medical Wellness, with any insurers, public or
20   private.
21        Q.    Does that also apply to Elite Medical
22   Wellness West in Houston?
23        A.    It does.  Yes, sir.
24        Q.    Has Elite Medical Wellness ever accepted
25   insurance?
```

PATRICK HAYES, MD - 1/9/2025

Page 56

```
 1        A.     We did.  Yes, sir.
 2        Q.     And when did you stop?
 3        A.     I believe it was August 4, 2019.
 4        Q.     Since then, it's been full, you know, bill
 5   them out, cash payment or cash equivalent?
 6        A.     Correct.  Yes, sir.
 7        Q.     Are you the sole member of Elite Medical
 8   Wellness?
 9        A.     Talking about the corporate structure of
10   Elite Medical Wellness, LLC?
11        Q.     Correct.
12        A.     Yes.  I'm -- I'm the owner.  I'm the
13   single managing member.
14        Q.     Do you know if 400 dollars per visit with
15   a nurse practitioner like Iva Conde -- how does that
16   compare to sort of the -- the average charge for
17   that sort of visit with that sort of provider in --
18   in and around Lake Charles?
19               MR. GRINNAN:  Object to the form.
20        A.     Yeah.  It's a usual, customary rate
21   because that is not simply a psychiatric visit.
22   There is an administrative update, so you have the
23   technical writers trained to extract data from the
24   note to make it more legible.  Then that particular
25   administrative extraction goes back to the provider.
```

PATRICK HAYES, MD - 1/9/2025

Page 57

```
 1    So it's basically a visit, all of the actions that
 2    go into supporting the visit, plus a one-page report
 3    every time he's seen.  So those charges are
 4    appropriate.
 5         Q.   (BY MR. FLORES) Okay.  So for September
 6    13th, 2024, for example, Iva Conde, adult
 7    psychiatric visit plus admin update.  Do you see
 8    that?
 9         A.   Yes, sir.
10         Q.   The total fee was 400 dollars, right?
11         A.   That's correct.
12         Q.   What percentage of that 400 dollars is
13    attributable to the psychiatric visit, and what
14    percent is attributable to the admin update?
15         A.   Oh, I would have to go back and look at
16    the fee schedule and compare what a straight
17    treatment as usual psych follow-up visit is compared
18    to with the admin update.  I don't know it offhand.
19         Q.   Okay.  And same question for September
20    16th, 2024, the visit and update involving Dene'
21    Culton at 300 dollars.
22         A.   Same deal.  I'd have to go back and look
23    at it.  I don't think I did the last two or three
24    updates to the fee schedule.  I trust my practice
25    manager understands what the -- the costs are in
```

PATRICK HAYES, MD - 1/9/2025

Page 58

```
 1   executing these business actions, so I delegate her
 2   the authority to do so.
 3        Q.    Okay.  So there -- there seems to be an
 4   admin update associated with every visit; is that
 5   correct?
 6        A.    That's correct.  Yes, sir.
 7        Q.    Okay.
 8        A.    Excluding the -- the initial comprehensive
 9   visit because that gets the 16-page report in
10   Landon's case.  So there doesn't need to
11   additionally be a summary of that.  That report
12   summarizes it.
13        Q.    And what are the administrative tasks that
14   go into an admin update?
15        A.    Across the board?
16        Q.    Yeah, everything that is -- is encompassed
17   by admin update in these -- these charges.
18        A.    So the -- the chart itself goes to the
19   front office staff immediately upon conclusion of
20   the visit for outprocessing, and then the front
21   office staff will generate some manner of scan or
22   photocopy of the -- the visit itself because those
23   are just convenience copies of the -- the durable
24   document.  Those are not preserved.
25              Then that goes to one of the available
```

PATRICK HAYES, MD - 1/9/2025

```
 1   technical writers, who have been trained on how to

 2   extract -- it's essentially a SOAP note for a

 3   follow-up, so we want to extract the most salient

 4   one, two, three pieces of the subjective section;

 5   one, two, three pieces of the objective section and

 6   then encapsulate any changes in the assessment and

 7   plan.  Those are then typeset in digital fashion.

 8   They are printed and provided to the provider for

 9   proofreading.

10           The provider, in most cases, will kick it

11   back to the technical writer because they -- they

12   are the providers.  They're the ones who understand

13   what's going on.  It's really capturing a snapshot

14   of what happened in that moment.  It goes back to

15   the technical writer for additional revision, and

16   then it comes back to the provider to sign off on

17   and then prepare to the front staff.

18       Q.    Okay.  And that's the full spectrum of

19   administrative tasks that go into this admin update?

20       A.    Yes, sir.

21       Q.    Okay.  All right.  You mentioned a little

22   while ago when we were talking about the -- the

23   visits with Mr. Perry throughout the latter part of

24   '23 and '24 that he has improved.  Can you elaborate

25   on that?
```

PATRICK HAYES, MD - 1/9/2025

Page 60

```
 1        A.    Yes, sir.  There's about four hours of
 2   stuff I could say.  Can you narrow your question a
 3   little bit for me?
 4        Q.    Well, I would like to get your thoughts on
 5   what you meant by he has improved.
 6        A.    Yeah.  So --
 7        Q.    Well, let -- maybe I can narrow it for you
 8   a bit.
 9              What is your current diagnosis of
10   Mr. Perry?
11        A.    So he had four diagnoses.  Those have not
12   changed.  Post-traumatic stress disorder, F43.10.
13   He has clinical insomnia; there's a whole bunch of
14   codes that follow that.  He has male erectile
15   dysfunction, unspecified, N52.9.  And he has
16   post-burn pain and itch related to unspecified burns
17   of the male genital region sequelae; the codes to
18   encapsulate that are R52 plus L29.9, slash,
19   T21.06XS.
20        Q.    Okay.  And those diagnoses are in effect
21   as of this date; is that correct?
22        A.    That's correct.  Yes, sir.  His most
23   recent visit with Iva was on November 15, and his
24   most recent visit with Dene' was on December 18.  So
25   we've seen him recently.  He's got another visit
```

PATRICK HAYES, MD - 1/9/2025

1    booked with Iva on January 15 and one booked with

2    Dene' on January 10.  So he's got a couple of visits

3    right around the corner.

4        Q.    Okay.  On the erectile dysfunction, do you

5    have an opinion as to whether that is physical or

6    psychological in nature?

7        A.    It's a good question.  I initially used

8    the N52.9 code, which is the urological code.  Now,

9    psychiatrists often work in sexual dysfunction.  So

10   there's a -- a chapter -- excuse me -- in the DSM on

11   psychoneurotic sexual dysfunction.  And then it is

12   among the most common complaint about concerns in

13   soldiers, veterans, first responders.  It's just a

14   very common thing to roll in through a psych clinic.

15          But based on my appreciation of the images

16   of his genital injury, based on the location of

17   those injuries, based on his description of the

18   pain, I initially used the urological code and not

19   the psychological code.  The rationale of that --

20   for that being, in the DSM, criterion D for male

21   erectile dysfunction is that it's not definable to

22   something medical or surgical or medication induced.

23          So at the time I initially sat with him

24   and through his course of care to date, it has

25   looked like it has -- it's related to the injury

PATRICK HAYES, MD - 1/9/2025

Page 62

1   itself, but there's significant overlap in that.  I
2   mean, if you take away a young man's sense of
3   masculinity, if you add discomfort to the mix, if
4   you add penile anesthesia to the mix and then he
5   begins thinking that it's -- it's a problem or he
6   begins to have these expectations that he cannot be
7   successfully sexually potent, then it can become
8   psychological, or there can be an overlap of both.
9   So having worked with Landon, having looked at his
10  records, having talked to the team, at this point,
11  it -- it appears to me to be a blend of both.
12          MR. FLORES:  And, John, I think we're
13  getting some feedback or some noise from you.
14          MR. GRINNAN:  I -- really?
15          MR. FLORES:  Yeah.  You keep -- you're
16  popping up as a speaker occasionally.
17          MR. GRINNAN:  There's no -- I'm not saying
18  that that's not, but I think it's silent in here.
19  So I apologize.  I'm not sure what -- what it's
20  coming from.  What does it sound like, Rey?
21          THE REPORTER:  Just feedback.
22          MR. FLORES:  Like somebody talking.  Like
23  a radio interference or something.
24          MR. GRINNAN:  It might be my next door
25  neighbor.

PATRICK HAYES, MD - 1/9/2025

Page 63

```
 1              MR. FLORES:  Okay.
 2              MR. GRINNAN:  Talking loud on the phone.
 3    I'm sorry.  I --
 4              MR. FLORES:  Okay.  Well, I mean --
 5              MR. GRINNAN:  You don't hear it now, do
 6    you?
 7              MR. FLORES:  No.  I mean, we hear you
 8    talking as a speaker.  But if -- I don't know if
 9    you're able to go on mute and -- you know, I don't
10    know.  Just you're kind of cutting in when -- with
11    the testimony.
12              MR. GRINNAN:  I apologize.  Not -- I'm not
13    trying to be disruptive.
14              MR. FLORES:  Okay.
15        Q.   (BY MR. FLORES) All right.  So, Dr. Hayes,
16    your -- your current opinion -- well, let me -- let
17    me back up.  Your initial opinion was that
18    Mr. Perry's erectile dysfunction diagnoses was
19    attributable to the physical injury, correct?
20        A.   Correct.  The initial opinion was that it
21    appeared to be urological in nature so related to
22    the -- the caustic burns of his genitals.
23        Q.   Your current opinion is that it's both
24    urological and psychological in nature; is that
25    right?
```

PATRICK HAYES, MD - 1/9/2025

```
 1        A.    Correct.  And that's really an unescapable

 2   reality with Landon.  I mean, this is not a

 3   gentleman that, because he's stressed, not sleeping,

 4   just suddenly can't have sex with his wife.  This is

 5   an individual whose genitals were burned with some

 6   manner of caustic corrosive and then has developed

 7   significant sexual problems with his wife -- his now

 8   wife.  So, yeah, it is a blend of both.

 9        Q.    Are you offering any urological opinions?

10        A.    No.  I'm not a urologist.  I am aware that

11   Mr. Perry was burned with second-degree burns on

12   his -- the glands of his penis, the corona and on

13   the anterior-inferior aspect of his scrotum.  I have

14   reviewed the reports of Dr. Liu, Dr. Henderson,

15   Dr. Frey, the UMC Medical Center, Our Lady of

16   Lourdes.  I'm aware he has injuries there, but I am

17   not a urologist.

18        Q.    Have you ever physically examined

19   Mr. Perry's genital area?

20        A.    Again, I'm a psychiatrist.  He has showed

21   me images of it on his phone, and I have seen

22   somewhere around 40 images in the medical records of

23   his injuries.  So I have visualized them.  But I am

24   not managing the skin breakdown.  I am not managing

25   the penis itself.  So, no, there would be no reason
```

PATRICK HAYES, MD - 1/9/2025

```
 1    for his psychiatrist to have him take out his
 2    genitals in the office.
 3         Q.    All right.  And so just to be clear, you
 4    have not physically examined Mr. Perry's genital
 5    area, correct?
 6         A.    Again, that's what we discussed.  It would
 7    not be necessary, given the information that I have
 8    in the medical records, given the images, given what
 9    I understand and our role in his management, to
10    examine his genitals in a psychiatric office.
11         Q.    Okay.  And so fair to say you have not
12    done so?
13         A.    Rey, I'm going to keep saying the same
14    thing.  It would not be a necessary or indicated or
15    appropriate, given the available information, to
16    take Mr. Perry's genital out in a psychiatric
17    office, given the nature of our management of his
18    condition.
19         Q.    And you're not going to offer any -- any
20    urology-based opinions at trial, correct?
21         A.    No, sir.
22               MR. GRINNAN:  Form.
23         A.    He has a -- he has a urologist, and he has
24    individuals in the plastic and burn surgery realm
25    managing that level of his health condition.
```

PATRICK HAYES, MD - 1/9/2025

Page 66

```
 1        Q.    (BY MR. FLORES) Have you spoken with his
 2   urologist?
 3        A.    In Mr. Perry's case, no, although the team
 4   and I discussed it because it -- Landon is a symptom
 5   minimizer, and one of the things we've noticed in
 6   review of the records is that it's not entirely
 7   clear that Landon has fully revealed the -- the
 8   extent of his headaches from the -- the -- the
 9   erectile medications.  So I think the urologist may
10   be operating with the idea that they're -- they're
11   more tolerated than they are.  So the team and I
12   have discussed reaching out to that -- that group.
13   We have not done so yet though.
14             MR. FLORES:  All right.  I'll object as
15   nonresponsive.
16        Q.    (BY MR. FLORES) My question was simply
17   whether or not you've spoken with the urologist.
18        A.    No.  I have not done so yet.
19        Q.    For the psychological component for your
20   opinion of Mr. Perry's erectile dysfunction, what is
21   the -- the treatment for that?
22        A.    He has done well finally opening up to the
23   team and I about those problems, and then that in
24   and of itself is -- can be immensely therapeutic.
25   So to -- to sit on a difficulty, to stew on it and
```

PATRICK HAYES, MD - 1/9/2025

```
 1    to feel isolated in that without any -- any ability
 2    to normalize it, any ability to work on it, that can
 3    be perpetuating.  So we've gotten past that point.
 4             And then, in terms of his medications,
 5    we're being mindful to use agents that are not
 6    typically associated with significant erectile
 7    dysfunction.  So several of the -- the indicated
 8    agents for PTSD, the strict SSRIs, number one side
 9    effect, number two side effect is erectile
10    dysfunction.  We are not using those.  We're using
11    duloxetine, which has a balancing adrenergic
12    component.  And in most patients, we can get away
13    with use of that if it's pretty neutral.  And then
14    his medications at night, we've been trying to use
15    the TCAs that are not typically associated with
16    significant erectile dysfunction and recently
17    initiated, although we've been fighting with his --
18    his coverage on it, one of the dual orexin receptor
19    antagonists, and those are very clean in terms of
20    sex life.
21             So we're talking about it.  We're working
22    on it.  He -- in his most recent visit just a couple
23    weeks ago, discussion was about alternative
24    activities with his -- his wife, things that they
25    could do to be sexually fulfilling that would --
```

PATRICK HAYES, MD - 1/9/2025

Page 68

```
 1    would take that role that doesn't necessarily
 2    involve full erectile consummation.  He's a bit
 3    averse to that.  He doesn't like it.  He's
 4    embarrassed.  So those -- those are the kind of
 5    things that we're working on with him.
 6         Q.    Okay.  So I think I heard you mention that
 7    he opened up to discuss the erectile dysfunction
 8    with you, which can be therapeutic, correct?
 9         A.    Yes, sir.
10         Q.    There are medications you are
11    administering to help with the erectile dysfunction
12    or to treat his psychological symptoms while not
13    impairing his sexual function?
14         A.    More the latter.  Now, in cases where an
15    individual does not have access or has not
16    established care with a urological team, we will
17    often through Elite manage the erectile medications
18    or cause referrals for that.  He's got a urologist
19    that's working with him on one of the PDE5s, so our
20    job then is to do the psychological side, work on
21    expectations, work on shame, work on partner
22    relational stuff, work on approaching his fiancee,
23    work on sense of self.  And then, on the medication
24    side, not to ruin what's going on, not to spoil
25    something or add additional problems to it.
```

PATRICK HAYES, MD - 1/9/2025

Page 69

```
 1        Q.    Okay.  And you mentioned -- you mentioned
 2   a discussion with him of alternatives to, I guess,
 3   traditional sexual activity?
 4        A.    Yeah, full coitus.  Uh-huh.
 5        Q.    Okay.  So alternatives to full coitus have
 6   been discussed with Mr. Perry?
 7        A.    That's correct.  Yes, sir.
 8        Q.    As part of his ongoing counseling or
 9   therapy?
10        A.    Correct, and -- and he doesn't like it.
11   He's embarrassed by that, and his response -- he has
12   opened up well to it.  He does well when we see him
13   a little bit more frequently.  That's why we've been
14   keeping his -- his cadence a little bit higher.  He
15   will deteriorate into avoidance.  But as we will
16   talk with him a little bit more, one of his main
17   concerns is his new wife would like to have a baby,
18   and there's no amount of masturbation, foreplay,
19   oral sex, those sorts of things that's going to
20   cause a pregnancy.  So that's still -- that's been a
21   sticking point that we're still working on, you
22   know, actively.
23        Q.    So what are the alternatives to full
24   coitus that have been discussed with Mr. Perry?
25        A.    That was in the most recent visit with
```

PATRICK HAYES, MD - 1/9/2025

Page 70

```
 1    Ms. Culton, and she and I were discussing that
 2    yesterday.  I didn't ask her specifically if she
 3    talked about, you know, manual stimulation or oral
 4    sex.  I didn't dive into that.  We just discussed
 5    that, in general, she was offering him, from a -- a
 6    neutral, sterile, clinical third-person point of
 7    view, hey, these are things that you could do.  It
 8    doesn't have to be full coital sex.  It doesn't have
 9    to be this.  And then you see how the -- the -- the
10    patient responds to that, and then you respond to
11    their response.
12            So our -- our design in psychotherapy is
13    to be persuasive in that person's best interest.  So
14    they're -- they're fluid, malleable conversations.
15    It's not -- there's not advice giving.  There's not
16    a right way or a wrong way.  It's more seeing where
17    he's at, figuring out what the problem is, offering
18    some solutions or coaching him into coming up with
19    some solutions and then seeing how those fit, and we
20    do it again.
21        Q.    All right.  Now, you -- you were not
22    involved with that session with Mr. Perry and -- and
23    Mrs. Conde, right?
24        A.    Those with Ms. Culton, and, no, I was not
25    sitting in on that session.  We discussed it
```

PATRICK HAYES, MD - 1/9/2025

1    yesterday.

2        Q.    Okay.  And so what -- what is the typical

3    course of treatment for erectile dysfunction, the

4    psychological or psychiatric component of that?

5        A.    Again, it's very, very common, and we are

6    reluctant to use terms such as normal or typical

7    when we're working with patients.  That can be

8    stigmatizing in and of itself.  But in general, we

9    want to have the somatic approach, which is medical,

10    surgical, medications, and we want to have the

11    psychological approach, which is psychotherapy,

12    expectation management, psychoeducation.  And then

13    moving forward, as I discussed in -- in your last

14    question, you want to see what fits, what works,

15    what doesn't work, why it doesn't work and then do

16    it again, readjust.

17        Q.    Okay.  So psychologically, we're talking

18    about psychotherapy and expectation management?

19        A.    Yes, sir.

20        Q.    Okay.  Now, at some point, you kind of

21    alluded to earlier your opinion changed and went

22    from the erectile dysfunction being physical in

23    nature to being both physical and psychological in

24    nature, correct?

25        A.    Yes, sir.

PATRICK HAYES, MD - 1/9/2025

```
 1          Q.     When did that change in opinion occur?
 2          A.     It was during his -- his symptom flare --
 3   excuse me -- some four to six months ago where we
 4   started seeing him a little bit more.  He, like many
 5   individuals that do not have a -- a mental health
 6   history, do not have a lot of medical history
 7   generally, he operated in a lot of denial and a lot
 8   of avoidance.  And what we found during that
 9   season was just how preoccupied he was with the --
10   the erectile dysfunction, how insulting it was to
11   him.
12          For example, he -- he will do the things
13   we suggest.  He's unhappy.  He's dysphoric.  He
14   doesn't have a lot of energy.  But we've offered,
15   you know, what are some things that you could do.
16   He talked about fishing.  But then, when he goes
17   fishing, he can't tolerate it.  He can only do about
18   two hours because of the heat and the -- the
19   friction.  Then he's down for about two days with
20   discomfort.
21          But what we've learned through the -- the
22   context of him being a very, very compliant, very
23   participative patient, just how bothered he is by
24   the sexual stuff.  And the level of botherment is
25   such that it would be very unlikely that it is
```

PATRICK HAYES, MD - 1/9/2025

```
 1    strictly surgical at this point, that there's not
 2    some expectational component, that there's not some
 3    psychological component.
 4         Q.    So about four to six months ago is when
 5    your -- your opinion sort of began to evolve?
 6              MR. GRINNAN:  Form.
 7         A.    I mean, we're -- we're continuously
 8    reassessing.  We're gathering data.  We are working
 9    with individuals.  The -- the differential
10    diagnoses, the therapeutic approach, those should
11    mature over time in the way that the patient should
12    improve.  And they should also mature over time.
13    So, yeah, somewhere midstream in his treatment --
14    he's been with us for 16 months -- somewhere about
15    half a year ago, it -- it became apparent that this
16    is probably not simply a -- a surgical corrosive
17    problem.  This is probably a psychological problem
18    as well.
19         Q.    (BY MR. FLORES) Would you expect the
20    psychological issue to resolve?
21         A.    We're going to treat optimistically, and
22    we're going to try to help get him there.  It
23    remains to be seen.
24         Q.    Is there literature or have there been
25    studies on the resolution of erectile dysfunction
```

PATRICK HAYES, MD - 1/9/2025

```
 1   when it's psychologically based?

 2        A.    Oh, I'm sure there is.  I have not pulled

 3   that in his case.  I did not go back and look at it.

 4             Sexual dysfunction is very, very common.

 5   I mean, there's a reason there's whole industries on

 6   the internet for buying a little blue pill from

 7   Mexico.  And then the little blue pill often works

 8   in patients that don't have vascular erectile

 9   difficulties or don't have surgical or mechanical

10   erectile difficulties.  That is expectational from

11   taking the powerful little blue pill.

12             So I have seen patients that we can get

13   past it.  They do well.  I have seen patients that

14   somehow it creates a stiction point either in their

15   psyche or in their relationship, and it's

16   irrecoverable.  I've seen both.

17             MR. FLORES:  I'm going to object as

18   nonresponsive.

19        Q.    (BY MR. FLORES) I think my question there

20   was is there literature -- is there literature

21   related to the resolution of erectile dysfunction

22   when it's psychologically based?

23        A.    Yeah, and I led off with a direct response

24   to that, that I -- I did not go to the literature on

25   his erectile dysfunction, either in the context of
```

PATRICK HAYES, MD - 1/9/2025

 1  his care or in preparation for the deposition.

 2       Q.    Is it your current understanding that

 3  Mr. Perry is unable to achieve an erection?

 4            MR. GRINNAN:  Form.

 5       A.    It's my understanding that he is

 6  mechanically able to attain an erection through

 7  either the cavernosal injection or through some of

 8  the medications.  But he has been limited by

 9  discomfort, and there's an aversion now to the

10  erection itself because of the discomfort.

11       Q.    (BY MR. FLORES) Is it your understanding

12  that he's able to obtain an erection during foreplay

13  or sexual activity with his wife?

14       A.    Same thing.  If he uses a cavernosal

15  injection or takes one of the medications, yes, he

16  would be capable of mechanically doing that, from my

17  understanding.  But it hurts, and then, if he uses

18  it, it hurts more.

19       Q.    Okay.  And so your understanding -- just I

20  want to make sure I understand.  Now, your

21  understanding is that Mr. Perry, in order to obtain

22  an erection, requires either medication or an

23  injection, correct?

24            MR. GRINNAN:  Object to the -- object to

25  the form.

PATRICK HAYES, MD - 1/9/2025

```
 1        A.    That's my current understanding of it.
 2   Yes, sir.
 3        Q.    (BY MR. FLORES) And that, without those,
 4   he is unable physically to obtain an erection?
 5        A.    That's my understanding.  Now, whether
 6   it's a low-quality erection, whether that's
 7   intermittency to it -- then, in addition to the
 8   mechanical act, there's the expectation of it.
 9   There's the head space that an individual needs to
10   fall into.  There are both activation of
11   parasympathetic and sympathetic nervous system to
12   the -- the sexual act, and what that, in shorthand,
13   means, one needs to be able to both be fully relaxed
14   to be fully excited, physically.  And then,
15   psychologically, the -- it maps in a similar
16   fashion.  There are challenges to that.
17              So, again, recall who you're talking to.
18   This is the psychiatric manager.  We are not
19   involved -- in his case, we're not prescribing the
20   PDE5s.  We're not prescribing the cavernosal
21   injections.  We're not prescribing the intraurethral
22   pellets.  We are not managing the caliber of the
23   actual penile erection.  We are managing his sexual
24   dysfunction with him psychotherapeutically and
25   through medications that do not worsen that.  So I
```

PATRICK HAYES, MD - 1/9/2025

Page 77

```
 1    have not and my team has not been spending a ton of
 2    time talking specifically about the quality of that
 3    physical erection.
 4         Q.   So fundamentally, is your opinion that,
 5    because of the physical discomfort that Mr. Perry
 6    says he experiences with an erection, he is unable
 7    psychologically to enjoy and, therefore, engage in
 8    sexual activity?
 9         A.   That's how he's related to -- related it
10    to us.  And that makes a lot of sense
11    psychologically.  If -- if your genitals hurt and
12    then continue to hurt after you use them when you're
13    prepared for sex, it's going to not only enhance
14    those feelings of inadequacy, emasculation,
15    incompetence.  It's going to create an aversive
16    dosage to the act as well.  It -- it's a difficult
17    recipe.
18         Q.   And you said earlier that erectile
19    dysfunction is quite common in your line of work?
20         A.   Oh, yes, sir.
21         Q.   Have you treated erectile dysfunction
22    patients in the past?
23         A.   Oh, thousands.
24         Q.   In your experience, what percentage of
25    those patients have overcome their erectile
```

PATRICK HAYES, MD - 1/9/2025

```
 1   dysfunction and been able to engage in satisfying
 2   sexual activity?
 3        A.    As we just discussed earlier, I've seen
 4   both spectrums of that happen.  I have seen patients
 5   that one or two small interventions get them back in
 6   their groove.  They're good to go.  I've seen
 7   individuals that will persist with sexual
 8   dysfunction with their partner for the rest of their
 9   marriage.  I've seen one of each of those examples
10   this month.  So I've never sat down and quantified
11   how many of the sexual dysfunction male patients
12   I've had have improved, how many have not improved,
13   how many are somewhere in between.
14        Q.    What percentage would you say have the
15   issue resolved within, let's say, 12 months?
16        A.    Again, I haven't quantified that.  There's
17   -- there's really no reason to sit around and count
18   that kind of stuff.
19        Q.    And same question if I were to ask you how
20   many resolve in 24 or -- or 36 months?
21        A.    I mean, I'm -- I'm busy working with folks
22   and trying to help patients do better.  I'm not
23   sitting around quantifying that sort of stuff.
24        Q.    Okay.  So same question if I were to ask
25   you how many have resolved in five years?
```

PATRICK HAYES, MD - 1/9/2025

1        A.    And, sir, I'm not trying to be obstinate,

2    but it's kind of like depression.  Depression is the

3    bread and butter of psychiatric care.  I've probably

4    seen 23-, 24,000 individual patients by this point

5    in my career.  Many of my depression patients get

6    better.  There are some that don't get better.  I've

7    worked in refractory depression before.  But I have

8    no ability to quantify, like, give you even a -- a

9    rough estimate of how many of my depression patients

10   got better in 12 months, how many got better in two

11   years.  Same deal with sexual dysfunction, insomnia.

12   I don't know.

13       Q.    All right.  So as you sit here today, you

14   can't tell us what percentage of your patients with

15   erectile dysfunction have improved in 12, 24, 36, 48

16   or 60 months, fair?

17            MR. GRINNAN:  Form, asked and answered.

18       A.    Yeah.  Again, these are such common

19   conditions.  No, I don't think I could hazard even a

20   -- a rough estimate.

21       Q.    (BY MR. FLORES) You mentioned PTSD -- a

22   PTSD diagnosis, correct?

23       A.    Yes, sir.

24       Q.    What is the course of treatment for

25   post-traumatic stress disorder?

PATRICK HAYES, MD - 1/9/2025

1      A.    So in general, psychotherapy is considered

2  the primary change agent in PTSD.  You want to move

3  patients to a remission status by generating post-

4  traumatic wisdom or growth as opposed to symptoms of

5  stress disorder, and medications can be assistive in

6  that process where we can suppress limbic outflow.

7  We can enhance energy.  We can suppress sleep.  We

8  can enhance mood, suppress anxiety.  So the -- the

9  gold standard or the best practice is a combination

10  of medications and psychotherapy.

11      Q.    How many sessions of psychotherapy are

12  typically needed to resolve PTSD?

13      A.    Yeah.  You'll see some stuff in the

14  literature on that.  I still do assessments for the

15  VA.  I was in the Army for 12 years.  Individuals

16  with PTSD often require long-standing treatment.

17  The DSM itself includes a commentary that many

18  patients have symptoms for 50 years or longer.  It

19  depends on inherent characteristics of the

20  individual.  It depends on the insult that was

21  suffered.  It depends on comorbidities that happen

22  with it, psychological or medical.  So it runs the

23  spectrum.

24          I'm aware that certain publications say,

25  with EMDR, one should be able to obviate PTSD

PATRICK HAYES, MD - 1/9/2025

1    symptoms in 24 sessions.  With cognitive processing

2    therapy, one should be able to obviate those

3    symptoms or mitigate them in 12 to -- to 30

4    sessions.  There are a couple psychologists who

5    publish disputes that PTSD doesn't even exist.

6            What I can tell you, in reality, from

7    having been a very busy Department of Defense

8    provider, from having done many different clinical

9    assessments and treatments and administrative

10   evaluations for the VA, the reality is that people

11   are going to the VA for a long time.  People that

12   are being treated by the DOD with PTSD receive

13   treatment for a long time.  People that are in

14   corrections with PTSD receive treatment for a long

15   time.

16       Q.   Which articles are you aware of that say

17   that, with EMDR therapy, PTSD is typically resolved

18   in about 24 sessions?

19       A.   I'd have to pull them.  I didn't prepare

20   those for today.

21       Q.   Which articles are you aware of that say

22   that, with cognitive behavioral therapy, PTSD is

23   typically resolved in about 12 sessions?

24            MR. GRINNAN:  Form.

25       A.   And it's one of the cognitive behavioral

PATRICK HAYES, MD - 1/9/2025

```
 1   therapies.  I mentioned cognitive processing
 2   therapy, CPT.  But, again, I -- I did not pull that.
 3   I have pulled them before.  I have some literature,
 4   but I don't have that available today.
 5        Q.   (BY MR. FLORES) Have you treated patients
 6   with PTSD previously?
 7        A.   Oh, sure.  I mean, I'm a combat-deployed
 8   Army psychiatrist.  I was the busiest Army
 9   psychiatrist in Centcom at the time of my
10   deployment.  I ran all of mental health for southern
11   Iraq.  I did all line-of-duty behavioral health
12   investigations.  During my time in Iraq, I ran an
13   inpatient ward, an outpatient service.  I ran an
14   aerovac mission through Iraq to Landstuhl Regional
15   Medical Center.  I have worked a lot with PTSD.
16        Q.   In Elite Medical Wellness, do you -- have
17   you treated patients with PTSD?
18        A.   Oh, sure.
19        Q.   And of those you've treated through Elite
20   Medical Wellness, what percentage would you say have
21   had their PTSD resolve?
22        A.   Again, PTSD's fairly common, so it's not
23   quite as common as insomnia, as major depression.
24   But the general estimate from the National Institute
25   of Health wave two epidemiologic study is about six
```

PATRICK HAYES, MD - 1/9/2025

Page 83

```
 1   to seven percent of Americans at any given time meet
 2   criteria for PTSD.  About six to seven percent meet
 3   criteria for subsyndromic PTSD.  There's some
 4   additional data out there that suggests that, across
 5   the life span, it's quite similar to that.  11 to 14
 6   percent will have had PTSD at some point.  So it's
 7   not an uncommon experience.
 8            We've got about 6,000 patients underneath
 9   all the operations.  So if you multiply 6,000 by 10,
10   15 percent, I mean, we've got 6-, 900 patients at
11   any given time with PTSD.  So I've not quantified
12   how many of them have remitted.  What I can tell you
13   is that, with treatment, most of our patients have
14   gotten better.  The -- the -- the great majority,
15   probably 95-plus percent, have improved some.  The
16   number that have improved to remission, I don't have
17   a number for you.
18       Q.    Okay.  You said 90 to 95 percent have
19   improved some?
20       A.    Yes, sir.
21       Q.    And when you say some, what do you mean by
22   that?
23       A.    I suppose a synonym for some would be any.
24       Q.    Now, does PTSD preclude productive
25   employment?
```

PATRICK HAYES, MD - 1/9/2025

Page 84

```
 1            MR. GRINNAN:  Object to form.
 2       A.    It can.  It doesn't necessarily have to.
 3   So the -- the condition itself does not necessarily
 4   imply level of disability.  One can have severe
 5   acute stress disorder, which is the antecedent to
 6   PTSD, where I can't do anything.  One can have
 7   remitted PTSD or nearly remitted PTSD years later
 8   where they can be quite functional.  So the
 9   condition itself does not -- it's not confirmatory
10   of a level of disability.
11       Q.    (BY MR. FLORES) In Mr. Perry's case, do
12   you have an opinion as to whether or not his
13   diagnosis of PTSD precludes employment?
14       A.    I've not done a specific occupational
15   analysis of him.  If I were asked to do so, I would
16   use one of the -- the heuristics that go through
17   sustained concentration, reliability, attention to
18   detail, ability to interact with co-workers, ability
19   to tolerate criticism from supervisors.  Again, I've
20   not done that.  We often do the World Health
21   Organization Disability Assessment Scale 2.0 12
22   version.  That gets to some of those items.  We just
23   haven't done that yet.  I mean, we've been working
24   with Landon for 16 months.  That will happen in the
25   next season.
```

PATRICK HAYES, MD - 1/9/2025

1        But I can tell you, from his real world
2   steps to do what we've encouraged him to do -- so
3   what that looks like is, hey, what do you think you
4   could do?  And one of the -- the things, as I
5   mentioned, was fishing.  But another one was getting
6   a dog.  So he's tired.  He doesn't want to go out,
7   so he got a puppy, which forces him to get up and go
8   out.  But what ends up happening is he's -- he
9   develops mechanical irritation of the -- the
10  scrotum, and then that makes him uncomfortable, and
11  he'll start to limp.  When he limps, if anybody
12  comments on it, it puts him into a dysphoric spin
13  for a couple of days where he doesn't want to go
14  out.  So that's the kind of stuff we're working on
15  at this point.
16        So do I have him restricted from work?
17  No.  I don't think his PTSD, his insomnia -- I don't
18  think those would be harmed by work.  I don't think
19  he's -- would be harmful to other workers.  Do I
20  think he's capable of that?  Now, I'm answering you
21  casually.  I didn't do a -- the occupational
22  heuristic.  I didn't do a WHODAS yet.  But do I
23  think he's capable of work at this point?  Would he
24  be reliable?  Would he show up for work?  Be capable
25  of doing an eight-, 10-, 12-work hour day -- hour

PATRICK HAYES, MD - 1/9/2025

Page 86

```
 1  workday?  I do not believe he would.
 2          MR. FLORES:  Object as nonresponsive.
 3      Q.    (BY MR. FLORES) Let's back up here a
 4  second.  So you don't have Mr. Perry restricted from
 5  work, correct?
 6          MR. GRINNAN:  Object to the form.
 7      A.    I don't have any restrictions on him at
 8  work.
 9      Q.    (BY MR. FLORES) And so as you sit here
10  today, is it fair to say that you don't believe his
11  PTSD diagnosis precludes his productive employment?
12          MR. GRINNAN:  Object to the form.  It's
13  been asked and answered.
14      A.    That's inaccurate.  So restrictions and
15  limitations are different things.  Restrictions are
16  me affirmatively reaching out and saying, this would
17  harm the individual because, or, this individual
18  would be harmful, risky to others because.  Do not
19  have him restricted for psychological conditions.
20  Limitations are -- are entirely another thing.  I do
21  believe he has several and significant limitations
22  at the present time.
23          THE WITNESS:  And, Rey, we're at two
24  hours.  Can we take five?
25          MR. FLORES:  Sure.  We can take a
```

PATRICK HAYES, MD - 1/9/2025

Page 87

```
 1    five-minute break.
 2              THE WITNESS:  Cool.
 3              THE VIDEOGRAPHER:  We're off the record.
 4    The time is 11:02 a.m.
 5              (Short recess.)
 6              THE VIDEOGRAPHER:  We're back on record.
 7    Time is 11:13 a.m.
 8         Q.   (BY MR. FLORES) All right.  Dr. Hayes, are
 9    you ready to proceed?
10         A.   Yes, sir.
11         Q.   Did your staff have a chance to scan the
12    articles we talked about earlier?
13         A.   No, sir.
14         Q.   Are they able -- do you have somebody able
15    to do that?
16         A.   I'll probably get that at the end.
17         Q.   Well, I'd like to be able to, since you
18    have them in front of you, potentially ask you about
19    them.  Can you do that now, if we take a quick
20    three-minute break?
21         A.   Yeah.  Yeah, if you want to do three
22    minutes of that.
23              MR. FLORES:  Okay.  Let's go off the
24    record.
25              THE VIDEOGRAPHER:  We're off the record.
```

PATRICK HAYES, MD - 1/9/2025

```
 1   Time is 11:14 a.m.
 2              (Short recess.)
 3              THE VIDEOGRAPHER:  Back on the record.
 4   Time is 11:24 a.m.
 5        Q.    (BY MR. FLORES) All right.  Dr. Hayes, is
 6   there literature that you're aware of regarding the
 7   typical time frame for resolution of PTSD symptoms?
 8        A.    As we discussed earlier, I think you asked
 9   me the same question, but there is volumes of
10   literature out there on different treatment
11   modalities, the expected treatment response, the --
12   the time to resolution.  There are literature
13   including within the DSM discussing that, in many
14   patients, symptoms last 50 years or longer.
15        Q.    Do you know what percentage of patients
16   exhibiting PTSD complaints resolve in, let's say, 12
17   months?
18        A.    What percentage of my patients or patients
19   generally?
20        Q.    Well, let's -- let's start with patients
21   generally.
22        A.    It depends on -- on who you're citing and
23   what their opinion is.  As I mentioned before, there
24   are two psychologists who are fairly well-considered
25   providers in the field that don't even believe in
```

```
 1    PTSD.  But in general, most patients will improve,
 2    and -- and my patient population is similar to that.
 3    They will improve.  The number that get to full
 4    remission in 12 months I don't have a number on.
 5         Q.    Do you have any numbers on full remission
 6    in, let's say, 24 months or 36 or 48 or -- or 60
 7    months?
 8         A.    As you get further out, the -- the
 9    populations tend to bifurcate, so the treatment
10    responders will -- will improve more.  Those with
11    refractory conditions will -- will stay sicker.  So
12    individuals that have longer standing PTSD will
13    often be sicker with it long term.  Those that got
14    better quicker, and the more they improved.
15              But again, we're not looking for cure of
16    this.  We're not going to obviate the things that
17    happened to Mr. Perry.  We're looking at
18    improvement.  We're looking for remission.  So that
19    the -- the strict, raw percentage number, I can't
20    provide you.
21         Q.    All right.  Can you discuss the basis for
22    your diagnosis of insomnia with Mr. Perry?
23         A.    Sure.  So clinical insomnia is when an
24    individual has difficulty either falling asleep,
25    maintaining sleep through fracturing or maintaining
```

PATRICK HAYES, MD - 1/9/2025

Page 90

```
 1   enough duration of sleep through the morning to feel
 2   sufficiently rested the -- the next day.  And then
 3   it's incumbent upon treatment providers because of
 4   the disability associated with insomnia to call that
 5   as an isolated condition, even if it is a component
 6   of another condition.
 7        Q.    Is it a component of another condition in
 8   this case?
 9        A.    Yes, sir.  So there are criteria of PTSD,
10   and hyperarousal, lack of sleep is one of the
11   aspects of PTSD that allows us to establish that
12   diagnosis.  But because insomnia is of such
13   relevance, even though it is the -- I believe it is
14   D -- D3, D4, even though it's in that zone, that the
15   insomnia diagnosis should be utilized.
16        Q.    If I'm understanding correctly, the
17   insomnia diagnosis here is essentially derivative of
18   the PTSD diagnosis; is that correct?
19        A.    No, sir.  It's independent of it.  I mean,
20   it -- his sleep problems are a facet of -- of PTSD.
21   But, again, the expert work groups on sleep for the
22   American Psychiatric Association, American Sleep
23   Association -- the recommendation is, if an
24   individual is having clinically relevant insomnia,
25   you call that, and you make it part of the
```

PATRICK HAYES, MD - 1/9/2025

```
 1    differential diagnosis because it is worth making
 2    sure that the entire team is aware of it, is
 3    treating it, and it has independent prognostic
 4    factors.
 5        Q.    Okay.  I think you said the insomnia here
 6    is a facet of the PTSD?
 7        A.    Yes, sir.  Insomnia is one of the -- I
 8    said D.  It's one of the E criteria for PTSD, the
 9    hyperarousal.  But it is not appropriate in such a
10    situation simply to call the condition PTSD.
11    Mr. Perry is also sleeping poorly.
12        Q.    Sure.  It sounds like though, if the PTSD
13    is resolved, the insomnia should be resolved with
14    it; is that fair?
15        A.    I -- I get what you're driving at, I mean,
16    where it's one of the E criteria of PTSD helping us
17    establish PTSD.  But one can have PTSD without
18    insomnia.  One can have insomnia without PTSD.  So
19    it is an active diagnosis.  It is something we are
20    treating in him.  It is, in fact -- in his most
21    recent two medication visits, the sleep problems
22    have been the most refractory thing.  So we're
23    struggling more with the insomnia than the PTSD at
24    this point in terms of finding an appropriate
25    regimen, helping him to improve through it.
```

PATRICK HAYES, MD - 1/9/2025

Page 92

```
 1        Q.    But it's fair to say that the insomnia is
 2   related to the PTSD -- to the PTSD, correct?
 3             MR. GRINNAN:   Form.
 4        A.    Again, the -- the full mouthful of the
 5   insomnia diagnosis includes the presence of other
 6   conditions that could be contributing to it.  So I'm
 7   going to flip over to my report.
 8        Q.    (BY MR. FLORES) Okay.  Because I thought I
 9   heard you say earlier that the insomnia was a facet,
10   I think is what you said, of the PTSD, meaning it's
11   deriving from his PTSD condition.
12        A.    No.  Let me clarify that then.  So, I
13   mean, when you look at page nine of the report, the
14   diagnosis is insomnia disorder with mental disorder
15   with medical condition persistent.  And then there
16   are coding nomenclatures to that.  But you add in
17   the ICD codes of those mental disorders of the
18   medical conditions that can have a role in
19   contributing to sleep problems.
20             Nonetheless, this individual, Mr. Perry,
21   he meets criteria for PTSD.  He has PTSD.  And then
22   he meets criteria for clinical insomnia.  And what
23   the guidance is is don't -- as a provider, don't
24   obviate that second diagnosis simply as a piece of
25   the first one.  So it is appropriate to use both of
```

PATRICK HAYES, MD - 1/9/2025

1  those.  He has both of those as standalone

2  conditions.  Had he not been splashed with a caustic

3  corrosive on his genitals and his lip and his right

4  arm and his axilla, he would not have either of

5  them.  But they -- they are intertwined, but they

6  are also both discrete.

7      Q.    Let me ask it this way.  In your opinion,

8  what is causing Mr. Perry's diagnosis of insomnia?

9      A.    It was caused by the corrosive exposure on

10  April 22nd of 2023.

11     Q.    Let me be more specific.  Are you -- is

12  the -- in your opinion, is Mr. Perry's diagnosis of

13  insomnia based on physical pain or discomfort or

14  some sort of other physical symptom or a

15  psychological issue?

16     A.    It has roles of both of those.

17     Q.    Can you elaborate on that?

18     A.    How so, sir?

19     Q.    What do you mean by it has roles of both?

20     A.    So if he is hot at night and his groin,

21  his scrotum begin to itch, that can wake him up.  If

22  he has a bad dream, that can wake him up.  If he

23  feels flat, pessimistic, apathetic, if he doesn't do

24  much that day, he doesn't burn off enough energy, he

25  doesn't sleep well that night.  If his wife wants to

PATRICK HAYES, MD - 1/9/2025

Page 94

```
 1   be intimate with him and he's unable to do so and he
 2   falls into anxious, negativistic rumination, that
 3   can keep him from falling asleep.  So it is all of
 4   those things.
 5        Q.    What is the course of treatment for
 6   insomnia?
 7        A.    So insomnia, in many cases, we can be
 8   effective with medications.  And psychotherapy can
 9   be assistive, but if mental exercises were
10   sufficient in and of themselves, Americans would
11   sleep very well.  You wouldn't see all the ads for
12   Unisom and NyQuil PM and all of that fun stuff.  And
13   melatonin wouldn't fly off the shelves.  So people
14   struggle to sleep.  Pharmacotherapy is more
15   important in that condition.  Where I discussed
16   earlier the change agent PTSD is talk therapy with
17   support from pharmacotherapy, for insomnia, it's
18   likely the obverse of that.  Pharmacotherapy takes
19   primacy and then psychotherapy, mindfulness, how to
20   relax, how to deal with those other things.  Then
21   second order issues, partner relational problems,
22   sexual problems, if we can reduce some of that
23   sting.  So medications first with mindfulness-based
24   psychotherapy second.
25        Q.    What medication are you prescribing or
```

 1    would you prescribe to Mr. Perry for insomnia?

 2         A.    Yes, sir.  And those have changed.  So the

 3    duloxetine during the day is an SNRI.  That's a

 4    non-narcotic analgesic.  It is a mildly stimulating

 5    medication, but it's a daytime med designed to give

 6    him a little energy and reduce some of the scrotal

 7    and glands pain.  So, again, second order, that

 8    should help him sleep through some of the

 9    discomfort.  And then, most recently, my team

10    prescribed him trimipramine, which is probably the

11    most sedative of the secondary amine tricyclic

12    antidepressants.  It's good for anxiety, good for

13    depression, good for PTSD, non-narcotic pain as

14    well.  And then it's a potent sedative.

15              So we prescribed him.  We started at

16    milder medicines at milder doses.  Now we've gotten

17    up to a 25 or 50 milligram range.  That is for sleep

18    maintenance predominantly and nighttime analgesia.

19    And then the most recent attempt was to add

20    suvorexant, or Belsomra, which is one of the three

21    dual -- dual orexin receptor antagonists, a DORA.

22    That's more the sleep switch.  So that's involved in

23    helping a person fall asleep.

24              So if you think of the rational design to

25    that, morning med, pain down, energy up, mood

PATRICK HAYES, MD - 1/9/2025

Page 96

```
 1    better, anxiety down.  Med at night to shut off the
 2    mind, help him sleep.  It's non-narcotic,
 3    nonaddictive.  It's a CDS IV, but it's not
 4    functionally a narcotic.  And then the trimipramine
 5    at night to maintain sleep and then to continue the
 6    analgesic pathway.
 7         Q.    How long do you expect Mr. Perry to remain
 8    on these medications?
 9         A.    I would anticipate a lifetime of treatment
10    for Landon.  Now, the medications, as you've seen
11    from the initiation of care as you follow the
12    records, as you look at the initial life care plan
13    meeting from almost a year ago compared to now, they
14    will change.  We will use the best medications at
15    any given time, but I would anticipate these
16    medications or similar.
17         Q.    For the rest of his life?
18         A.    Yes, sir.  That's correct.
19         Q.    What percentage of your patients take
20    insomnia medication for their entire life?
21         A.    Oh, my goodness.  That's the bread and
22    butter of psychiatry.  I mean, in -- in the state
23    mental health clinic where we have 3,750 patients or
24    so, I would say that 60 percent of them take
25    insomnia medications or medications that promote
```

PATRICK HAYES, MD - 1/9/2025

1    sleep.  Fully half of them are -- are long-term

2    medication utilizers.  In this private clinic, I

3    would say probably a similar proportion of patients,

4    60 percent, 70 percent, are taking medication to

5    assist with sleep.  I'd say fully half of them will

6    -- will take those medications or equivalent long

7    term.

8         Q.    Long term, do you mean the rest of their

9    lives?  Or do you mean five years, 10 years,

10   eventually weaning off?  Or does it vary?

11        A.    Yeah.  It -- it depends.  It depends on

12   the conditions.  It depends on the duration.  It

13   depends on the comorbidities.  So the -- the more of

14   these things we can improve, the less the

15   medications we'll need.

16             You and I just discussed those three that

17   are prescription.  He's also been advised to use

18   docosahexaenoic acid, which is an omega-3 fatty acid

19   supplement.  That's for wound healing.  And then

20   melatonin more for its antioxidant effects, but that

21   also has sleep promotion.  So ultimately, I've got

22   four things going on in Landon that should help

23   promote sleep, and he hasn't been able to pick up

24   the -- the most recent one because of coverage

25   issues.  But we've got three, pending four, onboard.

PATRICK HAYES, MD - 1/9/2025

Page 98

```
 1    Ideally, we will get it down to where he's not
 2    taking all of those forever, but we're going to have
 3    to see.  We're still early in his treatment.
 4        Q.    What coverage issues are you referring to?
 5    Because you've mentioned that a few times throughout
 6    our conversation today.
 7        A.    Yeah.  I got message that whatever
 8    mechanism he's using to receive his medications has
 9    not approved the Belsomra.
10        Q.    How do you spell that medication?
11        A.    B-E-L-S-O-M-R-A.
12        Q.    And what message or what document are you
13    looking at there with that note?
14        A.    Yeah.  This one is actually saying that
15    the pharmacy has not received a script for his sleep
16    medication.  And then I'm looking at the clinical
17    document from Ms. Conde's November 15 note where, at
18    the bottom, she had initiated Belsomra on October
19    31st.  And really, the two-week follow-up on
20    November 15th was to see, did you get the
21    medication?  Did you take the medication?  Did it
22    cause any sour or off-target side effects?  Did it
23    help anything?
24            And then I can see her terminal note is,
25    start Belsomra with, in parentheses, pending PA
```

PATRICK HAYES, MD - 1/9/2025

```
 1   process.  So what that means is he tried to fill the
 2   Belsomra.  It looks like there was a callback to the
 3   clinic.  Pharmacy said they didn't have it.  She
 4   pushed it back through to the pharmacy.  Pharmacy
 5   got it.  And then, when she went through those
 6   questions with them in the med follow-up on November
 7   15th, he told her he hadn't been able to get it yet
 8   because of the PA process.
 9             So somewhere in the mix, his health
10   insurance or -- or whatever -- whatever agency is
11   covering his medications has said, no.  They need
12   more information.  So with that note, I don't see
13   where the -- the documentation is.  She may have
14   done it telephonically.  But it looks like she had
15   to provide them more information to get it for him.
16      Q.    Are you saying pending PA process,
17   papa-alpha?
18      A.    Yes, sir.  It stands for prior
19   authorization.  It's -- it's insurance elegant speak
20   for post hoc denial.  They call it prior
21   authorization.  It's a sleight of hand euphemism,
22   but it means you have prescribed something, and then
23   they've decided that your patient can't have it.
24      Q.    Would you expect that Access Healthcare
25   Management is the entity making that determination
```

PATRICK HAYES, MD - 1/9/2025

Page 100

```
 1   here?
 2        A.    No, sir.
 3        Q.    And why do you say that?
 4        A.    That's not the language that would be used
 5   with -- with that case manager.  They would not
 6   initiate a PA.  That's insurance language.
 7        Q.    So does this indicate to you that there's
 8   some sort of insurance paying for the medication?
 9        A.    That's what that would suggest, but that's
10   all benefits and payment stuff.  That's well
11   downstream from us.  We're going to work with
12   whatever comes back and try to get Mr. Perry his --
13   his medication.  But that's not something I'm aware
14   of.  I don't -- I don't know what insurance it would
15   be.  I don't know.  I just don't know.
16        Q.    Does Access Healthcare Management cover
17   medication?  Do they pay for medications?
18        A.     I do not know.  Sometimes we ask for
19   medications through them.  We will place orders
20   through them.  And, again, back to the case
21   management concept, how they handle that, those
22   relationships they have, what they do, how they get
23   labs, how they get meds, I don't know.  You'll have
24   to ask those guys.
25        Q.    So aside from medication, what else is
```

PATRICK HAYES, MD - 1/9/2025

Page 101

```
 1  involved in the course of treatment for insomnia?
 2      A.    Like I said, medication takes primacy, and
 3  then psychotherapy is secondary.
 4      Q.    And is it fair to say that, at this point,
 5  you don't know to a, I guess, reasonable degree of
 6  medical certainty whether or not Mr. Perry will need
 7  to remain on these medications for the rest of his
 8  life?
 9            MR. GRINNAN:  Form.
10      A.    Again, I can tell you, based on my
11  experience, based on the -- the thousands of
12  patients I've worked with with these conditions --
13  and I have quite a bit of experience with -- the
14  team and I with Mr. -- Mr. Perry over almost a year
15  and a half, roughly two visits per month.  We know
16  him quite well at this point.  We have a good
17  psychological understanding of him.  We know what
18  his response to medications has been.  He will be
19  treated for these conditions for the rest of his
20  life.
21      Q.    (BY MR. FLORES) And that's your opinion to
22  a reasonable degree of medical certainty?
23      A.    That's correct.  At the 51 percent
24  standard or the greater -- greater than 50 percent
25  standard, yes, sir.
```

PATRICK HAYES, MD - 1/9/2025

Page 102

```
 1      Q.    And when you say treated for these
 2   conditions, do you mean he will remain on all three
 3   or four of these medications that you referenced or
 4   maybe fewer?
 5      A.    Optimistically, we will attempt to
 6   streamline his meds at any given time.  If we can
 7   help somebody sleep with one or two things, that's
 8   what we're going to do.  We discussed at present his
 9   -- his insomnia has been refractory, so we just
10   added a fourth agent to attempt to assist with that.
11   If we can get some traction on those sleep problems,
12   if as we get some traction on the psychological
13   problems, we can see some improvement, then we will
14   attempt to alleviate those or streamline them.  And
15   the new meds come out.  So if a new medicine has
16   multiple mechanisms that can handle a few of those
17   things at the same time -- but at -- at present,
18   that is the best working metaphor.
19      Q.    Is it your opinion to a reasonable degree
20   of medical certainty that Mr. Perry will require all
21   of these, duloxetine, trimipramine and Belsomra and
22   suvorexant, for the rest of his life?
23      A.    And Belsomra is the suvorexant.  We also
24   have melatonin and docosahexaenoic acid on board,
25   both of those over the counter.
```

PATRICK HAYES, MD - 1/9/2025

Page 103

```
 1           Yes.  It's my opinion, based on my
 2   experience with similar conditions, based on my
 3   experience treating large populations, based on
 4   analyzing staffing ratios, hiring, shifting, those
 5   sorts of things, yes, Mr. Perry will require these
 6   medications or similar for the long-term.
 7       Q.    Is it your opinion to a reasonable degree
 8   of medical certainty that Mr. Perry will have
 9   erectile dysfunction for the remainder of his life?
10       A.    As we discussed on that one, there's been
11   some maturation of the differential diagnosis in
12   that, initially, it looked strictly
13   surgical-medical.  And then, as we've gotten to know
14   Landon more, as he's opened up more, as we worked
15   with him, as -- as we've seen how he has responded
16   to those issues, that diagnosis is maturing.
17           So it -- it is quite significant at this
18   point, and we are almost two years after the injury,
19   so this is not the acute phase.  We're not two weeks
20   after the injury, two months after the injury.  We
21   are 21 months after the injury.  So the more data --
22   and as I discussed earlier, if one is sick, we can
23   make some forecasts from that.  If one is sicker,
24   that will allow us to make more forecasts on that.
25   If one is sicker longer, we can make more certain
```

PATRICK HAYES, MD - 1/9/2025

Page 104

```
 1    forecasts on that.
 2            So Landon has been sick with erectile
 3    dysfunction.  He has been quite sick with erectile
 4    dysfunction.  It has permeated his psyche, and he
 5    has remained quite sick with erectile dysfunction
 6    for longer.  So it is my clinical supposition that
 7    erectile dysfunction will likely be a long-standing
 8    component of his treatment.  If we can get some
 9    traction on that, perhaps that will change in the
10    future, but I would anticipate that that will be a
11    long-term component of his care.
12        Q.    Is it your opinion to a reasonable degree
13    of medical certainty that he will have erectile
14    dysfunction for the remainder of his life?  Or can
15    you simply not tell us?
16            MR. GRINNAN:  Form.
17        A.    On that one, where there is such an
18    overlap with the -- the medical-surgical component,
19    I believe it will be long-standing, based on those
20    factors that I just discussed with you.  But whether
21    or not that will be lifelong, I cannot say.
22        Q.    (BY MR. FLORES) Now, when you say
23    long-standing, what -- what do you mean by that?
24        A.    I think I answered that in the first
25    question that you didn't like.  It will be -- it has
```

PATRICK HAYES, MD - 1/9/2025

Page 105

```
 1   been almost two years at this point.  So the -- the
 2   likelihood that that will go away in the next year,
 3   two years, five years is quite small.  He has
 4   married.  It is creating supplemental marital
 5   discord.  His wife would like to have children.
 6   It's creating supplemental discord in his own psyche
 7   on his inability to do that.
 8           Where I'm struggling to tell you at the --
 9   at the lifetime duration is at the 51 percent
10   standard.  There are medical and surgical conditions
11   com- -- combining to contribute to that.  There has
12   been some difference in opinion.  Dr. Henderson
13   thought that Landon needed penile surgery.  Dr. Liu
14   did not.  The burn surgeons had a different opinion
15   on it.  So as those guys, working with the
16   urologist, are coming up with a summary on what
17   should happen surgically, that's going to help guide
18   psychologically what's going on with him.  So I
19   suspect it will be lifelong.  Whether or not I can
20   tell you that at -- at the greater than 50 percent
21   standard today, I cannot.
22       Q.    All right.  And the fourth diagnosis was
23   post-burn pain and itch, correct?
24       A.    Yeah.  Post-burn pain and itch related to
25   unspecified burns of the male genital region
```

PATRICK HAYES, MD - 1/9/2025

Page 106

```
 1   sequelae.
 2        Q.    Is that a psychiatric diagnosis, or is
 3   that just a physical symptom or condition?
 4        A.    No, sir.  That -- that is a physical
 5   condition of psychiatric relevance.
 6        Q.    What is the psychiatric relevance of that
 7   physical condition?
 8        A.    So he has a highly dysphoria inducing to
 9   him condition.  He's got some anesthesia of his
10   penis.  He's got some seemingly neuropathic pain of
11   his penis.  He's got some discoloration and some
12   disfigurement that he does not like.  And then he's
13   very sensitive to both environmental temperature and
14   friction.  And then the combination of those can
15   lead to additional discomfort and also itch.  These
16   are not omnipresent all the time, but there will be
17   times where Landon has advised us that he can't
18   sleep because he's itching, because his scrotum
19   itches.  Or he can't go out and do stuff with his
20   friend because, when he's out in the heat, it makes
21   him hurt for a couple days.  And then the hurt, as
22   that goes away, it turns into itching.
23             So it is hard to feel capable, masculine.
24   It's hard for Landon to feel appropriate as a
25   husband and to feel like things are going to get
```

PATRICK HAYES, MD - 1/9/2025

```
 1    better.  The therapeutic optimism that we're working

 2    with him on, when his penis continues to hurt and/or

 3    itch.  He has supplemental negative impact when

 4    he'll do stuff, like walk his puppy, but then he

 5    becomes sore, and he starts to limp.  And as I

 6    mentioned earlier, if anybody comments on the limp,

 7    then he becomes very dysphoric, very sad, very

 8    acutely depressed.  So those clearly have a linkage

 9    to his psychological symptoms.

10        Q.    When was the first diagnosis of these --

11    these issues, PTSD, insomnia, erectile dysfunction

12    and post-burn pain and itch?

13        A.    So Ms. Conde had the first clinical visit

14    with Landon in my service.  That was on September

15    8th of 2023, and she diagnosed PTSD, insomnia and

16    erectile dysfunction.  And -- and I know Iva -- I've

17    known Iva for years.  She started work with me at

18    Fort Polk with service members in, I believe, 2009,

19    maybe 2010.  She's got a lot of experience working

20    with -- with trauma-exposed individuals, wounded

21    individuals, burns.  I added the post-burn pain and

22    itch diagnosis in my visit on November 27th, 2023.

23            Without going too far off on a discourse,

24    I did quite a lot of work on burnt Iraqi civilian

25    children when I was overseas.  And that sort of
```

PATRICK HAYES, MD - 1/9/2025

Page 108

```
 1    started my approach to using psychological and
 2    psycho- -- psychiatric medications in thermal
 3    injury.  And the more of that you do, the more
 4    people you get sent to you that have that kind of
 5    stuff.  So I've been working with ancillary
 6    analgesia, ancillary antipruritic medications in
 7    thermal, caustic, other corrosive injuries for
 8    decades now.
 9              MR. FLORES:  I'll object as nonresponsive.
10         Q.   (BY MR. FLORES) So Ms. Conde diagnosed
11    Mr. Perry with PTSD, insomnia and erectile
12    dysfunction on September 8th, 2023, correct?
13         A.   Correct.
14         Q.   And you diagnosed Mr. Perry with post-burn
15    pain and itch on November 27th, 2023, correct?
16              MR. GRINNAN:  Form.
17         A.   I -- I added that diagnosis as the fourth
18    to the differential diagnosis.
19         Q.   (BY MR. FLORES) On that day?
20         A.   Correct.
21         Q.   What is your anticipated future course of
22    treatment for Mr. Perry, including any sort of
23    therapy and medication for these four diagnoses?
24         A.   Yes, sir.  So we're going to look at
25    medications, the supportive medications, and then
```

PATRICK HAYES, MD - 1/9/2025

```
 1   we're going to look at psychotherapy.  So the
 2   medications at present are duloxetine, or Cymbalta.
 3   It's a 60 milligram plus a 30 milligram dose,
 4   totaling 90.  That's a three-quarter maximum dose.
 5   We may increase that to 60-60, but we have not yet.
 6   He's currently prescribed the strongly sedative
 7   secondary amine trimipramine, 25 milligram dose, one
 8   to two of those by mouth every night.  He's
 9   currently prescribed the DORA, suvorexant, Belsomra,
10   at the 10 milligram dose.  And as I mentioned
11   before, we are currently in actions designed to get
12   him that medication.
13          He's currently advised to purchase and
14   take docosahexaenoic acid, or DHA, somewhere between
15   2- and 600 milligrams.  Most of my patients I advise
16   to buy the 600 milligram dose from Amazon.  It's low
17   cost.  It's readily available.  It is made out of
18   plant materials.  You don't have to worry about any
19   mercury bioaccumulation or allergy.  And then he's
20   also been advised to purchase and take melatonin at
21   the low dose of 0.5 milligrams by mouth at night.
22          Based on his current and most recent visit
23   and the visits that he has upcoming, he's actually
24   doing a little bit more medication management at
25   this time than psychotherapy -- psychotherapy, which
```

PATRICK HAYES, MD - 1/9/2025

```
 1   matches that his insomnia is a little bit more of a
 2   problem.  So in his first year, we anticipate about
 3   17 visits.  Optimistically, we treat down by about
 4   50 percent with recovery, so we'd anticipate 10
 5   visits for year two.  And optimistically, down by
 6   about 50 percent to every six to 10 weeks, or about
 7   six visits, for year three.  Beginning year four
 8   through life span, we'd anticipate quarterly
 9   maintenance follow-up, just checking in, making sure
10   you're doing okay.
11           And then, over the years, I've found that
12   individuals -- PTSD, again, is a remitted condition,
13   sort of like oncology.  You don't -- once you've had
14   lymphoma, they don't just cut you loose once the
15   blood count looks okay.  You come back for
16   follow-up.  And often these conditions, once it's
17   been kindled, they can come back.  So with PTSD,
18   clinically relevant insomnia and those physical
19   conditions, a guy like Landon we'd anticipate every
20   four to five years, about six to 12 months of
21   additional one to two visits.  If you multiply and
22   cross-divide that out, it's about three additional
23   visits per maintenance year.  So 17, 10, six, four
24   plus three.
25           And then, for psychotherapy, as I
```

PATRICK HAYES, MD - 1/9/2025

```
 1   mentioned, we've been seeing him slightly more
 2   frequently to keep coming back.  But the most recent
 3   regimen was every four to six weeks, so about 10
 4   visits for year one.  Step down by about half for
 5   year two, or six visits.  We'll catch maintenance
 6   plateau at year three, so every 10 to 14 weeks, or
 7   about four visits per, with the same allowance for
 8   flares.  And what we like that to look like is
 9   maintenance should be about every three months.  But
10   perfect world, we can alternate that where
11   maintenance therapy and maintenance meds are -- are
12   meshing.  So about every six weeks, someone is
13   touching base.
14            And that's one of the good things about
15   COVID, that the increased applicability, efficacy of
16   telemedicine, especially on low-intensity
17   maintenance follow-ups.  You can do a lot of those
18   telemed.  And it's just not so intrusive to
19   patient's life.
20        Q.   All right.  You kind of lost me there on
21   the psychotherapy visits.  I think I got 10 visits
22   the first year; is that right?
23        A.   Yes, sir.
24        Q.   All right.  Second year?
25        A.   Six.
```

PATRICK HAYES, MD - 1/9/2025

Page 112

```
 1        Q.    What about the third year?
 2        A.    Third year begins maintenance, so that
 3   will be four plus three.
 4        Q.    For the rest of his life?
 5        A.    Yes, sir.
 6        Q.    Now, what percentage of your patients at
 7   Elite Medical Wellness go through psychotherapy and
 8   -- and -- and counseling and therapy for their
 9   entire lives versus stopping at some point?
10        A.    Oh, like you asked me earlier, we've been
11   running this show for a little over 10 years now,
12   almost 12, and I still have a large deck of my
13   patients that started at the very beginning.
14   Mr. Woodward and I -- he's my first therapist.  I
15   actually worked for him at an opioid recovery
16   clinic.  He has several patients that he started
17   with with Dr. Garrett Ryder, who's now deceased.
18   They've been following up with him for 15, 17 years.
19             Especially on the maintenance phase, even
20   when folks are -- are remitted -- and when I went
21   from insurance to noninsurance, many of my patients
22   were fully remitted.  Like, they -- they really
23   didn't need to come back and see me.  There weren't
24   active management changes going on, but many dozens
25   of them have elected to continue just because they
```

PATRICK HAYES, MD - 1/9/2025

Page 113

```
 1    like the -- the continuous contact.  They like
 2    knowing that the person who knows their health
 3    history, knows their family history.  So I haven't
 4    broken that down by percentage, but there's a lot of
 5    folks that have been with us for 10, 15 or more
 6    years.
 7         Q.    What percentage of your patients stop
 8    seeing you within the first 12 months?
 9         A.    And it's a different population.  We
10    actually had an interesting case that was referred,
11    high acuity, came over 10 days ago or so for the --
12    the first visit.  And second visit was yesterday.
13    Really, the interventions that were done in the
14    first visit were essentially curative.  She's now
15    moving to Dallas.  She's got her dream job up there,
16    and she's going to initially continue some telemed
17    follow-up.  But she'll probably be done within the
18    first year.
19              So, again, I have not analyzed retention
20    characteristics for this or any of the clinics.  But
21    it -- it does happen.  You typically see that signal
22    initially though in individuals that have a drastic
23    response early.  If you can find that sweet spot of
24    a medication, get them sleeping like a baby early,
25    they probably will not follow with you long term.
```

PATRICK HAYES, MD - 1/9/2025

```
 1        Q.    Is it fair to say that, as you sit here
 2   today, you can't tell us what percentage of your
 3   patients stop visiting Elite Medical Wellness after
 4   12, 24, 36, 48, 60 months or any other period of
 5   time?
 6             MR. GRINNAN:  Object to the form.
 7        A.    No, sir.  Over the -- the 23-, 24,000
 8   patients I've probably seen over -- this is now my
 9   25th year in human medicine, counting medical
10   school.  I have not sat down and analyzed the
11   percentage of patients that -- that stayed for those
12   durations of time.
13        Q.    (BY MR. FLORES) Is there any other medical
14   treatment that you are recommending for Mr. Perry in
15   the future besides the medications, the office
16   visits and the psychotherapy we just discussed?
17             MR. GRINNAN:  Form.
18        A.    No.  At -- at this point, based on his
19   medications, he would benefit from, if he remains on
20   the trimipramine at higher dose -- now, he's kind of
21   at moderate dose.  He may benefit from an EKG
22   annually.  But he does not need laboratory studies
23   for these particular medications.
24        Q.    (BY MR. FLORES) Okay.  Have you reviewed
25   the report of Dr. Christopher Ticknor?
```

PATRICK HAYES, MD - 1/9/2025

```
 1        A.    In this case, no, sir.
 2        Q.    How many times have you spoken with
 3  Dr. Shelly Savant in this case?
 4        A.    In Mr. Perry's case?
 5        Q.    Correct.
 6        A.    I believe one.  But if you were to find a
 7  document that said it was more than one, I wouldn't
 8  challenge that.
 9        Q.    And you spoke with her -- I think we
10  looked at that billing entry earlier, right?
11        A.    Correct.  I believe it was April 4 of 2024
12  or April 5.
13        Q.    April 5th, 2024, sounds right to you?
14        A.    Yes, sir.
15        Q.    All right.  Now, earlier you mentioned
16  the -- what did you call -- the administrative
17  section of your chart and the medical -- or
18  medication and prior authorization section, right?
19        A.    Yes, sir.
20        Q.    Would you mind putting the administrative
21  section up towards the screen so that we can -- so
22  that I can see what -- what you're looking at?
23        A.    Sure.  So this is his chart.  Got his name
24  on it.  It's a yellow chart, which means it's a -- a
25  clinical treatment chart.  As we open it, you're
```

PATRICK HAYES, MD - 1/9/2025

```
 1    going to find this is consents and the referral
 2    form.  This is the administrative updates and the
 3    initial report.  Other similar data will go there.
 4         Q.    Okay.  Can -- can I see the documents that
 5    are in that administrative section?
 6         A.    I mean, this is one of the challenges to
 7    -- to Zoom depositions and why I don't prefer them.
 8    I think I went through and counted 39 pages.  Do you
 9    want me to show you all 39 of those?
10         Q.    Well, let's try kind of skipping -- or
11    flipping through them quickly.  I just want to make
12    sure they look familiar to me.
13         A.    So consent.
14         Q.    Okay.
15         A.    Consents, driver's license, the document
16    we discussed at length, the referral document.  Then
17    I'm sure you have these.  These are the
18    administrative updates for the visits.  I'm sure you
19    have the initial report.  And you'd asked me about
20    the medication section.  We're going to have a -- a
21    medication list, which looks like that.
22         Q.    Okay.
23         A.    You're going to have copies of
24    prescriptions.  And those can be electronic
25    prescription printouts, or they can be hard copy
```

PATRICK HAYES, MD - 1/9/2025

```
 1    prescriptions of handwritten stuff.  You're going to
 2    see some stuff that looks like pharmacy fills,
 3    pharmacy records that can look like the one I just
 4    showed you.  For -- that can look like this.  Should
 5    have all of those.  Then you're going to have the
 6    medication refill patient requests or concern
 7    patient requests.  Then you're going to have
 8    communications with pharmacies or benefits carriers
 9    that should look like this.  That one is a pharmacy
10    refill request.  This one is one of the PA request
11    for forms that we had discussed.  You should have
12    all of those.
13           The only thing we don't produce is other
14    people's records.  I consider HIPAA and 42 CFR a
15    one-stop shop.  The patient is granting records to
16    come to me, not for me to then distribute them.
17    Everything else in this hard chart should have been
18    produced for you.
19       Q.    And the -- the communi- -- the notes on
20    these medication records, for example, on -- I think
21    we do have these records.  I'm looking at a note for
22    duloxetine that's dated November 1st.  Says, had to
23    call a certain phone number.  She had to call
24    patient to get insurance info.  Stated she will call
25    back once she had insurance info from patient.  And
```

```
 1   there's another note said, e- -- emailed MLS to get
 2   approved.  MLS approved.
 3        A.    Yeah.  I see that one.
 4        Q.    Okay.  Whose notes are those?
 5              MR. GRINNAN:  Form.
 6        A.    I really don't know.  That's one of my
 7   administrative staff.  They're supposed to sign off
 8   on it so we can later identify.  I don't actually
 9   recognize the handwriting, so I don't know who wrote
10   that.
11        Q.    (BY MR. FLORES) Who -- who would normally
12   handle this sort of task for you?
13              MR. GRINNAN:  Form.
14        A.    Oh, this is going to be front office
15   clerical staff.
16        Q.    (BY MR. FLORES) And which -- who in the
17   front office clerical staff would be assigned to
18   this particular work, if -- if you know?
19              MR. GRINNAN:  Form.
20        A.    Whoever -- whoever answered the phone.
21        Q.    (BY MR. FLORES) And who might answer the
22   phone?
23              MR. GRINNAN:  Form.
24        A.    This would have been -- I think this is
25   11-1-2023.  So at that time, that would have been
```

PATRICK HAYES, MD - 1/9/2025

Page 119

```
 1   Madison Ellzey.  That would have been Kaileigh
 2   Lantz.  That would have been Caitlin Witherwax.
 3   That could have been Kourtney Tommasi.
 4       Q.    (BY MR. FLORES) And who would it be now?
 5       A.    At this point, that would be Brelin
 6   Wondergem.  It could be Sydney Westlake.  It could
 7   be Morgan Gould.  It could be Cadence Ackley.  It
 8   could be Mallory Fontenot or the practice manager,
 9   Caitlin McGroarty.
10       Q.    And these are all people that work at
11   Elite Medical Wellness in Lake Charles?
12       A.    Yes, sir.  Those are all employees.
13       Q.    Okay.  What is -- I'm sorry.  Go ahead.
14       A.    I'm sorry.  I was going to qualify
15   Caitlin, but, no, she's an employee now, too.
16       Q.    Okay.  What does MLS stand for?
17       A.    That -- Medical Legal Solutions, I
18   believe, is what it stood for.  I do not know how
19   MLS and Access Healthcare Management relate to one
20   another.  It -- I don't know if it's the same
21   company that reorganized or if MLS closed its
22   company and it became Access Healthcare Management.
23   But from -- from our standpoint, they're essentially
24   the same company.
25       Q.    I see.  Well, how long has Access
```

```
 1   Healthcare Management had that name, as far as you
 2   know?
 3        A.    I really --
 4             MR. GRINNAN:  Object to the form.
 5        A.    Yeah.  I really don't know at this point.
 6   You'd have to ask those guys.
 7        Q.   (BY MR. FLORES) Well, because you said
 8   maybe MLS changed its name and became Access
 9   Healthcare Management, so I'm wondering whether
10   Access Healthcare Management is a recent name or if
11   you've been dealing with them under that name for
12   several years.
13             MR. GRINNAN:  Object to form.
14        A.    It's been -- yeah.  It's been several
15   years, but that's an irrelevance to me.  I mean,
16   what -- what they do internally, how they are
17   corporately, I really don't know.  I've got plenty
18   of my own stuff to pay attention to.  So, yeah,
19   you'd have to ask Access when they reincorporated or
20   incorporated or what their structure is.  From --
21   from our standpoint, they -- those agencies have
22   behaved the same.
23        Q.   (BY MR. FLORES) Okay.  But you said MLS
24   stands for Medical Legal Solutions, correct?
25             MR. GRINNAN:  Form.
```

PATRICK HAYES, MD - 1/9/2025

Page 121

```
 1       A.    That's my understanding.  Yes, sir.
 2       Q.    (BY MR. FLORES) Okay.
 3             THE REPORTER:  Mr. Grinnan, just so you
 4  know, I'm trying to hear your objections, but
 5  sometimes they're a little bit difficult to hear.
 6             MR. GRINNAN:  Okay.
 7       Q.    (BY MR. FLORES) Dr. Hayes, do you
 8  personally deal with Access Healthcare Management on
 9  any issues?
10       A.    How do you mean personally?
11       Q.    You yourself.  Do you interact with
12  anybody at Access Healthcare Management?
13       A.    Sure.
14       Q.    Who do you interact with over there?
15       A.    I believe I have spoken to Morgan on the
16  phone.  I believe I have spoken to Melissa on the
17  phone.  I have spoken to the owner, John Condos.
18  I've spoken to him multiple times.
19       Q.    Okay.  And how often do you speak with
20  them?
21             MR. GRINNAN:  Form.
22       A.    On a regular basis.  I probably speak to
23  -- to John if not weekly a couple of times a month.
24  And it's usually stuff like, hey, I've got this --
25  this kid that this happened to.  Is that something
```

PATRICK HAYES, MD - 1/9/2025

Page 122

```
 1    you can treat?  So it's more administrative triage
 2    and just making sure that either I can handle
 3    something or it's within the skill set or it's
 4    within the population that we work with or I have
 5    somebody that can.
 6              Or as is appropriate for a case manager,
 7    if somebody's in higher acuity because I think, to
 8    get on my schedule flat booking right now, I think
 9    we're looking at June, July of 2025.  It's quite
10    full, and -- and I stay quite booked, despite
11    working seven days a week.  So if -- if John is
12    aware of somebody that's -- that's sick or suicidal
13    or psychotic or withdrawing from something, he's
14    going to give me a call and see if I can get him in,
15    like -- like all of these agencies do.  I mean, I
16    got a call about a similar inmate not too long ago.
17    I got a call about somebody at the Sulphur clinic
18    for the state clinic.  When something is high
19    acuity, I get a call, and then we put the right
20    people in place.
21              MR. FLORES:  All right.  I'll object as
22    nonresponsive.
23         Q.   (BY MR. FLORES) So I think my question was
24    how often do you speak with these people.
25         A.   And I answered that for you.
```

PATRICK HAYES, MD - 1/9/2025

Page 123

```
 1        Q.    Okay.  Are they located in Lake Charles?
 2              MR. GRINNAN:  Form.
 3        A.    Access Healthcare Management?
 4        Q.    (BY MR. FLORES) Yes.
 5        A.    Physically, I don't know.  I mean, I would
 6   presume that they are.  I think that paperwork we
 7   were discussing earlier, I believe it has a Lake
 8   Charles address.  Let me see.  It only has their
 9   name.  Yeah.  I believe they're in Lake Charles, but
10   post COVID and Hurricanes Laura and Delta, I'm not
11   quite sure where their office is.  And then, even
12   antedating those events, I've never been in their
13   office.
14        Q.    What is Melissa's last name?
15        A.    Let me look.  I'd have to look somewhere.
16   I don't remember offhand.
17        Q.    Okay.  And Morgan is Morgan Gill, who was
18   on that email we looked at earlier?
19        A.    Correct.  Yes, sir.
20        Q.    And does John Condos live in Lake Charles?
21              MR. GRINNAN:  Form, foundation.
22        A.    I believe so, but you'd have to ask him.
23        Q.    (BY MR. FLORES) Okay.  Does Elite Medical
24   Wellness have an agreement, a contract in writing,
25   with Access Healthcare Management?
```

PATRICK HAYES, MD - 1/9/2025

Page 124

```
 1      A.    Yes, sir.

 2            MR. GRINNAN:  Form.

 3      Q.    (BY MR. FLORES) How long has Elite Medical

 4  Wellness had a written agreement with Access

 5  Healthcare Management?

 6            MR. GRINNAN:  Form.

 7      A.    However long we've been working with those

 8  guys.  Like I mentioned earlier in the deposition, I

 9  think it's pretty close to 10 years or around that

10  timeline.  And the initial agreement, I believe, was

11  with -- was with MLS.  And then, at some point, MLS

12  became Access Healthcare Management, so at some

13  point, three, five, six, seven years ago, the -- the

14  -- the contract changed from with MLS to with AHM.

15      Q.    (BY MR. FLORES) Has Elite Medical Wellness

16  signed multiple contracts with Access Healthcare

17  Management, or has it been one the entire duration

18  after this name change?

19            MR. GRINNAN:  Form.

20      A.    I don't recall.  I think there's one --

21  somebody showed it to me in a -- a deposition not

22  too terribly long ago.  That's the first time I've

23  seen it in years.  I don't recall if we've signed

24  another one since then or if that's the most recent

25  one.
```

PATRICK HAYES, MD - 1/9/2025

Page 125

```
 1        Q.    (BY MR. FLORES) Would you be the person to
 2    sign the contracts on behalf of Elite Medical
 3    Wellness?
 4        A.    Yes, sir.
 5              MR. GRINNAN:  Form.
 6        Q.    (BY MR. FLORES) This will be Exhibit 4 to
 7    your deposition.
 8              (Exhibit 4 was marked for identification.)
 9        Q.    All right.  Do you see this document on
10    your screen titled Lien and Receivables Purchase and
11    Assignment Agreement?
12        A.    Yes, sir.
13        Q.    Do you recognize this document?
14        A.    Yeah.  That looks like the -- the contract
15    somebody showed me not too long ago.
16        Q.    Okay.  Is this the operative agreement
17    between Elite Medical Wellness and Access Healthcare
18    Management?
19              MR. GRINNAN:  Object to the form.
20        A.    It -- it appears to be, but I don't know
21    if that is an amendment or an appendment to the
22    existing operating agreement or if that's a
23    standalone.
24              MR. GRINNAN:  And, Rey, do you have a copy
25    of this?
```

PATRICK HAYES, MD - 1/9/2025

```
 1              MR. FLORES:  A copy of it?

 2              MR. GRINNAN:  Yeah, this document.  I

 3    don't have it.

 4              MR. FLORES:  Oh.  Well, I have the copy

 5    that I have on the screen right now.

 6              MR. GRINNAN:  I understand that.  I wasn't

 7    asking that.  I don't have a copy of it, so I don't

 8    know what you're showing him.  Can you send me a

 9    copy of this?

10              MR. FLORES:  Yeah.  I'll send it during

11    the -- the next break.

12              MR. GRINNAN:  Well, can you send it now so

13    I can review it?

14              MR. FLORES:  Well, let me finish my

15    questions to -- to Dr. Hayes on this.

16              MR. GRINNAN:  Well, can you -- well, Rey,

17    come on.

18              MR. FLORES:  John, I'm in the middle of my

19    questions here.

20              MR. GRINNAN:  All right.  Well, then let's

21    go off the record.  And, like, just send me a copy

22    of it.  That's all I'm asking is to have a copy of

23    the document you've handed the witness.

24              MR. FLORES:  All right.  We'll go off the

25    record.  Let's stay on the camera and --
```

PATRICK HAYES, MD - 1/9/2025

Page 127

```
 1              MR. GRINNAN:  That's fine.
 2              MR. FLORES:  I'll email it to you.
 3              THE VIDEOGRAPHER:  We're off the record.
 4              MR. GRINNAN:  Thank you.
 5              THE VIDEOGRAPHER:  Time is 12:18 p.m.
 6              (Short recess.)
 7              THE VIDEOGRAPHER:  We're back on record.
 8    Time is 12:19 p.m.
 9        Q.    (BY MR. FLORES) All right.  Dr. Hayes, can
10    you see the Lien and Receivables Purchase and
11    Assignment Agreement between Elite Medical Wellness
12    and Access Healthcare Management on your screen?
13        A.    Yeah.  At that scale, I can't read it, but
14    I can see it.
15        Q.    Okay.  Now, I'm going to scroll down to
16    the bottom here.  And look at the -- the -- the
17    signatures and the dates.  Is that your signature as
18    medical provider?
19        A.    Yep.
20        Q.    And John Condos signed off on the behalf
21    of Access Healthcare Management, correct?
22              MR. GRINNAN:  Form.
23        A.    Yeah.  Presumably so.  Yes, sir.
24        Q.    (BY MR. FLORES) Okay.  And this is
25    dated -- this agreement is dated September 27th,
```

PATRICK HAYES, MD - 1/9/2025

Page 128

1    2018, correct?

2         A.    Yes, sir.

3         Q.    Is this the agreement that is currently in

4    effect between Elite Medical Wellness and Access

5    Healthcare Management?

6         A.    Presumably, it is.  You know how contracts

7    go.  You don't rely on them or really mess with them

8    until and unless something goes sour or needs some

9    leverage.  So Access sends us patients.  We provide

10   the services that we're requested to provide.

11   Access pays for those services in a timely fashion.

12   I just don't muck around with the contract a lot.  I

13   don't need to.

14        Q.    Have there been any amendments signed

15   since the date of this agreement that we're looking

16   at right now?

17             MR. GRINNAN:  Form.

18        A.    I don't recall, but if you have one, it

19   wouldn't surprise me.

20        Q.    (BY MR. FLORES) Well, I mean, I'm not

21   aware of any amendment, so I'm asking you, since you

22   said earlier you would be the person to sign on

23   behalf of Elite Medical Wellness.  Have you signed

24   any amendments or modifications or other novations

25   to this agreement that we're looking at now since

PATRICK HAYES, MD - 1/9/2025

Page 129

```
 1   September 27th, 2018?
 2             MR. GRINNAN:  Form.
 3        A.    And, again, I'm not -- I'm not trying to
 4   be obtuse.  I'm not trying to, you know, hide the
 5   weasel.  I do not recall, but if there are some out
 6   there, if I had signed an amendment in 2019 or 2020
 7   in COVID, it is entirely possible.  I'm not trying
 8   to hide that or anything.  But I don't recall that
 9   there's anything after this one.
10        Q.    (BY MR. FLORES) Okay.  As far as you know,
11   to the best of your knowledge and recollection, this
12   is the agreement that is currently in effect between
13   Elite Medical Wellness and Access Healthcare
14   Management, correct?
15             MR. GRINNAN:  Object to the form, asked
16   and answered.
17        A.    Yeah.  As far as I know, that's the last
18   formal document I have signed with Access Healthcare
19   Management ever.
20        Q.    (BY MR. FLORES) Okay.  And what are the
21   compensation terms under this agreement between your
22   clinic and Access Healthcare Management?
23             MR. GRINNAN:  Form.
24        A.    I mean, I'd have to -- to read it again.
25        Q.    (BY MR. FLORES) Do you know how often
```

PATRICK HAYES, MD - 1/9/2025

Page 130

```
 1   Access Healthcare Management pays Elite Medical
 2   Wellness?
 3              MR. GRINNAN:  Form.
 4       A.    I'm sorry.  I was hacking.  Can you ask me
 5   again?
 6       Q.    (BY MR. FLORES) Do you know how often
 7   Access Healthcare Management pays Elite Medical
 8   Wellness?
 9       A.    I do roughly.  It's approximately every
10   month, but some of that is based on our billing, so
11   if our billing at Elite is intact, all of the
12   requisite invoices, all of the supporting paperwork,
13   all of that is provided in a clean fashion, Access
14   pays us within, I believe, 30 days -- 20, 30, 45
15   days, something like that, after a clean submission.
16              When I had a significant transition in
17   management staff, we got a little bit behind.  So
18   there was a -- and that was not an Access issue.
19   That was an Elite issue on billing.  So there was a
20   -- probably a 45-day, 60-day period where it wasn't
21   paid.  But roughly monthly they pay.
22       Q.    Okay.  And looking at paragraph three or
23   section three of this agreement titled Reimbursement
24   of Medical Provider, do you see that?
25       A.    I do.  Yes, sir.
```

PATRICK HAYES, MD - 1/9/2025

```
 1      Q.   And would you agree that Access Healthcare
 2  Management's reimbursement to Elite Medical Wellness
 3  is in line with the language of this section?
 4           MR. GRINNAN:  Object to the form and
 5  foundation.  He's not a lawyer.
 6           MR. FLORES:  No need for speaking
 7  objections, Mr. Grinnan.
 8           MR. GRINNAN:  Well, I mean, you're asking
 9  him about compliance with a contract.  I think it's
10  only fair that he has a lawyer present.
11      Q.   (BY MR. FLORES) Dr. Hayes, is it your
12  understanding that Access Healthcare Management pays
13  your clinic in accordance with section three of this
14  agreement?
15           MR. GRINNAN:  Object to the form.  Same
16  objections.
17      A.   Yes, sir.  And in the -- the way that was
18  established was, in a busy operation with multiple
19  different service lines, multiple different service
20  types, multiple different potential options, how to
21  account for case management in a way that we didn't
22  have clerical staff simply moving the beans,
23  spending time doing nothing but -- but billing and
24  accounting, so approximately half of the billed
25  service seems to be appropriate.  Because -- and it
```

PATRICK HAYES, MD - 1/9/2025

Page 132

```
1    has seemed to be appropriate over the years because,

2    if the service is small, it's less expensive.  It

3    probably has less case management.  Half of that

4    charge is a lesser charge.

5              And then, if something is larger, it

6    involves testing.  It involves moving around testing

7    results.  It involves large reports.  It involves

8    medications, follow-ups, consults, referrals, labs.

9    Then that will involve more case management, so the

10   -- the more complicated things are the more

11   expensive things.  The more expensive things will

12   tithe 50 percent to the case management

13   relationship, which makes sense because they have to

14   do more case management on those more complicated

15   things.  So that seemed a decade-plus ago to be a --

16   a fair, above-board, appropriate way of accounting

17   for those charges.  And then we've continued with

18   that since.

19       Q.    (BY MR. FLORES) There's an Exhibit A

20   that's referenced here in this section three.  Do

21   you see that?  Right here.

22       A.    I see the reference that you're

23   highlighting.  Yes.

24       Q.    Does Elite Medical Wellness have a copy of

25   this Exhibit A?
```

PATRICK HAYES, MD - 1/9/2025

Page 133

```
 1              MR. GRINNAN:  Object to the form.
 2       A.     Presumably we have it somewhere, but I
 3  also believe that contract says that I won't release
 4  it without the permission of Access Healthcare
 5  Management.
 6       Q.     (BY MR. FLORES) And who at Access
 7  Healthcare Management would we need to -- would you
 8  need to -- to discuss this with?
 9              MR. GRINNAN:  Object to the form,
10  foundation.
11       A.     Yeah.  Presumably that would be John
12  Condos.  And in Exhibit A, the way the language -- I
13  believe that is the fee schedule.
14       Q.     (BY MR. FLORES) Do you have John Condos'
15  contact information?
16              MR. GRINNAN:  Form.
17       A.     Do I have his contact information?  Yeah,
18  I do.
19       Q.     (BY MR. FLORES) Could you provide us with
20  his email address and phone number?
21       A.     I'm not going to give you his cell phone
22  number.  I mean, I think you can probably use 411 or
23  a Google lookup for his -- his information on that.
24  And then is his email not on that contract you're
25  showing me?
```

PATRICK HAYES, MD - 1/9/2025

```
 1        Q.    Doesn't appear to be.
 2        A.    Yeah.  I'll -- I'll ask him if he's
 3   comfortable with me forwarding that.
 4        Q.    When do you think you can talk to him
 5   about that?
 6              MR. GRINNAN:  Object to the form.
 7        A.    I don't know.  When do you think we're
 8   going to be done?
 9        Q.    (BY MR. FLORES) You said you had to go at
10   1 o'clock, right?
11        A.    Yes, sir.  I'll be right in to patients.
12   So it will probably be -- if we run right to 1:00,
13   it will be later today or tomorrow morning.
14        Q.    Okay.  Now, when did you first sign the
15   contract with Medical Legal Solutions?
16              MR. GRINNAN:  Form.
17        A.    Oh.  Somewhere around a decade ago.
18        Q.    (BY MR. FLORES) And as we saw from Exhibit
19   -- Exhibit 2 of your deposition, there are referral
20   documents created when Access Healthcare Management
21   refers a patient to Elite Medical Wellness, correct?
22        A.    Remind me what was Exhibit 2.  Yes, sir.
23        Q.    Okay.  You see Exhibit 2 here?
24        A.    I do.  Yes, sir.
25        Q.    Okay.  So there are referral documents
```

PATRICK HAYES, MD - 1/9/2025

Page 135

```
 1   created each time, correct?
 2              MR. GRINNAN:  Object to the form,
 3   foundation.
 4        A.    Correct.
 5        Q.    (BY MR. FLORES) And so would Elite Medical
 6   Wellness be able to tell us how many patients Access
 7   Healthcare Management has referred to Elite Medical
 8   Wellness since the signing of that agreement in 2018
 9   we were just looking at?
10              MR. GRINNAN:  Object to the form.
11        A.    We don't track that.
12        Q.    (BY MR. FLORES) I understand you don't
13   track it, but you would have the records from which
14   the answer could be derived, correct?
15              MR. GRINNAN:  Object to the form.
16        A.    Not in a reasonable fashion.
17        Q.    (BY MR. FLORES) What do you mean by --
18        A.    Well, I mean, there will be information in
19   -- in charts.  That would be akin to asking me how
20   many patients across the spectrum of all the
21   operations have been prescribed duloxetine.  That
22   would be knowable.  It would probably take 1,000
23   years to know it.  You would have to go into every
24   chart and then manually search for duloxetine, and
25   you'd have to present that.
```

PATRICK HAYES, MD - 1/9/2025

```
 1              So within the duration of records
 2    retention, which is not as long as this operation or
 3    these relationships have been in force, so we're
 4    going to lose 40 percent of that time just on the --
 5    the amount of time that we can destroy records -- or
 6    after which we can destroy records.  And we don't --
 7    we don't store that.  We -- we don't track that.
 8    There's no repository of where the Access referrals
 9    came from.  So in Mr. Perry's case, it's within his
10    chart.  So it's not practicably knowable.
11              And then we also had a couple of large
12    data corruptions over the years electronically.  And
13    then, with the storms in 2020, Hurricanes Laura and
14    Delta, this building was essentially ripped open.
15    And many of the files were destroyed, some of the
16    files held within the building, some held within a
17    protected archival storage.  So in addition to
18    records retention, there's an additional some
19    percentage of files which were destroyed.  So, no,
20    that's not a knowable number.
21        Q.    What is your record retention duration
22    policy?  How long do you maintain records?
23        A.    Oh, I let my practice manager and those
24    guys maintain that in the active file.  I believe
25    adults we have to maintain for seven years.  And I
```

PATRICK HAYES, MD - 1/9/2025

Page 137

```
 1   believe children we have to maintain for seven years
 2   or the age of majority.  But, again, I -- I didn't
 3   go back and look at record stuff in preparation for
 4   today.
 5        Q.    Do you -- does your clinic have a written
 6   document and record retention policy?
 7        A.    I am not sure if that's part of the -- the
 8   policy manual or not.
 9        Q.    How long does your email system retain
10   emails?
11             MR. GRINNAN:  Form.
12        A.    The email system, I don't know.
13        Q.    (BY MR. FLORES) Is there any sort of
14   automatic deletion of emails after a certain period
15   of time or -- or not?
16             MR. GRINNAN:  Form.
17        A.    -- differently.  I still don't know.
18        Q.    (BY MR. FLORES) Who would I talk to if I
19   wanted to find the answer to that?
20             MR. GRINNAN:  Form.
21        A.    Ms. McGroarty may know that, but I'm not
22   certain.
23        Q.    (BY MR. FLORES) How long does your office
24   retain payment records and checks and so on from
25   individuals or entities paying for treatments?
```

PATRICK HAYES, MD - 1/9/2025

```
 1            MR. GRINNAN:  Form.
 2       A.    I don't know.  I would defer you to
 3   Ms. Rougeau and Ms. McGroarty, and they will have
 4   worked with our health care attorney.  That's
 5   Mr. Mike Schulze out of Sullivan Stolier Schulze in
 6   Lafayette, New Orleans.  And our defense litigator
 7   is Mr. Bob Wynne out of Houston.  Whatever the
 8   minimum amount of time that we have to maintain
 9   those is how long they maintain them.
10       Q.    (BY MR. FLORES) Were you involved
11   personally in responding to our subpoena for
12   documents from Elite Medical Wellness?
13       A.    No, sir.
14       Q.    Who was involved in that process?
15            MR. GRINNAN:  Form and foundation.
16       A.    No idea.
17       Q.    (BY MR. FLORES) Who is typically involved
18   in your clinic in responding to document subpoenas
19   in litigation?
20            MR. GRINNAN:  Form.
21       A.    So the -- the custodian of medical
22   records, Ms. Stacey Rougeau, she's the first point
23   of response.  And then, if she has questions, she
24   will typically involve Ms. Mallory Fontenot.  And if
25   they together cannot solve the request, then they
```

PATRICK HAYES, MD - 1/9/2025

```
 1    will discuss with Caitlin McGroarty.  And then, if
 2    there are issues related to practice, HIPAA, 42 CFR,
 3    we may loop in Mr. Schulze.  If there are issues
 4    related to overreaching subpoenas, foolish
 5    information requests, other information that we
 6    don't believe are -- are relevant or entitled, then
 7    they will loop in Mr. Wynne.
 8         Q.    (BY MR. FLORES) Okay.  You said Mike
 9    Schulze was the Louisiana lawyer's name?
10         A.    Correct.
11         Q.    And where is he located again?
12         A.    His office is in New Orleans and
13    Lafayette.  He typically works out of the Lafayette
14    office.
15         Q.    From the records maintained by Elite
16    Medical Wellness, it would be possible to determine
17    the revenue to Elite Medical Wellness deriving from
18    Access Healthcare Management --
19              MR. GRINNAN:  Object to the form and asked
20    and answered -- and answered and answered in a
21    different way.
22         A.    No, sir.  That's not practicably
23    answerable.
24         Q.    (BY MR. FLORES) It's possible to -- the
25    records are in existence.  Let's put that way.
```

PATRICK HAYES, MD - 1/9/2025

1    Correct?

2            MR. GRINNAN:  Object -- object to the

3    form.  It's been asked and answered.

4        A.    No, sir.  I don't believe that they are,

5    not -- not in a fashion that's useful to the spirit

6    of your question.

7        Q.    (BY MR. FLORES) Well, I'm not sure what --

8    what -- how you would define useful to the spirit of

9    my question.  But your clinic maintains payment

10   records, right?

11       A.    They do.  Yes, sir.

12       Q.    And those payment records typically

13   reflect the identity of the person or entity making

14   the payment, correct?

15       A.    They do.  Yes, sir.  And I do not believe

16   those records have been maintained for 10 years.

17   Again, I do not micromanage the business aspects of

18   the operation.  I rely on people to do that for me.

19   I have good counsel in Mr. Wynne, Mr. Schulze.

20   Mr. Wynne in particular would be likely responsible

21   for subpoena-type stuff.

22            But, you know, as soon as we can destroy

23   old paperwork or unnecessary paperwork, we're going

24   to.  And I do not believe there would be any way of

25   going back and constructing, even with manual

PATRICK HAYES, MD - 1/9/2025

```
 1   analysis, 10 years of our relationship with MLS or
 2   Access.
 3              MR. FLORES:  Object as nonresponsive.
 4        Q.   (BY MR. FLORES) All right, sir.  I'm going
 5   to show you Exhibit 5 to your deposition.  By the
 6   way, are there other case management companies aside
 7   from Access Healthcare Management that refer
 8   patients to Elite Medical Wellness?
 9              MR. GRINNAN:  Form.
10        A.   Yeah.  I believe we have over the years.
11   Another one just reached out recently.  I actually
12   have to loop back around with Mr. Schulze and
13   establish the contract for that.  I'm not sure who
14   else we're contracted with at this point.  But we do
15   -- we'll accept referrals from essentially anybody.
16   We just don't work directly with insurances.
17        Q.   (BY MR. FLORES) What is the name of that
18   company you're going to be signing a contract with?
19              MR. GRINNAN:  Object to the form.  That's
20   not what he said.
21        A.   I don't know offhand.  I'd have to look.
22        Q.   (BY MR. FLORES) What are the names of any
23   other case management companies that refer patients
24   to Elite Medical Wellness?
25              MR. GRINNAN:  Form.
```

PATRICK HAYES, MD - 1/9/2025

Page 142

```
 1        A.    I would have to look.
 2        Q.    (BY MR. FLORES) Does Access Healthcare
 3   Management refer more patients to Elite Medical
 4   Wellness than these other case management companies
 5   that you're going to have to look for?
 6              MR. GRINNAN:  Form.
 7        A.    Yeah.  I don't know how many of my
 8   patients are referred to me from Access Healthcare
 9   Management.
10        Q.    (BY MR. FLORES) Well, my question was a
11   little different.  Does Access Healthcare Management
12   refer more patients to Elite Medical Wellness than
13   these other case management companies that you're
14   talking about?
15              MR. GRINNAN:  Form, asked and answered.
16        A.    It's the same knowledge basis.  And for
17   example, in Mr. Perry's case, how he got to me is
18   largely irrelevant.  So I don't sit and spend any
19   time with him in the initial assessment on, who are
20   you working with on the administering side?  What
21   kind of lawsuit are you in?  Are you in a lawsuit?
22   Are you in some sort of comp claim?  All of that's
23   largely irrelevant to what's going on with him.  We
24   start out with a chief complaint.  I give him the
25   opportunity to discuss what's going on with him, and
```

PATRICK HAYES, MD - 1/9/2025

Page 143

```
 1   then we figure out from a differential diagnostic
 2   standpoint how we can be useful.
 3            So I just -- I don't spend time tap
 4   dancing around in those administrative questions.
 5   So I -- I don't know.  Like, the patients I saw this
 6   week, I don't know where they came from.  I don't
 7   know who sent them to me because it's irrelevant.
 8            MR. FLORES:  Object as nonresponsive.
 9       Q.    (BY MR. FLORES) What percentage -- what
10   percentage of Elite Medical Wellness' patients are
11   referred by Access Healthcare Management or some --
12            MR. GRINNAN:  Form.
13       Q.    (BY MR. FLORES) -- other case management
14   --
15            MR. GRINNAN:  Form, asked and answered
16   several times.
17       A.    Yeah.  I don't know.
18       Q.    (BY MR. FLORES) This is Exhibit 5 to your
19   deposition.
20            (Exhibit 5 was marked for identification.)
21       Q.    All right.  You see this document on the
22   screen, sir?
23       A.    I do.  Yes, sir.
24       Q.    Okay.  Does this document look familiar to
25   you?
```

PATRICK HAYES, MD - 1/9/2025

Page 144

```
 1        A.    It's pretty small.  I mean, it appears to
 2   be my Rule 26 CV.
 3        Q.    Okay.  Now, looking at these firms -- I
 4   forgot to highlight this one.  One second.  Looking
 5   at these firms -- okay.  Never mind.  Here's the
 6   answer.  So the last column here states whether you
 7   were testifying on behalf of the plaintiff or the
 8   defense, correct?
 9             MR. GRINNAN:  Object to the form,
10   misrepresents the document.
11        Q.    (BY MR. FLORES) Sir, what was your answer?
12             MR. GRINNAN:  Object to form.
13        A.    I said, yes, sir.
14             MR. GRINNAN:  It says requester.
15        Q.    (BY MR. FLORES) Okay.  And so it's fair to
16   say that the vast majority of your testimony dating
17   back to 2020 has been on behalf of plaintiffs,
18   correct?
19             MR. GRINNAN:  Object to the form,
20   misrepresents the document.
21        A.    Yeah.  And there's some unusual
22   vicissitudes to the Rule 26 CV.  So that's matters
23   that have gone before formal testimony under oath.
24   Deposition, trial, of course.  For some reason, I do
25   a significant amount of independent work.  That
```

PATRICK HAYES, MD - 1/9/2025

Page 145

```
 1    would be for agencies, such as a judge or QTC,
 2    Lockheed Martin, the VA.  And I do a fair amount of
 3    defense work as well.  For some reason, it appears
 4    that I get deposed and brought to trial more on
 5    plaintiff work.  So you see more count in that
 6    column on the plaintiff side, and that's by number.
 7            So that also doesn't account for workload
 8    by volume.  Many of the defense cases I've taken are
 9    quite large.  I just finished a -- this is a
10    criminal case, so it would be on a different CV.
11    But forget that.  There was a civil defense case
12    where I had something like 9,000 pages of records.
13    So I was not deposed on that one.  That one did not
14    go to trial.  Ultimately, my report was used to
15    seemingly settle the case, so it doesn't show up at
16    all.  But that 9,000 pages, the 120 hours that went
17    into it, they're just going to show up as a one
18    count anyways.
19            MR. FLORES:  Object as nonresponsive.
20        Q.   (BY MR. FLORES) All right, sir.  Of the
21    law firms listed on your Rule 26 testimony
22    disclosure, is it fair to say that Arnold & Itkin is
23    the most commonly identified firm on this
24    disclosure?
25            MR. GRINNAN:  Object to the form.
```

PATRICK HAYES, MD - 1/9/2025

Page 146

```
 1      A.     Yeah.   I'll defer to you on that.   I
 2  haven't gone through and counted it myself.
 3      Q.     (BY MR. FLORES) You wouldn't dispute it?
 4           MR. GRINNAN:  Object to the form.
 5      A.     Again, if that's what -- if you have sat
 6  down and counted those and that's the -- the most
 7  preponderant number, then sure.
 8      Q.     (BY MR. FLORES) Okay.  How would you
 9  describe the relationship with Arnold & Itkin,
10  between Elite Medical Wellness and Arnold & Itkin?
11           MR. GRINNAN:  Object to the form.
12      A.     There is no relationship between Elite
13  Medical Wellness and Arnold & Itkin.
14      Q.     (BY MR. FLORES) How many of these cases in
15  which Arnold & Itkin was the plaintiff's firm
16  involved also involved Access Healthcare Management?
17           MR. GRINNAN:  Object to the form.
18      A.     I don't know.  You'd have to ask Access
19  Healthcare Management and Arnold & Itkin.
20      Q.     (BY MR. FLORES) In other words, for all
21  these Arnold & Itkin cases, do you know whether it
22  was Access Healthcare Management that referred the
23  plaintiff to Elite Medical Wellness?
24           MR. GRINNAN:  Object to the form.
25      A.     I think you asked me the same thing.  I
```

PATRICK HAYES, MD - 1/9/2025

Page 147

```
 1   mean, you would have to ask those guys.
 2        Q.    (BY MR. FLORES) Now, this goes back to
 3   2020, correct?
 4        A.    Correct.  Rule 26 says four years of
 5   testimony.
 6        Q.    Okay.  But you were testifying in cases in
 7   which Arnold & Itkin was the plaintiff's firm well
 8   before 2020 as well, correct?
 9              MR. GRINNAN:  Object to the form.
10        A.    Sure.
11        Q.    (BY MR. FLORES) How long have you been
12   testifying on behalf of plaintiffs being represented
13   by Arnold & Itkin?
14              MR. GRINNAN:  Object to the form.
15        A.    Oh, I think my first experience with that
16   firm was the Williams Geismar explosion in
17   Plaquemine, Louisiana.  And it was some 90 or so
18   individuals.
19        Q.    (BY MR. FLORES) When was that?
20        A.    2015, 2016, somewhere around then.
21        Q.    This will be Exhibit 6 to your deposition.
22              (Exhibit 6 was marked for identification.)
23        Q.    All right.  Do you see a spreadsheet on
24   your screen, sir?
25        A.    It's wee.  It's very small.  Can't see it
```

PATRICK HAYES, MD - 1/9/2025

Page 148

```
 1   very well, but I can see that you -- you have a
 2   document up there.
 3       Q.    Okay.  Does this look familiar to you,
 4   this spreadsheet?
 5       A.    That's probably an older version of the
 6   Rule 26 CV.
 7       Q.    Okay.  And same sort of columns, including
 8   requester as the last column on the right, correct?
 9       A.    Yes, sir.
10       Q.    Okay.  And, again, the vast majority of
11   those cases were for plaintiffs, correct?
12            MR. GRINNAN:  Form, misrepresents the
13   document.
14       A.    That document has some errors in it, too.
15   So one of the lines you had up top, I saw Wanek
16   Kirsch Davies.  That's a group I've done.  I think
17   it's line 15, if I can read it.  It says plaintiff
18   on -- on the right side.  That's actually a defense
19   case.
20            So I don't -- I don't do these.  I don't
21   maintain the Rule 26 CVs.  I have staff do so.  But
22   you train them right.  You supervise them.  There's
23   still going to be errors in there.  So that -- that
24   document -- it's -- it's outdated anyways, but deal
25   with a grain of salt.
```

PATRICK HAYES, MD - 1/9/2025

```
 1        Q.    (BY MR. FLORES) Sure.  The -- I mean, like
 2   anything else, there may be some mistakes, but you
 3   wouldn't dispute that the vast majority of the cases
 4   reflected here were on behalf of plaintiffs, right?
 5             MR. GRINNAN:  Object to the form,
 6   misrepresents the document.
 7        A.    Yeah.  Subject to the errors that I just
 8   described and my comment earlier, that it does
 9   appear that more of my plaintiff's side work has
10   been brought before or under testimony under oath
11   than on the defense side.  If that's what the
12   document says, that's what it says.
13        Q.    (BY MR. FLORES) Okay.  And we see this
14   goes back to 2016, correct?
15        A.    Can't really read it, but I'm going to
16   trust that's what that top date is.
17        Q.    Yeah.  Let me make it bigger for you.  All
18   right.  Is that -- is that any better?
19        A.    Yes, sir.  I can see it.
20        Q.    All right.  So this goes back to 2016,
21   right?
22        A.    It does.
23        Q.    And it ends in 2021, correct?
24        A.    That's the last date I see.  Yes, sir.
25        Q.    And these are all cases you recognize as
```

PATRICK HAYES, MD - 1/9/2025

Page 150

```
 1    having testified in, right?
 2              MR. GRINNAN:  Form.
 3        A.    I mean, you-all -- you-all use different
 4    ways of characterizing these.  So sometimes the name
 5    that's on the style or the caption is not the name
 6    of the patient.  Sometimes it's the name of a family
 7    member.  Sometimes it's another individual in a
 8    cohort.  I do recognize several of those names, many
 9    of them.
10        Q.    (BY MR. FLORES) Okay.  And you recognize
11    the names of the firms that you've worked with?
12              MR. GRINNAN:  Form.
13        A.    Yes, sir.  I recognize those.
14        Q.    (BY MR. FLORES) Okay.  And once again,
15    from 2016 to 2021, it would appear that Arnold &
16    Itkin was the most common and frequent of those
17    plaintiffs' firms.  Would you agree with that?
18              MR. GRINNAN:  Form.
19        A.    If that's what that form says, and as you
20    have them highlighted, if you have tallied those and
21    that's the biggest number, then sure.
22        Q.    (BY MR. FLORES) Okay.  So this shows a
23    McNeely versus Allstate case -- well, scratch that.
24    The first Arnold & Itkin case identified here
25    appears to be this Thompson versus Williams Olefins'
```

PATRICK HAYES, MD - 1/9/2025

Page 151

```
 1   & Bailey.  Do you see that?
 2        A.    Yes, sir.
 3        Q.    Is that that -- that large case you were
 4   talking about in 2016?
 5        A.    Correct.  Yeah.  That was the Williams
 6   Geismar petrochemical explosion.
 7        Q.    So was that the first case you worked with
 8   Arnold & Itkin on?
 9             MR. GRINNAN:  Form, misrepresents the
10   relationship.
11        A.    With the qualification that I often don't
12   really know, so -- this case that we're talking
13   about today, Mr. Perry, I did not know he was
14   represented by Arnold & Itkin until I began
15   preparing for this deposition over the -- the past
16   few days, when I saw Dr. Savant's letter referencing
17   one of the Arnold & Itkin attorneys.  I don't talk
18   with the attorneys on -- on clinical cases on a
19   regular basis.  I've not had any input from those
20   guys.  So the administrative steps are where I learn
21   who's working with whom and how.  I'm going to hear
22   stuff in deposition.  I'm going to hear stuff in
23   trial.
24             So I'm going to tell you that's the first
25   one I'm aware of ever having worked with Arnold &
```

PATRICK HAYES, MD - 1/9/2025

Page 152

```
 1   Itkin and having been in a room with the attorneys
 2   from that group.  But I don't know if that's the
 3   first one I ever worked with one of their referrals.
 4            MR. FLORES:  Okay.  All right.  Give me
 5   just -- let's go off the record.
 6            THE VIDEOGRAPHER:  We're off the record.
 7   Time is 12:50 p.m.
 8            (Short recess.)
 9            THE VIDEOGRAPHER:  Back on record.  Time
10   is 12:55 p.m.
11       Q.    (BY MR. FLORES) Dr. Hayes, this will be
12   Exhibit 7 to your deposition.
13            (Exhibit 7 was marked for identification.)
14       Q.    All right.  Do you see an email on your
15   screen?
16       A.    I do.  I can't read it.
17       Q.    Can you read it now where it says,
18   Dr. Savant Summary Letter for Dr. Hayes?
19       A.    Yes.
20       Q.    Okay.  And if we scroll down, we see
21   there's an email from Miranda Owens at Arnold &
22   Itkin to Caitlin McGroarty at your clinic and
23   Kourtney Sittig and -- right?  Correct?
24       A.    Yes, sir.  And that's Melissa's last name.
25       Q.    Melissa Jenkins.
```

PATRICK HAYES, MD - 1/9/2025

Page 153

```
 1              Okay.  And have you seen this email
 2    before?
 3         A.    No, sir.
 4         Q.    Okay.  Well, I'll give you a second to
 5    read it.
 6         A.    I read it.
 7         Q.    Okay.  And so Arnold & Itkin was asking
 8    you to sign off on a summary letter for Dr. Savant,
 9    correct?
10              MR. GRINNAN:  Object to the form,
11    foundation, misrepresents the document.
12         A.    I mean, that appears to be what the email
13    says, yes.
14         Q.    (BY MR. FLORES) And on June 26th, Caitlin
15    McGroarty responded, saying, I've attached the
16    signed summary, correct?
17         A.    That's correct.
18         Q.    And you did, in fact, sign a summary
19    letter for Dr. Savant, correct?
20         A.    Correct, on June 26th, 2024.
21         Q.    Okay.  And so is it your understanding
22    that this email thread relates to that summary
23    letter that you signed on that date?
24              MR. GRINNAN:  Form and foundation.
25         A.    Yes, sir.
```

PATRICK HAYES, MD - 1/9/2025

Page 154

```
 1      Q.    (BY MR. FLORES) Do you recall seeing a
 2   number of plaintiffs involved in a multidistrict
 3   litigation relating to an offshore rig caught in the
 4   path of a hurricane?
 5           MR. GRINNAN:  Object to the form.
 6      A.    I've worked with numerous sailors and
 7   offshore workers that have been affected by
 8   hurricanes, multiple storms.
 9      Q.    (BY MR. FLORES) Do you recall being --
10   seeing patients involved in multidistrict litigation
11   in that context?
12           MR. GRINNAN:  Object to the form and calls
13   for information protected by HIPAA.
14      A.    Yeah.  You're asking me to speculate on --
15   I don't even really know what multidistrict
16   litigation means.  I mean, I -- I'm a well-traveled,
17   well-read adult.  I can speculate what that is, but
18   I'm not an attorney.
19           And back to our fundamental discussion
20   earlier, what's going on administratively with these
21   folks, until and unless it matters, it doesn't
22   matter.  So if somebody tells me that they need a --
23   like you just highlighted, a -- a form signed and
24   sent back, then I may catch wind of something.  Or
25   if somebody -- a patient tells me that, an
```

PATRICK HAYES, MD - 1/9/2025

Page 155

```
 1   investigator is following me, and my kids were in
 2   the yard, and it made me freak out, then that
 3   injects itself into the clinical care.  But, no, I'm
 4   not on the -- on the legal team.  I'm not an
 5   attorney.  I'm not part of the multidistrict
 6   litigation, as you say.
 7             MR. FLORES:  I'm going to object as
 8   nonresponsive.
 9        Q.    (BY MR. FLORES) Is it -- would you say
10   it's common or uncommon for patients to travel from
11   other states to see you?
12        A.    Oh, it's not uncommon at all.  As I said
13   earlier, I'm licensed in multiple states.  I've got
14   providers on the psychotherapeutic side that are
15   licensed in multiple states.  I have done
16   administrative and forensic work all over the
17   country, and I'm sought out by other providers,
18   other care teams and major pharmaceutical companies
19   to travel the country and explain novel medications
20   to other providers.  So I have worked overseas.
21   I've presented overseas.  I have done assessments
22   overseas.  I have done IMEs from here to Britain.  I
23   have cross-covered patients that were traveling in
24   Spain.  I mean, I have worked globally, certainly
25   nationally.
```

PATRICK HAYES, MD - 1/9/2025

Page 156

```
 1      Q.    What percentage of your patients travel
 2  from outside the state of Louisiana to see you at
 3  Elite Medical Wellness in Lake Charles --
 4           MR. GRINNAN:   Object to the form,
 5  foundation.
 6      Q.    (BY MR. FLORES) Or at the -- or at the
 7  West location in Houston.
 8      A.    That has changed over the years.  And most
 9  recent rough count, which is a little old at this
10  point, we probably have 2,300 or so patients at
11  Elite Medical Wellness.  And one of the -- the
12  rationales for establishing a -- a hard site in --
13  in Houston, first, I have a house in Houston, and
14  that allows me to travel to do the -- the national
15  work that I do more readily than from Lake Charles,
16  which is a regional hub.
17           But in the same way it's difficult for me
18  to travel nationally, it's difficult for patients to
19  come nationally and see us in Lake Charles or more
20  difficult.  So Houston is a very easy place for
21  people to get.  Many locations, even small regional
22  hubs, can come direct.  If not direct, it's usually
23  a one stop.  And it's the largest medical center in
24  the world.  So it just made sense to have that
25  platform.  Of the 2,300 patients who come through
```

PATRICK HAYES, MD - 1/9/2025

Page 157

```
 1   Elite Medical Wellness at this point, I don't have
 2   an exact estimate, but many of them now are serviced
 3   through West.
 4           MR. FLORES:  I'll object as nonresponsive.
 5           THE WITNESS:  I think we're at time, sir.
 6           MR. FLORES:  To everything other than, I
 7   don't have an exact estimate.
 8           All right.  I'll pass the witness.
 9           MR. GRINNAN:  Are you out of time,
10   Dr. Hayes?
11           THE WITNESS:  Yeah, effectively so.  I
12   mean, I -- I can stretch and apologize for a couple
13   minutes, but I'm really out of time.
14           MR. GRINNAN:  Okay.  Well, I don't want to
15   keep you.  We can reserve the right to -- we can
16   reserve our questions for the time of trial.
17           THE VIDEOGRAPHER:  All right.  So are we
18   -- are we -- are you reserving?  Are we --
19           MR. GRINNAN:  Yeah.  We'll reserve.
20           THE VIDEOGRAPHER:  Okay.  This -- Chris,
21   do you need anything?
22           THE REPORTER:  Yeah.  Mr. Grinnan, are you
23   purchasing a copy of this deposition?
24           MR. GRINNAN:  Yes.
25           THE REPORTER:  All right.  And, Mr. Hayes,
```

PATRICK HAYES, MD - 1/9/2025

```
 1   are you reading the transcript or --
 2             THE WITNESS:  No, I'll waive.
 3             THE REPORTER:  You'll waive, you said?
 4             THE WITNESS:  Yeah.
 5             THE REPORTER:  Okay.  All right.  That's
 6   it.
 7             THE VIDEOGRAPHER:  This concludes today's
 8   deposition.  Off record.  Time is 1:02 p.m.
 9             (At 1:02 p.m., the deposition was
10   concluded.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

PATRICK HAYES, MD - 1/9/2025

Page 159

```
 1                UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF TEXAS
 2                     HOUSTON DIVISION

 3    LANDON PERRY,                 |
                                    |
 4                   Plaintiff,     |
                                    | Civil Action No.
 5    v.                            | 4:23-CV-04441
                                    |
 6    HALLIBURTON ENERGY            |
      SERVICES, INC.,               |
 7                                  |
                     Defendant.     |
 8

 9        ----------------------------------------

10              REPORTER'S CERTIFICATION

11          VIDEOTAPED ORAL DEPOSITION OF

12                PATRICK HAYES, MD

13                 JANUARY 9, 2025

14               (REPORTED REMOTELY)

15        ----------------------------------------

16

17         I, Christopher D. Reho, RPR, a Certified

18    Shorthand Reporter in and for the State of Texas,

19    hereby certify to the following:

20         That the witness, PATRICK HAYES, MD, was

21    duly sworn by the officer and that the transcript of

22    the oral deposition is a true record of the

23    testimony given by the witness;

24         I further certify that the signature of

25    the deponent:
```

HANNA & HANNA, INC.
713.840.8484

PATRICK HAYES, MD - 1/9/2025

1          ___ was requested by the deponent or a

2     party before the completion of the deposition and is

3     to be returned within 30 days from the date of

4     receipt of the transcript.  If returned, the

5     attached Errata contain any changes and the reasons

6     therefor;

7          _X_ was not requested by the deponent or a

8     party before the completion of the deposition.

9          I further certify that I am neither

10    counsel for, related to, nor employed by any of the

11    parties or attorneys in the action in which this

12    proceeding was taken, and further that I am not

13    financially or otherwise interested in the outcome

14    of the action;

15          Subscribed and sworn to on this 13th day

16    of January, 2025.

17

18

19    _____

20    CHRISTOPHER D. REHO, RPR, CSR #12055
      Expiration Date:  06/30/2025
21    HANNA & HANNA, INC.
      CRF # 10434; Expires 10-31-2026
22    8582 Katy Freeway, Suite 105
      Houston, Texas 77024
23    713-840-8484 - 713-583-2442
      www.hannareporting.com

24

25

HANNA & HANNA, INC.
713.840.8484

**A**

**ability** 67:1,2
79:8 84:18,18
**able** 63:9 75:6
75:12 76:13
78:1 80:25
81:2 87:14,14
87:17 97:23
99:7 135:6
**aboveboard**
132:16
**abovestyled** 2:4
**abuse** 6:20
**accept** 40:19
54:24,25 55:2
141:15
**accepted** 37:7
55:24
**access** 4:10
23:24 25:21
35:3 36:15,19
36:23 37:9,12
37:15 38:1
46:10,12,15,16
46:19 50:8,17
51:3,5 68:15
99:24 100:16
119:19,22,25
120:8,10,19
121:8,12 123:3
123:25 124:4
124:12,16
125:17 127:12
127:21 128:4,9
128:11 129:13
129:18,22
130:1,7,13,18
131:1,12 133:4
133:6 134:20
135:6 136:8
139:18 141:2,7
142:2,8,11
143:11 146:16
146:18,22
**account** 131:21

145:7
**accounting**
131:24 132:16
**accurate** 51:16
**accurately** 9:20
38:20
**achieve** 75:3
**acid** 97:18,18
102:24 109:14
**ackley** 119:7
**acrm** 10:21
**act** 37:19 76:8
76:12 77:16
**action** 1:4 22:2
46:12 54:20
159:4 160:11
160:14
**actions** 45:14
51:22 57:1
58:1 109:11
**activation** 76:10
**active** 91:19
112:24 136:24
**actively** 69:22
**activities** 67:24
**activity** 69:3
75:13 77:8
78:2
**actual** 76:23
**acuity** 113:11
122:7,19
**acute** 84:5
103:19
**acutely** 107:8
**add** 62:3,4 68:25
92:16 95:19
**added** 14:7
102:10 107:21
108:17
**addictions** 5:25
21:17 22:18
**addition** 12:2
76:7 136:17
**additional** 13:17
51:21 53:17

54:15,18 59:15
68:25 83:4
106:15 110:21
110:22 136:18
**additionally**
58:11
**address** 7:13,16
7:22 123:8
133:20
**admin** 25:6,10
25:15 26:4
57:7,14,18
58:4,14,17
59:19
**administering**
68:11 142:20
**administration**
24:18
**administrative**
24:17 25:23
26:7 36:3
45:14,16 46:12
54:7 56:22,25
58:13 59:19
81:9 115:16,20
116:2,5,18
118:7 122:1
143:4 151:20
155:16
**administrativ...**
11:13 154:20
**administrator**
39:19
**adrenergic**
67:11
**ads** 94:11
**adult** 22:13 54:6
57:6 154:17
**adults** 10:18
136:25
**advice** 70:15
**advise** 109:15
**advised** 97:17
106:17 109:13
109:20

**advisors** 22:20
**advisory** 18:7
**aerovac** 82:14
**affiliate** 6:15
13:5,6,23
**affiliated** 18:3
**affiliation** 17:23
**affirm** 46:9
**affirmatively**
86:16
**afghanistan**
27:18
**afterward** 19:4
**age** 20:15,22
137:2
**agencies** 120:21
122:15 145:1
**agency** 7:3 8:9
22:2 99:10
**agent** 18:22 80:2
94:16 102:10
**agents** 67:5,8
**aggressive** 15:5
**ago** 5:11 13:16
16:14 30:25
31:11,11 42:8
59:22 67:23
72:3 73:4,15
96:13 113:11
122:16 124:13
124:22 125:15
132:15 134:17
**agree** 131:1
150:17
**agreement** 4:14
123:24 124:4
124:10 125:11
125:16,22
127:11,25
128:3,15,25
129:12,21
130:23 131:14
135:8
**agreements** 37:8
**ahead** 119:13

**ahm** 124:14
**ahmad** 3:10
**akin** 135:19
**al** 28:7
**alabama** 21:7
**alkermes** 14:17
14:19
**allergy** 109:19
**alleviate** 102:14
**allopathic** 5:20
**allow** 103:24
**allowance** 111:7
**allowed** 19:5
21:10
**allows** 90:11
156:14
**allstate** 150:23
**alluded** 71:21
**alternate** 111:10
**alternative**
67:23
**alternatives**
69:2,5,23
**amazon** 109:16
**amendment**
125:21 128:21
129:6
**amendments**
128:14,24
**american** 5:24
6:1 16:22
28:16,18,20
29:8 90:22,22
**americans** 28:22
83:1 94:10
**amine** 95:11
109:7
**amount** 69:18
136:5 138:8
144:25 145:2
**analgesia** 95:18
108:6
**analgesic** 95:4
96:6
**analysis** 28:19

84:15 141:1
**analyzed** 113:19
114:10
**analyzing** 103:4
**ancillary** 108:5
108:6
**andor** 107:2
**andrea** 11:5
22:24,25
**anesthesia** 16:11
62:4 106:9
**annual** 29:9
**annually** 114:22
**answer** 19:5
25:8 55:5
118:21 135:14
137:19 144:6
144:11
**answerable**
139:23
**answered** 48:2
79:17 86:13
104:24 118:20
122:25 129:16
139:20,20,20
140:3 142:15
143:15
**answering** 85:20
**antagonists**
67:19 95:21
**antecedent** 84:5
**antedating**
123:12
**anteriorinferior**
64:13
**antiaggression**
18:21
**anticipate** 49:20
96:9,15 104:10
110:2,4,8,19
**anticipated**
108:21
**antidepressant**
15:9 19:19
**antidepressants**

**antidote** 14:13
**antioxidant**
97:20
**antipruritic**
108:6
**antipsychotic**
14:16,21 15:3
15:7 16:9
18:22 19:17
**antisexual** 18:22
**anxiety** 80:8
95:12 96:1
**anxious** 94:2
**anybody** 85:11
107:6 121:12
141:15
**anymore** 21:20
**anyways** 145:18
148:24
**apathetic** 93:23
**apologies** 52:25
**apologize** 62:19
63:12 157:12
**apparent** 73:15
**appear** 134:1
149:9 150:15
**appearances** 3:1
4:3
**appeared** 63:21
**appearing** 3:2
**appears** 25:13
33:18 35:9
38:17,22 62:11
125:20 144:1
145:3 150:25
153:12
**appendment**
125:21
**applicability**
111:15
**apply** 55:21
**appointment**
35:18
**appreciate** 44:7

**appreciation**
61:15
**approach** 71:9
71:11 73:10
108:1
**approaching**
68:22
**appropriate**
47:8,9 50:7
57:4 65:15
91:9,24 92:25
106:24 122:6
131:25 132:1
132:16
**approved** 98:9
118:2,2
**approximately**
5:3 130:9
131:24
**april** 40:5 48:21
48:23 93:10
115:11,12,13
**archival** 136:17
**area** 64:19 65:5
**aristada** 14:20
**arm** 93:4
**army** 13:7,13
28:1 80:15
82:8,8
**arnold** 3:4
145:22 146:9
146:10,13,15
146:19,21
147:7,13
150:15,24
151:8,14,17,25
152:21 153:7
**arnolditkin** 3:6
**article** 28:5 29:5
29:9 30:11,15
31:14,14
**articles** 24:8
27:11,13 29:10
81:16,21 87:12
**aside** 100:25

141:6
**asked** 18:8,24
45:10,12 48:2
50:1 79:17
84:15 86:13
88:8 112:10
116:19 129:15
139:19 140:3
142:15 143:15
146:25
**asking** 20:7,9
26:6 126:7,22
128:21 131:8
135:19 153:7
154:14
**asleep** 89:24
94:3 95:23
**aspect** 64:13
**aspects** 90:11
140:17
**assembling**
29:18
**assessment** 9:12
10:14,19 25:17
45:4 49:5 59:6
84:21 142:19
**assessments**
9:15 11:14
80:14 81:9
155:21
**asset** 42:14
43:13
**assigned** 23:7,11
118:17
**assigning** 42:12
42:15 43:2
**assignment** 4:14
125:11 127:11
**assist** 8:7 9:7
97:5 102:10
**assistant** 36:4
**assistants** 53:12
**assistive** 80:5
94:9
**associated** 28:24

29:6 39:1 40:4
58:4 67:6,15
90:4
**associates** 8:1
**association** 15:1
15:1 29:9
90:22,23
**assume** 55:2
**attached** 34:13
153:15 160:5
**attachment** 36:6
**attain** 75:6
**attempt** 95:19
102:5,10,14
**attention** 84:17
120:18
**attorney** 138:4
154:18 155:5
**attorneys**
151:17,18
152:1 160:11
**attributable**
57:13,14 63:19
**audience** 19:6
**august** 31:17,20
33:12 34:2
38:4 56:3
**author** 28:9,25
**authority** 6:19
58:2
**authorization**
24:18 99:19,21
115:18
**authorizations**
26:8
**authors** 27:11
27:21 28:8
**automatic**
137:14
**auvelity** 15:9
**available** 58:25
65:15 82:4
109:17
**average** 56:16
**averaged** 48:18

PATRICK HAYES, MD - 1/9/2025

Page 163

averse 68:3
aversion 75:9
aversive 77:15
avoidance 69:15
  72:8
avoids 16:15
aware 45:17
  50:23 64:10,16
  80:24 81:16,21
  88:6 91:2
  100:13 122:12
  128:21 151:25
axilla 93:4
axim 15:8
azalaw 3:12,12

**B**

b 29:3,4
baby 69:17
  113:24
back 9:19 31:19
  33:8 43:4
  55:16 56:25
  57:15,22 59:11
  59:14,16 63:17
  74:3 78:5 86:3
  87:6 88:3 99:4
  100:12,20
  110:15,17
  111:2 112:23
  117:25 127:7
  137:3 140:25
  141:12 144:17
  147:2 149:14
  149:20 152:9
  154:19,24
bad 93:22
bailey 151:1
balancing 67:11
barrera 11:5,5
basal 15:2
base 111:13
based 41:8 53:7
  61:15,16,17
  74:1,22 93:13

101:10,11
103:1,2,3
104:19 109:22
114:18 130:10
basically 37:19
  57:1
basis 12:5,7
  89:21 121:22
bates 4:9,11,12
  4:14,15,16,18
beans 131:22
began 73:5
  151:14
beginning 110:7
  112:13
begins 62:5,6
  112:2
behalf 125:2
  127:20 128:23
  144:7,17
  147:12 149:4
behaved 120:22
behaves 37:9
behavioral 35:3
  37:2,10,11
  81:22,25 82:11
believe 7:3,10,24
  10:15 13:4
  14:18,23 21:7
  21:7 23:10
  28:20 29:15
  34:25 39:20
  41:7 50:16
  51:4 56:3 86:1
  86:10,21 88:25
  90:13 104:19
  107:18 115:6
  115:11 119:18
  121:15,16
  123:7,9,22
  124:10 130:14
  133:3,13
  136:24 137:1
  139:6 140:4,15

140:24 141:10
belsomra 95:20
  98:9,11,18,25
  99:2 102:21,23
  109:9
benefit 114:19
  114:21
benefits 100:10
  117:8
best 70:13 80:9
  96:14 102:18
  129:11
better 32:8,21
  78:22 79:6,6
  79:10,10 83:14
  89:14 96:1
  107:1 149:18
bifurcate 89:9
big 13:20
bigger 149:17
biggest 150:21
bill 38:7 40:15
  54:9 56:4
billed 131:24
billing 38:22
  40:21 41:17
  42:12,13,16
  43:24 44:8
  47:7 48:10,25
  49:25 50:6,23
  51:6,7,9,18,19
  51:21 52:4,11
  53:7 115:10
  130:10,11,19
  131:23
bioaccumulati...
  109:19
biosciences 17:7
  19:10
bit 13:19 60:3,8
  68:2 69:13,14
  69:16 72:4
  101:13 109:24
  110:1 121:5
  130:17

blend 62:11 64:8
blood 110:15
blue 74:6,7,11
board 5:23,24
  5:25 6:1 19:24
  20:14,17,21
  22:11,11,23
  52:22 53:19
  58:15 102:24
boards 18:7
bob 138:7
book 26:22
booked 48:15
  61:1,1 122:10
booking 122:8
boot 6:22
border 7:7
bothered 72:23
botherment
  72:24
bottom 17:15
  33:24 36:20
  40:1 44:12
  98:18 127:16
boy 29:3
brain 10:21
  14:14
bravo 29:4
bread 79:3
  96:21
break 33:17
  87:1,20 126:11
breakdown
  64:24
brelin 119:5
briefly 32:18
brightspring 7:6
  23:10,12
bring 35:24
bristol 14:7
  15:19,20 16:20
britain 155:22
british 27:13,15
  28:15,19
broad 53:15

broke 41:11
broken 113:4
brought 145:4
  149:10
building 136:14
  136:16
built 40:22
bunch 60:13
bureau 14:10
  18:13,16
bureaus 19:8,14
burn 29:8 65:24
  93:24 105:14
burned 64:5,11
burns 28:23,24
  29:6 60:16
  63:22 64:11
  105:25 107:21
burnt 107:24
busiest 82:8
business 29:14
  58:1 140:17
busy 47:6 78:21
  81:7 131:18
butter 79:3
  96:22
buy 109:16
buying 74:6

**C**

c 5:1
cadence 69:14
  119:7
caitlin 11:9
  20:12,13 38:25
  39:1,3 42:9
  43:12 51:20
  52:6 119:2,9
  119:15 139:1
  152:22 153:14
cala 7:5
calcasieu 6:18
  6:23,23,25
caliber 76:22
call 26:16 41:17

HANNA & HANNA, INC.
713.840.8484

PATRICK HAYES, MD - 1/9/2025

Page 164

47:14 90:4,25
91:10 99:20
115:16 117:23
117:23,24
122:14,16,17
122:19
**callback** 99:2
**called** 7:17
14:14 27:4
**calls** 47:7,13
154:12
**camera** 126:25
**cameron** 7:1
**cant** 32:3,6 43:9
46:9 64:4
72:17 79:14
84:6 89:19
99:23 106:17
106:19 114:2
127:13 147:25
149:15 152:16
**capable** 75:16
85:20,23,24
106:23
**caption** 150:5
**capture** 44:13
**capturing** 59:13
**car** 36:4
**care** 14:25 24:16
29:17 41:2
49:11 61:24
68:16 75:1
79:3 96:11,12
104:11 138:4
155:3,18
**career** 79:5
**carrier** 37:20
**carriers** 117:8
**case** 5:13 23:6
23:14 24:25
26:1 29:13,15
36:25 37:3,7
37:24 45:18
46:10 50:8
53:2 54:14

58:10 66:3
74:3 76:19
84:11 90:8
100:5,20
113:10 115:1,3
115:4 122:6
131:21 132:3,9
132:12,14
136:9 141:6,23
142:4,13,17
143:13 145:10
145:11,15
148:19 150:23
150:24 151:3,7
151:12
**cases** 59:10
68:14 94:7
145:8 146:14
146:21 147:6
148:11 149:3
149:25 151:18
**cash** 55:13,13
56:5,5
**casual** 30:25
**casually** 85:21
**catch** 111:5
154:24
**caught** 154:3
**causation** 45:21
**cause** 2:4 16:17
68:18 69:20
98:22
**caused** 15:12
93:9
**causing** 93:8
**caustic** 63:22
64:6 93:2
108:7
**caveat** 51:12
**cavernosal** 75:7
75:14 76:20
**cds** 96:3
**cell** 133:21
**centcom** 82:9
**center** 6:23,24

13:9 64:15
82:15 156:23
**central** 2:5,6
14:1
**century** 14:9
**cerar** 8:5,22,22
8:23,23
**certain** 80:24
103:25 117:23
137:14,22
**certainly** 54:4
155:24
**certainty** 101:6
101:22 102:20
103:8 104:13
**certification** 4:6
10:22 11:7
22:18 159:10
**certified** 2:8
5:23,25 9:1
10:13,15,20
11:14 20:14,17
20:22 22:12,23
52:22 159:17
**certify** 159:19
159:24 160:9
**cfr** 117:14 139:2
**chain** 4:9,18
**challenge** 27:19
28:2 115:8
**challenges** 76:16
116:6
**chance** 87:11
**change** 32:25
42:7,22 72:1
80:2 94:16
96:14 104:9
124:18
**changed** 16:11
24:22 60:12
71:21 95:2
120:8 124:14
156:8
**changes** 59:6
112:24 160:5

**chaos** 12:2
**chapter** 61:10
**characteristics**
80:19 113:20
**characterizati...**
50:3
**characterize**
50:6
**characterized**
18:4
**characterizing**
150:4
**charge** 43:14,24
45:6 47:11
53:24 54:15,21
56:16 132:4,4
**charges** 47:3
50:15 52:10
57:3 58:17
132:17
**charging** 43:2
**charles** 4:11
5:18 6:6 7:14
12:22 13:3,10
20:1,6 36:16
51:23,25 54:23
55:11 56:18
119:11 123:1,8
123:9,20 156:3
156:15,19
**chart** 23:22,24
24:7,14,15
25:1,10 34:6
36:13 47:4
58:18 115:17
115:23,24,25
117:17 135:24
136:10
**charts** 22:5
135:19
**chase** 10:2
**check** 47:15,17
50:3,11,12,16
50:19 51:1
**checkbook**

50:19
**checking** 110:9
**checks** 52:3
137:24
**chief** 142:24
**child** 22:12
**children** 10:13
105:5 107:25
137:1
**chris** 157:20
**christina** 22:16
**christine** 22:25
**christopher** 2:6
114:25 159:17
160:20
**cities** 13:21
**citing** 88:22
**civil** 1:4 2:10
45:18 145:11
159:4
**civilian** 13:14
107:24
**claim** 142:22
**claire** 8:4,18
**clarify** 92:12
**clean** 67:19
130:13,15
**clear** 49:16 65:3
66:7
**clearly** 107:8
**clerical** 8:8 39:8
39:11,17 42:14
43:13 118:15
118:17 131:22
**clerk** 39:4
**clinic** 11:6,12
13:21,23,24
22:7 35:9
40:18,19 61:14
96:23 97:2
99:3 112:16
122:17,18
129:22 131:13
137:5 138:18
140:9 152:22

**clinical** 11:1 25:3,4 26:18 31:2 37:23 60:13 70:6 81:8 89:23 92:22 98:16 104:6 107:13 115:25 151:18 155:3
**clinically** 14:21 90:24 110:18
**clinics** 113:20
**close** 16:8 124:9
**closed** 119:21
**coaching** 70:18
**cobenfy** 15:23 15:25 16:1,12
**code** 40:10 61:8 61:8,18,19
**codes** 40:21,21 40:23 60:14,17 92:17
**coding** 92:16
**cognition** 10:18
**cognitive** 10:14 10:14,19,19 11:14,15 81:1 81:22,25 82:1
**cohort** 150:8
**coital** 70:8
**coitus** 69:4,5,24
**colon** 28:11
**column** 144:6 145:6 148:8
**columns** 148:7
**com** 3:6,12,12 105:11 160:23
**combatdeploy...** 82:7
**combination** 80:9 106:14
**combining** 105:11
**come** 9:11,13 14:9,15 15:9

18:7,8 19:1 23:17 55:14 102:15 110:15 110:17 112:23 117:16 126:17 156:19,22,25
**comes** 9:19 22:6 59:16 100:12
**comfortable** 134:3
**coming** 49:13 62:20 70:18 105:16 111:2
**comment** 149:8
**commentary** 45:21,22 80:17 107:6
**comments** 85:12 107:6
**common** 61:12 61:14 71:5 74:4 77:19 79:18 82:22,23 150:16 155:10
**commonly** 145:23
**communi** 117:19
**communicatio...** 117:8
**comorbidities** 80:21 97:13
**comp** 37:6,6,8 37:10,19,23 55:6 142:22
**companies** 7:11 14:3 15:10 18:2 19:9 141:6,23 142:4 142:13 155:18
**company** 16:23 17:1,2 22:1 23:4,7 37:4 119:21,22,24 141:18
**compare** 43:15

56:16 57:16
**compared** 57:17 96:13
**compensation** 129:21
**complaint** 61:12 142:24
**complaints** 88:16
**completely** 46:9
**completion** 160:2,8
**compliance** 48:16 131:9
**compliant** 72:22
**complicated** 53:16,20 132:10,14
**component** 23:5 66:19 67:12 71:4 73:2,3 90:5,7 104:8 104:11,18
**compound** 14:24
**comprehensive** 38:8 58:8
**computer** 24:9
**concentration** 84:17
**concept** 100:21
**concern** 117:6
**concerns** 61:12 69:17
**concluded** 158:10
**concludes** 158:7
**conclusion** 58:19
**conde** 20:16,16 31:1,8 39:22 42:1 43:7,14 48:11 52:11,20 56:15 57:6 70:23 107:13

108:10
**condes** 98:17
**condition** 37:11 65:18,25 84:3 84:9 90:5,6,7 91:10 92:11,15 94:15 106:3,5 106:7,9 110:12
**conditions** 53:14 53:15 79:19 86:19 89:11 92:6,18 93:2 97:12 101:12 101:19 102:2 103:2 105:10 110:16,19
**condos** 121:17 123:20 127:20 133:12,14
**conference** 2:9
**confirmatory** 84:9
**consent** 25:17 116:13
**consents** 116:1 116:15
**consider** 117:14
**considered** 19:16 53:8,12 80:1
**consist** 24:14
**constructing** 140:25
**consult** 23:24 37:14
**consultation** 21:25 22:9 23:1
**consults** 132:8
**consummation** 68:2
**contact** 113:1 133:15,17
**contain** 160:5
**context** 23:8

29:16 72:22 74:25 154:11
**continue** 77:12 96:5 112:25 113:16
**continued** 132:17
**continues** 107:2
**continuing** 41:15 48:10
**continuous** 113:1
**continuously** 73:7
**contract** 7:2,8 23:9 123:24 124:14 125:14 128:12 131:9 133:3,24 134:15 141:13 141:18
**contracted** 11:20 21:16,22 22:10,17 23:1 23:6 55:18 141:14
**contractors** 20:2
**contracts** 7:9 124:16 125:2 128:6
**contribute** 105:11
**contributing** 92:6,19
**convenience** 58:23
**convention** 42:7
**conversation** 98:6
**conversations** 70:14
**cool** 87:2
**coordinate** 49:10
**coordinator**

35:3
**copies** 27:5 52:3
    58:23 116:23
**copy** 24:22
    25:19 30:5
    116:25 125:24
    126:1,4,7,9,21
    126:22 132:24
    157:23
**corner** 61:3
**corona** 64:12
**corporate** 56:9
**corporately**
    120:17
**corps** 28:1
**correct** 7:14,15
    7:19,21 8:19
    8:20 9:5,6 10:6
    11:3 12:19,20
    13:1 16:2
    17:24,25 18:4
    18:14 21:23
    23:3 27:9 28:4
    30:16,17 33:12
    33:13,22,23
    34:3,4,22
    36:14,18 38:4
    38:5 39:17,23
    39:24 40:9,12
    40:19 41:22
    42:25 43:1,8
    43:17,18 44:17
    44:18 45:2,7,8
    47:25 48:24
    49:2,4,18
    50:13,20 51:15
    52:8,15,16
    53:10 54:11,24
    54:25 55:7,8
    55:11 56:6,11
    57:11 58:5,6
    60:21,22 63:19
    63:20 64:1
    65:5,20 68:8
    69:7,10 71:24

75:23 79:22
    86:5 90:18
    92:2 96:18
    101:23 105:23
    108:12,13,15
    108:20 115:5
    115:11 120:24
    123:19 127:21
    128:1 129:14
    134:21 135:1,4
    135:14 139:10
    140:1,14 144:8
    144:18 147:3,4
    147:8 148:8,11
    149:14,23
    151:5 152:23
    153:9,16,17,19
    153:20
**correctional**
    6:23 14:25
    15:2 18:6
**corrections**
    14:24 81:14
**correctly** 45:23
    90:16
**corrosive** 64:6
    73:16 93:3,9
    108:7
**corruptions**
    136:12
**cost** 54:13
    109:17
**costs** 57:25
**counsel** 140:19
    160:10
**counseling** 14:1
    69:8 112:8
**counselor** 8:6,25
    53:6,10
**count** 25:11 27:2
    78:17 110:15
    145:5,18 156:9
**counted** 116:8
    146:2,6
**counter** 102:25

**counting** 114:9
**country** 7:12
    12:7 13:18
    155:17,19
**couple** 9:3,4
    16:14 27:17
    49:14 61:2
    67:22 81:4
    85:13 106:21
    121:23 136:11
    157:12
**course** 29:14
    61:24 71:3
    79:24 94:5
    101:1 108:21
    144:24
**court** 1:1 39:19
    159:1
**courtrooms** 12:4
**cover** 6:22 7:1,4
    26:12 100:16
**coverage** 13:18
    22:13 67:18
    97:24 98:4
**covering** 10:25
    99:11
**covermymeds**
    26:23,24
**covid** 111:15
    123:10 129:7
**coworkers** 84:18
**cpt** 40:20 82:2
**create** 77:15
**created** 134:20
    135:1
**creates** 74:14
**creating** 105:4,6
**credentials**
    52:21 53:5
**crf** 160:21
**criminal** 12:3
    39:19 145:10
**crine** 17:4
**criteria** 83:2,3
    90:9 91:8,16

92:21,22
**criterion** 61:20
**criticism** 84:19
**crosscovered**
    155:23
**crossdivide**
    110:22
**crt** 10:20
**csr** 2:7 160:20
**culton** 10:8,8
    20:19,19 31:1
    31:9 39:23
    43:17 48:11
    52:14 57:21
    70:1,24
**cultons** 53:4
**curative** 113:14
**cure** 89:15
**current** 12:8,14
    38:15 60:9
    63:16,23 75:2
    76:1 109:22
**currently** 6:2
    11:7 20:25
    109:6,9,11,13
    128:3 129:12
**custodian** 39:18
    138:21
**customary**
    56:20
**cut** 110:14
**cutting** 50:12
    63:10
**cv** 15:12 17:14
    17:23 24:10
    144:2,22
    145:10 148:6
**cvs** 148:21
**cymbalta** 109:2

——————
**D**
——————
**d** 2:6 5:1 61:20
    90:14 91:8
    159:17 160:20
**d3** 90:14

**d4** 90:14
**dallas** 113:15
**damage** 14:14
**dance** 47:6
**dancing** 143:4
**data** 56:23 73:8
    83:4 103:21
    116:3 136:12
**date** 5:2 9:12
    30:12 42:24
    44:5,6 49:19
    60:21 61:24
    128:15 149:16
    149:24 153:23
    160:3,20
**dated** 4:18 25:25
    117:22 127:25
    127:25
**dates** 43:10
    127:17
**dating** 144:16
**davies** 148:16
**davis** 10:11
    20:11,13 34:16
    34:19
**day** 2:4 12:23
    42:4 45:5 47:5
    85:25 90:2
    93:24 95:3
    108:19 160:15
**days** 12:8,12
    72:19 85:13
    106:21 113:11
    122:11 130:14
    130:15 151:16
    160:3
**daytime** 95:5
**deal** 57:22 79:11
    94:20 121:8
    148:24
**dealership** 36:4
**dealing** 120:11
**decade** 134:17
**decadeplus**
    132:15

PATRICK HAYES, MD - 1/9/2025

Page 167

decades 108:8
deceased 112:17
december 60:24
decided 99:23
decisionmaking
  53:16
deck 112:12
decks 19:3
defence 27:14
defendant 1:7
  2:3 3:8 159:7
defense 81:7
  138:6 144:8
  145:3,8,11
  148:18 149:11
defer 138:2
  146:1
definable 61:21
define 140:8
degree 101:5,22
  102:19 103:7
  104:12
delegate 58:1
delegates 51:21
deletion 137:14
delivered 42:16
delivery 18:23
delta 123:10
  136:14
dene 10:8,11
  20:18 39:23
  42:3 43:17
  48:11 52:14
  53:4 57:20
  60:24 61:2
denial 72:7
  99:20
department
  81:7
depends 80:19
  80:20,21 88:22
  97:11,11,12,13
deployment
  82:10
deponent 159:25

160:1,7
deposed 145:4
  145:13
deposition 1:15
  2:1 30:1,3
  31:24 33:15
  36:10 38:10
  41:21,21,22
  51:14 75:1
  124:8,21 125:7
  134:19 141:5
  143:19 144:24
  147:21 151:15
  151:22 152:12
  157:23 158:8,9
  159:11,22
  160:2,8
depositions 50:2
  116:7
depressed 107:8
depression 79:2
  79:2,5,7,9
  82:23 95:13
derivative 90:17
derived 135:14
deriving 92:11
  139:17
describe 14:5
  40:23 146:9
described 149:8
describing 15:18
description
  61:17
desensitization
  9:1
design 70:12
  95:24
designed 95:5
  109:11
despite 122:10
destroy 136:5,6
  140:22
destroyed
  136:15,19
detail 84:18

detailed 18:25
detention 6:24
deteriorate
  69:15
determination
  99:25
determine
  139:16
developed 64:6
development
  42:11
develops 85:9
dha 109:14
diagnosed
  107:15 108:10
  108:14
diagnoses 60:11
  60:20 63:18
  73:10 108:23
diagnosis 45:20
  45:21 60:9
  79:22 84:13
  86:11 89:22
  90:12,15,17,18
  91:1,19 92:5
  92:14,24 93:8
  93:12 103:11
  103:16 105:22
  106:2 107:10
  107:22 108:17
  108:18
diagnostic 143:1
didnt 12:3 24:11
  70:2,4 81:19
  85:21,22 99:3
  104:25 112:23
  131:21 137:2
diego 17:8
difference
  105:12
different 19:13
  20:4 21:5
  24:12 45:14,15
  54:19,20,21
  81:8 86:15

88:10 105:14
  113:9 131:19
  131:19,20
  139:21 142:11
  145:10 150:3
differential
  45:19,20 73:9
  91:1 103:11
  108:18 143:1
differently
  137:17
difficult 13:19
  39:8 77:16
  121:5 156:17
  156:18,20
difficulties 74:9
  74:10
difficulty 66:25
  89:24
digital 30:9 59:7
direct 74:23
  156:22,22
directly 55:17
  141:16
director 6:18
  47:10
disability 6:21
  7:5 84:4,10,21
  90:4
disabled 22:14
disciplinary
  49:9
disclosure
  145:22,24
discoloration
  106:11
discomfort 62:3
  72:20 75:9,10
  77:5 93:13
  95:9 106:15
discord 105:5,6
discourse
  107:23
discrete 93:6
discuss 68:7

89:21 133:8
  139:1 142:25
discussed 12:2
  16:16,19 20:12
  20:20 24:10
  33:17 53:18
  54:16 65:6
  66:4,12 69:6
  69:24 70:4,25
  71:13 78:3
  88:8 94:15
  97:16 102:8
  103:10,22
  104:20 114:16
  116:16 117:11
discussing 70:1
  88:13 123:7
discussion 29:19
  67:23 69:2
  154:19
disfigurement
  106:12
disorder 14:13
  19:16 60:12
  79:25 80:5
  84:5 92:14,14
disorders 92:17
dispute 51:10
  146:3 149:3
disputes 81:5
disruptive 63:13
distribute
  117:16
district 1:1,1
  6:20 159:1,1
ditto 39:14
dive 70:4
division 1:2
  159:2
doc 21:17
docosahexaen...
  97:18 102:24
  109:14
doctor 5:19,21
  22:22 32:25

PATRICK HAYES, MD – 1/9/2025

**doctors** 21:13,22
23:1
**document** 24:16
25:19 31:22
33:15 34:5,11
34:13 36:7,12
38:12,18,21
52:10 58:24
98:12,17 115:7
116:15,16
125:9,13 126:2
126:23 129:18
137:6 138:18
143:21,24
144:10,20
148:2,13,14,24
149:6,12
153:11
**documentation**
99:13
**documents** 24:2
24:5 25:15
38:23 116:4
134:20,25
138:12
**dod** 81:12
**doesnt** 16:17
58:10 68:1,3
69:10 70:8,8
71:15,15 72:14
81:5 84:2 85:6
85:13 93:23,24
93:25 134:1
145:7,15
154:21
**dog** 85:6
**doing** 42:10 43:5
47:7 75:16
85:25 109:24
110:10 131:23
**dollar** 45:6
**dollars** 52:12,14
54:9 56:14
57:10,12,21
**dont** 9:21 15:11

17:20 23:20
24:24 26:11
29:11,21 30:7
30:10,11,12
34:25 35:20,22
35:25 44:8
46:11,13,14,14
47:1,6,14,15
47:16,17 50:7
50:23 51:9,9
51:10,17 54:25
55:2 57:18,23
63:5,8,9 74:8,9
79:6,12,19
82:4 83:16
85:17,17,18
86:4,7,10
88:25 89:4
92:23,23 99:12
100:14,14,15
100:15,23
101:5 109:18
110:13,14
116:7 117:13
118:6,8,9
119:20 120:5
120:17 123:5
123:16 124:20
124:23 125:20
126:3,7,7
128:7,12,13,18
129:8 134:7
135:11,12
136:6,7,7
137:12,17
138:2 139:6
140:4 141:16
141:21 142:7
142:18 143:3,5
143:6,6,17
146:18 148:20
148:20,20
151:11,17
152:2 154:15
157:1,7,14

**door** 62:24
**dopamine** 16:11
**dora** 95:21
109:9
**dosage** 77:16
**dose** 109:3,4,7
109:10,16,21
114:20,21
**doses** 95:16
**downstream**
100:11
**dozens** 112:24
**dr** 5:9 23:6,9
29:17 33:10
41:3 48:22
63:15 64:14,14
64:15 87:8
88:5 105:12,13
112:17 114:25
115:3 121:7
126:15 127:9
131:11 151:16
152:11,18,18
153:8,19
157:10
**drastic** 113:22
**dream** 93:22
113:15
**drive** 3:5
**drivers** 25:20
116:15
**driving** 91:15
**drug** 17:21
**dsm** 61:10,20
80:17 88:13
**dual** 67:18 95:21
95:21
**duloxetine** 67:11
95:3 102:21
109:2 117:22
135:21,24
**duly** 2:3 5:6
159:21
**durable** 58:23
**duration** 49:4

90:1 97:12
105:9 124:17
136:1,21
**durations**
114:12
**duty** 23:11
**dysfunction**
60:15 61:4,9
61:11,21 63:18
66:20 67:7,10
67:16 68:7,11
71:3,22 72:10
73:25 74:4,21
74:25 76:24
77:19,21 78:1
78:8,11 79:11
79:15 103:9
104:3,4,5,7,14
107:11,16
108:12
**dyskinesia**
14:14 16:16,17
**dysphoria** 106:8
**dysphoric** 72:13
85:12 107:7

## E

**e** 5:1,1 91:8,16
118:1
**ea023** 54:6
**ea23** 54:10
**earlier** 15:12
35:22 36:1
53:18 54:16,22
71:21 77:18
78:3 87:12
88:8 92:9
94:16 103:22
107:6 112:10
115:10,15
123:7,18 124:8
128:22 149:8
154:20 155:13
**early** 16:10 98:3
113:23,24

**easier** 17:19
42:17
**easiest** 37:5
**east** 7:23
**eastern** 22:14
**easy** 156:20
**effect** 24:8 60:20
67:9,9 128:4
129:12
**effective** 94:8
**effectively**
157:11
**effects** 26:25
97:20 98:22
**efficacy** 111:15
**eh034** 40:11,13
**eight** 13:16
85:25
**either** 11:16
18:24 24:20
41:18 74:14,25
75:7,22 89:24
93:4 122:2
**ekg** 114:21
**elaborate** 59:24
93:17
**elected** 112:25
**electronic** 29:24
29:24 30:9
43:1 116:24
**electronically**
24:23 136:12
**elegant** 99:19
**elite** 4:11 6:5,12
6:12 7:13,17
8:11 11:6,11
11:17,25 12:9
12:12,22 13:2
13:22 19:25
20:5 21:2,14
21:17,20 22:8
36:2,16 39:6
50:20 52:2
54:23 55:18,21
55:24 56:7,10

68:17 82:16,19
112:7 114:3
119:11 123:23
124:3,15 125:2
125:17 127:11
128:4,23
129:13 130:1,7
130:11,19
131:2 132:24
134:21 135:5,7
138:12 139:15
139:17 141:8
141:24 142:3
142:12 143:10
146:10,12,23
156:3,11 157:1
**ellzey** 39:10
42:15 44:16
119:1
**elsevier** 28:18
**em** 40:21
**email** 4:10 32:1
33:22,24 34:12
35:7 36:6
123:18 127:2
133:20,24
137:9,12
152:14,21
153:1,12,22
**emailed** 118:1
**emails** 4:9,18
137:10,14
**emasculation**
77:14
**embarrassed**
68:4 69:11
**emdr** 10:15
80:25 81:17
**employed** 20:3
21:16 160:10
**employee**
119:15
**employees**
119:12
**employment**

83:25 84:13
86:11
**encapsulate**
19:14 37:5
40:15 59:6
60:18
**encapsulates**
18:11 24:16
25:3
**encompassed**
58:16
**encouraged** 85:2
**endocrine** 17:5
**ends** 85:8
149:23
**energy** 1:6 72:14
80:7 93:24
95:6,25 159:6
**engage** 77:7
78:1
**engaged** 49:9
**enhance** 77:13
80:7,8
**enjoy** 77:7
**entered** 43:13
44:10,15
**entering** 43:3
**entire** 91:2
96:20 112:9
124:17
**entirely** 66:6
86:20 129:7
**entities** 137:25
**entitled** 139:6
**entity** 99:25
140:13
**entry** 38:24 40:4
115:10
**environmental**
106:13
**epidemiologic**
82:25
**equivalent** 55:13
56:5 97:6
**erectile** 60:14

61:4,21 63:18
66:9,20 67:6,9
67:16 68:2,7
68:11,17 71:3
71:22 72:10
73:25 74:8,10
74:21,25 77:18
77:21,25 79:15
103:9 104:2,3
104:5,7,13
107:11,16
108:11
**erection** 75:3,6
75:10,12,22
76:4,6,23 77:3
77:6
**errata** 160:5
**errors** 148:14,23
149:7
**especially**
111:16 112:19
**esquire** 3:4,9,9
**essentially** 6:19
12:23 23:4
45:24 48:14
59:2 90:17
113:14 119:23
136:14 141:15
**establish** 90:11
91:17 141:13
**established**
68:16 131:18
**establishing**
156:12
**estimate** 79:9,20
82:24 157:2,7
**et** 28:7
**euphemism**
99:21
**evaluations**
81:10
**events** 123:12
**eventually** 97:10
**evolve** 73:5
**exacerbation**

30:24 31:10
**exact** 157:2,7
**examination** 5:7
**examine** 65:10
**examined** 64:18
65:4
**example** 9:9,14
18:17 24:24
43:6 47:14
57:6 72:12
117:20 142:17
**examples** 78:9
**excel** 4:16
**excited** 76:14
**excluding** 58:8
**excuse** 9:3 41:10
61:10 72:3
**executing** 58:1
**exercises** 94:9
**exhibit** 4:8,9,10
4:12,13,15,16
4:18 31:23,25
33:14 36:10,11
38:9,11 125:6
125:8 132:19
132:25 133:12
134:18,19,22
134:23 141:5
143:18,20
147:21,22
152:12,13
**exhibiting** 88:16
**exhibits** 4:21
**exist** 81:5
**existence** 139:25
**existing** 125:22
**expand** 8:17
**expanded** 7:8
**expect** 10:17
28:9 49:13
73:19 96:7
99:24
**expectation**
71:12,18 76:8
**expectational**

73:2 74:10
**expectations**
62:6 68:21
**expected** 88:11
**expensive** 53:21
132:2,11,11
**experience**
77:24 83:7
101:11,13
103:2,3 107:19
147:15
**experiences** 77:6
**expert** 19:16
90:21
**expiration**
160:20
**expires** 160:21
**explain** 14:10
19:2 155:19
**explaining** 15:2
**explosion**
147:16 151:6
**exposure** 93:9
**express** 26:21
**expressed** 11:21
**extended** 54:17
**extension** 46:9
**extent** 26:2 66:8
**exterior** 23:24
**extract** 56:23
59:2,3
**extraction** 56:25
**eye** 9:1

## F

**f43** 60:12
**facet** 90:20 91:6
92:9
**fact** 91:20
153:18
**factors** 29:19
91:4 104:20
**fair** 46:6 65:11
79:16 86:10
91:14 92:1

101:4 114:1
131:10 132:16
144:15 145:2
145:22
**fairly** 82:22
88:24
**fall** 76:10 95:23
**falling** 89:24
94:3
**falls** 94:2
**familiar** 116:12
143:24 148:3
**family** 13:12
20:17 53:1
113:3 150:6
**fantastic** 48:15
**far** 30:8 107:23
120:1 129:10
129:17
**fashion** 59:7
76:16 128:11
130:13 135:16
140:5
**fatty** 97:18
**fax** 24:21
**fda** 19:4
**federal** 2:9 55:4
**fee** 40:24 41:21
53:23 54:3,13
54:20 55:12
57:10,16,24
133:13
**feedback** 31:5
62:13,21
**feel** 67:1 90:1
106:23,24,25
**feelings** 77:14
**feels** 93:23
**fewer** 102:4
**fiancee** 68:22
**field** 48:7 88:25
**fighting** 67:17
**figure** 143:1
**figured** 16:5
**figuring** 70:17

**file** 24:11 29:13
29:21,25 30:6
30:9 38:18
52:4 136:24
**files** 24:12 29:23
136:15,16,19
**fill** 99:1
**fills** 117:2
**finally** 66:22
**financially**
160:13
**find** 15:13 37:11
113:23 115:6
116:1 137:19
**finding** 91:24
**fine** 127:1
**finish** 126:14
**finished** 145:9
**fire** 15:3
**firm** 51:14
145:23 146:15
147:7,16
**firms** 144:3,5
145:21 150:11
150:17
**first** 5:6 11:19
14:8,17 15:19
16:6,9 22:22
23:23 27:15,22
27:23 29:1
30:15,17 35:18
43:21 44:25
45:11 61:13
92:25 94:23
104:24 107:10
107:13 110:2
111:22 112:14
113:8,12,14,18
124:22 134:14
138:22 147:15
150:24 151:7
151:24 152:3
156:13
**fishing** 72:16,17
85:5

**fit** 70:19
**fits** 71:14
**five** 6:21 7:10
13:16 38:20
78:25 86:24
97:9 105:3
110:20 124:13
**fiveminute** 87:1
**fivepage** 38:17
38:18
**flare** 72:2
**flares** 111:8
**flat** 93:23 122:8
**flip** 92:7
**flipping** 116:11
**flores** 3:9 4:5 5:8
5:10,12 24:1
32:15,17,20,23
33:2,10 34:23
35:8,25 37:25
42:21 43:20
44:4 46:3,6,19
46:25 47:5
48:9 51:4,12
51:17 57:5
62:12,15,22
63:1,4,7,14,15
66:1,14,16
73:19 74:17,19
75:11 76:3
79:21 82:5
84:11 86:2,3,9
86:25 87:8,23
88:5 92:8
101:21 104:22
108:9,10,19
114:13,24
118:11,16,21
119:4 120:7,23
121:2,7 122:21
122:23 123:4
123:23 124:3
124:15 125:1,6
126:1,4,10,14
126:18,24

127:2,9,24
128:20 129:10
129:20,25
130:6 131:6,11
132:19 133:6
133:14,19
134:9,18 135:5
135:12,17
137:13,18,23
138:10,17
139:8,24 140:7
141:3,4,17,22
142:2,10 143:8
143:9,13,18
144:11,15
145:19,20
146:3,8,14,20
147:2,11,19
149:1,13
150:10,14,22
152:4,11
153:14 154:1,9
155:7,9 156:6
157:4,6
**florida** 21:6,7
**fluid** 70:14
**fly** 94:13
**focus** 10:18
**focuses** 10:17
**folks** 78:21
112:20 113:5
154:21
**follow** 42:17
60:14 96:11
113:25
**following**
112:18 155:1
159:19
**follows** 5:6
**followup** 54:5,8
54:11 57:17
59:3 98:19
99:6 110:9,16
113:17
**followups**

111:17 132:8
**fontenot** 119:8
138:24
**foolish** 139:4
**force** 26:13
27:14 136:3
**forces** 85:7
**forecasts** 103:23
103:24 104:1
**forensic** 12:3
39:19 45:19
155:16
**foreplay** 69:18
75:12
**forever** 98:2
**forget** 145:11
**forgot** 144:4
**form** 23:19,24
34:21 35:5,19
37:21 42:5
43:19 44:1
46:2,5,7,22
47:4 48:1
50:21 51:8
56:19 65:22
73:6 75:4,25
79:17 81:24
84:1 86:6,12
92:3 101:9
104:16 108:16
114:6,17 116:2
118:5,13,19,23
120:4,13,25
121:21 123:2
123:21 124:2,6
124:19 125:5
125:19 127:22
128:17 129:2
129:15,23
130:3 131:4,15
133:1,9,16
134:6,16 135:2
135:10,15
137:11,16,20
138:1,15,20

PATRICK HAYES, MD - 1/9/2025

139:19 140:3
141:9,19,25
142:6,15
143:12,15
144:9,12,19
145:25 146:4
146:11,17,24
147:9,14
148:12 149:5
150:2,12,18,19
151:9 153:10
153:24 154:5
154:12,23
156:4
**formal** 129:18
144:23
**forms** 48:4
117:11
**fort** 13:8,8
107:18
**forward** 45:22
71:13
**forwarding**
134:3
**found** 42:11
72:8 110:11
**foundation**
37:22 45:20
46:7,23 48:2
50:22 123:21
131:5 133:10
135:3 138:15
153:11,24
156:5
**four** 31:11 60:1
60:11 72:3
73:4 97:22,25
102:3 108:23
110:7,20,23
111:3,7 112:3
147:4
**fourth** 102:10
105:22 108:17
**fracturing** 89:25
**frame** 88:7

**frappellcooke**
27:20
**frappellhyphe...**
27:24,25
**freak** 155:2
**freeway** 160:22
**frequency** 31:12
**frequent** 150:16
**frequently** 69:13
111:2
**frey** 64:15
**friction** 72:19
106:14
**friend** 106:20
**front** 24:6 58:19
58:20 59:17
87:18 118:14
118:17
**fulfilled** 44:11
**fulfilling** 67:25
**full** 17:6 20:15
20:22 32:24
44:16 45:13,19
46:17,21 47:21
54:15 56:4
59:18 68:2
69:4,5,23 70:8
89:3,5 92:4
122:10
**fully** 66:7 76:13
76:14 97:1,5
112:22
**fun** 94:12
**function** 68:13
**functional** 84:8
**functionally**
96:4
**fundamental**
154:19
**fundamentally**
77:4
**further** 89:8
159:24 160:9
160:12
**future** 104:10

108:21 114:15
———————
**G**
**g** 5:1
**garrett** 112:17
**gathering** 73:8
**geismar** 147:16
151:6
**general** 12:8
24:4 49:12
70:5 71:8 80:1
82:24 89:1
**generally** 25:14
72:7 88:19,21
**generate** 9:16
58:21
**generating** 8:7
9:8 80:3
**genital** 24:8
27:13,19 28:3
28:10,23,23
29:6 60:17
61:16 64:19
65:4,16 105:25
**genitals** 63:22
64:5 65:2,10
77:11 93:3
**gentleman** 64:3
**georgia** 21:9
**getting** 31:5
62:13 85:5
**gilchrist** 8:4,18
**gill** 33:25 34:24
35:14 123:17
**give** 19:20 28:8
30:13 32:20
79:8 95:5
122:14 133:21
142:24 152:4
153:4
**given** 50:8 65:7
65:8,8,15,17
83:1,11 96:15
102:6 159:23
**gives** 47:8

**giving** 70:15
**glanced** 30:10
**glands** 64:12
95:7
**globally** 155:24
**go** 15:16 28:17
31:19 32:18
33:3 36:6
37:15 41:15
43:4 52:1
55:16 57:2,15
57:22 58:14
59:19 63:9
74:3,24 78:6
84:16 85:6,7
85:13 87:23
105:2 106:19
112:7 116:3
119:13 126:21
126:24 128:7
134:9 135:23
137:3 145:14
152:5
**goes** 9:17 31:12
56:25 58:18,25
59:14 72:16
106:22 128:8
147:2 149:14
149:20
**going** 9:11,13
17:15,16 22:3
26:7 27:16
28:8 35:17
38:6,19 40:14
42:10 44:14
46:15 53:20
54:20 59:13
65:13,19 68:24
69:19 73:21,22
74:17 77:13,15
81:11 89:16
92:7 97:22
98:2 100:11
102:8 105:17
105:18 106:25

107:23 108:24
109:1 112:24
113:16 116:1
116:20,23
117:1,5,7
118:14 119:14
122:14 127:15
133:21 134:8
136:4 140:23
140:25 141:4
141:18 142:5
142:23,25
145:17 148:23
149:15 151:21
151:22,24
154:20 155:7
**gold** 80:9
**good** 5:9,10 19:3
61:7 78:6
95:12,12,13
101:16 111:14
140:19
**goodness** 96:21
**google** 133:23
**gotten** 67:3
83:14 95:16
103:13
**gould** 119:7
**governmental**
55:10
**grain** 148:25
**granting** 117:15
**great** 83:14
**greater** 101:24
101:24 105:20
**grinnan** 3:4
23:19 32:12,16
34:21 35:5,19
37:21 42:5
43:19 44:1
46:2,5,7,22
48:1 50:21
51:8 56:19
62:14,17,24
63:2,5,12

65:22 73:6
75:4,24 79:17
81:24 84:1
86:6,12 92:3
101:9 104:16
108:16 114:6
114:17 118:5
118:13,19,23
120:4,13,25
121:3,6,21
123:2,21 124:2
124:6,19 125:5
125:19,24
126:2,6,12,16
126:20 127:1,4
127:22 128:17
129:2,15,23
130:3 131:4,7
131:8,15 133:1
133:9,16 134:6
134:16 135:2
135:10,15
137:11,16,20
138:1,15,20
139:19 140:2
141:9,19,25
142:6,15
143:12,15
144:9,12,14,19
145:25 146:4
146:11,17,24
147:9,14
148:12 149:5
150:2,12,18
151:9 153:10
153:24 154:5
154:12 156:4
157:9,14,19,22
157:24
**groin** 93:20
**groove** 78:6
**group** 7:5 10:25
22:19 23:12
28:19 66:12
148:16 152:2

**groups** 90:21
**growth** 80:4
**guess** 34:19
42:22 69:2
101:5
**guidance** 92:23
**guide** 105:17
**guides** 54:13
**guy** 14:23 46:17
110:19
**guys** 8:15
100:24 105:15
120:6 124:8
136:24 147:1
151:20

**H**

**hacking** 130:4
**hadnt** 99:7
**half** 33:19 38:14
73:15 97:1,5
101:15 111:4
131:24 132:3
**halliburton** 1:6
5:12 159:6
**hammond** 7:7
**hand** 48:8 99:21
**handed** 126:23
**handle** 47:11
100:21 102:16
118:12 122:2
**handling** 29:23
**handwriting**
118:9
**handwritten**
9:11,16 117:1
**hanna** 160:21,21
**hannareporting**
160:23
**happen** 78:4
80:21 84:24
105:17 113:21
**happened** 59:14
89:17 121:25
**happening** 85:8

**happens** 9:14
**hard** 23:22,23
24:7,14,15,22
25:10 30:5
34:6 36:13
106:23,24
116:25 117:17
156:12
**harm** 86:17
**harmed** 85:18
**harmful** 85:19
86:18
**hasnt** 50:18
97:23
**havent** 54:3
78:16 84:23
113:3 146:2
**hayes** 1:16 2:2
4:4 5:5,9,18
21:25 22:9
23:1 33:10
34:15 35:15
40:1 44:16
63:15 87:8
88:5 121:7
126:15 127:9
131:11 152:11
152:18 157:10
157:25 159:12
159:20
**hazard** 79:19
**hct** 22:6 23:9
**head** 76:9
**headaches** 66:8
**healing** 97:19
**health** 6:20
14:25 35:3
37:2,10,11
40:20 52:23
53:21 65:25
72:5 82:10,11
82:25 84:20
96:23 99:9
113:2 138:4
**healthcare** 4:10

23:25 25:22
35:4 36:15,20
36:23 37:16
38:1 46:10,12
46:20 50:9
51:3,5 99:24
100:16 119:19
119:22 120:1,9
120:10 121:8
121:12 123:3
123:25 124:5
124:12,16
125:17 127:12
127:21 128:5
129:13,18,22
130:1,7 131:1
131:12 133:4,7
134:20 135:7
139:18 141:7
142:2,8,11
143:11 146:16
146:19,22
**hear** 63:5,7
121:4,5 151:21
151:22
**heard** 68:6 92:9
**heat** 72:18
106:20
**heel** 6:22
**heights** 6:14
**held** 136:16,16
**hell** 85:11 107:4
**help** 15:4 68:11
73:22 78:22
95:8 96:2
97:22 98:23
102:7 105:17
**helped** 49:10
**helping** 91:16,25
95:23
**helps** 17:13
**henderson** 64:14
105:12
**henry** 11:20
20:14 34:16,19

**heres** 26:9,10
144:5
**hes** 10:13,15,17
10:20,21 11:19
11:21 20:14
48:14,15,16,17
48:18 50:14
57:3 60:25
61:2 64:3 68:2
68:3,18 69:11
70:17 72:13,13
72:19 73:14
75:12 77:9
85:6,8,19,20
85:23 94:1
97:17 98:1,8
103:14 106:9
106:10,11,12
106:18,20
109:6,8,13,19
109:23 112:14
114:20 122:13
131:5 134:2
**heuristic** 85:22
**heuristics** 84:16
**hey** 70:7 85:3
121:24
**hide** 129:4,8
**high** 113:11
122:18
**higher** 69:14
114:20 122:7
**highlight** 144:4
**highlighted** 44:9
150:20 154:23
**highlighting**
132:23
**highly** 106:8
**hipaa** 117:14
139:2 154:13
**hiring** 103:4
**history** 72:6,6
113:3,3
**hoc** 99:20
**hodges** 6:6

PATRICK HAYES, MD - 1/9/2025

Page 173

**hold** 32:21 33:2
   39:9 49:23
**holding** 24:23
**holds** 55:5
**homes** 7:5 23:12
**hot** 93:20
**hour** 40:7 41:1
   53:23 85:25,25
**hours** 60:1
   72:18 86:24
   145:16
**house** 156:13
**houston** 1:2 3:5
   3:11 6:13,14
   7:20 11:25
   12:19,24 52:1
   55:22 138:7
   156:7,13,13,20
   159:2 160:22
**hub** 156:16
**hubs** 156:22
**huge** 32:7
**human** 6:19
   114:9
**hurricane** 154:4
**hurricanes**
   123:10 136:13
   154:8
**hurt** 77:11,12
   106:21,21
   107:2
**hurts** 75:17,18
**husband** 106:25
**hyperarousal**
   90:10 91:9

─────────
         **I**
─────────
**icd** 92:17
**id** 57:22 81:19
   87:17 97:5
   123:15 129:24
   141:21
**idea** 25:11 52:5
   66:10 138:16
**ideally** 26:15

98:1
**identification**
   31:25 36:11
   38:11 125:8
   143:20 147:22
   152:13
**identified**
   145:23 150:24
**identifies** 18:25
**identify** 118:8
**identity** 140:13
**ill** 18:8 19:1
   66:14 87:16
   108:9 122:21
   126:10 127:2
   134:2,2,11
   146:1 153:4
   157:4,8 158:2
**illness** 6:20
**im** 5:23 6:5,18
   8:12 9:9 19:15
   21:3 23:22
   25:7 26:3,21
   26:22,23 28:8
   31:14,22 32:16
   34:8 38:6,19
   41:11,15 45:23
   47:5,10,10,10
   50:23 51:20
   52:25 56:12,12
   56:12 62:17,19
   63:3,12 64:10
   64:16,20 65:13
   74:2,17 78:21
   78:21,22 79:1
   80:24 82:7
   85:20 90:16
   92:6 98:16
   100:13 105:8
   116:17,18
   117:21 119:13
   119:14 120:9
   121:4 123:10
   126:18,22
   127:15 128:20

128:21 129:3,3
   129:4,7 130:4
   133:21 137:21
   140:7 141:4,13
   149:15 151:21
   151:22,24,25
   154:16,18
   155:3,4,5,7,13
   155:17 157:13
**images** 61:15
   64:21,22 65:8
**imes** 155:22
**immediately**
   58:19
**immensely**
   66:24
**impact** 28:10
   107:3
**impairing** 68:13
**imperial** 6:18,25
**imply** 84:4
**important** 94:15
**improve** 73:12
   89:1,3,10
   91:25 97:14
**improved** 43:5
   59:24 60:5
   78:12,12 79:15
   83:15,16,19
   89:14
**improvement**
   42:10 89:18
   102:13
**improving** 49:11
**inability** 105:7
**inaccurate**
   86:14
**inadequacy**
   77:14
**inasmuch** 50:1
**inaudible** 21:3
   22:10 30:13
   31:4 41:10
   51:16
**incarcerated**

15:5
**include** 19:9
   29:23
**includes** 25:3
   80:17 92:5
**including** 88:13
   108:22 148:7
**incompetence**
   77:15
**incorporated**
   120:20
**increase** 109:5
**increased**
   111:15
**incumbent** 90:3
**independent**
   90:19 91:3
   144:25
**index** 4:1,8
**indicate** 100:7
**indicated** 65:14
   67:7
**indications**
   14:11
**individual** 37:10
   55:13 64:5
   68:15 76:9
   79:4 80:20
   86:17,17 89:24
   90:24 92:20
   150:7
**individuals** 15:4
   18:24 20:8
   21:11 22:14
   24:21 65:24
   72:5 73:9 78:7
   80:15 89:12
   107:20,21
   110:12 113:22
   137:25 147:18
**induced** 61:22
**inducing** 106:8
**industries** 74:5
**industry** 7:10
   17:23

**inexpensive**
   26:13,14,22
**info** 117:24,25
**information**
   26:17 65:7,15
   99:12,15
   133:15,17,23
   135:18 139:5,5
   154:13
**informed** 25:17
**ingrezza** 14:13
   17:11,13
**inherent** 80:19
**initial** 9:10,15
   25:24 27:23
   47:15,16 54:12
   58:8 63:17,20
   96:12 116:3,19
   124:10 142:19
**initially** 14:22
   61:7,18,23
   103:12 113:16
   113:22
**initials** 42:2
**initiate** 100:6
**initiated** 67:17
   98:18
**initiation** 96:11
**injection** 14:21
   15:7 18:20
   75:7,15,23
**injections** 76:21
**injects** 155:3
**injuries** 61:17
   64:16,23 108:7
**injury** 10:21
   24:9 27:13,19
   28:3,12,13,14
   28:16 61:16,25
   63:19 103:18
   103:20,20,21
   108:3
**inmate** 122:16
**inpatient** 82:13
**inperson** 13:19

input 151:19
inputting 47:3
insert 51:13
insomnia 60:13
   79:11 82:23
   85:17 89:22,23
   90:4,12,15,17
   90:24 91:5,7
   91:13,18,18,23
   92:1,5,9,14,22
   93:8,13 94:6,7
   94:17 95:1
   96:20,25 101:1
   102:9 107:11
   107:15 108:11
   110:1,18
instance 2:2
institute 82:24
insult 80:20
insulting 72:10
insurance 26:11
   26:22 40:20
   54:24 55:1,4,7
   55:10,14,25
   99:10,19 100:6
   100:8,14
   112:21 117:24
   117:25
insurances
   141:16
insurer 37:19,20
insurers 55:18
   55:19
intact 130:11
intake 47:21
intellectual 6:21
   7:5
intellectually
   22:14
interact 84:18
   121:11,14
interaction
   42:25 43:16,25
interest 11:21
   70:13

interested
   160:13
interesting 18:9
   113:10
interestingly
   27:12
interference
   62:23
intermittency
   76:7
intermittent
   12:7
internal 22:17
   40:17
internally
   120:16
internet 74:6
interpret 9:21
   9:22
intertwined 93:5
intervention
   53:17
interventions
   78:5 113:13
intimate 94:1
intracellular
   18:9
intraurethral
   76:21
intrusive 111:18
intuit 35:21
inventor 16:13
investigations
   82:12
investigator
   155:1
invoice 4:12
   41:16 47:2
   51:6
invoices 50:9
   130:12
involve 68:2
   132:9 138:24
involved 47:2
   70:22 76:19

95:22 101:1
   138:10,14,17
   146:16,16
   154:2,10
involvement
   27:18
involves 22:3
   53:13,14 132:6
   132:6,7,7
involving 57:20
iraq 82:11,12,14
iraqi 107:24
irrecoverable
   74:16
irrelevance
   120:15
irrelevant
   142:18,23
   143:7
irritation 85:9
isolated 67:1
   90:5
issue 26:11
   73:20 78:15
   93:15 130:18
   130:19
issues 94:21
   97:25 98:4
   103:16 107:11
   121:9 139:2,3
itch 60:16 93:21
   105:23,24
   106:15 107:3
   107:12,22
   108:15
itches 106:19
itching 106:18
   106:22
item 40:14
items 84:22
itkin 3:4 145:22
   146:9,10,13,15
   146:19,21
   147:7,13
   150:16,24

151:8,14,17
   152:1,22 153:7
iv 96:3
iva 20:16 39:22
   41:24 42:1
   43:7,14 44:10
   48:11 52:11,20
   56:15 57:6
   60:23 61:1
   107:16,17
ive 13:14 14:18
   18:5,6 21:5,6
   29:11 32:1
   34:25 41:7
   49:9,10,20
   74:16 78:3,6,9
   78:10,12 79:3
   79:6 83:11
   84:14,19 97:21
   101:12 107:16
   108:5 110:11
   114:8 120:17
   121:18,24
   123:12 124:22
   145:8 148:16
   151:19 153:15
   154:6 155:13
   155:21

J

jail 7:1
jails 12:4
james 10:16
   20:19
january 1:17 2:5
   5:2 42:8 61:1,2
   159:13 160:16
jenkins 152:25
jester 6:14 7:23
jgrinnan 3:6
job 68:20 113:15
john 3:4 62:12
   121:17,23
   122:11 123:20
   126:18 127:20

133:11,14
johnson 10:16
   11:21 13:8
   20:14,20
jones 22:16,25
   23:6
journal 28:1,12
   28:13,14,16,18
   28:20
judge 145:1
july 122:9
june 4:18 122:9
   153:14,20
justify 26:13
juvenile 6:24

K

kaelyn 10:2
kaileigh 39:13
   42:14 119:1
katie 8:5,23
katy 160:22
keep 15:4 62:15
   65:13 94:3
   111:2 157:15
keeping 69:14
kept 48:14,17
kevin 3:9
kick 59:10
kid 121:25
kids 155:1
kim 13:15
kimberly 13:11
kind 9:7 63:10
   68:4 71:20
   78:18 79:2
   85:14 108:4
   111:20 114:20
   116:10 142:21
kindled 110:17
kirsch 148:16
kleyendecker
   3:12
knew 26:20 47:3
know 13:24

23:20 28:7
29:12 30:8
34:23,25 35:20
41:20 46:11,13
46:14,14,19,24
49:24 50:7,18
51:11,13 56:4
56:14 57:18
63:8,9,10
69:22 70:3
72:15 79:12
88:15 100:14
100:15,15,18
100:23 101:5
101:15,17
103:13 107:16
118:6,9,18
119:18,20
120:2,5,17
121:4 123:5
125:20 126:8
128:6 129:4,10
129:17,25
130:6 134:7
135:23 137:12
137:17,21
138:2 140:22
141:21 142:7
143:5,6,7,17
146:18,21
151:12,13
152:2 154:15
**knowable** 23:21
135:22 136:10
136:20
**knowing** 113:2
**knowledge**
129:11 142:16
**known** 41:7
107:17
**knows** 113:2,3
**kourtney** 35:9
35:11,12 36:1
119:3 152:23

**L**

**l29** 60:18
**laboratory**
114:22
**labs** 100:23
132:8
**lack** 90:10
**lady** 64:15
**lafayette** 138:6
139:13,13
**lake** 4:11 6:6
7:14 12:22
13:3,10 20:1,6
36:16 51:23,25
54:23 55:11
56:18 119:11
123:1,7,9,20
156:3,15,19
**laken** 20:21
**landon** 1:3
23:14 30:24
31:8 62:9 64:2
66:4,7 84:24
96:10 97:22
103:14 104:2
105:13 106:17
106:24 107:14
110:19 159:3
**landons** 58:10
**landstuhl** 82:14
**language** 100:4
100:6 131:3
133:12
**lantz** 39:13
42:14 119:2
**large** 28:21
103:3 112:12
132:7 136:11
145:9 151:3
**largely** 11:13
142:18,23
**larger** 33:18
132:5
**largest** 156:23
**laura** 123:10

136:13
**law** 145:21
**lawsuit** 46:13
142:21,21
**lawyer** 131:5,10
**lawyers** 45:25
139:9
**lead** 28:9,25
106:15
**leadership** 15:2
**learn** 151:20
**learned** 72:21
**led** 74:23
**leesville** 6:15
**left** 23:23 25:16
**legal** 119:17
120:24 134:15
155:4
**legible** 33:18
56:24
**length** 116:16
**lesser** 132:4
**letter** 151:16
152:18 153:8
153:19,23
**level** 65:25
72:24 84:4,10
**leverage** 128:9
**leyendecker** 3:9
**license** 21:6
25:20 116:15
**licensed** 8:5,9,14
8:25 20:8,16
21:3,5,6,9 53:1
53:6,9 155:13
155:15
**lien** 4:13 125:10
127:10
**life** 7:6 23:10,11
29:17 41:2
67:20 83:5
96:12,17,20
101:8,20
102:22 103:9
104:14 110:8

111:19 112:4
**lifelong** 104:21
105:19
**lifetime** 96:9
105:9
**likelihood** 105:2
**limbic** 80:6
**limitations**
86:15,20,21
**limited** 75:8
**limp** 85:11
107:5,6
**limps** 85:11
**line** 40:14 42:12
42:15 44:9
50:7 77:19
131:3 148:17
**lineofduty** 82:11
**lines** 50:5
131:19 148:15
**linkage** 107:8
**lip** 93:3
**list** 18:1 27:5
116:21
**listed** 17:14
39:25 42:23
145:21
**listing** 38:8
**lists** 26:19,19
**literature** 29:20
73:24 74:20,20
74:24 80:14
82:3 88:6,10
88:12
**litigation** 138:19
154:3,10,16
155:6
**litigator** 138:6
**little** 13:19 31:5
59:21 60:3
69:13,14,16
72:4 74:6,7,11
95:6 109:24
110:1 112:11
121:5 130:17

142:11 156:9
**liu** 64:14 105:13
**live** 123:20
**lives** 97:9 112:9
**llc** 35:4 56:10
**llp** 3:4
**locate** 29:10
**located** 6:2,5
123:1 139:11
**location** 21:1
22:4 61:16
156:7
**locations** 6:9,11
21:10,11
156:21
**lockheed** 145:2
**logical** 46:8
**long** 15:6 18:19
37:25 41:7
45:3 81:11,13
81:14 89:13
96:7 97:6,8
113:25 119:25
122:16 124:3,7
124:22 125:15
136:2,22 137:9
137:23 138:9
147:11
**longacting** 14:20
15:3,7 18:20
**longer** 39:6,12
80:18 88:14
89:12 103:25
104:6
**longest** 11:20
14:18
**longstanding**
80:16 104:7,19
104:23
**longterm** 14:15
97:1 103:6
104:11
**look** 13:25 28:17
31:19 45:4
57:15,22 74:3

92:13 96:12
108:24 109:1
111:8 116:12
117:3,4,9
123:15,15
127:16 137:3
141:21 142:1,5
143:24 148:3
**looked** 61:25
62:9 103:12
115:10 123:18
**looking** 13:16
23:22 31:22
48:4 89:15,17
89:18 98:13,16
115:22 117:21
122:9 128:15
128:25 130:22
135:9 144:3,4
**looks** 17:17 19:7
27:6 31:17,20
32:9 44:8,9
48:11,12,20
52:10,17 85:3
99:2,14 110:15
116:21 117:2
125:14
**lookup** 133:23
**loop** 139:3,7
141:12
**loose** 110:14
**lose** 136:4
**lost** 111:20
**lot** 10:19 72:6,7
72:7,14 77:10
82:15 107:19
107:24 111:17
113:4 128:12
**loud** 63:2
**louisiana** 6:7,17
7:7 13:9 14:1
21:2,4,11,19
22:15,21 139:9
147:17 156:2
**lourdes** 64:16

**low** 109:16,21
**lowintensity**
111:16
**lowquality** 76:6
**lpc** 10:9,17
11:10,13 13:12
20:13,13,19
**lucas** 28:6,9,10
**lymphoma**
110:14

---

**M**

**m** 2:5,6 5:3 33:6
33:9 34:2 87:4
87:7 88:1,4
127:5,8 152:7
152:10 158:8,9
**machine** 2:8
**madison** 39:10
42:15 44:15
119:1
**maiden** 35:12
**main** 69:16
**maintain** 39:9
96:5 136:22,24
136:25 137:1
138:8,9 148:21
**maintained**
139:15 140:16
**maintaining**
89:25,25
**maintains** 140:9
**maintenance**
95:18 110:9,23
111:5,9,11,11
111:17 112:2
112:19
**major** 82:23
155:18
**majority** 83:14
137:2 144:16
148:10 149:3
**making** 49:24
50:13 91:1
99:25 110:9

122:2 140:13
**male** 27:13
60:14,17 61:20
78:11 105:25
**males** 24:9
**malleable** 12:1
70:14
**mallory** 119:8
138:24
**manage** 68:17
**managed** 50:8
**management**
4:11 14:15
23:25 25:22
35:4 36:16,20
36:24,25 37:3
37:16 38:1
46:10,13,20
51:3,5 65:9,17
71:12,18 99:25
100:16,21
109:24 112:24
119:19,22
120:1,9,10
121:8,12 123:3
123:25 124:5
124:12,17
125:18 127:12
127:21 128:5
129:14,19,22
130:1,7,17
131:12,21
132:3,9,12,14
133:5,7 134:20
135:7 139:18
141:6,7,23
142:3,4,9,11
142:13 143:11
143:13 146:16
146:19,22
**managements**
131:2
**manager** 11:7
11:11 42:9
51:24 57:25

76:18 100:5
119:8 122:6
136:23
**managers** 37:24
**managing** 56:13
64:24,24 65:25
76:22,23
**manner** 40:20
54:25 58:21
64:6
**mans** 62:2
**manual** 70:3
137:8 140:25
**manually** 9:11
43:4 135:24
**maps** 76:15
**mar** 27:4
**marital** 10:12,13
13:11 20:17
53:1 105:4
**marked** 4:21
31:25 36:11
38:11 125:8
143:20 147:22
152:13
**marriage** 78:9
**married** 35:12
105:4
**martin** 10:3,3
145:2
**masculine**
106:23
**masculinity** 62:3
**master** 9:10
25:25
**masturbation**
69:18
**matches** 110:1
**material** 22:4,7
**materials**
109:18
**matter** 154:22
**matters** 144:22
154:21
**maturation**

103:11
**mature** 73:11,12
**maturing**
103:16
**maxed** 32:11
**maximize** 32:9
**maximum** 109:4
**mcgroarty** 11:9
11:10 20:12,13
42:9 51:20
119:9 137:21
138:3 139:1
152:22 153:15
**mckinney** 3:10
**mcneely** 150:23
**md** 1:16 2:2 4:4
5:5,20 40:1
159:12,20
**mean** 13:6 18:15
24:5 27:17
35:20 37:4
44:4 47:1,10
47:23 62:2
63:4,7 64:2
73:7 74:5
78:21 82:7
83:10,21 84:23
90:19 91:15
92:13 93:19
96:22 97:8,9
102:2 104:23
116:6 120:15
121:10 122:15
123:5 128:20
129:24 131:8
133:22 135:17
135:18 144:1
147:1 149:1
150:3 153:12
154:16 155:24
157:12
**meaning** 92:10
**means** 19:15
22:11 44:23
76:13 99:1,22

115:24 154:16
**meant** 60:5
**mechanical** 74:9
76:8 85:9
**mechanically**
75:6,16
**mechanism**
16:18 18:9
98:8
**mechanisms**
102:16
**med** 26:22 95:5
95:25 96:1
99:6
**medi** 26:18
**mediation** 46:14
**medical** 4:11
5:19,21 6:5,12
6:18 7:14,17
8:12 11:6,8,11
11:17,25 12:9
12:13,22 13:2
13:22 20:1,5,7
21:2,13,14,22
24:12 25:3
28:1 36:2,16
39:6,18 47:10
50:20 52:2
53:12,16,19
54:23 55:19,21
55:24 56:7,10
61:22 64:15,22
65:8 71:9 72:6
80:22 82:15,16
82:20 92:15,18
101:6,22
102:20 103:8
104:13 105:10
112:7 114:3,9
114:13 115:17
119:11,17
120:24 123:23
124:3,15 125:2
125:17 127:11
127:18 128:4

128:23 129:13
130:1,7,24
131:2 132:24
134:15,21
135:5,7 138:12
138:21 139:16
139:17 141:8
141:24 142:3
142:12 143:10
146:10,13,23
156:3,11,23
157:1
**medicalsurgical**
104:18
**medicare** 55:3
**medication** 14:9
14:11,13 15:21
16:7 17:9
18:19 19:3
24:18 26:7,14
26:19,25 27:5
31:9 37:13
47:20 53:13,18
53:19 61:22
68:23 75:22
91:21 94:25
95:5 96:20
97:2,4 98:10
98:16,21,21
100:8,13,17,25
101:2 108:23
109:12,24
113:24 115:18
116:20,21
117:6,20
**medications**
7:12 14:16
16:19 18:7
19:17,17,18,18
19:19,22 26:12
27:3 66:9 67:4
67:14 68:10,17
71:10 75:8,15
76:25 80:5,10
94:8,23 96:8

96:10,14,16,25
96:25 97:6,15
98:8 99:11
100:17,19
101:7,18 102:3
103:6 108:2,6
108:25,25
109:2 114:15
114:19,23
132:8 155:19
**medicine** 5:25
6:1 22:17
102:15 114:9
**medicines** 95:16
**meds** 100:23
102:6,15
111:11
**meet** 48:11 83:1
83:2
**meeting** 29:9,17
40:7,16,25
41:2 45:3
48:20,22 96:13
**meetings** 49:9
**meets** 92:21,22
**melatonin** 94:13
97:20 102:24
109:20
**melissa** 121:16
152:25
**melissas** 123:14
152:24
**member** 8:8
11:1 36:2 56:7
56:13 150:7
**members** 7:25
11:2 19:25
34:20 107:18
**memorial** 3:5
**mensing** 3:10
**mental** 6:20
52:22 72:5
82:10 92:14,17
94:9 96:23
**mention** 68:6

**mentioned** 5:11
8:22 9:3,4 10:4
11:1 13:5 14:2
16:23 22:23
26:3,4 27:11
31:6,21 35:21
36:1 39:22
49:22 54:22
59:21 69:1,1
79:21 82:1
85:5 88:23
98:5 107:6
109:10 111:1
115:15 124:8
**mercury** 109:19
**meshing** 111:12
**mess** 128:7
**message** 98:7,12
**messages** 26:24
**met** 35:1 41:6
42:3 43:7,21
44:19,25 49:1
49:17
**metaanalysis**
28:21
**metaphor**
102:18
**mexico** 74:7
**micromanage**
140:17
**middle** 12:9
25:24 126:18
**midlevel** 53:12
**midstream**
73:13
**migrated** 29:23
**mike** 138:5
139:8
**milder** 95:16,16
**mildly** 95:4
**miles** 13:9,20
**milligram** 95:17
109:3,3,7,10
109:16
**milligrams**

109:15,21
**mind** 96:2
115:20 144:5
**mindful** 67:5
**mindfulness**
94:19
**mindfulnessb...**
94:23
**mine** 22:1
**minimization**
32:10
**minimizer** 66:5
**minimum** 138:8
**minute** 5:11
**minutes** 17:21
45:5 49:3
87:22 157:13
**miranda** 152:21
**misrepresents**
144:10,20
148:12 149:6
151:9 153:11
**mission** 82:14
**mississippi** 21:7
**mistakes** 149:2
**mitigate** 81:3
**mix** 62:3,4 99:9
**mls** 118:1,2
119:16,19,21
120:8,23
124:11,11,14
141:1
**modalities** 88:11
**moderate**
114:21
**modifications**
128:24
**modulation**
16:12
**modulator**
16:15
**module** 40:22
50:6
**moment** 59:14
**moments** 50:2

**monday** 12:10 12:17,18
**month** 12:9,11 12:12 48:12,18 48:19 78:10 101:15 121:23 130:10
**monthly** 50:16 130:21
**months** 16:14 30:25 31:11,11 48:17,18 49:14 72:3 73:4,14 78:15,20 79:10 79:16 84:24 88:17 89:4,6,7 103:20,21 110:20 111:9 113:8 114:4
**mood** 80:8 95:25
**moodstabilizing** 18:22 19:18
**morgan** 33:25 34:24 119:7 121:15 123:17 123:17
**morning** 5:9,10 18:18 90:1 95:25 134:13
**mouth** 109:8,21
**mouthful** 16:5 92:4
**move** 48:10 80:2
**movement** 9:1 14:12 19:16
**moving** 45:22 71:13 113:15 131:22 132:6
**muck** 128:12
**multid** 31:1
**multidistrict** 154:2,10,15 155:5
**multiple** 8:14 21:10 102:16

121:18 124:16 131:18,19,20 154:8 155:13 155:15
**multiply** 83:9 110:21
**muscarinic** 16:14
**mute** 63:9
**myers** 14:7 15:19,20 16:20

**N**
**n** 5:1
**n52** 60:15 61:8
**name** 5:11,16 8:21 13:24 16:25 17:6 22:22 27:21,22 27:24 29:1,1,5 34:25 35:12,12 39:25 40:4 42:19 115:23 120:1,8,10,11 123:9,14 124:18 139:9 141:17 150:4,5 150:6 152:24
**named** 38:25
**names** 10:1,7 17:21 27:10 31:6 141:22 150:8,11
**narcotic** 96:4
**narrow** 60:2,7
**narrowly** 19:5
**national** 14:25 15:1 19:16 82:24 156:14
**nationally** 14:23 155:25 156:18 156:19
**nature** 48:5 61:6 63:21,24 65:17 71:23,24

**ne** 16:24
**near** 13:20
**nearly** 14:9 84:7
**necessarily** 68:1 84:2,3
**necessary** 65:7 65:14
**need** 19:1 32:25 37:1,13,14,15 46:1 58:10 97:15 99:11 101:6 112:23 114:22 128:13 131:6 133:7,8 154:22 157:21
**needed** 80:12 105:13
**needs** 76:9,13 128:8
**negative** 107:3
**negativistic** 94:2
**neighbor** 62:25
**neither** 160:9
**nervous** 76:11
**network** 22:20
**neuro** 17:4
**neurocrine** 14:12 16:24,24 17:5,6,7,7,10 19:9
**neuroleptic** 16:10
**neurology** 5:24 17:4
**neuropathic** 106:10
**neutral** 67:13 70:6
**never** 78:10 123:12 144:5
**new** 18:7 36:7 69:17 102:15 102:15 138:6 139:12
**newest** 15:9

**night** 30:4 67:14 93:20,25 96:1 96:5 109:8,21
**nighttime** 95:18
**nine** 92:13
**noise** 62:13
**nomenclature** 18:10
**nomenclatures** 92:16
**nonaddictive** 96:3
**nondeposition** 40:7,15,25
**noninsurance** 112:21
**nonnarcotic** 95:4,13 96:2
**nonresponsive** 66:15 74:18 86:2 108:9 122:22 141:3 143:8 145:19 155:8 157:4
**normal** 7:6 23:10,11 71:6
**normalize** 67:2
**normally** 118:11
**north** 13:10,20
**northwest** 6:13
**note** 56:24 59:2 98:13,17,24 99:12 117:21 118:1
**notes** 15:17 25:3 25:4,5 26:4,19 117:19 118:4
**notice** 25:18 42:6
**noticed** 66:5
**novations** 128:24
**novel** 7:12 14:8 16:6 155:19
**november** 25:25

43:23 44:2,5 44:11,19 49:8 49:18 54:16 60:23 98:17,20 99:6 107:22 108:15 117:22
**number** 4:9,11 49:20 50:4 51:1 67:8,9 83:16,17 89:3 89:4,19 117:23 133:20,22 136:20 145:6 146:7 150:21 154:2
**numbered** 2:4
**numbers** 4:12 4:14,15,17,18 47:19 50:16 89:5
**numerous** 154:6
**nurse** 6:25 7:4 8:13 11:18,19 20:15,18,22 41:25 52:23 53:2,8,11 56:15
**nursing** 22:5
**nyquil** 94:12

**O**
**o** 5:1
**oath** 144:23 149:10
**object** 37:21 46:2,22 48:1 50:21 56:19 66:14 74:17 75:24,24 84:1 86:2,6,12 108:9 114:6 120:4,13 122:21 125:19 129:15 131:4 131:15 133:1,9

134:6 135:2,10
135:15 139:19
140:2,2 141:3
141:19 143:8
144:9,12,19
145:19,25
146:4,11,17,24
147:9,14 149:5
153:10 154:5
154:12 155:7
156:4 157:4
**objections** 121:4
131:7,16
**objective** 59:5
**obstinate** 79:1
**obtain** 75:12,21
76:4
**obtuse** 129:4
**obverse** 94:18
**obviate** 80:25
81:2 89:16
92:24
**occasionally**
8:11 62:16
**occupational**
84:14 85:21
**occur** 72:1
**oclock** 134:10
**october** 43:16
98:18
**offer** 65:19
**offered** 72:14
**offering** 64:9
70:5,17
**offhand** 15:14
57:18 123:16
141:21
**office** 52:1 53:24
58:19,21 65:2
65:10,17
114:15 118:14
118:17 123:11
123:13 137:23
139:12,14
**officer** 159:21

**offshore** 154:3,7
**offtarget** 98:22
**oh** 12:23 29:11
57:15 74:2
77:20,23 82:7
82:18 96:21
112:10 118:14
126:4 134:17
136:23 147:15
155:12
**okay** 5:22 7:13
7:16 8:18 9:3
10:4,23 11:1
11:16,24 12:21
13:5 14:2
15:10 16:6,22
17:6,9,18
18:12,15 19:7
19:12,20,25
20:11 21:1,13
23:13 24:1,7
25:6 26:3 27:1
27:10 28:5
30:5,8,15,19
30:23 31:16,21
32:7,15,23
33:4,22 34:10
34:14,19,23
35:2,8,14,17
35:25 36:5,7
36:15,19,23
37:3,18,25
38:3,21,24
39:6,15,22,25
40:17,25 41:4
41:15,20 42:2
42:21 43:6,15
43:20 44:5,15
44:25 45:3,9
45:23 47:23
48:9,20,25
49:6,16 50:10
50:18 51:4
52:2,6,9,14,17
52:20 53:23

54:22 55:2,6
57:5,19 58:3,7
59:18,21 60:20
61:4 63:1,4,14
65:11 68:6
69:1,5 71:2,17
71:20 75:19
78:24 83:18
87:23 91:5
92:8 110:10,15
114:24 116:4
116:14,22
118:4 119:13
119:16 120:23
121:2,6,19
123:1,17,23
125:16 127:15
127:24 129:10
129:20 130:22
134:14,23,25
139:8 143:24
144:3,5,15
146:8 147:6
148:3,7,10
149:13 150:10
150:14,22
152:4,20 153:1
153:4,7,21
157:14,20
158:5
**old** 140:23 156:9
**older** 148:5
**oleary** 22:10,24
22:25 23:9
**olefins** 150:25
**omega3** 97:18
**omnipresent**
106:16
**onboard** 97:25
**once** 48:12 49:1
49:17 110:13
110:14,16
117:25 150:14
**oncology** 110:13
**onehour** 40:15

**onepage** 57:2
**ones** 42:19 59:12
**onestop** 117:15
**ongoing** 69:8
**open** 115:25
116:14
**opened** 68:7
69:12 103:14
**opening** 66:22
**operate** 16:18
**operated** 72:7
**operating** 66:10
125:22
**operation** 8:17
22:6,8 131:18
136:2 140:18
**operations**
21:15,21,24
83:9 135:21
**operative**
125:16
**opine** 18:8
**opinion** 61:5
63:16,17,20,23
66:20 71:21
72:1 73:5 77:4
84:12 88:23
93:7,12 101:21
102:19 103:1,7
104:12 105:12
105:14
**opinions** 64:9
65:20
**opioid** 22:19
112:15
**opportunity**
13:17 142:25
**opposed** 80:4
**optimism** 107:1
**optimistically**
73:21 102:5
110:3,5
**options** 131:20
**oral** 1:15 2:1
69:19 70:3

159:11,22
**order** 75:21
94:21 95:7
**orders** 37:14,14
100:19
**ordinary** 29:14
**orexin** 67:18
95:21
**organization**
84:21
**originating**
33:24
**orleans** 138:6
139:12
**outcome** 160:13
**outcomes** 28:25
29:7
**outdated** 148:24
**outflow** 80:6
**outpatient** 82:13
**outprocessing**
58:20
**outside** 21:1
46:12 156:2
**overarching**
11:11 51:24
**overcome** 77:25
**overlap** 62:1,8
104:18
**overreaching**
139:4
**overseas** 107:25
155:20,21,22
**oversight** 29:22
**owens** 152:21
**owner** 47:10
56:12 121:17
**oxford** 29:8

**P**

**p** 2:6 5:1 28:6
127:5,8 152:7
152:10 158:8,9
**pa** 26:11,23,24
98:25 99:8,16

100:6 117:10
**page** 4:2,9 17:16
23:23 25:18
33:19,20,25
40:1 92:13
**pages** 17:22
24:25 25:1,9
25:25 27:1,2,4
27:8 38:20
116:8 145:12
145:16
**paginated** 17:16
**paid** 130:21
**pain** 60:16 61:18
93:13 95:7,13
95:25 105:23
105:24 106:10
107:12,21
108:15
**papaalpha**
99:17
**paperwork**
45:15 123:6
130:12 140:23
140:23
**paragraph**
130:22
**parasympathe...**
76:11
**parentheses**
98:25
**parish** 7:1
**parishes** 6:22
**part** 13:18 18:10
22:15 29:13
59:23 69:8
90:25 137:7
155:5
**partial** 32:10
**participative**
72:23
**particular** 18:18
28:23 56:24
114:23 118:18
140:20

**parties** 160:11
**partner** 68:21
78:8 94:21
**party** 160:2,8
**pass** 157:8
**path** 154:4
**pathway** 96:6
**patient** 9:16
26:9,25 47:18
48:16 50:3,11
53:24 70:10
72:23 73:11
89:2 99:23
117:6,7,15,24
117:25 134:21
150:6 154:25
**patients** 8:11,15
11:24 12:21
13:22 23:8,15
23:18 37:1
55:10 67:12
71:7 74:8,12
74:13 77:22,25
78:4,11,22
79:4,5,9,14
80:3,18 82:5
82:17 83:8,10
83:13 88:14,15
88:18,18,20
89:1 96:19,23
97:3 101:12
109:15 111:19
112:6,13,16,21
113:7 114:3,8
114:11 128:9
134:11 135:6
135:20 141:8
141:23 142:3,8
142:12 143:5
143:10 154:10
155:10,23
156:1,10,18,25
**patin** 20:21,21
**patrick** 1:16 2:1
4:4 5:5,18 40:1

159:12,20
**pay** 100:17
120:18 130:21
**paying** 50:9
100:8 137:25
**payment** 44:6
44:11 50:3,13
51:2,14 56:5
100:10 137:24
140:9,12,14
**payments** 49:24
49:25 50:16
51:6
**pays** 128:11
130:1,7,14
131:12
**pde5s** 68:19
76:20
**pdf** 38:17
**pediatrics** 22:12
**pellets** 76:22
**pending** 97:25
98:25 99:16
**penile** 62:4
76:23 105:13
**penis** 64:12,25
106:10,11
107:2
**people** 81:10,11
81:13 94:13
108:4 119:10
122:20,24
140:18 156:21
**peoples** 117:14
**percent** 48:15
57:14 83:1,2,6
83:10,15,18
96:24 97:4,4
101:23,24
105:9,20 110:4
110:6 132:12
136:4
**percentage**
57:12 77:24
78:14 79:14

82:20 88:15,18
89:19 96:19
112:6 113:4,7
114:2,11
136:19 143:9
143:10 156:1
**perfect** 111:10
**period** 42:7
114:4 130:20
137:14
**permeated**
104:4
**permission**
133:4
**permit** 21:8
**perpetuating**
67:3
**perry** 1:3 23:14
23:14,17 24:13
31:16 38:3,9
41:1 42:4,23
43:7,22 44:19
45:1 47:21
48:12,21 49:1
49:7,11,17
50:8,12,18
53:25 54:10,14
59:23 60:10
64:11 69:6,24
70:22 75:3,21
77:5 86:4
89:17,22 91:11
92:20 95:1
96:7 100:12
101:6,14
102:20 103:5,8
108:11,14,22
114:14 151:13
159:3
**perrys** 9:10 24:7
24:15,24 25:20
26:1 29:13
33:11 35:17
45:25 63:18
64:19 65:4,16

66:3,20 84:11
93:8,12 115:4
136:9 142:17
**persist** 78:7
**persistent** 92:15
**person** 8:21
22:23 34:15
41:4,6 42:13
43:3,3 44:22
44:24 52:6
95:23 113:2
125:1 128:22
140:13
**personally** 43:21
50:13 121:8,10
138:11
**persons** 70:13
**persuasive**
70:13
**pessimistic**
93:23
**petrochemical**
151:6
**ph** 7:6
**pharmaceutical**
7:11 14:3
15:10 17:1
18:1 19:8
155:18
**pharmaceutic...**
14:12 15:6,8
16:22 18:12
**pharmacies**
117:8
**pharmacother...**
94:14,17,18
**pharmacy** 27:6
47:17 98:15
99:3,4,4 117:2
117:3,9
**phase** 103:19
112:19
**phone** 41:5 47:6
49:6 63:2
64:21 117:23

PATRICK HAYES, MD - 1/9/2025

Page 181

118:20,22
121:16,17
133:20,21
**photocopy** 58:22
**physical** 21:11
24:15 28:25
29:7 51:25
61:5 63:19
71:22,23 77:3
77:5 93:13,14
106:3,4,7
110:18
**physically** 6:3,4
6:5 8:16 64:18
65:4 76:4,14
123:5
**physician** 5:20
**physicians**
21:16 53:11
**pick** 97:23
**piece** 92:24
**pieces** 59:4,5
**pill** 74:6,7,11
**place** 29:20
37:13,14 41:5
100:19 122:20
156:20
**plaintiff** 1:4 3:3
144:7 145:5,6
146:23 148:17
159:4
**plaintiffs** 144:17
146:15 147:7
147:12 148:11
149:4,9 150:17
154:2
**plan** 29:17 41:2
59:7 96:12
**plant** 109:18
**plaquemine**
147:17
**plastic** 65:24
**plateau** 111:6
**platform** 156:25
**please** 5:16 14:5

20:10 27:11,21
52:21
**plenty** 120:17
**pllc** 3:10
**plus** 54:7 57:2,7
60:18 109:3
110:24 112:3
**pm** 94:12
**point** 7:8 11:22
38:2 43:4
48:17 62:10
67:3 69:21
70:6 71:20
73:1 74:14
79:4 83:6
85:15,23 91:24
101:4,16
103:18 105:1
112:9 114:18
119:5 120:5
124:11,13
138:22 141:14
156:10 157:1
**policy** 136:22
137:6,8
**polk** 13:8 107:18
**poorly** 91:11
**pop** 18:18
**popping** 62:16
**population** 89:2
113:9 122:4
**populations**
89:9 103:3
**portion** 6:14
43:2
**possible** 129:7
139:16,24
**post** 80:3 99:20
123:10
**postburn** 60:16
105:23,24
107:12,21
108:14
**posted** 50:25
**posttraumatic**

60:12 79:25
**potent** 62:7
95:14
**potential** 131:20
**potentially**
87:18
**powerful** 74:11
**practicably**
136:10 139:22
**practice** 6:3,8,9
6:11 11:11
21:18 22:18
42:9,11,22
48:5 51:24
57:24 80:9
119:8 136:23
139:2
**practices** 25:18
**practitioner** 7:1
7:4 11:20
20:15,18,22
42:1 52:23
53:3,8 56:15
**practitioners**
8:13 11:18
53:11
**preclude** 83:24
**precludes** 84:13
86:11
**predominantly**
95:18
**prefer** 116:7
**pregnancy**
69:20
**preoccupied**
72:9
**preparation**
18:23 75:1
137:3
**prepare** 59:17
81:19
**prepared** 77:13
**preparing**
151:13
**preponderant**

146:7
**prescribe** 95:1
**prescribed**
95:10,15 99:22
109:6,9 135:21
**prescribing**
76:19,20,21
94:25
**prescription**
26:8,10 97:17
116:25
**prescriptions**
27:6 53:18
116:24 117:1
**presence** 92:5
**present** 3:14
19:4 21:17
86:22 102:8,17
109:2 131:10
135:25
**presentations**
12:6 19:21
**presented** 14:25
47:5 155:21
**presenting** 7:12
14:24
**preserved** 58:24
**press** 28:18 29:8
**presumably**
127:23 128:6
133:2,11
**presume** 123:6
**pretty** 16:8 32:7
67:13 124:9
144:1
**preventive** 6:1
**previously** 4:21
39:23 82:6
**primacy** 94:19
101:2
**primarily** 51:23
**primary** 31:2
80:2
**print** 30:2
**printed** 30:3

59:8
**printouts** 27:7
116:25
**prior** 24:18 26:4
26:8 30:6
42:12,21 99:18
99:20 115:18
**prison** 6:24
**prisons** 12:4
**privacy** 25:18
**private** 21:18
37:9 55:9,20
97:2
**probably** 19:23
34:12 37:5
38:2,14 41:9
41:10,14 42:6
73:16,17 79:3
83:15 87:16
95:10 97:3
113:17,25
114:8 121:22
130:20 132:3
133:22 134:12
135:22 148:5
156:10
**problem** 26:19
62:5 70:17
73:17,17 110:2
**problems** 16:15
64:7 66:23
68:25 90:20
91:21 92:19
94:21,22
102:11,13
**procedure** 2:10
**proceed** 87:9
**proceeding**
160:12
**process** 42:10
80:6 99:1,8,16
138:14
**processing** 81:1
82:1
**produce** 45:10

PATRICK HAYES, MD - 1/9/2025

Page 182

45:12 117:13
**produced** 2:2
24:20 117:18
**product** 18:6
**productive**
83:24 86:11
**professional** 7:2
8:6,25 11:8
20:2,24 53:6
53:10
**prognosis** 45:21
**prognostic**
29:19 91:3
**promote** 96:25
97:23
**promoting**
14:20
**promotion**
97:21
**promotions** 18:5
**proof** 9:19
**proofreading**
59:9
**proportion** 97:3
**proprietary**
40:22
**protected**
136:17 154:13
**provide** 8:10,14
55:15 89:20
99:15 128:9,10
133:19
**provided** 46:18
54:4 59:8
130:13
**provider** 36:19
37:12 41:25
42:16,19,22
43:5 56:17,25
59:8,10,16
81:8 92:23
127:18 130:24
**providers** 13:10
14:11 19:2
20:8,24 21:4,9

26:20 42:19
53:13 59:12
88:25 90:3
155:14,17,20
**provides** 6:15
22:13
**provisions** 2:10
**psych** 57:17
61:14
**psyche** 74:15
104:4 105:6
**psychiatric**
20:15,18 25:4
52:22 54:6
56:21 57:7,13
65:10,16 71:4
76:18 79:3
90:22 106:2,5
106:6 108:2
**psychiatrist**
5:22,23 7:4
64:20 65:1
82:8,9
**psychiatrists**
61:9
**psychiatry** 5:24
22:12,13 96:22
**psycho** 108:2
**psychoeducati...**
71:12
**psychoeducati...**
53:21
**psychological**
24:20 27:19
28:2 61:6,19
62:8 63:24
66:19 68:12,20
71:4,11,23
73:3,17,20
80:22 86:19
93:15 101:17
102:12 107:9
108:1
**psychologically**
71:17 74:1,22

76:15 77:7,11
105:18
**psychologists**
81:4 88:24
**psychoneurotic**
61:11
**psychosocial**
28:24 29:7
**psychotherap...**
155:14
**psychotherap...**
76:24
**psychotherapy**
31:9 70:12
71:11,18 80:1
80:10,11 94:8
94:19,24 101:3
109:1,25,25
110:25 111:21
112:7 114:16
**psychotic**
122:13
**ptsd** 67:8 79:21
79:22 80:2,12
80:16,25 81:5
81:12,14,17,22
82:6,15,17,21
83:2,3,6,11,24
84:6,7,7,13
85:17 86:11
88:7,16 89:1
89:12 90:9,11
90:18,20 91:6
91:8,10,12,16
91:17,17,18,23
92:2,2,10,11
92:21,21 94:16
95:13 107:11
107:15 108:11
110:12,17
**ptsds** 82:22
**public** 6:19
55:19
**publication**
28:15

**publications**
80:24
**publish** 81:5
**published** 27:14
27:25 28:6,12
28:20,22
**pull** 38:6 81:19
82:2
**pulled** 17:14
24:10 29:15
30:22 31:4,13
50:19 74:2
82:3
**puppy** 85:7
107:4
**purchase** 4:13
109:13,20
125:10 127:10
**purchasing**
157:23
**purpose** 45:9
**purposes** 30:1
40:22 53:2
**pursuant** 2:9
**pursuing** 10:21
11:7
**pushed** 99:4
**put** 122:19
139:25
**puts** 85:12
**putting** 115:20

**Q**

**qtc** 145:1
**qualification**
151:11
**qualify** 119:14
**qualitative**
28:11
**quality** 77:2
**quantified** 78:10
78:16 83:11
**quantify** 79:8
**quantifying**
78:23

**quarterly** 110:8
**question** 52:7
57:19 60:2
61:7 66:16
71:14 74:19
78:19,24 88:9
104:25 122:23
140:6,9 142:10
**questions** 19:5
99:6 126:15,19
138:23 143:4
157:16
**quick** 87:19
**quicker** 89:14
**quickly** 116:11
**quite** 25:7 31:15
77:19 82:23
83:5 84:8
101:13,16
103:17 104:3,5
105:3 107:24
122:9,10
123:11 145:9

**R**

**r** 5:1
**r52** 60:18
**radio** 62:23
**ran** 82:10,12,13
**range** 20:15,22
95:17
**rate** 48:16 52:18
53:7 56:20
**rational** 95:24
**rationale** 61:19
**rationales**
156:12
**ratios** 103:4
**raw** 89:19
**reached** 141:11
**reaching** 66:12
86:16
**read** 26:4 38:15
43:10 127:13
129:24 148:17

HANNA & HANNA, INC.
713.840.8484

149:15 152:16
152:17 153:5,6
**readily** 109:17
156:15
**reading** 158:1
**readjust** 71:16
**ready** 87:9
**real** 85:1
**reality** 64:2 81:6
81:10
**really** 32:7 43:9
46:8 47:1
51:11,17 59:13
62:14 64:1
78:17 98:19
112:22 113:13
118:6 120:3,5
120:17 128:7
149:15 151:12
154:15 157:13
**realm** 65:24
**reason** 18:4
51:10 64:25
74:5 78:17
144:24 145:3
**reasonable**
101:5,22
102:19 103:7
104:12 135:16
**reasons** 160:5
**reassessing** 73:8
**recall** 76:17
124:20,23
128:18 129:5,8
154:1,9
**receipt** 160:4
**receivables** 4:13
125:10 127:10
**receive** 81:12,14
98:8
**received** 24:21
45:25 98:15
**receptor** 16:14
67:18 95:21
**recess** 33:7 87:5

88:2 127:6
152:8
**recipe** 77:17
**recognize** 38:21
118:9 125:13
149:25 150:8
150:10,13
**recollection**
129:11
**recommendati...**
90:23
**recommending**
114:14
**record** 2:11 5:4
5:17 32:19
33:3,5,8 87:3,6
87:24,25 88:3
126:21,25
127:3,7 136:21
137:3,6 152:5
152:6,9 158:8
159:22
**recorded** 9:11
**records** 9:12
24:12,19,19,25
25:1 39:18
62:10 64:22
65:8 66:6
96:12 117:3,14
117:15,20,21
135:13 136:1,5
136:6,18,22
137:24 138:22
139:15,25
140:10,12,16
145:12
**recovery** 110:4
112:15
**reduce** 94:22
95:6
**refer** 141:7,23
142:3,12
**reference**
132:22
**referenced**

102:3 132:20
**referencing**
151:16
**referral** 25:21
31:21 33:11
34:5,13 36:12
47:4 116:1,16
134:19,25
**referrals** 68:18
132:8 136:8
141:15 152:3
**referred** 31:17
113:10 135:7
142:8 143:11
146:22
**referring** 21:24
34:6 36:13
98:4
**refers** 37:1
134:21
**refill** 26:8,10
47:14,15,18,20
117:6,10
**refills** 47:16
53:18
**reflect** 140:13
**reflected** 46:4
49:25 51:6
149:4
**refractory** 79:7
89:11 91:22
102:9
**regard** 15:22
**regarding** 88:6
**regards** 17:10
**regimen** 49:12
91:25 111:3
**region** 60:17
105:25
**regional** 82:14
156:16,21
**regular** 12:5,7
121:22 151:19
**reho** 2:6 159:17
160:20

**reimbursement**
55:17 130:23
131:2
**reincarcerated**
15:4
**reincorporated**
120:19
**relate** 16:20
119:19
**related** 60:16
61:25 63:21
74:21 77:9,9
92:2 105:24
139:2,4 160:10
**relates** 153:22
**relating** 154:3
**relational** 68:22
94:21
**relationship**
74:15 132:13
141:1 146:9,12
151:10
**relationships**
100:22 136:3
**relax** 94:20
**relaxed** 76:13
**release** 133:3
**releases** 26:17
**relevance** 90:13
106:5,6
**relevant** 90:24
110:18 139:6
**reliability** 84:17
**reliable** 85:24
**reluctant** 71:6
**rely** 128:7
140:18
**remain** 96:7
101:7 102:2
**remainder**
103:9 104:14
**remained** 52:18
104:5
**remains** 73:23
114:19

**remediation**
10:14,20 11:15
**remember**
123:16
**remind** 52:20,24
53:4 134:22
**remission** 80:3
83:16 89:4,5
89:18
**remitted** 83:12
84:7,7 110:12
112:20,22
**remotely** 1:19
159:14
**reorganized**
119:21
**repeat** 41:12
**report** 9:10,17
9:24 25:25
29:16 44:16
45:7,10,11,12
45:13,19 46:1
46:17,21 47:22
47:24 54:15,17
54:19 57:2
58:9,11 92:7
92:13 114:25
116:3,19
145:14
**reported** 1:19
2:7 159:14
**reporter** 2:8
32:18,24 33:4
62:21 121:3
157:22,25
158:3,5 159:18
**reporters** 4:6
159:10
**reports** 8:7 9:7
64:14 132:7
**repository** 136:8
**represent** 5:12
5:14 40:13
**represented**
147:12 151:14

PATRICK HAYES, MD – 1/9/2025

representing
 38:20
reprocessing 9:2
request 26:10
 45:25 47:24
 54:14 55:17
 117:10,10
 138:25
requested 22:3
 46:10 54:4,19
 128:10 160:1,7
requester
 144:14 148:8
requests 26:9,17
 26:18 48:6
 117:6,7 139:5
require 80:16
 102:20 103:5
requires 53:17
 75:22
requisite 130:12
rescare 7:6
reserve 157:15
 157:16,19
reserving
 157:18
resolution 73:25
 74:21 88:7,12
resolve 73:20
 78:20 80:12
 82:21 88:16
resolved 78:15
 78:25 81:17,23
 91:13,13
respect 19:21
respond 70:10
responded 35:14
 103:15 153:15
responders
 61:13 89:10
responding
 138:11,18
responds 70:10
response 22:19
 69:11 70:11

74:23 88:11
 101:18 113:23
 138:23
responsible
 50:15 140:20
rest 78:8 96:17
 97:8 101:7,19
 102:22 112:4
rested 90:2
restricted 85:16
 86:4,19
restrictions 86:7
 86:14,15
results 9:21,23
 132:7
retain 137:9,24
retention 113:19
 136:2,18,21
 137:6
returned 160:3
 160:4
revealed 66:7
revenue 139:17
review 66:6
 126:13
reviewed 64:14
 114:24
revision 59:15
rey 3:9 5:12
 32:12 62:20
 65:13 86:23
 125:24 126:16
rflores 3:12
rig 154:3
right 7:18 10:5
 11:2 14:3
 15:15,16 21:22
 23:13,15 25:22
 31:16,18 32:1
 33:1,10,14
 34:14,14 35:4
 35:10,15 36:5
 36:17,21 38:6
 38:12 41:15,24
 42:24 48:9,13

48:22 49:1
 52:3,9,12,18
 57:10 59:21
 61:3 63:15,25
 65:3 66:14
 70:16,21,23
 79:13 87:8
 88:5 89:21
 93:3 105:22
 111:20,22,24
 115:10,13,15
 115:18 122:8
 122:19,21
 125:9 126:5,20
 126:24 127:9
 128:16 132:21
 134:10,11,12
 140:10 141:4
 143:21 145:20
 147:23 148:8
 148:18,22
 149:4,18,20,21
 150:1 152:4,14
 152:23 157:8
 157:15,17,25
 158:5
ripped 136:14
risk 53:13,14
risky 86:18
risperidone
 18:21
road 41:9
roche 10:2,2
roi 26:16
role 65:9 68:1
 92:18
roles 93:16,19
roll 61:14
room 152:1
rotate 8:11 10:5
 10:23
rotated 8:16
rotates 11:12,17
 20:5
rotating 11:21

rougeau 39:15
 39:16,17 138:3
 138:22
rough 79:9,20
 156:9
roughly 101:15
 130:9,21
royal 27:14 28:1
rpr 2:7 159:17
 160:20
ruin 68:24
rule 144:2,22
 145:21 147:4
 148:6,21
rules 2:10
rumination 94:2
run 134:12
running 112:11
runs 80:22
ryder 112:17

S

s 5:1
sad 107:7
sailors 154:6
salient 59:3
salt 148:25
salvos 47:17
san 17:8
sat 16:12 61:23
 78:10 114:10
 146:5
satisfying 78:1
savant 29:17
 41:3 48:22
 115:3 152:18
 153:8,19
savants 151:16
saw 42:23
 134:18 143:5
 148:15 151:16
saying 43:11
 62:17 65:13
 86:16 98:14
 99:16 153:15

says 34:15 36:15
 36:19,22 40:7
 50:11 77:6
 117:22 133:3
 144:14 147:4
 148:17 149:12
 149:12 150:19
 152:17 153:13
scale 84:21
 127:13
scan 58:21 87:11
schedule 12:1,8
 12:14 37:15
 40:24 54:3,13
 54:21 57:16,24
 122:8 133:13
schedules 12:1
 47:7
scheduling 35:3
 35:22 37:16
schizophrenia...
 14:8
schizophrenic
 16:7
school 114:10
schulze 138:5,5
 139:3,9 140:19
 141:12
scout 27:16
scratch 150:23
screen 32:2,8,9
 32:24 33:16
 36:8 38:13
 115:21 125:10
 126:5 127:12
 143:22 147:24
 152:15
script 98:15
scripts 26:21
scroll 33:20 44:3
 44:14 127:15
 152:20
scrotal 95:6
scrotum 64:13
 85:10 93:21

106:18
search 135:24
season 72:9
84:25
second 8:21
12:10,16,17,18
16:23 25:18
28:6 86:4
92:24 94:21,24
95:7 111:24
113:12 144:4
153:4
secondary 28:7
95:11 101:3
109:7
seconddegree
64:11
section 17:23
24:17,19,19
25:6,10,15
26:5,7 27:1
59:4,5 115:17
115:18,21
116:5,20
130:23 131:3
131:13 132:20
sections 7:3
sector 13:14
sedative 95:11
95:14 109:6
see 11:24 12:21
21:10 29:21
30:7,10,12,13
30:13 31:12
32:2,8,17
33:15,18,20,22
33:25 34:17
35:6,16 36:7
38:7,12,14,18
39:1,25 40:2,5
40:8,11 42:14
44:5 45:13
47:1,3,15
49:13 52:17
57:7 69:12

70:9 71:14
80:13 94:11
98:3,20,24
99:12 102:13
112:23 113:21
115:22 116:4
117:2 118:3
119:25 122:14
123:8 125:9
127:10,14
130:24 132:21
132:22 134:23
143:21 145:5
147:23,25
148:1 149:13
149:19,24
151:1 152:14
152:20 155:11
156:2,19
seeing 26:21,22
26:23 42:18
49:21 70:16,19
72:4 111:1
113:8 154:1,10
seemingly
106:10 145:15
seen 49:20 55:10
57:3 60:25
64:21 73:23
74:12,13,16
78:3,4,6,9 79:4
96:10 103:15
114:8 124:23
153:1
sees 10:12 13:21
31:8,9
select 22:19
selected 50:6
self 68:23
send 126:8,10,12
126:21
sends 128:9
sense 42:17 62:2
68:23 77:10
132:13 156:24

sensitive 106:13
sent 15:12 26:18
35:8,13 38:3
108:4 143:7
154:24
september 38:24
43:6,11,12
44:10 52:11
57:5,19 107:14
108:12 127:25
129:1
sequelae 60:17
106:1
series 25:23
service 20:7
36:25 42:16
55:12 82:13
107:14,18
131:19,19,25
132:2
serviced 157:2
serviceman
28:11
services 1:6 6:16
6:19 7:2 8:10
8:15 22:5
40:23 128:10
128:11 159:6
serving 53:2
session 70:22,25
sessions 80:11
81:1,4,18,23
set 12:10 13:2
21:18 48:7
122:3
setting 47:7
settings 32:13
settle 145:15
seven 39:20 83:1
83:2 122:11
124:13 136:25
137:1
severe 84:4
sex 64:4 67:20
69:19 70:4,8

77:13
sexual 61:9,11
64:7 68:13
69:3 72:24
74:4 75:13
76:12,23 77:8
78:2,7,11
79:11 94:22
sexually 62:7
67:25
shah 28:25 29:1
29:2 30:19
shame 68:21
shaping 29:19
sheet 44:12
shell 113:17
shelly 41:6,7
115:3
shelves 94:13
sheriffs 6:24
15:1
shes 8:4,5,25 9:1
10:8 11:7,10
11:14 13:11,23
20:19,21 21:19
22:11,11,17
39:11,17,18,20
51:23,24 52:22
52:25 53:6
107:19 113:14
113:15,16
119:15 138:22
shifting 103:4
shop 117:15
short 33:7 87:5
88:2 127:6
152:8
shorthand 2:8
76:12 159:18
shot 32:20
show 42:3 85:24
112:11 116:9
141:5 145:15
145:17
showed 64:20

117:4 124:21
125:15
showing 44:12
50:24,25 126:8
133:25
shows 150:22
shut 96:1
sick 103:22
104:2,3,5
122:12
sicker 89:11,13
103:23,25
side 23:23 25:22
26:25 67:8,9
68:20,24 98:22
142:20 145:6
148:18 149:9
149:11 155:14
sign 59:16 118:7
125:2 128:22
134:14 153:8
153:18
signal 113:21
signature
127:17 159:24
signatures
127:17
signed 124:16
124:23 127:20
128:14,23
129:6,18
153:16,23
154:23
significant 62:1
64:7 67:6,16
86:21 103:17
130:16 144:25
signing 135:8
141:18
silent 62:18
similar 47:20
76:15 83:5
89:2 96:16
97:3 103:2,6
116:3 122:16

simms 13:11
simply 56:21
  66:16 73:16
  91:10 92:24
  104:15 131:22
single 37:7
  40:24 54:3
  56:13
sir 5:15 6:10
  7:15,19 8:20
  10:6,25 11:3
  12:14 14:4,6
  15:20 17:2,25
  18:14 19:11
  21:23 23:3,16
  27:12 30:21
  31:19 33:13
  34:7,9 35:6,16
  36:9,22 39:8
  39:24 41:23
  44:18,21 45:8
  46:25 48:8
  49:2 52:8,13
  52:19 54:1,11
  55:23 56:1,6
  57:9 58:6
  59:20 60:1,22
  65:21 68:9
  69:7 71:19,25
  76:2 77:20
  79:1,23 83:20
  87:10,13 90:9
  90:19 91:7
  93:18 95:2
  96:18 99:18
  100:2 101:25
  106:4 108:24
  111:23 112:5
  114:7 115:1,14
  115:19 119:12
  121:1 123:19
  124:1 125:4,12
  127:23 128:2
  130:25 131:17
  134:11,22,24

138:13 139:22
  140:4,11,15
  141:4 143:22
  143:23 144:11
  144:13 145:20
  147:24 148:9
  149:19,24
  150:13 151:2
  152:24 153:3
  153:25 157:5
sit 9:15 66:25
  78:17 79:13
  86:9 114:1
  142:18
site 6:15 156:12
sittig 35:9,12
  152:23
sitting 70:25
  78:23
situation 91:10
six 30:25 31:11
  72:3 73:4
  82:25 83:2
  110:6,7,20,23
  111:3,5,12,25
  124:13
skill 48:7 122:3
skin 64:24
skipping 116:10
slash 60:18
sleep 19:18 80:7
  89:25 90:1,10
  90:20,21,22
  91:21 92:19
  93:25 94:11,14
  95:8,17,22
  96:2,5 97:1,5
  97:21,23 98:15
  102:7,11
  106:18
sleeping 64:3
  91:11 113:24
sleight 99:21
slightly 111:1
small 78:5 105:3

132:2 144:1
  147:25 156:21
snapshot 59:13
snri 95:3
soap 59:2
social 8:4,18
soldiers 61:13
sole 56:7
solis 3:15
solutions 14:1
  70:18,19
  119:17 120:24
  134:15
solve 138:25
somatic 71:9
somebody 18:25
  21:8 22:3
  38:25 45:10,18
  46:15,16 47:2
  47:13,23 48:6
  54:19 62:22
  87:14 102:7
  122:5,12,17
  124:21 125:15
  154:22,25
somebodys
  122:7
soon 140:22
sore 107:5
sorry 8:12 16:25
  31:5 32:4 34:8
  41:11 52:25
  63:3 119:13,14
  130:4
sort 25:14 27:15
  29:18 31:2
  56:16,17,17
  73:5 78:23
  93:14 100:8
  107:25 108:22
  110:13 118:12
  137:13 142:22
  148:7
sorts 26:19
  53:22 69:19

103:5
sought 155:17
sound 62:20
sounds 91:12
  115:13
sour 98:22 128:8
southern 1:1 7:6
  82:10 159:1
space 76:9
spain 155:24
span 83:5 110:8
speak 14:12
  15:6,8,21 17:9
  19:2,21 99:19
  121:19,22
  122:24
speaker 14:10
  18:5,13,16
  19:3,8,14
  62:16 63:8
speaking 12:6
  25:14 131:6
specialist 10:22
specific 84:14
  93:11
specifically 70:2
  77:2
spectrum 59:18
  80:23 135:20
spectrums 78:4
speculate 154:14
  154:17
spell 15:24 17:3
  17:12 27:21
  98:10
spelled 10:16
  28:9
spelling 17:21
spend 17:20
  142:18 143:3
spending 77:1
  131:23
spin 85:12
spirit 140:5,8
splashed 93:2

spoil 68:24
spoke 19:24
  42:4,23 43:7
  43:21 115:9
spoken 49:6,17
  66:1,17 115:2
  121:15,16,17
  121:18
spot 113:23
spreadsheet
  147:23 148:4
spreadsheets
  4:15,16
squibb 14:7
  15:20
ssris 67:8
stacey 39:15
  138:22
staff 7:25 8:8
  11:1 19:25
  20:3,9 22:7
  34:20 35:22
  36:1 39:8,11
  39:17 45:12,16
  45:24 46:20
  47:8,19,20
  48:8 58:19,21
  59:17 87:11
  118:7,15,17
  130:17 131:22
  148:21
staffing 22:1
  23:4,5,7 103:4
stand 119:16
standalone 93:1
  125:23
standard 80:9
  101:24,25
  105:10,21
standing 89:12
standpoint
  119:23 120:21
  143:2
stands 99:18
  120:24

PATRICK HAYES, MD - 1/9/2025

Page 187

start 85:11
88:20 98:25
142:24
started 13:14
72:4 95:15
107:17 108:1
112:13,16
starts 107:5
state 2:7 5:16
6:17 12:5
21:19 22:20
23:8 96:22
122:18 156:2
159:18
stated 2:10
117:24
states 1:1 8:14
21:5 144:6
155:11,13,15
159:1
station 23:11
stationed 13:8
status 80:3
stay 89:11
122:10 126:25
stayed 13:15
114:11
step 53:9 111:4
steps 85:2
151:20
sterile 70:6
stew 66:25
sticking 69:21
stiction 74:14
stigmatizing
71:8
stimulating 95:4
stimulation 70:3
sting 94:23
stolier 138:5
stood 119:18
stop 56:2 113:7
114:3 156:23
stopping 112:9
storage 136:17

store 136:7
storms 136:13
154:8
straight 57:16
streamline
102:6,14
street 3:10 6:6
stress 60:12
79:25 80:5
84:5
stressed 64:3
stretch 157:12
strict 67:8 89:19
strictly 73:1
103:12
strongly 109:6
structure 56:9
120:20
struggle 94:14
struggling 91:23
105:8
studies 73:25
114:22
study 28:11
82:25
stuff 29:24 60:2
68:22 72:24
78:18,23 80:13
85:14 94:12
100:10 106:19
107:4 108:5
117:1,2 120:18
121:24 137:3
140:21 151:22
151:22
style 42:12
54:19 150:5
subject 149:7
subjective 59:4
submission
130:15
submitted 42:13
subpoena
138:11
subpoenas

138:18 139:4
subpoenatype
140:21
subscribed
160:15
subspecialty
5:25
substance 6:20
subsyndromic
83:3
successfully
62:7
suddenly 64:4
suffered 80:21
sufficient 94:10
sufficiently 90:2
suggest 72:13
100:9
suggests 83:4
suhaib 28:25
29:1,3
suicidal 122:12
suite 3:10 7:23
160:22
sullivan 138:5
sulphur 122:17
summarizes
58:12
summary 38:8
41:17 43:25
48:10 49:1,25
51:7 58:11
105:16 152:18
153:8,16,18,22
superbill 55:15
55:15
supervise
148:22
supervisors
84:19
supplement
97:19
supplemental
105:4,6 107:3
support 20:9

27:3 53:17
94:17
supporting 57:2
130:12
supportive
108:25
suppose 42:24
45:24 83:23
supposed 118:7
supposition
104:6
suppress 80:6,7
80:8
suppression
15:3
sure 9:9 25:7,12
31:15,22 32:16
47:18 50:10
51:17,21 62:19
74:2 75:20
82:7,18 86:25
89:23 91:2,12
110:9 115:23
116:12,17,18
121:13 122:2
123:11 137:7
140:7 141:13
146:7 147:10
149:1 150:21
surgeons 105:14
surgery 65:24
105:13
surgical 61:22
71:10 73:1,16
74:9 105:10
surgically
105:17
surgicalmedical
103:13
surprise 15:14
128:19
suspect 105:19
sustained 84:17
suvorexant
95:20 102:22

102:23 109:9
sweet 113:23
switch 95:22
sworn 2:3 5:6
159:21 160:15
sydney 119:6
sympathetic
76:11
symptom 66:4
72:2 93:14
106:3
symptoms 30:25
31:10 68:12
80:4,18 81:1,3
88:7,14 107:9
synonym 83:23
system 18:24
43:2 76:11
137:9,12

**T**

t21 60:19
tailored 26:15
49:12
take 9:20,23
15:17 41:5
47:14 62:2
65:1,16 68:1
86:24,25 87:19
96:19,24 97:6
98:21 109:14
109:20 135:22
taken 2:3 145:8
160:12
takes 75:15
94:18 101:2
talk 9:9 12:3
49:23 52:10
69:16 94:16
134:4 137:18
151:17
talked 62:10
70:3 72:16
87:12
talking 33:11

PATRICK HAYES, MD - 1/9/2025

Page 188

56:9 59:22
62:22 63:2,8
67:21 71:17
76:17 77:2
142:14 151:4
151:12
**tallied** 150:20
**tally** 24:11
**tap** 47:6 143:3
**tardive** 14:14
16:16,17
**task** 118:12
**tasked** 19:1
**tasks** 58:13
59:19
**tc** 6:14 7:23
**tcas** 67:15
**team** 31:2 49:7
49:10 62:10
66:3,11,23
68:16 77:1
91:2 95:9
101:14 155:4
**teams** 49:7
155:18
**technical** 8:6 9:4
9:17,25 22:20
56:23 59:1,11
59:15
**teenytiny** 32:5
**teleconference**
41:5
**telemed** 111:18
113:16
**telemedicine**
111:16
**telephonic** 41:14
**telephonically**
99:14
**telepsych** 34:16
34:16
**tell** 29:12 35:23
47:9 79:14
81:6 83:12
85:1 101:10

104:15 105:8
105:20 114:2
135:6 151:24
**tells** 154:22,25
**temperature**
106:13
**tend** 89:9
**tends** 10:18
**term** 89:13 97:7
97:8 113:25
**terminal** 98:24
**terms** 19:13
41:19 47:13
67:4,19 71:6
91:24 129:21
**terrible** 9:20
**terribly** 124:22
**testified** 5:6
150:1
**testifying** 144:7
147:6,12
**testimony** 63:11
144:16,23
145:21 147:5
149:10 159:23
**testing** 9:13,21
24:20 54:18
132:6,6
**tests** 9:22,22
**teva** 15:6 18:12
**texas** 1:1 2:7,8
3:5,11 7:7 8:10
8:10,15 10:25
11:12 21:2,3
21:12 159:1,18
160:22
**text** 18:17
**thank** 127:4
**thats** 7:15,19,20
7:21 8:20 10:6
10:8 11:3
12:14,20 14:17
14:19 15:9,23
16:21,25 17:2
17:6,25 20:24

21:6,23 22:3,5
22:8 23:4 26:1
26:7,9,12 29:7
30:21 31:2
33:23 34:4,12
34:22 35:6,13
35:16,20 36:14
36:22 38:5
40:14,17 41:21
41:25 42:14,18
42:19 43:1
44:7 46:1,3,18
47:4,22 48:3,3
48:5 49:2,4,19
49:19 50:5
51:16 52:16
54:20,25 57:11
58:6 59:18
60:22 62:18
64:1 65:6
68:19 69:7,13
69:19,20,20
76:1,5,6 77:9
85:14 86:14
95:3,22,22
96:18,21 97:19
100:4,6,9,9,10
100:13 101:21
101:23 102:7
105:17 109:4
111:14 117:22
118:6 120:15
121:1 122:12
122:12 124:22
124:24 125:22
126:22 127:1
129:17 132:20
136:20 137:7
138:4 139:22
140:5 141:19
142:22 144:22
145:6 146:5,6
148:5,16,18
149:11,12,16
149:24 150:5

150:19,21
151:24 152:2
152:24 153:17
158:5
**theaters** 18:6
**therapeutic**
66:24 68:8
73:10 107:1
**therapeutics**
21:25 22:10
23:2
**therapies** 82:1
**therapist** 13:12
20:17 53:1
112:14
**therapists** 8:9
10:4,23
**therapy** 6:15 9:2
10:12,13 11:15
25:4 53:22
69:9 81:2,17
81:22 82:2
94:16 108:23
111:11 112:8
**therefor** 160:6
**theres** 10:2 14:8
18:18 25:16,19
25:21,22 26:16
27:12 28:7,21
38:24 40:10,10
41:20 42:6
45:6,15 50:7
53:16 60:1,13
61:10 62:1,17
69:18 70:15,15
73:1,2 74:5,5
75:9 76:8,9
78:16,17 83:3
100:7 103:10
113:4 118:1
124:20 129:9
132:19 136:8
136:18 144:21
148:22 152:21
**thermal** 108:2,7

**theyre** 15:5 17:8
27:14 36:25
55:16 59:12
66:10,10 70:14
70:14 78:6
118:7 119:23
121:5 123:9
145:17
**theyve** 99:23
112:18
**thing** 31:23
33:21 61:14
65:14 75:14
86:20 91:22
117:13 146:25
**things** 26:20
53:22 66:5
67:24 68:5
69:19 70:7
72:12,15 85:4
86:15 89:16
94:4,20 97:14
97:22 102:7,17
103:5 106:25
111:14 132:10
132:11,11,15
**think** 11:19
15:11,12,15
24:25 26:6
27:16 28:16,18
31:7 32:12
35:25 41:18
44:2,2 49:3
54:22 57:23
62:12,18 66:9
68:6 74:19
79:19 85:3,17
85:18,18,20,23
88:8 91:5
92:10 95:24
104:24 111:21
115:9 116:8
117:20 118:24
122:7,8,23
123:6 124:9,20

131:9 133:22
134:4,7 146:25
147:15 148:16
157:5
**thinking** 62:5
**third** 12:11,17
12:18 112:1,2
**thirdperson**
70:6
**thompson**
150:25
**thought** 92:8
105:13
**thoughts** 60:4
**thousand** 28:22
**thousands** 77:23
101:11
**thread** 153:22
**three** 7:3 8:12
24:8 27:10
47:17 57:23
59:4,5 87:21
95:20 97:16,25
102:2 110:7,22
110:24 111:6,9
112:3 124:13
130:22,23
131:13 132:20
**threeminute**
87:20
**threequarter**
109:4
**ticknor** 114:25
**time** 2:5,6 5:3
9:18 21:17
29:18 31:4,12
33:6,9 39:5,12
41:7,8 42:7
43:21 44:25
47:9 49:8
51:25 54:17
57:3 61:23
73:11,12 77:2
81:11,13,15
82:9,12 83:1

83:11 86:22
87:4,7 88:1,4,7
88:12 96:15
102:6,17
106:16 109:25
114:5,12
118:25 124:22
127:5,8 131:23
135:1 136:4,5
137:15 138:8
142:19 143:3
152:7,9 157:5
157:9,13,16
158:8
**timeline** 124:10
**timely** 128:11
**times** 19:24
49:20 98:5
106:17 115:2
121:18,23
143:16
**tired** 85:6
**tithe** 132:12
**title** 35:2
**titled** 28:2,14
44:16 125:10
130:23
**today** 6:3,4 9:10
79:13 81:20
82:4 86:10
98:6 105:21
114:2 134:13
137:4 151:13
**todays** 5:2 41:22
158:7
**told** 46:16,20
47:21 99:7
**tolerate** 72:17
84:19
**tolerated** 66:11
**tommasi** 35:11
36:1 119:3
**tomorrow**
134:13
**ton** 77:1

**top** 25:16 32:25
40:6 148:15
149:16
**total** 24:5 27:8
57:10
**totaling** 109:4
**touch** 13:15
**touching** 111:13
**track** 135:11,13
136:7
**traction** 102:11
102:12 104:9
**traditional** 69:3
**train** 148:22
**trained** 35:23
47:11 56:23
59:1
**training** 16:13
22:17
**transcribe** 9:18
9:23
**transcribed** 9:19
**transcript** 158:1
159:21 160:4
**transition**
130:16
**translation** 11:8
**trauma** 28:10
**traumaexposed**
107:20
**traumatic** 80:4
**travel** 7:11
155:10,19
156:1,14,18
**traveling** 12:25
155:23
**treat** 68:12
73:21 110:3
122:1
**treated** 53:14,15
77:21 81:12
82:5,17,19
101:19 102:1
**treating** 45:18
91:3,20 103:3

**treatment** 25:17
37:2 45:22
46:17 57:17
66:21 71:3
73:13 79:24
80:16 81:13,14
83:13 88:10,11
89:9 90:3 94:5
96:9 98:3
101:1 104:8
108:22 114:14
115:25
**treatments** 81:9
137:25
**trey** 3:15
**triage** 122:1
**trial** 50:2 65:20
144:24 145:4
145:14 151:23
157:16
**tricyclic** 95:11
**tried** 99:1
**triggering** 25:21
**trimipramine**
95:10 96:4
102:21 109:7
114:20
**triple** 22:11,23
**true** 159:22
**trust** 38:19
57:24 149:16
**try** 19:14 73:22
100:12 116:10
**trying** 15:17
26:3 63:13
67:14 78:22
79:1 121:4
129:3,4,7
**turning** 23:13
**turns** 106:22
**two** 8:6,8,9
14:22 17:22
27:13 30:17
40:1 47:17
48:18 57:23

59:4,5 67:9
72:18,19 78:5
79:10 82:25
86:23 88:24
91:21 101:15
102:7 103:18
103:19,20
105:1,3 109:8
110:5,21 111:5
**twopage** 25:19
**twothirds** 33:19
**twoweek** 98:19
**type** 14:14 55:10
**types** 131:20
**typeset** 59:7
**typical** 71:2,6
88:7
**typically** 29:20
67:6,15 80:12
81:17,23
113:21 138:17
138:24 139:13
140:12

---

**U**

**uhhuh** 32:15
40:6 69:4
**ultimately** 11:18
19:15 50:15
97:21 145:14
**ultra** 15:7 18:20
**umc** 64:15
**unable** 75:3 76:4
77:6 94:1
**uncomfortable**
85:10
**uncommon** 83:7
155:10,12
**underneath** 83:8
**understand** 5:13
48:4 50:10,14
59:12 65:9
75:20 126:6
135:12
**understanding**

45:23 50:4,12
51:1 75:2,5,11
75:17,19,21
76:1,5 90:16
101:17 121:1
131:12 153:21
**understands**
57:25
**understood**
45:17,24
**unescapable**
64:1
**unhappy** 72:13
**unique** 18:23,23
**unisom** 94:12
**united** 1:1 159:1
**universe** 50:14
**university** 29:8
**unmet** 19:1
**unnecessary**
140:23
**unspecified**
60:15,16
105:25
**unusable** 25:2
**unusual** 144:21
**unwieldy** 25:2
**upcoming**
109:23
**update** 54:7
56:22 57:7,14
57:18,20 58:4
58:14,17 59:19
**updates** 25:23
57:24 116:2,18
**upstream** 45:16
**urological** 61:8
61:18 63:21,24
64:9 68:16
**urologist** 64:10
64:17 65:23
66:2,9,17
68:18 105:16
**urologybased**
65:20

**use** 19:13 40:20
40:21 41:18
67:5,13,14
71:6 77:12
84:16 92:25
96:14 97:17
133:22 150:3
**useful** 140:5,8
143:2
**uses** 22:7 75:14
75:17
**usual** 56:20
57:17
**usually** 22:6,8
121:24 156:22
**utilization** 19:1
**utilized** 90:15
**utilizers** 97:2
**uzedy** 15:7
18:13

———————
**V**
**v** 1:5 159:5
**va** 80:15 81:10
81:11 145:2
**varies** 19:23
**vary** 97:10
**vascular** 74:8
**vast** 144:16
148:10 149:3
**version** 18:20
84:22 148:5
**versus** 22:6
42:15 43:5
112:9 150:23
150:25
**veterans** 61:13
**vicissitudes**
144:22
**video** 2:9 41:21
51:14
**videoconference**
3:2
**videographer**
3:15 5:2 33:5,8

87:3,6,25 88:3
127:3,5,7
152:6,9 157:17
157:20 158:7
**videotaped** 1:15
2:1 159:11
**view** 32:25 70:7
**visit** 25:23 31:12
38:9 43:14,16
44:10,13 52:12
52:15 53:13,24
54:5,7,10,12
55:16 56:14,17
56:21 57:1,2,7
57:13,17,20
58:4,9,20,22
60:23,24,25
67:22 69:25
107:13,22
109:22 113:12
113:12,14
**visiting** 114:3
**visits** 13:19
37:15 48:15,17
48:18,19 53:20
53:21,22 59:23
61:2 91:21
101:15 109:23
110:3,5,7,21
110:23 111:4,5
111:7,21,21
114:16 116:18
**visualized** 64:23
**volume** 145:8
**volumes** 88:9

———————
**W**
**w** 27:20,23
**waive** 158:2,3
**wake** 93:21,22
**walk** 107:4
**wanek** 148:15
**want** 25:7,11
26:11 32:18
38:7 46:1 59:3

71:9,10,14
75:20 80:2
85:6,13 87:21
116:9,11
157:14
**wanted** 26:14
45:18 46:17,21
137:19
**wants** 55:14
93:25
**ward** 82:13
**wasnt** 126:6
130:20
**wave** 82:25
**way** 17:20 20:4
32:13 37:5
43:5 70:16,16
73:11 93:7
131:17,21
132:16 133:12
139:21,25
140:24 141:6
156:17
**ways** 150:4
**weaning** 97:10
**weasel** 129:5
**wed** 110:4,8,19
**wednesday**
12:11,16,17,18
**wee** 32:3,5
147:25
**week** 122:11
143:6
**weekly** 121:23
**weeks** 67:23
103:19 110:6
111:3,6,12
**welcome** 55:16
**wellconsidered**
88:24
**wellness** 4:11
6:6,13 7:14,17
8:12 11:6,11
11:17,25 12:10
12:13,22 13:2

13:22 20:1,6
21:2,14 36:2
36:16 39:7
50:20 52:2
54:23 55:19,22
55:24 56:8,10
82:16,20 112:7
114:3 119:11
123:24 124:4
124:15 125:3
125:17 127:11
128:4,23
129:13 130:2,8
131:2 132:24
134:21 135:6,8
138:12 139:16
139:17 141:8
141:24 142:4
142:12 143:10
146:10,13,23
156:3,11 157:1
**wellread** 154:17
**welltraveled**
154:16
**went** 25:1 71:21
99:5 112:20
116:8 145:16
**west** 6:13 7:17
8:12,16 11:6
11:17,25 12:10
12:13 14:1
55:22 156:7
157:3
**westlake** 119:6
**weve** 20:11,20
21:8 26:18
60:25 66:5
67:3,14,17
69:13 72:14,21
83:8,10 84:23
85:2 95:16
97:25 103:13
103:15 111:1
112:10 124:7
124:23 132:17

PATRICK HAYES, MD – 1/9/2025

Page 191

28:5 29:5
38:15 46:3,15
59:13 68:24
105:18 142:23
142:25 154:20
**whodas** 85:22
**whos** 39:12 47:2
49:24 112:17
151:21
**wife** 64:4,7,8
67:24 69:17
75:13 93:25
105:5
**wildly** 19:23
**williams** 147:16
150:25 151:5
**wind** 154:24
**wisdom** 80:4
**withdrawing**
122:13
**witherwax**
38:25 39:1,3
43:12 44:11
119:2
**witness** 2:2
32:22 86:23
87:2 126:23
157:5,8,11
158:2,4 159:20
159:23
**wondergem**
119:6
**wondering**
120:9
**wont** 133:3
**woodward**
10:11,11,12
20:11 112:14
**words** 55:9
146:20
**work** 6:17 7:10
8:1 12:2,3
13:17 14:2,5
14:17 31:1
37:1,6,6 44:16

47:8 55:17
61:9 67:2
68:20,21,21,22
68:23 71:15,15
77:19 85:16,18
85:23,24 86:5
86:8 90:21
100:11 107:17
107:24 118:18
119:10 122:4
141:16 144:25
145:3,5 149:9
155:16 156:15
**workday** 86:1
**worked** 13:11
14:18 38:1
62:9 79:7
82:15 101:12
103:14 112:15
138:4 150:11
151:7,25 152:3
154:6 155:20
155:24
**worker** 8:5,19
**workers** 37:8,9
37:19 55:6
85:19 154:7
**working** 13:14
31:3 39:4,12
46:16 67:21
68:5,19 69:21
71:7 73:8
78:21 84:23
85:14 102:18
105:15 107:1
107:19 108:5
122:11 124:7
142:20 151:21
**workload** 145:7
**works** 11:16
20:5 21:19
37:12 71:14
74:7 139:13
**world** 84:20
85:1 111:10

156:24
**worries** 41:13
**worry** 109:18
**worse** 28:24
29:6
**worsen** 76:25
**worth** 91:1
**wouldnt** 15:14
94:11,13 115:7
128:19 146:3
149:3
**wound** 97:19
**wounded** 28:11
107:20
**writer** 59:11,15
**writers** 8:7 9:4
9:18,25 56:23
59:1
**writing** 9:18,20
29:16 123:24
**written** 50:19
124:4 137:5
**wrong** 70:16
**wrote** 118:9
**www** 160:23
**wynne** 138:7
139:7 140:19
140:20

**X**
**x** 160:7
**xanomeline** 16:4
**xanomelinetro...**
16:4

**Y**
**yard** 155:2
**yeah** 16:8 17:20
17:22 27:7
31:8 33:2,17
35:13 37:23
38:14,17,22
41:13,18 43:11
43:12 46:8
48:3,14 49:19

51:10,16,19
56:20 58:16
60:6 62:15
64:8 69:4
73:13 74:23
79:18 80:13
87:21,21 97:11
98:7,14 105:24
118:3 120:5,14
120:18 123:9
125:14 126:2
126:10 127:13
127:23 129:17
133:11,17
134:2 141:10
142:7 143:17
144:21 146:1
149:7,17 151:5
154:14 157:11
157:19,22
158:4
**year** 19:24 28:22
30:21 41:8
42:8 49:13
73:15 96:13
101:14 105:2
110:2,5,7,7,23
111:4,5,6,22
111:24 112:1,2
113:18 114:9
**years** 13:7,15,16
14:19 16:8
27:17 37:7
38:2 39:20
78:25 79:11
80:15,18 84:7
88:14 97:9,9
103:18 105:1,3
105:3 107:17
110:11,20
112:11,18
113:6 120:12
120:15 124:9
124:13,23
132:1 135:23

136:12,25
137:1 140:16
141:1,10 147:4
156:8
**yellow** 115:24
**yep** 127:19
**yesterday** 9:15
70:2 71:1
113:12
**youall** 150:3,3
**youd** 10:17 44:3
44:25 51:22
116:19 120:6
120:19 123:22
135:25 146:18
**youll** 42:6 80:13
100:23 158:3
**young** 62:2
**youre** 5:19
12:12,24 18:12
19:7 20:7,8
26:6 32:10
38:20 42:18
43:11 44:2,12
44:14 50:24
62:15 63:9,10
65:19 76:17
77:12 88:6,22
91:15 110:10
115:22,25
116:23 117:1,5
117:7 126:8
131:8 132:22
133:24 141:18
142:5,13
154:14
**youve** 17:23
49:16 66:17
82:19 96:10
98:5 110:13
120:11 126:23
150:11

**Z**
**zavitsanos** 3:10

PATRICK HAYES, MD – 1/9/2025

Page 192

**zip** 7:24
**zone** 90:14
**zoom** 2:9 32:14
  38:15 43:9
  49:7 116:7

**0**

**0** 84:21 109:21
**00** 134:12
**000** 45:6 79:4
  83:8,9 114:7
  135:22 145:12
  145:16
**02** 2:6 87:4
  158:8,9
**04** 2:5 5:3
**06302025**
  160:20
**06xs** 60:19

**1**

**1** 2:6 4:9 31:23
  31:25 33:14
  35:15 48:19
  134:10,12
  135:22 158:8,9
**10** 12:8,12 14:19
  27:4 34:2 38:2
  60:12 61:2
  83:9 85:25
  97:9 109:10
  110:4,6,23
  111:3,6,21
  112:11 113:5
  113:11 124:9
  140:16 141:1
**100** 16:8
**102** 45:4 49:3
**10232023** 50:25
**10312026**
  160:21
**10434** 160:21
**105** 160:22
**1062023** 50:24
**11** 17:16 83:5

**87:4,7** 88:1,4
**1112023** 44:13
  118:25
**11182** 51:2
**1127** 44:13,15
**11272023** 35:15
**12** 13:7 17:16
  78:15 79:10,15
  80:15 81:3,23
  84:21 88:16
  89:4 110:20
  112:12 113:8
  114:4 127:5,8
  152:7,10
**120** 145:16
**12055** 160:20
**1221** 3:10
**12272023** 50:25
  51:2
**125** 4:13
**12work** 85:25
**13** 87:7
**13th** 57:6 160:15
**14** 27:2 83:5
  88:1 111:6
**143** 4:15
**147** 4:16
**15** 54:17 60:23
  61:1 83:10
  98:17 112:18
  113:5 148:17
**152** 4:18
**159** 4:6
**15th** 98:20 99:7
**16** 25:25 48:16
  48:17 73:14
  84:24
**165** 7:23
**16page** 54:17
  58:9
**16th** 57:20
**17** 44:11 110:3
  110:23 112:18
**18** 60:24 127:5
**19** 127:8

**1900s** 16:10
**1st** 117:22

**2**

**2** 4:10 36:10,11
  84:21 109:15
  134:19,22,23
  156:10,25
**20** 130:14
**200** 19:24
**2009** 107:18
**2010** 107:19
**2012** 13:13
**2013** 13:4 27:12
  27:17 30:16,18
  33:12
**2015** 147:20
**2016** 147:20
  149:14,20
  150:15 151:4
**2018** 128:1
  129:1 135:8
**2019** 56:3 129:6
**2020** 44:4 129:6
  136:13 144:17
  147:3,8
**2021** 149:23
  150:15
**2023** 26:1 31:17
  31:20 34:2
  38:4,25 39:9
  43:7,16,23
  44:10,12 49:8
  49:18 52:11
  93:10 107:15
  107:22 108:12
  108:15
**2024** 4:18 30:11
  30:12,20 31:14
  39:9 40:5 42:8
  48:23 52:18
  57:6,20 115:11
  115:13 153:20
**2025** 1:17 2:5
  5:3 122:9

**159:13** 160:16
**21** 103:21
**22** 34:2
**22nd** 93:10
**23** 59:24 79:4
  114:7
**23cv04441** 1:5
  159:5
**23rd** 43:16
**24** 27:8 59:24
  78:20 79:4,15
  81:1,18 88:4
  89:6 114:4,7
**25** 95:17 109:7
**2500** 3:10 7:23
**25th** 114:9
**26** 4:18 144:2,22
  145:21 147:4
  148:6,21
**26th** 153:14,20
**27** 43:23 44:2
**27th** 44:20 54:16
  107:22 108:15
  127:25 129:1
**2802** 6:6
**28th** 26:1 31:20
  34:2

**3**

**3** 4:3,12 38:9,11
  96:23
**30** 35:15 48:17
  81:3 109:3
  130:14,14
  160:3
**300** 52:14 57:21
  156:10,25
**31** 4:9
**31st** 98:19
**35** 24:12
**36** 4:10 78:20
  79:15 89:6
  114:4
**38** 4:12
**39** 25:13 116:8,9

**4**

**4** 1:5 4:13 56:3
  115:11 125:6,8
  159:5
**40** 17:20 64:22
  136:4
**400** 52:11 54:9
  56:14 57:10,12
**411** 133:22
**42** 117:14 139:2
**44** 33:6
**45** 130:14
**45day** 130:20
**48** 79:15 89:6
  114:4

**5**

**5** 4:5,15 45:6
  109:21 115:12
  141:5 143:18
  143:20
**50** 80:18 88:14
  95:17 101:24
  105:20 110:4,6
  132:12 152:7
**51** 101:23 105:9
**52** 33:9
**55** 152:10
**5th** 40:5 48:23
  115:13

**6**

**6** 4:16 83:8,9,10
  147:21,22
**60** 79:16 89:6
  96:24 97:4
  109:3 114:4
**600** 109:15,16
**6009** 3:5
**6060** 109:5
**60day** 130:20

**7**

**7** 4:18 152:12,13
**70** 97:4

HANNA & HANNA, INC.
713.840.8484

PATRICK HAYES, MD - 1/9/2025

Page 193

**700** 24:25
**7135832442**
  160:23
**7136551101**
  3:11
**7138408484**
  160:23
**75** 13:9
**750** 96:23
**77003** 7:24
**77007** 3:5
**77010** 3:11
**77024** 160:22

---
**8**
---

**8** 44:10
**800** 24:25
**8582** 160:22
**8884931629** 3:6
**8th** 38:25 43:6
  43:12 52:11
  107:15 108:12

---
**9**
---

**9** 1:17 2:5 5:3
  33:6,9 48:19
  60:15,18 61:8
  145:12,16
  159:13
**90** 13:20 83:18
  109:4 147:17
**900** 83:10
**94** 48:14
**95** 83:18
**95plus** 83:15
**9th** 2:4 5:3