MASTER FILE NO. 2022-36264

| | | |
|---|---|---|
| IN RE: HURRICANE ZETA LITIGATION | * * * | IN THE DISTRICT COURT |
| MDL NO. 22-0300 | * * * * | 113TH JUDICIAL DISTRICT |
| | * | HARRIS COUNTY, TEXAS |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

The deposition of PATRICK J. HAYES, M.D., taken in connection with the captioned cause, pursuant to the following stipulations before CONNIE M. MARKS, Certified Court Reporter, at the offices of Elite Medical Wellness, 2802 Hodges Street, Lake Charles, Louisiana, on the 16th day November, 2023, beginning at 10:08 a.m.

Exhibit 5

1         them fill out the IME consent at that time?
2    A    Not anymore.  I used to take insurance at this --
3         this facility, and there were issues -- really
4         came from the custody evaluation channel.  People
5         were being referred judicially for custody
6         evaluations, and they wanted to use Medicaid or,
7         for example, Blue Cross to pay for the custody
8         eval, but those weren't -- there was no CPT code
9         in the contract to cover that.  So at the time I
10        was taking insurance, I wanted to define for
11        people what we could do, what we weren't going to
12        do, where we would bill services where it would
13        be directly paid.  So that particular consent
14        you're talking about was during that season when
15        I took Medicaid, Medicare, Workers' Comp, all of
16        the other insurances.  Since August, I believe, 4
17        of 2019, I'm strictly fee for service across the
18        board.
19   Q    So you don't -- you don't bill to any third-party
20        payors at all, no Medicare, Medicaid, private
21        insurance, nothing?
22   A    Not insurances.  So if a case manager works with
23        me, like the individuals I've worked with on Mr.
24        Pleasant's case that we're going to come to,
25        would be those individuals we will bill; we have

```
 1        opposite.
 2   Q    Okay.  I see they've brought in a little bit
 3        easier to read copy here, so I'm going to take a
 4        look at that if you don't mind.
 5   A    Absolutely.
 6   Q    I see on there that you have testified in cases
 7        involving Arnold & Itkin on many occasions; is
 8        that true?
 9   A    I have testified on their behalf or at their
10        request before.
11   Q    Do you recall how many times?
12   A    I don't, no, ma'am.
13   Q    Do you recall how far back the relationship with
14        Arnold & Itkin goes?
15             MR. BOATRIGHT:
16                  Form.
17   A    I don't really have a relationship with Arnold &
18        Itkin.  I believe I'm one of the psychiatrists
19        and addiction med docs and cognitive med docs
20        that they trusted to treat individuals.  But my
21        particular relationship in this case is -- since
22        we're talking about this is with Access
23        Healthcare Management.  And the way I understand
24        that to work, they're a clinical case manager.
25        So I think they have a relationship with Arnold &
```

```
 1        Itkin.  And then if there's a case that Access
 2        needs to send to a psychiatrist or an addictions
 3        or a cognitive doc, Access sends them to me.
 4   MS. YOUNG:
 5   Q    Do you agree you testified on behalf of Arnold &
 6        Itkin clients more often than any other law firm?
 7   A    If -- if that's what the document suggests, I
 8        mean, I wouldn't dispute that.
 9   Q    Okay.
10            MS. YOUNG:
11                And this is part of Exhibit 1.  I'm
12            just going to substitute the larger copy.
13   MS. YOUNG:
14   Q    Do you have any billing agreements with Access
15        that changes the way you bill for the patients
16        being sent by that group?
17   A    Can you ask me that one again?  I didn't
18        understand.
19   Q    Yeah.  What's the name of the group that you said
20        has the relationship with Arnold & Itkin that is
21        sending the clients?
22            MR. BOATRIGHT:
23                Objection to form of the question.
24   A    Yeah, so it's my understanding that's Access
25        Healthcare Management.
```

```
 1                  You want that as "Exhibit 5"?
 2           MR. MOUTON:
 3                  Yes, please.  We'll mark this as
 4           "Exhibit 5."
 5   MR. MOUTON:
 6   Q    And, Doctor, just so that I'm clear on the
 7        billing and how this works, when a -- we're going
 8        to talk just about civil litigation referrals.
 9        Civil litigation referral that comes through
10        Access Healthcare to your office, your office
11        will bill -- Elite Medical Wellness will bill or
12        send their bills to Access Healthcare?
13   A    Yes, sir, that's correct.
14   Q    And then Access Healthcare will pay your office
15        directly?
16   A    That's correct, yes, sir.
17   Q    And that's using a fee schedule that's no
18        different from your private clinical practice fee
19        schedule, as I understand it?
20   A    Correct.  It's the straight fee schedule.  Now,
21        we have a contracted rate for their case
22        management, which is a percentage of the fees,
23        consistent with any of the case managers that
24        I've worked with over the years, but that's going
25        to be defined in the contract.
```