**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| LANDON PERRY | § | |
|     *Plaintiff,* | § | |
| | § | |
| v. | § | **Civil Action No. H-23-4441** |
| | § | |
| HALLIBURTON ENERGY SERVICES, INC. | § | |
|     *Defendant.* | § | |

Exhibit 8

## PLAINTIFFS' IDENTIFICATION OF EXPERTS

Pursuant to the Court's scheduling order, Plaintiff Landon Perry disclose the identity of the following retained experts that may be called to testify at the trial of this matter:

1. **Benjamin G. Gibson**
   **Joe Thompson**
   **Gaurdian Precision Service**
   **Bay City, TX**
   **(843) 530-9894**

*Mr. Gibson and Mr. Thompson's report and current resume(s) evidencing their qualifications to testify on these topics are attached as **Exhibit A**.*

2. **Captain Jeffrey A. Perlstein**
   **SafeShip Services, LLC**
   **Fort Lauderdale, FL**
   **(954) 249-0818**

*Capt. Perlstein's report and current resume evidencing his qualifications to testify on these topics are attached as **Exhibit B**.*

3. **John R. Puskar, PE**
   **Prescient Technical Services, LLC**
   **11699 Brookpark Road**
   **Cleveland, OH 44130**
   **(216) 213-6201**

*Mr. Puskar's report and current resume evidencing his qualifications to testify on these topics are attached as **Exhibit C.***

4.  **Shelly N. Savant, MD, CLCP**
    **324 Settlers Trace, Suite 203**
    **Lafayette, LA 70508**
    **(337) 456-2403**

*Dr. Savant's Life Care Plan pertaining to Plaintiff Landon Perry and current resume evidencing her qualifications to testify on these topics are attached as **Exhibit D.***

5.  **Jeffrey E. Meyers, CVA, MAFF, CFE**
    **Harold A. Asher, CPA, ABV, CFF, PFS, CVA, CFE, FCPA**
    **AsherMeyers, LLC**
    **433 Metairie Road., Suite 215**
    **Metairie, LA 70005**
    **(504) 566-7577**

*Mr. Asher and Mr. Harold's report pertaining to Plaintiff Landon Perry and current resume(s) evidencing their qualifications to testify on these topics are attached as **Exhibit E.***

## Non-Retained Experts

The following physicians and medical facilities have knowledge of Plaintiff's injuries and medical treatment and may provide expert testimony within the scope of their training, education, experience, and treatment of the Plaintiff. They have provided care and treatment to Plaintiff. As such, they possess expertise and knowledge in their respective area. Specifically, they may testify about care, treatment, diagnosis, prognosis, causation, physical restrictions, reasonable costs for medical care in the past and future, and the need, if any, for future treatment. Their mental impressions and opinions may be found in Plaintiff's medical and billing records and their deposition testimony, if any. The custodians of records for these medical providers will provide testimony necessary to prove up the medical and billing records.

**Lady of the Sea General Hospital**
**Jeffrey M. Elder, MD**
**Dennis Morris, MD**
**Kartik Akash, MD**
**Chris S. Kim, DMD, MD**
**Rudy Foret, RN**
**Sharm El Buras, MD**
**200 West 134th Place**
**Cut Off, LA 70345**
**(985) 632-6401**

**University Medical Center – New Orleans**
**Jonathan Schoen, MD**
**Jeffrey Eric Carter, MD**

2000 Canal Street
New Orleans, LA 70112
(504) 702-3000

**The Burn Surgeons of Acadiana**
James S. Garcelon, MD
Rachel Stutes, PA-C
4801 Ambassador Caffery
Lafayette, LA 70508
(337) 470-4279

**Our Lady of Lourdes Regional Medical Center**
Daniel J. Frey, MD
Dave J. Barrios, MD
4801 Ambassador Caffery Pkwy
Lafayette, LA 70508
(337) 470-2000

**Darrell L. Henderson, MD**
Plastic and Hand Surgery
401 North College Road, Suite 3
Lafayette, LA 70506-4263
(337) 233-5025

**Lou Plastic Surgery**
Derek Lou, MD
1155 Dairy Ashford Road, Suite 610
Houston, Texas 77079
(713) 932-7290

**Houston Urology Clinic**
David Goldfarb, MD
6560 Fannin Street, Suite 1440
Houston, Texas 77030-2713
(713) 790-9700

==**Elite Medical Wellness**==
==Dr. Patrick Hayes==
==Dene Culton, LPC==
==Iva Conde, PMHNP==
==2808 Hodges Street==
==Lake Charles, LA 70601==
==(337) 419-1873==

**Franklin Practice, LLC**
Dr. Robert Franklin

**101-B Energy Parkway**
**Lafayette, LA 70508**
**(337) 264-9363**

**NOLA Dermatology**
**Adrian Dobrescu, MD**
**4401 Veterans Memorial Blvd., Suite 100**
**Metairie, LA 70006**
**(504) 899-6652**

**Sagis Diagnostics**
**Barry White, MD**
**4131 Directors Row**
**Houston, TX 77092**
**(877) 697-2447**

**Walgreens**
**1901 East Voorhees Street, MS#735**
**Danville, IL 61834**
**(217) 554-8949**

Respectfully submitted,

ARNOLD & ITKIN LLP

*/s/ John G. Grinnan*
Kurt B. Arnold
SBN: 24036150
karnold@arnolditkin.com
J. Kyle Findley
SBN: 24076382
KFindley@arnolditkin.com
John G. Grinnan
SBN: 24087633
JGrinnan@arnolditkin.com
Adam Lewis
SBN: 24094099
Alewis@arnolditkin.com
6009 Memorial Drive
Houston, TX 77007
Tel: 713.222.3800
Fax: 713.222.3850
*For electronic service use:
e-service@arnolditkin.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was served on all known counsel of record on June 28, 2024, in compliance with the Texas Rules of Civil Procedure.

                                      */s/ John G. Grinnan*
                                      John G. Grinnan