**Outlook**

**Exhibit 10**

Re: Landon Perry (DOB: 08/25/1998) - Dr. Savant Summary Letter for Dr. Hayes

| | |
|---|---|
| **From** | Caitlin McGroarty <cmcgroarty@emwhelp.com> |
| **Date** | Wed 6/26/2024 5:57 PM |
| **To** | Miranda Owens <mowens@ArnoldItkin.com>; Kourtney Sittig <ksittig@emwhelp.com>; Melissa Jenkins <melissa@accesshealthcare.biz> |
| **Cc** | Jill Erickson <jerickson@ArnoldItkin.com>; LandonPerryZ4096774@arnolditkin.filevineapp.com <LandonPerryZ4096774@arnolditkin.filevineapp.com> |

No problem! 

Thank you,

**Caitlin McGroarty, P-LPC**

Elite Medical Wellness
2802 Hodges Street
Lake Charles, LA 70601

Ph: (337) 419-1873
Fx: (337) 656-2848

If you have an emergency, please call 911 or go to the nearest emergency room. Please refrain from leaving personal, private, or clinical information as this email is not monitored nor checked routinely. If you need to contact us, please call our office at (337) 419-1873.

**From:** Miranda Owens <mowens@ArnoldItkin.com>
**Sent:** Wednesday, June 26, 2024 4:38 PM
**To:** Caitlin McGroarty <cmcgroarty@emwhelp.com>; Kourtney Sittig <ksittig@emwhelp.com>; Melissa Jenkins <melissa@accesshealthcare.biz>
**Cc:** Jill Erickson <jerickson@ArnoldItkin.com>; LandonPerryZ4096774@arnolditkin.filevineapp.com <LandonPerryZ4096774@arnolditkin.filevineapp.com>
**Subject:** RE: Landon Perry (DOB: 08/25/1998) - Dr. Savant Summary Letter for Dr. Hayes

Received, thank you very much!

**Miranda Owens**
Paralegal



t (713) 222-3800   6009 Memorial Drive
f (713) 222-3850   Houston, TX 77007

arnolditkin.com

---

**From:** Caitlin McGroarty <cmcgroarty@emwhelp.com>
**Sent:** Wednesday, June 26, 2024 4:20 PM
**To:** Miranda Owens <mowens@ArnoldItkin.com>; Kourtney Sittig <ksittig@emwhelp.com>; Melissa Jenkins <melissa@accesshealthcare.biz>
**Cc:** Jill Erickson <jerickson@ArnoldItkin.com>; LandonPerryZ4096774@arnolditkin.filevineapp.com
**Subject:** Re: Landon Perry (DOB: 08/25/1998) - Dr. Savant Summary Letter for Dr. Hayes

I've attached the signed summary!

Thank you,

**Caitlin McGroarty, P-LPC**

Elite Medical Wellness
2802 Hodges Street
Lake Charles, LA 70601

Ph: (337) 419-1873
Fx: (337) 656-2848

If you have an emergency, please call 911 or go to the nearest emergency room. Please refrain from leaving personal, private, or clinical information as this email is not monitored nor checked routinely. If you need to contact us, please call our office at (337) 419-1873.

---

**From:** Miranda Owens <mowens@ArnoldItkin.com>
**Sent:** Wednesday, June 26, 2024 10:24 AM
**To:** Caitlin McGroarty <cmcgroarty@emwhelp.com>; Kourtney Sittig <ksittig@emwhelp.com>; Melissa Jenkins <melissa@accesshealthcare.biz>
**Cc:** Jill Erickson <jerickson@ArnoldItkin.com>; LandonPerryZ4096774@arnolditkin.filevineapp.com <LandonPerryZ4096774@arnolditkin.filevineapp.com>
**Subject:** Landon Perry (DOB: 08/25/1998) - Dr. Savant Summary Letter for Dr. Hayes

Good morning,

We are working with our life care planner, Dr. Shelly Savant and have been asked to please have Dr. Patrick Hayes sign and date the attached summary letter regarding Mr. Landon Perry. Please have Dr. Hayes sign and date and return the attached as soon as possible. We are working on a tight schedule.

Thank you!

**Miranda Owens**
Paralegal