

**Exhibit**

**11**

# AsherMeyers, LLC

## DISPUTE ADVISORY & FORENSIC SERVICES

June 28, 2024

Mr. Kyle Findley
Arnold & Itkin, LLP
6009 Memorial Drive
Houston, Texas 77007

Re:     Landon Perry

Dear Mr. Findley:

You have asked us to calculate the after-tax loss of economic capacity utilizing real (net of inflation) growth and discount rates, in compliance with the methodology specified in Culver II in the above referenced matter.

Landon Perry was born on August 25, 1998.  He was injured as a result of the alleged actions of the defendants on April 22, 2023.

<u>Materials Reviewed and Relied Upon</u>

1.  Forms W-2s for 2021 through 2023, Bates L. Perry 000200 - 000205

2.  Individual Income Tax Returns for 2019 through 2023, Bates L. Perry 000064 - 000199

3.  U.S. Department of Labot Notice of Payments, Bates HESI_00000589 – 00000590

4.  Various Medical & Billing Records, Bates L. Perry 000001-000049

5.  Various Pleadings including, but not limited to, Plaintiff's Original Petition filed October 20, 2023

6.  Various correspondence received in this matter  ("Correspondence")

<u>Earning Base</u>

*Pre-Accident Earning Capacity*

Mr. Perry's pre-accident annual earning capacity totals $64,116[1] in 2023 dollars.

---

[1] Based of average of 2020 through 2021 wages, or $56,702 adjusted for inflation

433 Metairie Road, Suite 215   |   Metairie, Louisiana 70005

Main:  (504) 566-7577   |   Fax:  (504) 566-9003   |   www.asher-meyers.com

Mr. Kyle Findley
June 28, 2024
Page 2

*Post-Accident Earning Capacity*

You have advised us that Mr. Perry will not return to the workforce.

Change in Future Income

We have used real growth factors of 0.0% (2.26% nominal growth rate) in calculating Mr. Perry's annual gross earnings growth subsequent to the reference date of this report (July 14, 2025).

Discount Rate

This factor is based upon the rate of return available in risk-free investments (primarily short term and intermediate term U.S. Treasury Securities) reduced by the rate of general inflation. The purpose of using this mechanism is to ensure that there is a sufficient total amount of cash today to replace future amounts. For purposes of this report, we have utilized a real after-tax discount rate totaling -0.23%.

Worklife

We have calculated Mr. Perry's loss of future earning capacity based on a worklife expectancy of 31.6 years as of the reference date of this report or until attaining 58.5 years of age. For this assumption, we have relied upon the median worklife expectancy as detailed in "The Markov Model of Labor Force Activity 2012-17: Extended Tables of Central Tendency, Shape, Percentile Points, and Bootstrap Standard Errors" authored by Gary R. Skoog, James E. Ciecka, and Kurt V. Krueger published in Journal of Forensic Economics 28(1-2), 2019, pp. 15-108, Table 5.

Fringe Benefits

Benefits and perquisites comprise a significant portion of an employee's total compensation package. Benefits and perquisites include retirement plans, insurance and health benefits.

We have assumed that Mr. Perry's fringe benefits total 15% of his lost annual gross wages.

Found

You have advised us that Mr. Perry was supplied meals, incidentals and living quarters as part of his employment.

As such, for purposes of determining Mr. Perry's lost found, we have assumed an average lost found totaling $35 per day (based on an equivalent maintenance rate) utilizing 183 days per year (based on a 14 day on and 14 day off hitch) for a total annual lost found

Mr. Kyle Findley
June 28, 2024
Page 3

of $6,405 beginning effective the reference of this report continuing through the remainder of Mr. Perry's worklife expectancy.

Summary

Based on the above and as detailed in Exhibit 1, we have calculated Mr. Perry's after-tax loss of economic capacity total $2,452,181.

This report has been authored by Harold A. Asher and Jeffrey E. Meyers.

We reserve the right to amend and supplement this report should additional relevant information come to our attention.

Mr. Kyle Findley
June 28, 2024
Page 4

Harold A. Asher does hereby state the following:

In accordance with Rule 26 of the Federal Rules of Civil Procedure, I do hereby state the following:

I have not authored any publications within the preceding four (4) years.

I expect to be compensated for my work according to my standard fee schedule, which is $575 per hour, with the exception of depositions, for which my standard rate is $1,150 for the first hour or any part thereof and $575 for each additional hour or any part thereof.

I have testified as an expert at trial and/or been deposed within the preceding four (4) years in the following matters:

Texas Pellets, Inc. and German Pellets Texas, LLC v German Pellets GMBH, IPBG Pellets Beteiligungs GMBH, Peter Leibold, Anne Leibold and Michael Leibold
*United States District Court for the Eastern District of Texas Marshall Division, Civ. Act. No. 2:18-cv-00178* (deposition September 2020)

Lindsey Simon, Justin Vige and Shaune Roberts v Lyondell Chemical Company, Lyondell Refining Company LLC, Houston Refining LP, Team Industrial Services, Inc., Hydrochem LLC, Texas Stress Inc., and TMR Company
*295th Judicial District Court of Harris County, Texas, Cause No. 2019-12351* (deposition September 2020)

Jessica Cook v Cattleman's Supply, Inc., Wyatt Wellmann
*21st Judicial District Court of Washington County, Texas, Cause No. 37142* (deposition October 2020)

U.S. v Jason R. Williams and Nicole E. Burdett
*United States District Court for the Eastern District of Louisiana, Criminal No. 20-055-F* (trial testimony October 2020)

Hope Jones McGallion, On Behalf of her Minot Children, Kelsey Jones, Madyson Jones and Dallin Jones v Jennifer Englade, Rechelle Hotard, St. John the Baptist Sheriff's Office, et al
*29th Judicial District Court for the Parish of St. Charles, State of Louisiana, No. 77,857* (deposition November 2020)

Dallas Theriot v Enterprise Products Company, Enterprise Marine Services, LLC and H.O. Bostrom Company, Inc.
*190th Judicial District Court of Harris County, Texas, Cause No. 2019-39423* (deposition January 2021)

Mr. Kyle Findley
June 28, 2024
Page 5

Charlie Anderson, Jr. v Elite Concrete Pumpers, LLC
*16th Judicial District Court for the Parish of St. Mary, Case No. 129020* (deposition January 2021)

Leonard Davis v Jane Doe and the Administrators of the Tulane Educational Fund
*Civil District Court for the Parish of Orleans, State of Louisiana, Case No. 2016-10656* (deposition February 2021)

Kenneth Hill, et al v The GEO Group, Inc. et al
*United States District Court for the Western District of Louisiana, Civil Action No. 18-1363-Lead;20-0359-Member* (deposition March 2021)

John Blackman v Four Rivers Towing, LLC
*In the County Court of At Law Number Three (3) Galveston County, Texas, Cause No. CV-0084911* (deposition March 2021)

Peter Kravitz, in his capacity as the Creditor Trustee of the Creditor Trust of Advance Watch Company, Ltd. v Marcello Binda and Simone Binda
*United States District Court, Southern District of New York, Civil Action No. 17-7461 (ALC)(SN)* (deposition March 2021)

French Quarter Apartments Limited Partnership v The McDonnel Group, LLC
*The Arbitration Tribunals of the American Arbitration Association and International Centre for Dispute Resolution, Case No. 01-18-0002-8419* (deposition May 2021)

Wilburn Rowe v James Henry
*385th Judicial District Court of Midland County, Texas, Cause No. CV56346* (deposition June 2021)

Ioana Baltag Cosman v Radu Cosman
*The Family Court, Parish of East Baton Rouge, State of Louisiana, Case No. 216,757* (trial testimony June 2021)

Robert A. St. Clair v Ephriam Edwards and Hopeland Trucking, LLC
*United States District Court for the Western District of Oklahoma, Case No. CIV-19-981-PRW* (trial testimony July 2021)

Vida Sam, Individually and as Personal Representative of the Estate of Silas Sam and Silas Sam, Jr. v Crowley Marine Services, Inc. and Vessel Management Services, Inc.
*Galveston County – County Court at Law No. 2, Case No. CV-0087163* (deposition July 2021)

Mr. Kyle Findley
June 28, 2024
Page 6

Jeprece Roussell, on behalf of and as tutrix for S.C.R., the minor child of Kierston Roussell, Deceased; Leroy Brown and Erron Lewis v PBFX Operating Company, LLC, et al
*19th Judicial District Court for the Parish of East Baton Rouge, Docket No. C-672352* (deposition July 2021)

Esteban Hernandez v Desperado Services, LLC; Adrian Sanchez; Julio Cesar Esquivel; Steven Duhon; and Gregory Wilkinson
*In the 385th District Court of Midland County, Texas, Cause No. CV55975* (deposition August 2021)

Miguel Garcia and Christopher Garcia v GTC Vorro Environmental Services, LLC; GTC Vorro Technology, LLC
*In the 151st District Court of Harris County, Texas, Cause No. 2020-04864* (deposition October 2021)

Emmanuel Camacho v Nestle USA, Inc. & John McHugh
*In the 125th District Court of Harris County, Texas, Cause No. 2020-47154* (deposition November 2021)

In the Matter Of: Academic Partnerships, LLC v Board of Supervisors of Louisiana State University and Agricultural and Mechanical College
*American Arbitration Association* (arbitration testimony November 2021)

Chevron TCI, Inc. v Capitol House Hotel Manager, LLC and The Wilbur Marvin Foundation
*United States District Court, Middle District of Louisiana, C.A. No. 18-776* (trial testimony November 2021)

Charles Bradley v Load Trial, LLC
*In the District Court of Lamar County, Texas (Lamar County - 62nd District Court) Judicial Cause No. 88915* (deposition December 2021)

Laura Leigh Province Jacobs v Jeffery Mark Jacobs
*22nd Judicial District Court for the Parish of St. Tammany, No. 2018-12473* (trial testimony December 2021)

Rosa Howard v Frito-Lay, Inc., Rolling Frito-Lay Sales, LP
*234th Judicial District Court of Harris County, Texas, Cause No. 2020-02209* (deposition December 2021)

Jimmy Zafra v Sterling McCall GMC Cadillac, Inc., Sterling McCall GMC, LLC, GPI TX-HGM, Inc., d/b/a Sterling McCall Cadillac and Keith Mack
*295th Judicial District Court of Harris County, Texas, Cause No. 2020-18577* (deposition January 2022)

Mr. Kyle Findley
June 28, 2024
Page 7

Jennifer Torres v Texas Disposal Systems Inc. and Reginald Carr
*201st Judicial District Court of Travis County, Texas, Cause No. D-1-GN-20-001632* (deposition January 2022)

Clement Bell, Robert Sayles and Ryheme Knighten v American Petroleum Tankers, LLC, American Petroleum Tankers Parent, LLC, Kinder Morgan, Inc., Crowley Marine Corporation, Intrepid Personnel & Provisioning, LLC, Associated Marine Equipment, LLC, E.N. Bisso & Son, Inc., Bisso Offshore, LLC and Associated Terminals, LLC.
*Civil District Court for the Parish of Orleans, State of Louisiana, No. 2019-5915* (deposition January 2022)

Ashley German, et al, Plaintiffs, Chris Lamb, Individually and as next friend of A.L. and Sherry Lamb, Intervenors v HHC TRS Portsmouth, LLC d/b/a Marriott DFW Airport, Frank Cephas Adadzi, A/C Rescue, Inc., Jared Keith Thompson, Bradley Thompson, and Remington Lodging & Hospitality, LLC
*193rd Judicial District Court of Dallas County, Texas, Cause No. DC-19-0966* (deposition January 2022)

Patrick David Ridgeway, Claimant v UBS Financial Services Inc., Respondent
*Before the Financial Industry Regulatory Authority, Inc., Case Number: 21-00312* (testimony February 2022)

Antonio Valdez v Kraken Operating, LLC
*125th Judicial District Court of Harris County, Texas, Cause No. 2020-33756* (deposition February 2022)

J. Doe v Ochsner Health System, et al
*United States District Court for the Eastern District of Louisiana, Civil Action No. 21-205* (deposition February 2022)

Ronald J. Hof, In his capacity as Chapter Trustee of the Bankruptcy Estate of Foodservicewarehouse.com, LLC v LaPorte, A Professional Accounting Corporation, Continental Casualty Company, Ironshore Specialty Insurance Company
*United States District Court for the Eastern District of Louisiana, Civil Action No. 19-10696* (deposition October 2020 and trial testimony March 2022)

Lake Charles Harbor & Terminal District v Reynolds Metal Company
*United States District Court for the Western District of Louisiana, Lake Charles Division, Civil Action No. 2:17-cv-01114* (deposition February 2022 and trial deposition April 2022)

Maria Leos v Stevens Transport, Inc. and Benjamin Lee Hibbler, Jr.
*162nd Judicial District Court, Dallas County, Texas, Cause No. DC-20-17307* (deposition May 2022)

Mr. Kyle Findley
June 28, 2024
Page 8

Corissa McKenzie v J.B. Hunt Transport, Inc., and Ronald Lee Elliott
*407th Judicial District Court, Bexar County, Texas, Cause No. 2019CI21093*
(deposition June 2022)

Carlos Garza v AFMA, Inc. d/b/a Core Office Interiors
*295th Judicial District Court, Harris County, Texas, Cause No. 2020-02781
(*deposition June 2022)

James Construction Group, LLC v Diamond B Construction Company, LLC
*American Arbitration Association, No. 01-19-0000-6711* (arbitration testimony
July 2022)

David Krunch Whitfield Kloberdanz v Credit Suisse Securitiese (USA), LLC
*FINRA Dispute Resolution, FINRA No. 16-02946* (arbitration testimony July 2022)

Jad Dean v S.A. Express, Inc. and Demarcus Anton Ishmeal
*In the Circuit Court for the County of Wayne, State of Michigan, Case No. 20-
005442-NI* (testimony August 2022)

Jose Carrillo v Pam Cartage Carriers, LLC, et al
*United States District Court for the Southern District of Texas, Houston, Cause No.
4:20-CV-3568 (*deposition August 2022)

Shea Harrelson and James Agee v UTC Laboratories, LLC, et al
*24th Judicial District Court for the Parish of Jefferson, Docket No. 776-917*
(deposition August 2022)

Michael Kovacs v Helix Wells Ops, Inc.
*334th Judicial District Court, Harris County, Texas, No. 2021-17922* (deposition
September 2022)

Brandon Gutierrez v Shell Oil Company; Maxim Crane Works, LP, Maxim Crane
Works, LLC
*165th Judicial District Court, Harris County, Texas, Cause No. 2021-04621*
(deposition September 2022)

Heriberto Faz v Southwestern Bell Telephone Company d/b/a AT&T Texas and
Diamond H. Services, Inc.
*116th Judicial District Court, Dallas County, Texas, Cause No. DC-20-10495*
(deposition September 2022)

Carlos Segovia v General Motors, LLC, General Motors Corporation and Dawson
Montfort
*67th Judicial District Court, Tarrant County, Texas, Cause No. 067-310114-19*
(deposition October 2022)

Mr. Kyle Findley
June 28, 2024
Page 9

Jose B. Lopez v Marten Transport, Ltd. and Tiffany D. Gilmore
*143rd Judicial District Court of Reeves County, Texas, Cause No. 20-07-23607-CVR* (deposition November 2022)

Jeremy Cooper v Terry Lee Schwall and Progressive Security Insurance Company
*Civil District Court for the Parish of Orleans, State of Louisiana, No. 2020-02964* (deposition November 2022)

Miriam Lazusky v Bluestem Brands, Inc. d/b/a Chef's Mark Preferred Quality
*Fourth Judicial District Court for the County of Hennepin, State of Minnesota, Court File Number: 27-CV-20-8417* (testimony November 2022)

Jesse Baker v General Motors, LLC
*United States District Court of Texas, Fort Worth Division, Civil Action No. 4:21-CV-160-P* (deposition November 2022)

Ramon Lopez Fernandez, Ramon Lopez Monson, Yumilaidi Mustelier and Serguey Hernandez Torres v Solaris Oilfield Site Services Operating, LLC; Solaris Oilfield Site Services Personnel, LLC; Solaris Oilfield Infrastructure, Inc.; Solaris Oilfield Infrastructure, LLC; and Justin Wynn
*11th Judicial District Court in the District of Harris County, Texas, No. 2020-34466* (deposition January 2023)

Darson Cagle v Daylight Motors, Inc. and Larry Tillery
*172nd Judicial District Court in the District of Jackson County, Texas, No. E-0207231* (deposition March 2023)

Henry Francis Leos v Warren M. Lanier, individually and Action Safety Supply Co., LLC, a domestic limited liability company
*In the District Court of Oklahoma County, State of Oklahoma, Case No. CJ-021-268* (deposition March 2023)

Mary J. Duke and Sarah Duke v Colonial Logistics, LLC and Wilbert R. Edwards
*151st Judicial District Court for Harris County, Texas, Case No. 2021-40863* (deposition March 2023)

Wholesale Electric Supply Company, A Branch of Wholesale Electric Supply Co. of Houston, Inc. v Honeywell International, Inc.
*19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, Number 630349* (deposition May 2023)

Donald Seeberger v BNSF Railway Company, et al v Deacero, S.A. de C.V. and Grupo Mexicano de Seguros, S.A. de C.V.
*215th Judicial District Court for Harris County, Texas, Case No. 202005593* (deposition May 2023)

Mr. Kyle Findley
June 28, 2024
Page 10

James Stewart v Diamond Offshore Management Company, Diamond Offshore Limited, and Diamond Offshore Drilling, Limited
*129th Judicial District Court for Harris County, Texas, Case No. 2019-58499* (deposition June 2023)

Michelle Sommer and Craig Sommer v Andrew Doherty, MD, IHA Health Services Corporation d/b/a IHA Associates in Gynecology & Obstetrics-Brighton and Trinty Health-Michigan d/b/a St. Joseph Mercy Ann Arbor, Jointly and Severally
*In the Circuit Court for the County of Washtenaw, State of Michigan, Case No. 22-000007-NH* (deposition August 2023)

Zahid Hotel Group, LLC v AmGuard Insurance Company
*United States District Court for the Eastern District of Louisiana, Case No. 2:22-cv-02792-EEF-MBN* (deposition September 2023)

Mario Herrera v Estes Express Lines and Robert Peach
*334th Judicial District Court of Harris County, Texas, No. 2022-47974* (deposition September 2023)

Jeremy Darrow v Performance Contracting, Inc., Timothy Bryan Lampard & Timothy Alan Long
*333rd Judicial District Court of Harris County, Texas, No. 2021-07544* (deposition September 2023)

James Middleton Huger v Stephanie Goliwas Huger
*Civil District Court for the Parish of Orleans, No. 2018-7554* (trial testimony September 2023)

John Buford v Alpha Vesselco, LLC
*Civil District Court for East Baton Rouge Parish, State of Louisiana, Arbitration Matter No. 99678-0002* (arbitration testimony November 2023)

Donald Olson v Gregory Ricks, Gregory Ricks & Associates, Inc. and Gregory Ricks, LLC
*24th Judicial District Court for the Parish of Jefferson, No. 767-985* (deposition November 2023)

The Parish of Jefferson v VRK, LLC
*24th Judicial District Court for the Parish of Jefferson* (deposition November 2023)

Shuron Hubert v Chemical, Refining, and Terminal Services, LLC and HMT, LLC
*189th Judicial District Court of Harris County, Texas, Cause No. 2021-56512* (deposition November 2023)

Mr. Kyle Findley
June 28, 2024
Page 11

Eloisa Marie Palacios v Hanks Transport, LLC and Jo Allen Smith
*438th Judicial District Court of Bexar County, Texas, Cause No. 2021-CI00969*
(deposition December 2023)

Wayne Warfield v National Response Corporation and OSRV Holdings, Inc.
*In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, Case No. 2020-021878-CA-01* (deposition December 2023)

Gregg Frischhertz v Frischhertz Electric Company, Inc.
*Civil District Court for the Parish of Orleans, State of Louisiana, No. 2022-5376*
(deposition December 2023)

Shannon Dolby v Omega Protein, Inc., ABC Insurance Company; Ace American Insurance Company; First Specialty Insurance Company; and Alpha Vesselco, LLC
*Civil District Court for East Baton Rouge Parish, State of Louisiana* (arbitration testimony February 2024)

Geroyal Jackson v Mooring Recovery Services, Inc., Morring Recovery Services of Houston, Ltd., North Mill Capital, LLC, North Mill Equipment Finance, LLC and Juan R. Rodriguez
*269th Judicial Court in the District Court of Harris County, Texas, Cause No. 2022-18766* (deposition February 2024)

Hazim Al Wazzan v Preferred Parking, LLC and Michelle Lea Wilson
*162nd Judicial District Court of Dallas County, Texas, Cause No. DC-22-06575*
(deposition March 2024)

Famous Tallahassee, LLC, Fun Yum Holdings, LLC, and Fun-Yum, LLC d/b/a Famous Dave's Pensacola v Michael Cerasa; Colling, Gilbert, Wright & Carter, LLC; Karl Pearson; Pearson, Doyle, Mohre & Pastis, LLP, f/k/a Pearson, Bitman, LLP
*In the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, Case No. 2020-CA-010874-O* (deposition March 2024)

Craig Wallace, Individually and as the Representative of The Estate of Gavin Wallace v Polaris Precision Tubular Services, LLC; Tap Rock Operating, LLC; Helmerich & Payne International Drilling Company; Tenaris Global Services (U.S.A.) Corporation; High 5 Services, LLC; and NGP Energy Capital Management, LLC
*In the County Court at Law No. 4 of Dallas County, Texas, Cause No. CC-21-04637-D* (deposition March 2024)

In Re Maison Royale, LLC
*United States Bankruptcy for the Eastern District of Louisiana, No. 23-10966*
(deposition and trial testimony April 2024)

Mr. Kyle Findley
June 28, 2024
Page 12

Nolaluna, LLC v E. Howell Crosby et al
*Civil District Court for the Parish of Orleans, State of Louisiana, No. 2017-04216*
(deposition April 2024)

James Steverding v GEO Drilling Fluids, Inc. and Ernest Serena
*142nd Judicial District of Midland County, Texas, Cause No. CV59261* (deposition
May 2024)

Ossob Mohamoud v Otis Elevator Company; TK Elevator Company; and Annual
Elevator Inspection Services, LLC
*234th District Court of Harris County, Texas, Cause No. 2022-19644* (deposition
May 2024)

Martin Maldonado v Refrigerated Warehouse Construction Co. LLC and Clifford
Jerome Windom
*295th District Court of Harris County, Texas, Cause No. 2022-76134* (deposition
June 2024)

Damon Glaspie v FC Delivery Service and Omar Aguilar
*133rd Judicial District Court of Harris County, Texas, Cause No. 2021-55678*
(deposition June 2024)

Roel Salvador v Sam's West, Inc. DBA Sam's Club; Cardinal Logistics
Management Corporation and David San Miguel
*332nd Judicial District Court of Hidalgo County, Texas, Cause No. C-2171-22F*
(deposition June 2024)
Jeffrey E. Meyers does hereby state the following:

In accordance with Rule 26 of the Federal Rules of Civil Procedure, I do hereby
state the following:

I have not authored any publications within the preceding four (4) years.

I am being compensated for my work according to my standard fee schedule, which
is $425 per hour, with the exception of court time and depositions, for which my standard
rate is $850 for the first hour or any part thereof and $425 for each additional hour or any
part thereof.

I have testified as an expert at trial and/or been deposed within the preceding four
(4) years in the following matters:

Andrea Marie Augustus v Darvis Keon Harvey
*Civil District Court for the Parish of Orleans, Case No. 2013-10322* (trial
testimony June 2020)

Mr. Kyle Findley
June 28, 2024
Page 13

David R. Powers, M.D., A Professional Medical Corporation, D/B/A/ Kidney &
Hypertension Associates v Daniel P. Tveit, M.D.
*22nd Judicial District Court for the Parish of St. Tammany, Case No. 2017-11625*
(deposition and trial testimony July 2020)

Mikia Bell v Department of Public Safety and Corrections, et al
*United States District Court, Eastern District of Louisiana, Civil Action No. 2:19-
CV-11435* (deposition July 2020)

Shelly Bernstein v Kenneth D. Bernstein
*Civil District Court for the Parish of Orleans, Case No. 2016-4737* (trial testimony
September 2020, June 2019 and April 2019)

Eleanor Pratt Dymond v Christian Craig Culotta
*Court Appointed Expert, Civil District Court for the Parish of Orleans, Case No.
2013-11204* (trial testimony October 2020)

Regina Ceaser v Dillard Department Store, Inc.
*The American Arbitration Association, Case No. 011900009218* (trial testimony
October 2020)

Clem D. Dalrymple v The United States Postal Service and Jonathan Jones
*United States District Court, Eastern District of Louisiana, Civil Action 18-14237*
(trial testimony October 2020)

Anthony Billiot v Laura Billiot
*34th Judicial District Court for the Parish of St. Bernard, No. 19-0261* (trial
testimony November 2020 and September 2020)

Troy Hawks v Luhr Bros, Inc.
*United States District Court, Southern District of Illinois, Case No. 3:19-CV-
01382-NJR* (deposition February 2021)

Andrea Marie Augustus v Darvis Keon Harvey
*Civil District Court for the Parish of Orleans, Case No. 2013-10322* (deposition
March 2021)

Charles Wade Wagnon v Peoria and Pekin Union Railway
*United States District Court, Central District of Illinois, Peoria Division, Case No.
1:20-cv-01208-JBM-JEH* (deposition March 2021)

Angela Curbow v Benitez Jaimes and XL Parts, LLC
*190th Judicial District Court of Harris County, Texas, Case No. 2019-79745*
(deposition April 2021)

Mr. Kyle Findley
June 28, 2024
Page 14

Warren Riley v Latoya Cantrell, Individually and in her official capacity as Mayor of the City of New Orleans and The City of New Orleans
*United States District Court, Eastern District of Louisiana, Civil Action 19-13950* (deposition April 2021)

Paratech, LLC v St. Bernard Parish Government
*34th Judicial District Court for the Parish of St. Bernard, State of Louisiana, Case No. 14-1331* (trial testimony May 2021)

Derrick Florom v Savage Services Corporation, Savage Industrial Rail Services, Inc., Savage Refinery Services, LLC and Texas City Terminal Railway Company
*405th Judicial District Court of Galveston County, Texas, Cause No. 20-CV-1507* (deposition June 2021)

Scott Sullivan v Margaret Herster
*Civil District Court for the Parish of Orleans, State of Louisiana, Case No. 19-117* (trial testimony June 2021)

Luther Murphy v Global Risk Consultants, Corp., ABS Quality Evaluations, Inc., Non-Destructive Inspection Corporation and Zachry Corporation
*239th Judicial District Court of Brazoria County, Texas, Cause No. 104165-CV* (deposition June 2021)

Cameron Bonnett v United States Department of Agriculture
*United States District Court, Eastern District of Louisiana, Case No. 20-2937* (deposition July 2021)

Patrick Graves v WPX Energy Permian, LLC, AIPC Energy LLC, AIPC Energy, Inc., Decca Consulting, Inc., Paul Sternadel and Billy Lalonde
*United States District Court for the Western District of Texas, Pecos Division, Civil Action No. 4:20-cv-00021-DC-DF* (deposition August 2021)

Cory Callihan v Inland Construction and Engineering, Inc.
*In the Circuit Court of the 14th Judicial Circuit In And For Bay County Florida, Case No. 2019 CA 003845* (deposition August 2021)

Elegant Massage, LLC d/b/a Light Stream Spa, on behalf of itself and all others similarly situated v State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company
*In the United States District Court for the Eastern District of Virginia, Norfolk Division, Civil Action No. 2:20-cv-265* (deposition August 2021)

Michael Thomas Kelting v Laura Kelting
*Civil District Court for the Parish of Orleans, State of Louisiana (No. 2015-11068)* (trial testimony August 2021)

Mr. Kyle Findley
June 28, 2024
Page 15

Lusia M. Stallworth, individual, and as parent and next friend of K.S., a minor v James W. Murray, individually, and Kreilkamp Trucking, Inc., a domestic business corporation
*District Court of Ottawa County, State of Oklahoma, Case No. CJ-2019-139* (deposition September 2021)

Javier Castillo v Mi-Jack Products, Inc., Ace Industries, Inc., and James Scott Parchmont
*269th Judicial District Court of Harris County, Texas, Cause No. 2019-84588* (deposition October 2021)

Fred Oswald v Randall C. "Randy" Smith, et al
*22nd Judicial District Court for the Parish of St. Tammany, Case No. 2018-10044* (trial testimony November 2021)

Arthur Carlin v Clear Blue Insurance Company, Central Dispatch, Inc., Centanni Limited Partnership, and Melvin Russell
*Civil District Court for the Parish of Orleans, State of Louisiana, No. 2020-01571* (deposition February 2021)

Sonder USA, Inc. v 635 N. Scott, LLC
*United States District Court for the Eastern District of Louisiana, Civil Action No. 18-13891* (trial testimony March 2022)

Charles Bradley v Load Trail, LLC
*Judicial Workplace Arbitrations, JWA No. 3178-A-2020* (arbitration testimony March 2022)

620 Decatur, LLC v New Jax Condominium Association, Inc., New Jax Commercial, LLC, Earl Weber and Zurich Insurance Company
*Civil District Court for the Parish of Orleans, No. 2013-7480* (deposition March 2022)

B & P Restaurant Group, LLC, d/b/a The Rum House of New Orleans, et. al v Eagan Insurance Agency, LLC
*Civil District Court for the Parish of Orleans, No. 2020-08775* (deposition May 2022)

New Orleans Louisiana Saints, LLC v Who Dat?, Inc.
*American Arbitration Association, Action No. 01-19-0002-2628* (arbitration testimony August 2022, August 2020 and July 2020)

Mr. Kyle Findley
June 28, 2024
Page 16

John David Warren, Jr., and Laura Warren, Individually, and as Guardians Ad Litem and Next Friends to Their Minor Children, D.G.W., A.J.W., J.D.W. III, and A.A.W. v United States of America; Hawaii Pacific Health, a Domestic Nonprofit Corporation; Hawaii Pacific Health Partners, Inc., a Domestic Nonprofit Corporation, Kapiolani Medical Specialists, a Domestic Tax-Exempt Organization; Devin Puapong, M.D.; and Doe Defendants 1-10
*United States District Court for the District of Hawaii, Civil No. 19-00232 JMS-WRP* (trial testimony August 2022)

Patty Dupre, Individually and on Behalf of Her Minor Child, Dylan Dupre and Gage Dupre, Individually v Palfinger Marine USA, Inc. and Zurich American Insurance Company
*United States District Court for the Western District of Louisiana, Lafayette Division, Civil Action No. 6:20-CV-0756 (Consolidated with 6:20-CV-00685 (Lead) 6:20-CV-0773) (*deposition August 2022)

Devin Marcel, Individually and on behalf of Gary Marcel Estate v Shell Offshore, Inc. et al
*United States District Court for the Western District of Louisiana, Lafayette Division, Civil Action No. 6:20-CV-0773 (Consolidated with 6:20-CV-00685 (Lead) 6:20-CV-0756) (deposition August 2022)*

James Austin Rahaim v Reagyn Long Rahaim
*22nd Judicial District Court for the Parish of St. Tammany, Docket No. 2019-11621* (trial testimony September 2022)

Steven Burger and Michelle Vought v Protective Insurance Company, Cal-Ark International, Inc., and Gregg M. Landry
*24th Judicial District Court for the Parish of Jefferson, Docket No. 803699* (deposition October 2022)

Michelle Benoit and Rechelle Wall Individually and on behalf of her minor child, Sydnie Sims v Cal-Ark International Inc., Gregg Landry, and Protective Insurance Company
*24th Judicial District Court for the Parish of Jefferson, Docket No. 796827 C/W: 803699* (deposition October 2022)

Jack H. Shannon v Julia Westrich Shannon
*Civil District Court for the Parish of Orleans, No. 2005-13100* (trial testimony October 2022 and deposition May 2022)

Gary Jude Russo v Kim Frances Levy Russo
*16th Judicial District Court for the Parish of St. Martin, No. 72066-G* (Report admitted as trial testimony November 2022)

Mr. Kyle Findley
June 28, 2024
Page 17

Succession of Michael Eng Yau Ong a/k/a/ Eng Yau Ong
*24th Judicial District Court for the Parish of Jefferson, No. 800-637* (trial testimony November 2022)

Shane Smith v Pinnergy, Ltd. v Pipe Pros, LLC
*345th Judicial District Court of Travis County, Texas, Cause No. D-A-GN-20-004757* (deposition November 2022)

Tunya Brooks v Southland Truck Group, LLC
*24th Judicial District Court for the Parish of Jefferson, No. 810-314* (deposition February 2023)

In the matter of Falcon Global Offshore II LLC, as owner, Seacor Marine LLC as Manager/Operator and Seacor Liftboats, LLC as Alleged Owner/Operator of the Seacor Power
*United States District Court, Eastern District of Louisiana, CA No.: 2:21-cv-01062* (deposition April 2023)

Leslie C. Burton v Robert R. Burton, III
*22nd Judicial District Court for the Parish of St. Tammany, Docket No. 2018-16162* (trial testimony April 2023 and deposition February 2023)

Paul McGaughy v Labelleco Fab LLC
*60th Judicial District Court of Jefferson County, Texas, Cause No. B-205,237* (deposition May 2023)

In Re:  Who Dat?, Inc.
*United States Bankruptcy Court, Eastern District of Louisiana, Case No. 21-10292* (trial testimony June 2023 and June 2021)

Kellie Descant Cahn v Mike Cahn
*Civil District Court for the Parish of Orleans, State of Louisiana, No. 2019-11076* (trial testimony June 2023)

In Re: Succession of Nevalle Marie Hambrick Price
*18th Judicial District Court for the Parish of Pointe Coupee, State of Louisiana, No. 48,554* (deposition July 2023)

Commercial Restoration Company, LLC v Nanaki, LLC
*33rd Judicial District Court for the Parish of Allen, State of Louisiana, No. C-2021-071* (trial testimony July 2023)

Wetlands Mitigation Strategies, LLC v Weyerhaeuser NR Company
*United States District Court, Middle District of Louisiana, No. 21-256-BAJ-SDJ* (deposition July 2023)

Mr. Kyle Findley
June 28, 2024
Page 18

Darrell Pagel and Dana Pagel v New Bern Transport Corporation d/b/a NB Transport Corp and Paul Rose
*23rd Judicial District Court of Wharton County Texas, Cause No. CV53814* (deposition August 2023)

Stacey Griffin, et al v The United States of America
*United States District Court, Eastern District of Louisiana, Case No. 2:22-CV-3694 c/w No. 2:22-CV-3826* (deposition September 2023)

Eva Broussard v Christus Ochsner Health Systems Christus Health Southwestern Louisiana
*14th Judicial District Court for the Parish Calcasieu, State of Louisiana, Docket No. 2019-3513* (deposition November 2023)

Diya & Om, LLC v AmGuard Insurance Company
*United States District Court, Middle District of Louisiana, Civil Action No: 3:22-cv-00343* (deposition November 2023)

Jay Ambe 2021, LLC v AmGuard Insurance Company
*United States District Court, Middle District of Louisiana, Civil Action No: 3:22-cv-00341* (deposition November 2023)

Jai Mahadev, LLC v AmGuard Insurance Company
*United States District Court, Middle District of Louisiana, Civil Action No: 22-cv-0344* (deposition December 2023)

Nicholas J. Tusa and Macel B. Tusa v Canal Insurance Company, Taz Trucking, Inc., Jesse K. Pirtle, Ean Holdings, LLC, Berkshire Hathaway Guard Insurance Group, Ciana Patrice Stalberte, and ABC Insurance Company
*Civil District Court for the Parish of Orleans, State of Louisiana, No. 2021-05093* (deposition April 2024)

Sonder Hospitality USA, Inc. v 415 Dauphine, LLC, 717 Conti, LLC, 1001 Chartres Str., LLC, Rampart Hotel Ventures, LLC, 1001 Toulouse, LLC, Royal Hotel Investors, LLC, 1234 Chartres, St. LLC, JAJ Ventures, LLC, 730 Rue Bienville, LLC and Mansion on Esplanade, LLC
Sonder Hospitality USA, Inc. v St. Ann Lodging, LLC and JAJ Ventures, LLC
*United States District Court, Eastern District of Louisiana, Case No. 2:22-CV-2033 c/w No. 22-2971* (deposition April 2024)

We attach the following:

1.  Exhibit 1 – Landon Perry – *Summary of Loss*

Mr. Kyle Findley
June 28, 2024
Page 19

      2.   Our Curricula Vitae

_____*/s/ Harold A. Asher*_____           _____*June 28, 2024*_____
Harold A. Asher                                 Date

_____*/s/ Jeffrey E. Meyers*_____           _____*June 28, 2024*_____
Jeffrey E. Meyers                             Date

# LANDON PERRY

## *SUMMARY OF LOSS*

| | | | | |
|---|---|---|---|---|
| **A** | **PAST LOSS** [1] | | | |
| | 1. | **WAGES** | **$** | **117,973** |
| | 2. | **FRINGE BENEFITS** | | **22,106** |
| | 3. | **FOUND** | | **-** |
| | 4. | **TOTAL PAST LOSS** | | **140,078** |
| | | | | |
| **B** | **FUTURE LOSS** | | | |
| | 1. | **WAGES** | | **1,768,279** |
| | 2. | **FRINGE BENEFITS** | | **334,207** |
| | 3. | **FOUND** | | **209,617** |
| | 4. | **TOTAL FUTURE LOSS** | | **2,312,103** |
| | | | | |
| **C** | **TOTAL LOSS** | | **$** | **2,452,181** |

*(1) - CALCULATED FROM THE DATE OF THE ACCIDENT THROUGH JULY 14, 2025*

**EXHIBIT 1**

# *Harold A. Asher, CPA, ABV, CFF, PFS, CVA, CFE, FCPA*

**Professional & Business History**

Asher Meyers, L.L.C., Co-Founder July 2016 to present
Harold A. Asher, CPA, L.L.C., January 2002 to present
Katz & Asher, Ltd. A Corporation of Certified Public Accountants and Consultants
   Co-founder and Partner (October 1979 to December 2001)
K & A Capital Management, Owned and managed a Registered Investment Advisory Firm
   (1999 to 2001)
Koltun & Buckman, Ltd. (1978 to1979)
Price Waterhouse & Co. (1975 to1978)
Mr. Asher has provided investment advice to clients since 1979.

**Education**

Master of Business Administration, Tulane University (May 1975) with concentration in
   Accounting and Finance
Bachelor of Science with Major in Biology, Tulane University (May 1973)
Professional Education includes at least 40 annual hours.

**Range of Experience**

Mr. Asher has experience in compilations, reviews and audits of financial statements; individual, corporate, fiduciary, partnership and estate tax planning and compliance; financial and pension consulting and planning; forensic accounting, fraud investigation, investment advisory services, litigation support and business valuation services.

His financial consulting experience consists of analysis of proposed investment vehicles (including, but not limited to, marketable and closely-held stocks, tax favored investment strategies, bonds and limited partnerships) and assistance in developing a suitable portfolio, which meets the client's specific objectives for liquidity, diversification, risk and return.  He has designed and reviewed internal accounting control systems.  This work defined weaknesses and implemented recommendations to correct them.

He is experienced in pension consulting and compliance that includes analysis of client retirement objectives, investment criteria and determination of cost of funding the non-owner employee benefit.  He has performed administrative services including preparation of Form 5500C/R (Return/Report of Employee Benefit Plan), participants' statements, summary annual reports, balance sheets and statements of income and expenses.

Mr. Asher's extensive litigation support and business valuation services include examination and analysis of data, calculations and formulation of projections, assistance in discovery process, negotiations, depositions and trial testimony.

## *Harold A. Asher, CPA, ABV, CFF, PFS, CVA, CFE, FCPA*

His widespread experience in various areas includes, but is not limited to, valuation of medical and legal entities, valuation of commercial business entities, valuation of ownership interest in real estate limited partnerships, valuation of family limited partnerships, valuation of limited liability companies, valuation of participant interest in pension plans, calculation of income for child support purposes, calculation of damages resulting from securities transactions, asset allocation and suitability determination in securities litigation, accounting malpractice claims, calculation of damages resulting from personal injuries and employment related issues, calculation of lost profits, calculation of present value of projected future medical costs, calculation of damages in commercial matters, investment suitability, asset allocation, fiduciary duties and estate taxation, calculation of damages in construction related matters, calculation of losses relating to business interruption matters, fraud investigation and forensic accounting.

**Qualifications**

Mr. Asher is qualified as an expert witness in the United States District Court, Eastern, Middle and Western Districts of Louisiana, Southern District of Alabama, Western District of Michigan Southern Division and District of New Mexico, Western District of Oklahoma, the United States Bankruptcy Court, Eastern and Middle Districts of Louisiana, Middle District of Tennessee and Southern District of Texas, Corpus Christi Division, the 1st Judicial District Court for the Parish of Caddo, the 24th Judicial District Court for the Parish of Jefferson, the Civil District Court for the Parish of Orleans, the 22nd Judicial District Court for the Parish of St. Tammany, the 19th Judicial District Court for the Parish of East Baton Rouge, the 29th Judicial District Court for the Parish of St. Charles, the 18th Judicial District Court for the Parish of Iberville, the 34th Judicial District Court for the Parish of St. Bernard, the 23rd Judicial District Court for the Parish of St. James, the 15th Judicial District Court for the Parish of Lafayette, the 4th Judicial District Court for the Parish of Ouachita, the 36th Judicial District  Court for the Parish of Beauregard, the 40th Judicial District Court for the Parish of St. John the Baptist, the 143rd Judicial District Court of Ward County, Texas, Court of Common Pleas Hamilton County, Ohio and Circuit Court of Jackson County, Mississippi.  In addition, he is qualified in various National Association of Securities Dealers (NASD), Financial Industry Regulatory Authority (FINRA) and proceedings and various American Arbitration Association (AAA) proceedings.

He has been selected by the United States Department of Justice to calculate damages in civil and criminal Matters.

He served as Financial Advisor for both Louisiana Stadium and Exposition District and New Orleans Convention and Visitors Bureau.

Mr. Asher has also served as financial consultant in connection with the relocation of the Charlotte Hornets of the National Basketball Association to New Orleans.

# *Harold A. Asher, CPA, ABV, CFF, PFS, CVA, CFE, FCPA*

**Personal**

Mr. Asher received his Certified Public Accountant certification in July 1976. He is a member of the American Institute of Certified Public Accountants, its Forensic and Valuation Services Section and the Louisiana Society of Certified Public Accountants.

The American Institute of Certified Public Accountants certified Mr. Asher as Accredited in Business Valuation in February 2007, as Certified in Financial Forensics in July 2008 and as a CPA/Personal Financial Specialist in February 2023.

He was designated a Certified Fraud Examiner by the Association of Certified Fraud Examiners in February 1995 and a Certified Valuation Analyst by the National Association of Certified Valuators and Analysts in December 1995.

He received his Series 65 License from the Securities and Exchange Commission in December 1999 and served as a registered investment adviser from 1999 through 2004.

He was designated as a Forensic Certified Public Accountant in March 2006.

Mr. Asher is a member of the National Association of Forensic Economists.

Mr. Asher serves on the Board of the Nathan Family Supporting Foundation, a supporting foundation of the Jewish Endowment Foundation of Louisiana.

Mr. Asher served on the Board of Son of a Saint, an organization that exists to enhance the lives of fatherless boys through mentorship, emotional support, development of life skills, exposure to constructive experiences and formation of positive, lasting peer-to-peer relationships.

He served on the Board of Tour de Lis, a cancer support organization and Touro Infirmary.

Mr. Asher was President of the Jewish Federation of Greater New Orleans (1999 through September 2001) and President of the Louisiana Council of American Israeli Public Affairs Committee (AIPAC) from June 2003 to June 2005 and currently serves on the Board of those organizations.

**Contact Information**

Harold A. Asher                                    Office:  504.566.7577
433 Metairie Road, Suite 215                       Direct Dial:  504.308.3515
Metairie, Louisiana 70005                          Fax:  504.566.9003
E-Mail:  hasher@asher-meyers.com

## *Jeffrey E. Meyers, CVA, MAFF, CFE*

**Professional & Business History**

Asher Meyers, L.L.C., Co-Founder July 1, 2016 to present
Harold A. Asher, CPA, L.L.C., January 2005 through June 30, 2016
Loyola University of New Orleans, August 2004 through December 2021
University of New Orleans, August 2003 through December 2004
Louisiana Department of Insurance, September 2001 through July 2003

**Education**

Master of Science in Mathematics, University of New Orleans, December 2004
Concentration in Statistics

Bachelor of Science with major in Mathematics, Louisiana State University, July 2003
Magna Cum Laude, LSU Honors College, Sophomore Honors Distinction

**Range of Experience**

Mr. Meyers' litigation support and business valuation services include examination and analysis of data, calculations and formulation of projections, and assistance in the discovery, negotiation, deposition and trial processes.

Mr. Meyers has extensive consulting and business valuation experience in various areas, including but not limited to, valuation of commercial business entities, valuation of ownership interest in real estate limited partnerships, valuation of limited liability companies, calculation of income for child support purposes, calculation of damages resulting from securities transactions, asset allocation and suitability determination in securities litigation, calculation of damages resulting from personal injuries, calculation of lost profits, calculation of present value of projected future medical costs, calculation of damages in commercial matters, calculation of damages in construction related matters, calculation of losses relating to business interruption matters, fraud investigation and forensic accounting.

Mr. Meyers' experience includes the application of various statistical concepts including, but not limited to, data analysis, statistical graphs, sampling, regression analysis, data production, probability theory and statistical testing and inference.

**Qualifications**

Mr. Meyers is qualified as an expert witness in the 24th Judicial District Court for the Parish of Jefferson, Civil District Court for the Parish of Orleans, 22nd Judicial District Court for the Parish of St. Tammany, 25th Judicial District Court for the Parish of Plaquemines, 34th Judicial District Court for the Parish of St. Bernard, 16th Judicial District Court for the Parish of St. Martin, 33rd Judicial District Court for the Parish of Allen, the United States Civil District Court for the Eastern District of Louisiana, the United States District Court for the District of Hawaii and the United States Bankruptcy Court, Eastern District of Louisiana.

1

# *Jeffrey E. Meyers, CVA, MAFF, CFE*

Mr. Meyers is qualified as an expert witness in FINRA Arbitration, American Arbitration Association (AAA) and Judicial Workplace Arbitrations (JWA) proceedings.

Mr. Meyers has been appointed in the 24th Judicial District Court for the Parish of Jefferson, Civil District Court for the Parish of Orleans, the 22nd Judicial District Court for the Parish of St. Tammany and the 34th Judicial District for the Parish of St. Bernard as a Court Appointed Expert and as a Special Master relating to various areas including, but not limited to, calculation and determination of income, calculation of child and spousal support, and in the calculation and allocation of assets, liabilities, reimbursement claims, and separate property claims.

**Personal**

Mr. Meyers was designated a Certified Valuation Analyst by the National Association of Certified Valuators and Analysts in May 2009 and a Master Analyst in Financial Forensics co-sponsored by the National Association of Certified Valuators and Analysts as of July 2010.

The Association of Certified Fraud Examiners designated Mr. Meyers a Certified Fraud Examiner in February 2011.

Mr. Meyers is a member of the National Association of Certified Valuators and Analysts, Association of Certified Fraud Examiners and the American Statistical Association.

Mr. Meyers has been an adjunct professor of mathematics (algebra, finite mathematics and statistics) at Loyola University since 2006.

He was previously elected and served on the Litigation Forensics Board for the National Association of Certified Valuators and Analysts.

He also served on the Editorial Board of the National Litigation Consultants' Review and the Board of Tour de Lis, Inc., a cancer support organization.

**Contact Information**

Jeffrey E. Meyers
433 Metairie Road, Suite 215
Metairie, Louisiana  70005

Phone:  (504) 566-7577
Fax:  (504) 566-9003
E-mail:  jmeyers@asher-meyers.com