# UNITED STATES DISTRICT COURT
Southern District of Texas

**Exhibit 12**

| | | |
|---|---|---|
| LANDON PERRY<br>**PLAINTIFF** | § § § | |
| VS. | § § | CAUSE NO. 4:23-CV-04441 |
| HALLIBURTON ENERGY SERVICES INC<br>**DEFENDANT** | § § § § § | |

## SUBPOENA TO APPEAR AND TESTIFY
## RETURN OF SERVICE

On Wednesday, January 22, 2025 at 1:55 PM, I received this SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION, EXHIBIT A, WITNESS FEE CHECK for service on ELITE MEDICAL WELLNESS, LLC .

On Friday, January 24, 2025 at 9:58 AM, I served the above-mentioned documents by delivering a copy to Brelin Wontergem at ELITE MEDICAL WELLNESS, LLC at 2802 HODGES ST, LAKE CHARLES, LA 70601.

I tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $41.00.

I declare under penalty of perjury that this information is true.

Friday, January 24, 2025

*Dwight Gerst*

Dwight Gerst
Process Server
597 Bruce Cirlce
Lake Charles, Louisiana 70611

HAL036
DocID: P331043_1