**Exhibit 15**

| | |
|---|---|
| **From:** | Bob Wynne |
| **To:** | Rey Flores |
| **Cc:** | John Dessalet; Caitlin McGroarty |
| **Subject:** | Perry v. Haliburton, Document Requests to Elite Medical Wellness |
| **Date:** | Friday, December 20, 2024 9:20:15 AM |

Dear Rey,

I have been asked to represent Elite Medical Wellness in regards to the document subpoena in the Perry v. Haliburton matter.

Elite has some additional documents to produce to some of the requests. I believe your correspondence dated December 9, 2024, requested that any additional responsive documents be produced by today (December 20, 2024).

Because of the holidays, Elite will not be able to produce the additional documents today. Instead, I expect that Elite will be able to do so by Monday, December 30, 2024.

I hope this is acceptable to you and will avoid any need to file any motions to enforce the subpoena. In the event it is not acceptable, Elite will not agree to have any discovery motions heard by the USDC for the SD Texas, but instead, will stand on its right to have any issues adjudicated by the USDC for the WD Louisiana at this time.

Also, it appears that the Perry matter may be pending simultaneously in state court and in federal court based on the differing jurisdictional bases for the claims at issue. Can you please confirm the venue(s) for this action? I don't think it will change anything from Elite's perspective, except that we would rather respond to a single subpoena useable in both matters, as opposed to having a federal subpoena and a separate state court subpoena through the letters rogatory process.

Thank you,

Bob Wynne
The Wynne Firm, P.C.
281-813-8959