Case 4:23-cv-04441   Document 53   Filed on 09/26/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
September 30, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LANDON PERRY | § |
| | § |
| VS | § CIVIL ACTION NO. H-23-4441 |
| | § |
| HALLIBURTON ENERGY SERVICES, INC. | § |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding is Defendant's Motion for Partial Summary Judgment (Doc. No. 32), Defendant's Motion to Exclude (Doc. No. 33), Plaintiff's Motion to Strike (Doc. No. 35); Plaintiff's Renewed Motion to Remand (Doc. No. 37); Plaintiff's Two Opposed Motions to Continue (Doc. No. 39-40); and Magistrate Judge Bennett's Memorandum and Recommendation (Doc. No. 49). Plaintiff filed Partial Objections (Doc. No. 51)to the Memorandum and Recommendation that the Court grant in party and deny in party the motion to remand. Plaintiff filed Partial Objections (Doc. No. 22) to the Memorandum and Recommendation, to which Defendant responded (Doc. No. 52).

The Court has carefully reviewed, *de novo*, the filings, the applicable law, the Magistrate Judge's Memorandum and Recommendation, and the objections thereto, and agrees with the Magistrate Judge's conclusions. Accordingly, it is hereby

**ORDERED** that Plaintiff Objections (Doc. No. 36) are **OVERRULED**; the Memorandum and Recommendation (Doc. No. 33) is **ADOPTED**. It is further

**ORDERED** that Defendant's Motion for Partial Summary Judgment (Doc. No. 32) is **GRANTED**. The Court notes that in the Memorandum and Recommendation, the Magistrate Judge noted that the Motion for Summary Judgment was not responded to and thus under our Local Rules would normally be considered unopposed (Doc. No. 49, p. 15). The Local Rules of the Southern

District of Texas state that "[f]ailure to respond to a motion will be taken as a representation of no opposition." S. Dist. Tex. L.R. 7.4; *see also* Hanen L.R. 7(D). Therefore, if controlling the local rules would allow the Court to grant Defendant's motion as it should be considered unopposed.

Nevertheless, the Fifth Circuit has explained that 'although we have endorsed the adoption of local rules that require parties to file responses to opposed motions, we have not approved the automatic grant, upon failure to comply with such rules, of motions that are dispositive of the litigation. *See Johnson v. Pettiford*, 442, F.3d 917, 918 (5th Cir. 2006) (citing *Johnson v. Louisiana*, 757 F.2d 698, 707-09 (5th Cir. 1985); *Ramsey v. Signal Delivery Serv.*, 631 F.2d 1210, 1213-14 (5th Cir. 2980)). In other words, where a party does not respond to a summary judgment motion, such failure does not permit the court to enter a "default" summary judgment. *Eversley v. Mbank Dall.*, 843 F.2d 172, 174 (5th Cir. 1988).

This Court notes that the Magistrate Judge followed the Circuit's dictates and performed the required review and did not enter a "default" summary judgment. Instead, he meticulously walked through and weighed the law and the evidence. Plaintiff's Renewed Motion to Remand (Doc. No. 37) is **DENIED**; Defendant's Motion to Exclude (Doc. No. 33) is **GRANTED**; Plaintiff's Motion to Strike (Doc. No. 35) is **DENIED**; and Plaintiff's Opposed Motions to Continue (Doc. Nos. 39-40) are **DENIED**.

SIGNED this 26th day of September 2025.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE