United States District Court
Southern District of Texas
**ENTERED**
August 10, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| LANDON PERRY, | § | |
| | § | |
| *Plaintiff*, | § | |
| VS. | § | CIVIL ACTION NO. 4:23-cv-4441 |
| | § | |
| HALLIBURTON ENERGY SERVICES, INC., | § | |
| | § | |
| *Defendant*. | § | |
| | § | |
| | § | |

**ORDER**

On May 8, 2025, this Court vacated the scheduling order governing this case pending the resolution of multiple dispositive motions. (Doc. No. 46). On September 26, 2025, this Court adopted Magistrate Judge Bennett's Memorandum and Recommendation. (Doc. No. 53). In doing so, the Court denied Plaintiff's Renewed Motion to Remand, granted Defendant's Motion to Exclude, denied Plaintiff's Motion to Strike, denied Plaintiff's Opposed Motions to Continue, and granted Defendant's Motion for Partial Summary Judgment.

The parties are **ORDERED** to file by **September 3, 2026**, a joint proposed scheduling order to take this case to its conclusion or otherwise make a filing indicating the status of this case.

Signed on this the 10th day of August, 2026.

Andrew S. Hanen
United States District Judge